## UNITED STATES DISTRICT COURT

### for the

### Southern District of GEORGIA

### 11th Division/Circuit

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 AUG -4  AM 9: 01

CLERK_____
SO. DIST OF GA.

CV120- 111

Kimberly M. Blochowicz, PhD, MSN, RN;
ADA Advocate for Jeffrey M. Blochowicz,
Pro Se Litigant
2508 Laurel Drive
Evans, GA 30809

*Plaintiff(s)*,

vs.

*Defendants*

**Robert Wilkie, Individually and in his official capacity as Secretary of Veterans Affairs**
Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420
robert.wilkie@va.gov

**Dr. Paul Lawrence, Individually and in his official capacity as Under Secretary for Benefits**
Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420
Paul.Lawrence@va.gov

Civil Case No. _____

**COMPLAINT:**

RICO
1983 Civil Rights Violations
1973 Rehabilitation Act
1974 Privacy Act Violation
1990 ADA Interference Law
OSHA 1970 Act Violation
Participation Retaliation Act Violation
HIPPA Law Violation
Defamation of Character/Slander

1   **Margarita Devlin**, **Individually and in her**
2   **official capacity as Principal Deputy**
3   **Under Secretary for Benefits**
4   Department of Veterans Affairs
5   810 Vermont Avenue NW
6   Washington, DC 20420
7   Margarita.Devlin@va.gov
8
9
10  **Kenneth A. Wolf Individually and in his**
11  **official capacity as Office of**
12  **Accountability and Whistleblower**
13  **Protection, Triage Case Manager**
14  U.S. Department of Veterans Affairs
15  810 Vermont Avenue, NW
16  Washington, DC, 20420
17  412-925-4625
18  kenneth.wolf@va.gov
19
20
21  **Christopher Wunsch, Individually and**
22  **in his official capacity as HR,**
23  **Specialist/District Reasonable**
24  **Accommodation Coordinator, Veterans**
25  **Benefit Administration**
    Department of Veterans Affairs
    810 Vermont Avenue NW
    Washington, DC 20420
    Christopher.Wunsch@va.gov


    **Alan Burch**, **Individually and in his**
    **official capacity as Assistant United**
    **States Attorney for the District of**
    **Columbia**
    4th FL, 501 Third ST NW
    Washington, DC 20530
    Alan.Burch@usdoj.gov


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1    **Jeremy Simon**, **Individually and his**
2    **official capacity as Assistant United**
3    **States Attorney for the District of**
4    **Columbia**
5    4th FL, 501 Third ST NW
6    Washington, DC 20530
7    Jeremy.simon@usdoj.gov
8
9
10   **Paul Mussenden**, **Individually and in his**
11   **official capacity as Assistant United**
12   **States Attorney for the District of**
13   **Columbia**
14   4th FL, 501 Third ST NW
15   Washington, DC 20530
16   paul.mussenden@usdoj.gov
17
18
19   **Joan Weber**
20   **Tort Law Group, VA General Counsel**
21   **Individually and in her official capacity**
22   **as General Counsel for Veterans Affairs**
23   810 Vermont Avenue, N.W.
24   Washington, D.C. 20420
25   Telephone (202) 302-2900
     joan.weber@va.gov


     **Sophia Haynes**, **Individually and in her**
     **official capacity as Deputy Chief**
     **Counsel**
     **Office of VA General Counsel, VISN 7**
     **U.S. Department of Veterans Affairs**
     1700 Clairmont Road
     Decatur, GA 30033
     404-929-5859
     sophia.haynes@va.gov


     **Amee Patel**, **Individually and in her**
     **official capacity as Regional Counsel**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1   **Office of VA General Counsel, VISN 7**
2   **U.S. Department of Veterans Affairs**
3   1700 Clairmont Road
4   Decatur, GA 30033
5   404-929-5865
6   amee.patel2@va.gov
7
8
9   **Administrative Judge Pomeranz,**
10  **Individually and in her official capacity**
11  **as Administrative Judge for**
12  **UNITED STATES OF AMERICA**
13  **MERIT SYSTEMS PROTECTION BOARD**
14  **ATLANTA REGIONAL OFFICE**
15  401 W. Peachtree Street, NW, Suite 1050
16  Atlanta, GA 30308-3519
17  404-730-2751
18  atlanta@mspb.gov
19
20
21  **Tracy Brumfield, Individually and in his**
22  **official capacity as Office of Inspector**
23  **General (OIG) Spc Agent**
24  **Department of Veterans Affairs**
25  **Location 51L**
    1700 Clairmont Road
    Decatur, GA  30033
    tracy.brumfield@va.gov
    404-828-5954


    **Myles Arnold, Individually and in his**
    **official capacity as Veterans Affairs**
    **Police Officer**
    **Department of Veterans Affairs**
    1 Freedom Way
    Augusta, GA 30901
    myles.arnold@va.gov
    706-733-0188, ext. 7173


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Robin E. Jackson, Individually and in his official capacity as Director of Charlie Norwood Veterans Administration Medical Center**
1 Freedom Way
Augusta, GA 30901
706-733-0188, ext. 2101
robin.jackson3@va.gov

**Brenda Byrd-Pelaez, Individually and in her official capacity as Operations Analyst Officer, Assistant to Robin E. Jackson-Director, Charlie Norwood Veterans Administration Medical Center**
1 Freedom Way
Augusta, GA 30901
706-733-0188, ext., 3550
brenda.byrd-pelaez@va.gov

**Cathy Billiter, RN, Individually and in her official capacity as President National Nurses United**
1 Freedom Way
Augusta, GA 30901
cathy.billiter@va.gov
706-733-0188, 2803

**Linda Carter, RN, Individually and in her official capacity as Vice-President National Nurses United**
1 Freedom Way
Augusta, GA 30901
linda.carter8@va.gov
706-733-0188, 1259

**Robert Reeder, Individually and in his official capacity as Associate Director**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1   **of Charlie Norwood Veterans**
2   **Administration Medical Center**
3   1 Freedom Way
4   Augusta, GA 30901
5   robert.reeder@va.gov
6   706-733-0188, 2146
7
8
9   **Michelle Cox-Henley, RN, Individually &**
10  **in her Official Capacity as Nurse**
11  **Executive (previous) of Charlie**
12  **Norwood Veterans Administration**
13  **Medical Center**
14  **Street Address:** 1 Freedom Way
15  **City and County:** Augusta, Richmond
16  **State and Zip:** GA 30901
17  **Telephone:** 706-733-0188, 2101
18  **Email address:**
19  michelle.coxhenley@va.org
20  **Michelle Cox-Henley, Individually & in**
21  **her Official Capacity as Assistant**
22  **Professor, Augusta University, College**
23  **of Nursing-Augusta Health Science**
24  **Building, EC-4420**
25  **Street Address:** 987 St. Sebastian Way
    **City and County:** Augusta, Richmond
    **State and Zip: GA 30912**
    **Telephone:** 706-721-3371
    mcoxhenley@augusta.edu


    **Heather Vaught, Individually and in her**
    **official capacity as Employee**
    **Relations/Labor Relations of Charlie**
    **Norwood Veterans Administration**
    **Medical Center, Location 051**
    1 Freedom Way
    Augusta, GA 30901
    heather.vaught@va.gov
    706-524-2578


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1  **Veda Pearson, Individually and in her**
2  **official capacity as Chief EEO Officer of**
3  **Charlie Norwood Veterans**
4  **Administration**
5  1 Freedom Way
6  Augusta, GA 30901
7  vedapearson@va.gov
8  706-733-0188, 7158
9
10
11  **Mehul Patel, RN, Individually and in his**
12  **official capacity as Intensive Care Unit**
13  **RN of Charlie Norwood Veterans**
14  **Administration Medical Center**
15  1 Freedom Way
16  Augusta, GA 30901
17  m.patel@va.org
18  706-733-0188, 2101
19  **Mehul Patel, RN, Individually and in his**
20  **official capacity as Nurse Anesthetist of**
21  **Doctors Hospital**
22  3651 Wheeler Rd
23  Augusta, GA 30909
24  706-651-3232
25

**Heather Scott, RN, Individually and in**
**her official capacity as Intensive Care**
**Unit RN of Charlie Norwood Veterans**
**Administration Medical Center**
1 Freedom Way
Augusta, GA 30901
heather.scott3@va.org
706-733-0188


**Latrice Clifton, RN, Individually and in**
**her official capacity as Intensive Care**
**Unit Manager of Charlie Norwood**
**Veterans Administration Medical Center**
1 Freedom Way

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Augusta, GA 30901
latrice.clifton@va.org
706-733-0188, 2101


**Christina L. Clark, RN, Individually and in her official capacity as RN, Assistant Nurse Manager of Charlie Norwood Veterans Administration Medical Center**
1 Freedom Way
Augusta, GA 30901
christina.clark@va.gov
706-733-0188, 2101


**Judge J. Wade Padgett Individually and in his official capacity as Superior Judge, Augusta Judicial Circuit, 10th District**
640 Ronald Reagan Drive, Suite 1039
P.O. Box 2657
Evans, GA 30809
jwpadgett@augustaga.gov


**Natalie Paine**, Individually and in her **official capacity as District Attorney for Richmond and Columbia Counties**
Augusta Judicial Center, Suite 2400
735 James Brown Blvd
Augusta, GA 30901
npaine@augustaga.gov

Columbia County Office for **Natalie Paine**
630 Ronald Reagan Drive
Evans, GA 30809


**Timothy O'Brien, Individually & in his official capacity as Deputy District**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Attorney for Richmond and Columbia Counties**
Augusta Judicial Center, Suite 2400
735 James Brown Blvd,
Augusta, GA 30901
eobrien@augusta.gov

Columbia County Office for **Timothy O'Brien**
630 Ronald Reagan Drive
Evans, GA 30809

**Treza Edwards, Individually and in her official capacity as ADA Compliance Director, Augusta, GA**
535 Telfair Street, Suite 530
Augusta, GA 30901
tedwards@augustaga.gov

**Carol Burrowbridge Individually and in her Official capacity as ADA Coordinator Compliance Department, Augusta, GA**
535 Telfair Street, Suite 530
Augusta, GA 30901
CBurrowbridge@augustaga.gov
(706) 821-2577


**Department of Law, The US Department of Justice Civil Rights Division,**
Department of Law, State of Georgia
40 Capital Square, S.W.
Atlanta, GA 30334-1300


**Department of Law, Attorney General GA, Christopher M. Carr, Individually and in his official capacity as Attorney**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**General for the State of Georgia, Bar No., 112505**
40 Capital Square, S.W.
Atlanta, GA, 30334-1300
*Counsel for Defendant/Respondent Natalie Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*

**Department of Law, Deputy Attorney General GA, Beth Burton, Individually and in her official capacity as Deputy Attorney General for the State of Georgia, Bar No. 027500**
40 Capital Square, S.W.
Atlanta, GA, 30334-1300
*Counsel for Defendant/Respondent Natalie Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*

**Department of Law, Senior Assistant Attorney General GA, Tina M. Piper, Individually and in her official capacity as Senior Assistant Attorney General for the State of Georgia, Bar No. 142469**
40 Capital Square, S.W.
Atlanta, GA, 30334-1300
*Counsel for Defendant/Respondent Natalie Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*

**Department of Law, Assistant Attorney General GA, Amy M. Radley, Individually and in her official capacity as Assistant Attorney General for the State of Georgia, Bar No. 400570**
40 Capital Square, S.W.
Atlanta, GA, 30334-1300
404-657-3981

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1  aradley@law.ga.gov
2  *Counsel for Defendant/Respondent Natalie*
3  *Paine, District Attorney & Treza Edwards*
4  *(ADA Compliance Director, Augusta, GA*
5
6
7  **Judge John M. Ott Individually and in**
8  **his Official capacity as Senior Superior**
9  **Judge, Alcovy Judicial Circuit, 10th**
10 **District**
11 Walton County Government Building
12 303 S. Hammond Drive
13 Suite 221
14 Monroe, GA 30655
15
16
17 **Judge William E. Woodrum, Jr.**
18 **Individually and in his official capacity**
19 **as Senior Superior Judge, Ogeechee**
20 **Judicial Circuit 1st Judicial Circuit**
21 Attn: Clerk of Court for Ogeechee Judicial
22 Circuit
23 611 E. Winthrope Ave.
24 Millen, GA, 30442
25

**Fulcher Hagler LLP**, **Individually and in**
**their official capacity as Attorneys at**
**Law**,
One 10th Street, Suite 700
P.O. Box 1477,
Augusta, GA 30903-1477
706-724-0171
*Attorneys for Defendant/Respondent Treza*
*Edwards (ADA Compliance Director,*
*Augusta, GA)*

**N. Staten Bitting, Jr., Individually and in**
**his official capacity as Attorney at Law,**
**Georgia Bar No.: 058940**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

11

One 10th Street, Suite 700
P.O. Box 1477,
Augusta, GA 30903-1477
706-724-0171
*Attorneys for Defendant/Respondent Treza*
*Edwards (ADA Compliance Director,*
*Augusta, GA)*

**John E. Price**, **Individually and in his**
**official capacity as Attorney at Law,**
**Georgia Bar No.: 142012**
One 10th Street, Suite 700
P.O. Box 1477,
Augusta, GA 30903-1477
706-724-0171
*Attorneys for Defendant/Respondent Treza*
*Edwards (ADA Compliance Director,*
*Augusta, GA)*

**Hattie Holmes-Sullivan,**
**Clerk of Superior State Court**,
**Individually and in her official capacity**
**as Superior Court Clerk**
735 James Brown Blvd, Suite 1500
Augusta, GA 30901
706-821-2460
hsullivan@augustaga.gov

**Sandy Hodson, Individually and**
**Officially as Augusta Chronicle**
**Journalist**
2914 Henry Street
Augusta, GA, 30909
**Telephone:**
**Email address:**
sandy.hodson@augustachronicle.com

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Augusta Chronicle, Individually and Officially as Augusta Chronicle Newspaper**
725 Broad Street
Augusta, GA, 30901
**Telephone:** 706-821-6602


**Gannett Co., Inc., Individually and Officially as Augusta Chronicle Newspaper Owners**
7950 Jones Branch Drive
McLean, VA, 22107
**Telephone:** 703-854-6000

COMES NOW, the above-named Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; ADA Advocate for Jeffrey M. Blochowicz, **Pro Se Litigant** for cause of action against the defendants.  This document is lengthy because of the enhanced pleadings required under the case of *Bivens vs. Six Unnamed Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971)

I.    **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Name:  Kimberly M. Blochowicz, referred to herein as (ADA Representative, ADA rep, MAJ (Ret) USAR, NC, wife)

Street Address:  2508 Laurel Drive

City and County:  Evans, Columbia County

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

State and Zip: Georgia 30809

Telephone Number: 706-210-5300 hm; 706-631-7444 cell

Email Address: blochowicz@yahoo.com; kimberlyblochowicz@uh.org

## B. The Defendants:

All defendants are being sued in their official and individual capacities.

**Defendant 1:**

Name: **Robert Wilkie, Individually and in his Official capacity as Secretary of Veterans Affairs**

**Title**: Secretary of Veterans Affairs

**Street Address**: 810 Vermont Avenue NW

**City and County**: Washington, District of Columbia

**State and Zip**: District of Columbia, 20420

Telephone: Unlisted

**Email Address**: Robert.Wilkie@va.gov

**Defendant 2**:

Name: **Dr. Paul Lawrence, Ph.D., Individually and in his Official capacity as Under Secretary for Benefits, Veterans Benefits Administration (VBA)**

**Title:** Under Secretary for Benefits, Veterans Benefits Administration (VBA)

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Street Address**:  2042 Virginia Ave

**City and County**:  McLean, Fairfax County

**State and Zip**:  Virginia, 22101-4940

Telephone:  Unlisted

**Email Address**:  Paul.Lawrence@va.gov


**Defendant 3**:

**Margarita Devlin, Individual and in her Official capacity as Principal Deputy**

**Under Secretary for Benefits**

**Title**:  Principal Deputy Under Secretary for Benefits

**Street Address**:  810 Vermont Avenue NW

**City and County**:  Washington, District of Columbia

**State and Zip**:  District of Columbia, 20420

**Telephone**:  Unlisted

**Email Address**:  Margarita.Devlin@va.gov


**Defendant 4**:

**Kenneth A. Wolf Individually and in his Official capacity as Office of**

**Accountability and Whistleblower Protection, Triage Case Manager**

**U.S. Department of Veterans Affairs**

**Title:** Office of Accountability and Whistleblower Protection, Triage Case Manager

U.S. Department of Veterans Affairs

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Street Address**: 810 Vermont Avenue, NW

**City and County:** Washington, District of Columbia

**State and Zip**: DC, 20420

**Telephone**: 412-925-4625

**Email Address**: Kenneth.Wolf@va.gov


**Defendant 5**:

**Christopher Wunsch, Individually and in his official capacity as HR,**

**Specialist/District Reasonable Accommodation Coordinator, Veterans Benefit**

**Administration**

**Title:**  HR, Specialist/District Reasonable Accommodation Coordinator, VBA

**Street Address**:  810 Vermont Avenue NW

**City and County**:  Washington, District of Columbia

**State and Zip**:  DC 20420

**Telephone**: (202) 461-9029

**Email Address**:  Christopher.Wunsch@va.gov


**Defendant 6:**

**Alan Burch, Individually and in his official capacity as Assistant U.S. Attorney**

**for the District of Columbia**

**Title:**  Assistant U.S. Attorney for the District of Columbia

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2       **Address:**  4th FL, 501 Third ST NW, Washington, DC 20530
3
4       **Telephone:**  202-252-1900
5       **Email Address:** alan.burch@usdoj.gov
6
7
8
9       **Defendant 7:**
10
11      **Jeremy Simon, Individually and his official capacity as Assistant United**
12
13      **States Attorney for the District of Columbia**
14
15      **Title:**  Assistant U.S. Attorney for the District of Columbia
16
17      **Address:**  4th FL, 501 Third ST NW, Washington, DC 20530
18
19      **Telephone:**  202-252-1900
20
21      **Email Address:** jeremy.simon@usdoj.gov
22
23
24
25      **Defendant 8:**

**Paul Mussenden, Individually and in his official capacity as Assistant United**

**States Attorney for the District of Columbia**

**Title:**  Assistant U.S. Attorney for the District of Columbia

**Address:**  4th FL, 501 Third ST NW, Washington, DC 20530

**Telephone:**  202-252-1900

**Email Address:** paul.mussenden@usdoj.gov

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Defendant 9:**

**Joan Weber, Tort Law Group, VA General Counsel**

**Individually and in her Official Capacity as General Counsel for Veterans**

**Affairs**

**Title:** General Counsel for Veterans Affairs

**Address:** 810 Vermont Avenue, N.W.

**City and County:**  Washington, District of Columbia

**State and Zip:** D.C. 20420

**Telephone (202) 461-4900**


**Defendant 10:**

**Sophia Haynes, Individually & in her Official Capacity as Deputy Chief**

**Counsel, Office of VA General Counsel, VISN 7**

**U.S. Department of Veterans Affairs**

**Title:**  Deputy Chief Counsel, Office of VA General Counsel, VISN 7

**Street Address:** 1700 Clairmont Road

**City and County:** Decatur,

**State and Zip:** GA, 30033

**Telephone:** 404-929-5859

**Email Address:** sophia.haynes@va.gov

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Defendant 11:**

**Amee Patel, Individually and in her official capacity as Regional Counsel,**

**Office of VA General Counsel, VISN 7**

**U.S. Department of Veterans Affairs**

**Title**: Regional Counsel, Office of VA General Counsel, VISN 7

**Street Address:** 1700 Clairmont Road

**City and County:** Decatur,

**State and Zip:** GA 30033

**Telephone:** 404-929-5865

**Email Address:** amee.patel2@va.gov


**Defendant 12:**

**Administrative Judge Pomeranz, Individually and in her official capacity as**

**Administrative Judge for UNITED STATES OF AMERICA MERIT SYSTEMS**

**PROTECTION BOARD, ATLANTA REGIONAL OFFICE**

**Title:** Administrative Judge for UNITED STATES OF AMERICA MERIT SYSTEMS

PROTECTION BOARD, ATLANTA REGIONAL OFFICE

**Street Address:** 401 W. Peachtree Street, NW, Suite 1050

**City and County:** Atlanta,

**State and Zip:** GA 30308-3519

**Telephone:** 404-730-2751

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5   **Email Address:** atlanta@mspb.gov
6
7
8   **Defendant 13:**
9
10  **Tracy Brumfield, Individually and in his official capacity as Office of Inspector**
11
12  **General (OIG) Spc Agent**
13
14  **Title:** Office of Inspector General (OIG) Spc Agent
15
16  **Department of Veterans Affairs**
17
18  **Address:** 1700 Clairmont Road
19
20  **City and County:**  Decatur,
21
22  **State and Zip:** GA 30033
23
24  **Telephone:** 404-828-5954
25
    **Email Address:** tracy.brumfield@va.gov


    **Defendant 14:**

    **Myles Arnold, Individually and in his official capacity as Veterans Affairs**

    **Police Officer**

    **Title:** Veterans Affairs Police Officer

    **Department of Veterans Affairs**

    **Address:** 1 Freedom Way

    **City and County:**  Augusta, Richmond

    **State and Zip:** GA, GA 30901

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Telephone:** 706-733-0188, ext. 7173

**Email Address**: myles.arnold@va.gov


**Defendant 15:**

**Robin E. Jackson, Individual & and in his Official Capacity as**

**Director of Charlie Norwood Veterans Administration Medical Center**

**Title:** Director of Charlie Norwood Veterans Administration Medical Center

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:**  GA 30901

**Telephone:** 706-733-0188, ext. 2101

**Email address:** robin.jackson3@va.gov


**Defendant 16:**

**Brenda Byrd-Pelaez, Individual & in her official Capacity as Operations Analyst**

**Officer, Assistant to Robin E. Jackson-Director, Charlie Norwood Veterans**

**Administration Medical Center**

**Title:** Operations Analyst Officer, Assistant to Robin E. Jackson-Director

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Telephone:** 706-733-0188, ext. 3550

**Email address:** brenda.byrd-peleaz@va.gov


**Defendant 17:**

**Cathy Billiter, RN, Individually and in her official capacity as**

**President National Nurses United**

**Title:** President National Nurses United

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

**Telephone:** 706-733-0188, ext. 2803

**Email Address:** cathy.billiter@va.gov


**Defendant 18:**

**Linda Carter, RN, Individually and in her official capacity as Vice-President**

**National Nurses United**

**Title:** Vice-President National Nurses United

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

**Telephone:** 706-733-0188, 1259

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Email Address**: linda.carter8@va.gov


**Defendant 19:**

**Robert Reeder, Individually and in his official capacity as Associate Director of Charlie Norwood Veterans Administration Medical Center**

**Title:** Associate Director of Charlie Norwood Veterans Administration Medical Center

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

**Telephone:** 706-733-0188, 2146

**Email Address:** robert.reeder@va.gov


**Defendant 20:**

**Michelle Cox-Henley, RN, Individual & in her Official Capacity as Chief Nursing Officer of Charlie Norwood Veterans Administration Medical Center**

**Title:** Chief Nursing Officer of Charlie Norwood Veterans Administration Medical Center

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Telephone:** 706-733-0188, ext. 2101

**Michelle Cox-Henley, Individually and in her Official Capacity as Assistant Professor, Augusta University, College of Nursing-Augusta Health Science Building, EC-4420**

**Street Address:** 987 St. Sebastian Way

**City and County:** Augusta, Richmond

**State and Zip: GA 30912**

**Telephone:** 706-721-3371

**Email Address:** mcoxhenley@augusta.edu

**Defendant 21:**

**Heather Vaught, Individually and in her official capacity as Employee Relations/Labor Relations of Charlie Norwood Veterans Administration Medical Center, Location 051**

**Title:** Employee Relations/Labor Relations of Charlie Norwood Veterans Administration Medical Center, **Location 051**

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

**Telephone:** 706-524-2578

**Email Address: heather.vaught@va.gov**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Defendant 22:**

**Veda Pearson, Individually and in her official capacity as Chief EEO Officer of Charlie Norwood Veterans Administration**

**Title:** Chief EEO Officer of Charlie Norwood Veterans Administration

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip: GA 30901**

vedapearson@va.gov

706-733-0188, 7158

**Defendant 23:**

**Mehul Patel, RN, Individually and in his official capacity as Intensive Care Unit RN of Charlie Norwood Veterans Administration Medical Center**

**Title:** Intensive Care Unit RN of Charlie Norwood Veterans Administration Medical Center

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip: GA 30901**

**Telephone:** 706-733-0188, ext. 2101

m.patel@va.org

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Mehul Patel, RN, Individually and in his official capacity as Nurse Anesthetist of Doctors Hospital**

**Title:** Nurse Anesthetist

**Street Address:** 3651 Wheeler Rd

**City and County:** Augusta, Richmond

**State and Zip:** GA 30909

**Telephone:** 706-651-3232


**Defendant 24:**

**Heather Scott, RN, Individually and in her official capacity as Intensive Care Unit RN of Charlie Norwood Veterans Administration Medical Center**

**Title:** Intensive Care Unit RN of Charlie Norwood Veterans Administration Medical Center

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

heather.scott3@va.org


**Defendant 25:**

**Latrice Clifton, RN, Individually and in her official capacity as Intensive Care Unit Manager of Charlie Norwood Veterans Administration Medical Center**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Title**: Intensive Care Unit Manager of Charlie Norwood Veterans Administration Medical Center

**Street Address**: 1 Freedom Way

**City and County**: Augusta, Richmond

**State and Zip**: GA 30901

latrice.clifton@va.org

706-733-0188, 2101


**Defendant 26:**

**Christina Clark, RN, Individually and in her official capacity as RN, Assistant Nurse Manager of Charlie Norwood Veterans Administration Medical Center**

**Title:** RN, Assistant Nurse Manager of Charlie Norwood Veterans Administration Medical Center

**Street Address:** 1 Freedom Way

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

christina.clark@va.gov

706-733-0188, 2101

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Defendant 27:**

**Judge J. Wade Padgett Individual & Officially as Superior Judge, Augusta**

**Judicial Circuit, 10th District**

**Title:** Superior Judge, Augusta Judicial Circuit, 10th District

**Street Address:** 640 Ronald Reagan Drive, Suite 1039, P.O. Box 2657

**City and County:** Evans, Columbia

**State and Zip:** GA 30809

jwpadgett@augustaga.gov

**Defendant 28:**

**Natalie Paine, Individual & in Officially as District Attorney for Richmond and**

**Columbia Counties**

**Title:** District Attorney for Richmond and Columbia Counties

**Augusta Judicial Center**

**Street Address:** 735 James Brown Blvd, Suite 2400

**City and County:** Augusta, Richmond

**State and Zip:** GA 30901

**Email address:** npaine@augustaga.gov

**Columbia County Office**

**Street address:** 630 Ronald Reagan Drive

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**City and County**: Evans, Columbia

**State and Zip**: GA 30809

**Defendant 29:**

**Timothy O'Brien, Individually & in his official capacity as Deputy District Attorney for Richmond and Columbia Counties**

**Title:** Deputy District Attorney for Richmond and Columbia Counties

**Augusta Judicial Center**

**Street:** 735 James Brown Blvd, Suite 2400

**City and County**: Augusta,

**State and Zip**: GA 30901

**Email address:** eobrien@augusta.gov

**Columbia County Office**

**Street address**: 630 Ronald Reagan Drive

**City and County**: Evans, Columbia

**State and Zip**: GA 30809

**Defendant 30:**

**Treza Edwards, Individually & in her official capacity as ADA Compliance Director, Augusta, GA**

**Title:** ADA Compliance Director, Augusta, GA

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2   **Street Address:** 535 Telfair Street, Suite 530
3
4   **City and County:** Augusta, Richmond
5   **State and Zip: GA 30901**
6
7   **Email address:** tedwards@augustaga.gov
8
9
10
11  **Defendant 31:**
12
13  **Carol Burrowbridge Individually and in her Official capacity as ADA**
14
15  **Coordinator Compliance Department**
16
17  **Title:** ADA Coordinator Compliance Department
18
19  Augusta Richmond County
20
21  **Street** Address: 535 Telfair Street, Suite 530
22
23  **City and County**: Augusta,
24
25  **State and Zip**: GA 30901

**Telephone**: (706) 821-2577

**Email Address:** CBurrowbridge@augustaga.gov


**Defendant 32:**

**The United States, pursuant to 28 U.S.C. Section 1346**

**Title:** Department of Law, State of Georgia

**Address:** 40 Capital Square, S.W.

**City and County:** Atlanta, Fulton

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**State and Zip:** GA 30334-1300


**Defendant 33:**

**Department of Law, Christopher M. Carr, Individually and Official Capacity as**

**Attorney General for the State of Georgia, Bar No., 112505**

**Title:** Attorney General GA

**Address:** 40 Capital Square, S.W.

**City and County:** Atlanta, Fulton

**State and Zip:** GA, 30334-1300


**Defendant 34:**

**Department of Law, Deputy Attorney General GA, Beth Burton, Individual and**

**Official Capacity as Deputy Attorney General for the State of Georgia, Bar No.**

**027500**

**Title:** Deputy Attorney General, GA

**Address:** 40 Capital Square, S.W.

**City and County:** Atlanta, Fulton

**State and Zip:** GA, 30334-1300

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Defendant 35:**

**Department of Law, Senior Assistant Attorney General GA, Tina   M. Piper,**

**Individual and Official Capacity as Senior Assistant Attorney General for  the**

**State of Georgia, Bar No. 142469**

**Title:** Senior Assistant Attorney General GA

**Address: 40 Capital Square, S.W.**

**City and County:** Atlanta, Fulton GA, 30334-1300

**State and Zip:** 30334-1300


**Defendant 36:**

**Department of Law, Assistant Attorney General GA, Amy M. Radley, Individual**

**and Official Capacity as Assistant Attorney General for the State of Georgia,**

**Bar No. 400570**

**Title:** Assistant Attorney General GA

**Address:** 40 Capital Square, S.W.

**City and County:** Atlanta, Fulton **GA, 30334-1300**

**State and Zip:** GA, 30334-1300

**Telephone: 404-657-3981**

**Email address:** aradley@law.ga.gov

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Defendant 37:**

**Judge John M. Ott Individual & Official Capacity as Senior Superior Judge,**

**Alcovy Judicial Circuit, 10th District**

**Title:** Senior Superior Judge, Alcovy Judicial Circuit, 10th District

Walton County Government Building

**Street Address:** 303 S. Hammond Drive, Suite 221

**City and County:** Monroe, Walton

**State and Zip:** GA 30655


**Defendant 38:**

**Judge William E. Woodrum, Jr. Individually and Officially as Senior Superior**

**Judge, Ogeechee Judicial Circuit 1st Judicial Circuit**

**Title:** Senior Superior Judge, Ogeechee Judicial Circuit 1st Judicial Circuit

**Attn: Clerk of Court for Ogeechee Judicial Circuit**

**Street Address:** 611 E. Winthrope Ave.

**City and County:** Millen, Jenkins

**State and Zip:** GA, 30442


**Defendant 39:**

**Fulcher Hagler LLP, Individually and Officially as Attorneys at Law,**

**Address:** One 10th Street, Suite 700, P.O. Box 1477

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**City and County:** Augusta, Richmond

**State and Zip:** GA 30903-1477

**Telephone:** 706-724-0171


**Defendant 40:**

**N. Staten Bitting, Jr., Individually and Officially as Attorney at Law, Georgia**

**Bar No.: 058940**

**Address:** One 10th Street, Suite 700, P.O. Box 1477

**City and County:** Augusta, Richmond

**State and Zip:** GA 30903-1477

**Telephone:** 706-724-0171


**Defendant 41:**

**John E. Price, Individually and Officially as Attorney at Law, Georgia Bar No.:**

**142012**

**Address:** One 10th Street, Suite 700, P.O. Box 1477

**City and County:** Augusta, Richmond

**State and Zip:** GA 30903-1477

**Telephone:** 706-724-0171

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Defendant 42:**

**Hattie Holmes-Sullivan, Clerk of Superior State Court, Individually and**

**Officially as Superior Court Clerk**

**Title:** Clerk of Superior State Court,

**Address:** 735 James Brown Blvd, Suite 1500

**City and County:** Augusta,

**State and Zip:** GA 30901

**Telephone:** 706-821-2460

**Email address:** hsullivan@augustaga.gov

**Defendant 43:**

**Sandy Hodson, Individually and Officially as Augusta Chronicle Journalist**

**Title:** Augusta Chronicle Journalist

**Address:** 2914 Henry Street

**City and County:** Augusta, Richmond

**State and Zip:** GA, 30909

**Telephone:**

**Email address:** sandy.hodson@augustachronicle.com

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Defendant 44:**

**Augusta Chronicle, Individually and Officially as Augusta Chronicle**

**Newspaper**

**Title: Augusta Chronicle Newspaper**

**Address:** 725 Broad Street

**City and County:** Augusta, Richmond

**State and Zip:** GA, 30901

**Telephone:** 706-821-6602


**Defendant 45:**

**Gannett Co., Inc., Individually and Officially as Augusta Chronicle Newspaper**

**Owners**

**Title: Owners, Augusta Chronicle Newspaper Owners**

**Address:** 7950 Jones Branch Drive

**City and County:** McLean, Fairfax

**State and Zip:** VA, 22107

**Telephone:** 703-854-6000

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## C.  Placement of Employment

1. The address which Jeffrey M. Blochowicz <u>IS</u> employed by the defendant

**Department of Veterans Affairs** –malicious/fabricated/alteration of electronic

medical patient file- **Constructively Discharged from Federal service from 01**

**Feb, 2017 to 01 April, 2019.**  Findings of DAB, and Federal Arbitration(Federal

Jurisdiction brought Jeffrey M. Blochowicz back on Federal duty)- Still has not been

made Whole in Every Way!

**Name:  Charlie Norwood Veterans Administration Medical Center**

Street Address:  1 Freedom Way

City and County:  Augusta, Richmond

State and Zip:  GA 30909

Telephone Number:  706-733-0188, ext. 3659

## D.  Placement of Employment of Plaintiff:

Plaintiff, Kimberly M. Blochowicz (remains on Emergency Leave), from University

Hospital

University Hospital, Augusta, GA;

Resource Float Pool Manager, Shannon Cerra, MSN, RN

Street Address:  1350 Walton Way

City and County:  Augusta, Richmond

State and Zip:  GA, 30901

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4    Telephone:  706-774-7687 (Staffing Office- Resource Float Pool).
5
6
7    Plaintiff Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA
8
9    Advocate for Jeffrey M. Blochowicz- unique responsibilities: a full-time Critical Care
10
11   Advanced Practice Registered Nurse (RN)-  (as of 17 May, 2020) on extended
12
13   Emergency leave (University Hospital, Augusta, GA (Human Resources demanding
14
15   Reasonable Accommodation paperwork be submitted to Employee Health/ signed
16
17   by Primary Care Physician, then pending approval)-, further exacerbating PTSD,
18
19   panic attacks, as Plaintiff is unable to function as full time critical care RN.  Category
20
21   of **Title II, Title III applicable**, and voiced/written documentation- due to Legal
22
23   Abuse Syndrome (LAS)/Veterans Administration Abuse Syndrome (VA-
24
25   AS)/PTSD/Panic Attacks, continued death threats.

Plaintiffs' Additional unique responsibilities are to function as an Advanced Practice

RN, Educate nurses, and nursing students with Doctorate of Philosophy, Adult

Education, with a Specialization in Nursing Education (< 0.01 % of population hold

this degree. Dissertation registered @ Library of Congress!).


## II.  Basis for Jurisdiction


    This action is brought for discrimination in employment pursuant to:


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

    a. **18 U.S. Code § 2338- Disciplinary Appeals Board (DAB)** <u>Jurisdiction</u>

       <u>(Federal)</u>, & findings (2-3 October, 2017 (findings of **Complete**

       **Innocence**)- Supported by Principal Deputy Under Secretary for Health,

       Veterans Administration, 31 January, 2018. **(Exhibit 1-2, & 5)-** CNVAMC

       has NOT followed. Jeffrey M. Blochowicz has NOT been made whole (in

       ANY way!)

    b. **18 U.S. Code § 2338-** <u>Jurisdiction (Federal)</u>- **Arbitration** by Joe Harris,

       with findings of Complete Innocence  **(Exhibit 1-2, & 5)**- CNVAMC has

       NOT followed. Jeffrey M. Blochowicz has NOT been made whole (in ANY

       way!)

    c. Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to

       2000e-17 (race and color)

    d. Title II of the Civil Rights Act of ADA, as codified, 42 U.S.C § 2000 (a)

    e. Title III of the Civil Rights Act of ADA, as codified, 42 U.S.C § 2000 (a)

    f. **Zone of Interest**- Gives Plaintiff Standing in this Case

    g. Reasonable Accommodation- Title I of the Civil Rights Act of ADA

    h. Age Discrimination in Employment Act of 1967, as codified 29 U.S.C. §§

       621 to 634.

    i. Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to

       12117.

    j. Rehabilitation Act of 1973, as codified, 29 U.S.C. § 701 et seq.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

k.  Racketeering Influenced and Corrupt Organizations **(RICO)**, as codified 18 U.S.C. §§ 1961-1968.

l.   42 U.S. Code § 1983, Civil action for deprivation of rights

m. 28 U.S.C. § 1346 (b), Federal Tort Claims Act

The Court may grant relief sought in this action pursuant to 28 U.S.C. §§ 2201-2202.

The Court has jurisdiction because it involves claims: (1) arising under Federal Law, (2) Diversity and (3) the United States is a defendant.  Venue is proper in this district pursuant to 28 U.S.C. § 1391, 28 U.S.C § 1390(11th Circuit) because: (1) the Defendant Federal agencies and/or entities are located and operate in the District of Columbia (28 U.S.C. § 1391), and also in McLean, VA, Atlanta, GA, Augusta, GA., (28 U.S.C § 1390(11th Circuit)  to include Media coverage/False information provided to public via newspaper/ social media (> 3.5 million hits on Jeffrey M. Blochowicz, MSN, RN name-slander/defamation of character)  (2) a substantial part of the events or omissions giving rise to the claim occurred in the District of Columbia, 28 U.S.C. § 1391.  Furthermore, plaintiff(s) will coordinate service of summons with United States Marshalls to serve Summons upon Defendants- Plaintiff requests Reasonable Accommodation (RA) Under Title II and Title III of ADA Act- due to Death Threats.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Statement of Claims**

A.  The discriminatory conduct of which I complain in this action includes:

1.  **Violation of the Title VII Civil Rights Act of 1964- "Zone of Interests"**

(Thoms, 562 US at 178 and other Precedents V).

a. *Where there is actionable third-party retaliation, both the employee who engaged in the protected activity and the third party who is subjected to the materially adverse action may state a claim. The third party may bring a claim even if he did not engage in the protected activity, and even if the defendant employer has never employed him (Exhibit A) "Regardless of whether the plaintiffs are employed by the defendant, the harm they suffered is no less a product of the defendant's purposeful violation of the antiretaliation provision." Tolar V Cummings. No. 1-23-cv-00132-JEO, 2014 WL 3974671, at 12 N.D. ALs Aug 11, 2014(Exhibit A page 42). As the Supreme Court stated, the third party was not an "accidental victim"; "[t]o the contrary, injuring him was the employer's intended means of harming the [employee who engaged in protected activity]." (Thomas, 562 US at 178. Thus, the third party "falls within the 'zone of interests' sought to be protected by [the retaliation provision]" and has standing to seek recovery from the employer for his harm. 144 (Lujan v Nat'l Wildlife Fed'n 497 US 871, 883 (1990).*

b. *Union of India vs. Nareshkumar Badrikumar Jagad & Ors., the appeal was filed by the Petitioner and the principal ground urged by the Union of India was that the right, title and interest in the suit property had vested absolutely in the Central Government by virtue of Section 3(1) of the Textile Undertakings (Nationalization) Act, 1995, Act. Nevertheless, in the subject suit for possession filed by the Trust, Union of India had not been impleaded as a party, defendant. Notably, the Trust had impleaded Union of India as a party defendant in both the previous suits filed including for eviction under the provisions of the 194*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

*7 Act. That pre•supposes that the respondents were cognizant of the effect of the statutory vesting of the tenancy entirely in favor of the Central Government. The Supreme Court held that as per Section 114 of the Code of Civil Procedure, any person considering himself aggrieved would have locus to file a review petition, while Order XL VII of CPC restates the position that any person considering himself aggrieved can file a review petition. Be that as it may, and the Supreme Court exercises review jurisdiction under Article 137 of the Constitution which predicates that the Supreme Court shall have the power to review any judgment pronounced or order made by it. Besides, the Supreme Court has framed Rules to govern review petitions. Notably, neither Order XL VII of CPC nor Order XL VII of the Supreme Court Rules limits the remedy of review only to the parties to the judgment under review. Therefore, the Supreme Court had no hesitation in enunciating that even a third party to the proceedings, if he considers himself an aggrieved person, may take recourse to the remedy of the review petition. The quintessence is that the person should be aggrieved by the judgment and order passed by this Court in some respect.*

*c.    Also, as in an insurance claim, the third party can sue. For example, a first party insurance claim is between the insurance company (e.g., Defendants) and the policyholder (e.g., Jeffrey/Kimberly). These claims are contractual (e.g., Jeffrey's employment with VA, Kimberly's repetitious requests to Act as Jeffrey's ADA Representative with VA- ALL IGNORED!) by nature and are contingent on the specific language of the insurance policy (i.e., contract and/or Kimberly's repeated requests for Jeffrey's RA). An example of a first party insurance claim would be a homeowner who suffers fire damage to his or her home (e.g., Jeffrey who continues to suffer from Legal Abuse Syndrome (as a direct result of the VA/Jeffrey, who continues to suffer from Veterans Affairs Abuse syndrome, Anxiety, Insomnia, **Fear of/continued threats to malicious prosecution/ false imprison him OVER & OVER- by the VA, and the Augusta Judicial System (Haynes, Jackson, Padgett, Paine)** orders or ADA law). In this case, the homeowner will claim with the insurance company to cover the damage and repairs. The insurance company will compensate the homeowner according to what is in the insurance policy. A third-party insurance claim is made by someone who is not the policyholder or the insurance company. The insurance company (e.g., Defendants) can be referred to as the second party. The most common type of third-party insurance claim would be a liability*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1  *claim. For example, if someone caused an accident on the freeway and*
2  *injured a passenger in the other vehicle, that passenger can file a claim*
3  *against your insurance company. Likewise, Kimberly Blochowicz can*
4  *file a claim against the Defendants, if they can prove that the*
5  *Defendants caused them harm. In this case, because there is no*
6  *employment contract between the insurance company and the injured*
7  *passenger (i.e., third party), the passenger (Kimberly Blochowicz) is*
8  *entitled to make claims for things that may not be covered under the*
9  *insurance policy. These are generally things such as (1) medical*
10  *expenses, (2) loss of wages, (3) compensation for pain and suffering*
11  *and (4)administration/legal cost. A third-party claim is commonly*
12  *referred to as a liability claim because someone else is liable for the*
13  *injuries suffered by the third party. If the insurance company (VA or*
14  *State of Georgia Judicial System) is unable or*
15  *unwilling to reach a fair {or any] settlement with the injured third party,*
16  *the third party can bring the liability claim to the tort system.*
17  *d.McGhee v Healthcare Servs. Grp., Inc, No. 5:10cv279/RS-EMT, 2011*
18  *WL 818662, at \*2-3 (N.D. Fla Mar. 2, 2011) (ruling that plaintiff could*
19  *proceed with a Title VII retaliation claim based on allegations that after*
20  *his wife filed an EEOC charge against her employer, plaintiff was fired*
21  *from his job with a company that held a contract with his wife's*
22  *employer, allegedly at the request of his wife's employer).*
23
24
25  2. **Failure to accommodate disability**- On 01 April, 2019, VA Leadership

(**Wilkie**) interfered with **Executive Order 13164, the 1990 ADA Act,**

**(ADA Interference) and 1973 Rehabilitation Act by denying Jeffrey's**

**ADA Reasonable Accommodations  (Exhibit 1, 12, & 17)** and his ADA

Representative access to represent him- bypassing (via Kenneth Wolf)

ADA Representative via emails, calls, and interference of attempted

meetings with local RA representative (@ VAMC).  Furthermore, ADA

Compliance Officer (C. Burrowbridge), & Director (T. Edwards) **(Exhibit**

**A4, & 12)** -ignores and closes ADA case (ADA Representative-Kimberly

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

M. Blochowicz- having been removed out of Richmond County Courtroom,

13 January, 2020 by Richmond County female deputy- reported to ADA

officer; Col Maryetta Beck (ADA Advocate)- having been removed out of

Richmond County Courtroom Richmond County female deputy- reported

to ADA officer, 13 January, 2020, Margaret Sue Bozgoz (ADA Advocate,

remained in Richmond County Courtroom 2G with Jeffrey M. Blochowicz-

as Plaintiff (Primary ADA Advocate removed), Robert Bozgoz (ADA

Advocate)- having been removed out of Richmond County Courtroom,13

January, 2020; by Richmond County female deputy- reported to ADA

officer.

3. **Retaliation**- Jeffrey Blochowicz was accused of a HEINOUS CRIME-

Completely FABRICATED by previous Acting Director, Michelle-Cox-

Henley, Spc Agent OIG Tracy Brumfield **(Exhibit 8-9)- 18U.S.C. 1001**.

VA Police found NO EVIDENCE of ANY patient harm!! Previous Acting

Director, Spc Agent OIG Tracy Brumfield continued to attempt to bring

Charges against Jeffrey Blochowicz- to opening his SEALED Military

Jacket (**1974 Privacy Act Violation/Military jacket & private**

**information NEVER kept under GSA Intelligence Oversight**. Military

information (NEVER to be opened) & private information shared with

multiple agencies-as multiple agencies contacted Jeffrey Blochowicz. See

# 3 (below) Jeffrey Blochowicz ILLEGALLY Force Retired from Military-

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

due to Ms. Cox-Henley's orders to have staff member (COL Gilmore-Lee)

call Fort Knox, On, or around **April, 2015** (or close to this proximity of

time). **(Exhibit 9)**

**31 January, 2017**-after Jeffrey Blochowicz had been detailed to second

position (in Logistics- Supervisor Mark Fox) Spc Agent OIG Tracy

Brumfield took FALSE/Malicious, and entirely fabricated charges to

Richmond County Grand Jury Panel.  Jeffrey Blochowicz, Indicted on

FALSE/malicious, and entirely fabricated CHARGES!

**01 February, 2017**- Jeffrey Blochowicz called to **Brenda Byrd-Pelaez's**

office. Jeffrey Blochowicz called for National Nurses United Support

(Cathy Billiter, RN, NNU President and Linda Carter, RN, NNU VP -both

out of town at Conference).

**01 February, 2017**- as Jeffrey Blochowicz did not have NNU support, or

ADA Advocate knowledge of being called to Brenda Byrd-Pelaez's office,

he remained in his office area in Logistics department.

**01 February, 2017, At approximately 10:45am**- Jeffrey Blochowiczs'

head pushed down onto his desk, and Jeffrey Blochowicz DOUBLE-

HANDCUFFED by VA Police officer, **Myles Arnold & Spc Agent OIG**

**Tracy Brumfield**!  Jeffrey Blochowicz suffered broken bone in his left

wrist due to the force of being DOUBLE-HANDCUFFED!  Violation of

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Fourth Amendment to the United States Constitution- 42 U.S.C. § 1983- excessive force!

**01 February, 2017**- Jeffrey Blochowicz paraded throughout entire Uptown Division VAMC, Augusta, GA- by Brumfield & Arnold.  Spouse-Kimberly Blochowicz called by co-worker to state "Jeff is at the Police station. You need to come to the Police station."  Jeffrey Blochowicz pushed into Richmond County Sheriff Deputy patrol car, and taken to Richmond County Detention Center.  Jeffrey Blochowicz never told why he was placed into handcuffs, or where he was being taken.  Jeffrey Blochowicz was not told of the charges until he was being finger-printed at the Richmond County Detention Center.  Jeffrey Blochowicz continued to attempt to call his attorney- Mr. Michael Garrett (to no avail).  Jeffrey M. Blochowicz then called Plaintiff, to request contact w/ his attorney.  Thus began the further ordeal of Malicious Prosecution (**Violation of Fourth Amendment of the United States Constitution)**

4. **Harassment**- continues to this day. Twice weekly, if not more, Jeffrey M. Blochowiczs' computer tower changed out-by IT (No log-in/out times).  No other employee computer tower changed out by IT.  Continual monitoring of Jeffrey M. Blochowicz's productivity- Jeffrey M. Blochowicz, MSN, RN; MAJ (Force Ret.) USAR, NEVER Made Whole!  Retraction of Charges by **CNVAMC-Director Robin E. Jackson, Brenda Byrd-Pelaez** NOT in

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Jeffrey M. Blochowicz's SF-50 (personnel file).  Jeffrey M. Blochowicz,

MSN, RN remains in THIRD Detail (NVCC)

5. **Violation of the Rehabilitation Act of 1973**

6. **Age discrimination under the ADEA**. Plaintiff, Kimberly M. Blochowicz,

PhD, MSN, RN; MAJ (Ret), USAR, NC; ADA Advocate for Jeffrey M.

Blochowicz, Year born; 1969

7. **Violation of Title II of the Americans with Disabilities Act and due
   process of law.**  VA actions were performed maliciously and willingly

   because the Defendants are required to be trained in federal law ADA,

   1973 Rehabilitation Act and etc.

8. **42 U.S. Code § 1981a.** Damages in cases of intentional discrimination in

   employment

9. **Section 504 of the Rehabilitation Act.**

10. **Section 508 of the Rehabilitation Act.**

B. It is my best recollection that the alleged discriminatory acts occurred on dates:

7 December 2014, and other diverse dates between 7 December, 2014 to

present day (from the CNVAMC).  Additionally, COL Barrows was transferred

from DOD/DDEAMC by Ms. Michelle Cox-Henley.  Further discrimination/

retaliation/ harassment/ defamation of character due to Plaintiffs EEOC case

ongoing.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

C. I believe that the defendants are **still** committing these acts against me, as Jeffrey Blochowiczs' spouse- we have and continue to receive Death Threats. We have been shot at. Our home of record has been vandalized. State of Georgia- although Subject Matter Jurisdiction NEVER Established, continued to write VOID ORDERS (Judge Padgett). Malicious Prosecution/False imprisonment/ remain under siege!

D. Defendants discriminated against me based on my

- Race- I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ(Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR

- Color-Caucasian

- Age- Year of birth 1969 (Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Force Ret) USAR. Year of birth 1963 (Jeffrey M. Blochowicz, MSN, RN; MAJ (Force Ret), USAR:

- Disability (silent scars from military). PTSD, Anxiety, Insomnia, Panic attacks- ALL symptoms, diagnosed with Generalized Anxiety Disorder, and now Legal Abuse Syndrome- due to VA and State of Georgia Judicial system.

- Gender/Sex- Kimberly M. Blochowicz (Caucasian, female).Jeffrey M. Blochowicz (Caucasian/Canadian French Indian, male);

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

- Disability of my Americans with Disability Act (ADA) Representative, my wife, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ(Ret) USAR, NC; ADA Advocate.  PTSD, Legal Abuse Syndrome (LAS), Veterans Affairs-Abuse Syndrome (VA-AS), Generalized Anxiety Disorder, Insomnia, Panic Attacks.

E.  The facts of my case are as follows:

1.  The MSPB case AT-0752-18-0520-I-1- Separated by Judge Pomeranz into additional MSPB case AT-4324-19-0022-I-1 (USERRA) that included  the **initial RICO, CIVIL RIGHTS AND PRIVACY ACT VIOLATION CASE** was filed by Jeffrey M. Blochowicz, and Kimberly M. Blochowicz, on 28 May, 2018, **Under the Zone of Interest** because Plaintiff was an injured third party by the actions of Jeffrey M. Blochowicz's employer t(he Department of Veterans Affairs) and relief was due.  To date, 28 July, 2020, Jeffrey M. Blochowicz has NOT been granted an intervenor!  28 May, 2018 Letter ALSO Sent to Congressman Rick Allen

2.  Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, is a Service Disabled Veteran with Post Traumatic Stress Disorder.  The actions of the Charlie Norwood Veterans Administration Medical Center, and the Augusta Judicial Circuit (False Imprisonment, False/malicious/ Fake Criminal charges against my husband-

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Jeffrey M. Blochowicz exacerbated my anxiety, insomnia, and newly diagnosed Panic attacks.  Plaintiff applied for ADA Advocacy for Jeffrey M. Blochowicz through Veterans Affairs Leadership on 1 April, 2019.

3.  Jeffrey M. Blochowicz is a service-disabled Veteran and CURRENT employee of the VA.  He was FALSELY ACCUSED of a crime on 7 December, 2014.  Jeffrey M. Blochowicz, MSN, RN was detailed out of the Intensive Care Unit on 8 December, 2014- by then **Acting VAMC Director, Michelle Cox-Henley/ Nurse Executive/ Acting Quality Manager..** Due to Jeffery M. Blochowicz, MSN, RN, NOT Accepting Ms. Michelle Cox-Henley's Advances (Sexual), and Ms. Michelle Cox-Henley's promise (verbal) to relinquish ALL FALSE STATEMENTS of Patient Abuse, Jeffrey M. Blochowicz, MSN, RN was further detailed to a second position.. His disabilities have been re-triggered due to the Veterans Affairs discrimination, harassment (started 7 Dec, 2014-**Exhibit 2)),** retaliation, False Imprisonment, and denial of Reasonable Accommodation from 01 April, 2019 to date.

4.  **December 7, 2014**- Jeffrey M. Blochowicz called by nursing supervisor and instructed not to come into work @ 1900 as scheduled.  Stressors of Plaintiff and Jeffrey M. Blochowicz further exacerbated! Insomnia, anxiety, re-triggering of constructive discharge of Plaintiff.  Plaintiff continued to advocate

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

for Jeffrey M. Blochowicz as able.  Jeffrey M. Blochowicz accused of harming

pt. (Mr. H)- while pt. was in his care.  Jeff is INNOCENT of all findings, to

include taking Lie detector test. **(Exhibits 1-9)**

5. **On or about 2015-2016**- U.S. Attorney, for Southern District (previous

   Lamont Belk- Found NO BASIS FOR FURTHER INVESTIGATION **(Exhibit**

   **8)**, Due to Federal VA Police Findings of NO EVIDENCE OF HARM to

   PATIENT- **Exhibit 8)**. U.S. Attorney for Southern District, Bobby L. Christine-

   Has Been apprised of ALL Activities of Veterans Administration continued

   Retaliation/Discrimination/ Defamation of Character to Plaintiff and Spouse.

   Furthermore, President Donald J. Trump Has been apprised of ALL Activities

   of Veterans Administration Lack of Support- even with SOLE JURISDICTION!

6. **December 8, 2014-January 27, 2016**- Jeffrey M. Blochowicz detailed out of

   ICU to Employee Health.  Further strain on marriage, as Jeffrey M.

   Blochowicz was continually called to office of OIG, Tracy Brumfield- told by

   OIG agent Brumfield "you had better tell me the truth!  You're going to prison

   for a long time.  Spare your family from all the VA will do, and tell the truth."

   Plaintiffs' anxiety, migraine headaches, insomnia and fear of federal

   discharge for spouse exacerbated.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

7. **April 2015** Retired COL Gilmore-Lee, (working at CNVAMC) Under the direction of Ms. Michelle Cox-Henley (Acting Medical Director/ Nurse Executive/Acting Quality Manager) called Fort Knox, KY, **April 2015** to state MAJ (P) Blochowicz, USAR Assaulted a patient.  A COMPLETE LIE!  Jeffrey M. Blochowicz was IMMEDIATELY FORCE RETIRED FROM THE UNITED STATES ARMY RESERVE **(Exhibit 9)**


8. **January, 2016** Second detail to Jeffrey M. Blochowicz, from Michelle Cox-Henley to Logistics (Under the supervision of Mark Fox. During the entire month of **June, 2016**- Jeffrey M. Blochowicz was forced to inventory dilapidated warehouse-Building 95, no air circulation, and the outside ambient air temperature > 110 degrees. (Complete video recording of warehouse, date, and temperature in warehouse).  Immediate outside OSHA Investigation requested by Jeffrey M. Blochowicz, and Plaintiff.  Denied!  Causing further preventable health and safety issues!  Jeffrey M. Blochowicz suffered Upper Respiratory tract infection- due to harassment/retaliation/discrimination/whistleblowing.  Continually asked (daily) by then Supervisor, Mark Fox "Are you ready to quit yet?" Plaintiff suffered anxiety, insomnia, fear of husband being fired from Federal position- as Plaintiff suffered flashbacks/PTSD of events of DOD (with ongoing EEOC case of Plaintiff- with no resolution.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

9. Continued retaliation of CNVAMC to Jeffrey M. Blochowicz, and as a direct result, Under ZONE of Interest- Plaintiff Kimberly M. Blochowicz attempting to advocate for Jeffrey M. Blochowicz ignored.  Further triggering of PTSD, insomnia, anxiety & migraine headaches.

10. **2010-2014** Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret), USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Force Ret), USAR, was employed by DOD-DDEAMC, 2010-2014- prior to **Constructive discharge** (July 10- by ICU MAJ Broger, Lt.COL HP, COL Barrows (hired during EEOC by Michelle Cox-Henley,**CNVAMC**)-during EEOC Case (410-2015-00221X Agency No. ARGORDON14MAR00903). The unbearable working conditions caused by the above names, to include retaliation of MAJ K. Broger- as Plaintiff did not accept her sexual advances! Loss of Income due to Constructive Discharge is calculated – per OPM Pay Schedule $262,710.00 (GS 11, Step 7, with increases/ night & weekend differential- from 2014 through 2017) Per OPM Pay Schedule, after completing Doctorate of Philosophy in Adult Education, with a Specialty in Nursing Education- GS 13, minimal step 3 = $100,000.00/ yr. x three years = $300,000.00).  Additionally, 5 U.S.C. 5379 (Student Loan repayment for Nurses as a retention bonus.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

11. **Dec, 2014-Present-** Plaintiffs insomnia, anxiety, panic attacks, frequent migraine headaches (unable to function full time as critical care RN/unable to work). Additionally, Death threats called to Plaintiff due to Malicious lies/ threat of imprisonment of Jeffrey M. Blochowicz by SPC Agent OIG Tracy Brumfield- Dec. 2014 to 1 Feb, 2017 when Jeffrey M. Blochowicz Falsely accused of Exploitation of the Elderly.

12. **Dec, 2014 to present-** Plaintiffs loss of income due to Legal abuse syndrome (LAS)/ Veterans Administration-abuse syndrome (VAAS)- **unmeasurable** since the retaliation, discrimination, hostile work environment of Jeffrey M. Blochowicz, CNVAMC in 2014.

13. **01 Feb, 2017 to present-** continued threats to Jeffrey M. Blochowicz of "you're going to prison" by District Attorney, Natalie Paine, Assistant District Attorney, E. Timothy O'Brien, Judge Wade Padgett, and criminal attorney for Jeffrey Blochowicz- Hank Crane, III- at each and every Richmond County Calendar Call (if Jeffrey Blochowicz did not agree to plead guilty)..

14. **2017-Present;** Plaintiff Unable to gain employment as Nursing PhD as Dean of Nursing, Professor, Associate Professor, part-time Nursing Professor- due to continued Legal Abuse Syndrome (LAS)/ Veterans Administration Abuse

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Syndrome/ Defamation of Character to husband, Jeffrey M. Blochowicz- As

Death threats continue, frequent panic attacks, insomnia, anxiety, Loss of

Consortium. ADA Advocate for husband Jeffrey M. Blochowicz- Falsely

Accused/ Indictment of "Exploitation of the Elderly, 31 January, 2017 by the

BLATANT LIES/Fabrication/ malicious prosecution of Spc. Agent OIG Tracy

Brumfield, **1974 Privacy Act Violation-** to Richmond County Grand Jury

Panel x two terms (**Brady Rule Violations/ Giglio Act Violations**).


15. **01 Feb, 2017 to Present;** Subject Matter Jurisdication (SMJ) NEVER

Established by Superior State Court Judge J. Wade Padgett. Sufficiency of

Pleading (SOP) NEVER Established by Superior State Court Judge J. Wade

Padgett, Natalie Paine (DA)/ E. Timothy O'Brien (ADA)- **Brady Rule**

**Violations/ Giglio Act Violations**- Shadow Chart given to District Attorney/

Assistant District Attorney- **Violation of VHA Handbook 1907.01**. **Robin E.**

**Jackson** (African-American Male), Medical Director, Charlie Norwood

Veterans Administration Medical Center-aware of Shadow Chart/ Multiple

electronic patient chart alterations! As an ADA Advocate, Plaintiffs

responsibilities are to know the ADA law, and to serve a critical function in

implementing the Americans with Disabilities Act - to secure equal access for

Jeffrey M. Blochowicz in all aspects of life most importantly his employment,

and in the Courtroom.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Dec, 2013 (approximately 12 Dec) to 10 July, 2014** – New DDEAMC ICU Manager (MAJ K. Broger) created unbearable working conditions!.  Union involvement requested, to include multiple meetings w/ Union Steward (Jamie Dukes) and DDEAMC Management.  The toll of first the DOD- DDEAMC **Constructive Discharge**, 10 July, 2014 due to unbearable working conditions, Union involvement (Union Steward Jamie Dukes), to include multiple meetings. EEOC case # (410-2015-00221X Agency No. ARGORDON14MAR00903). Jeffrey M. Blochowicz discussed DOD working conditions with then NNU President (Cathy Billiter, RN) and Vice-President (Linda Carter, RN).  Michelle Cox-Henley made aware of Plaintiffs work condition- as Jeffrey M. Blochowicz constantly worried, not sleeping, calling Plaintiff and Union Steward to make sure Plaintiff work conditions had not become worse. Cathy Billiter, RN and Linda Carter, RN gave phone number and highly recommended Gilbert and Gilbert & Associates to assist with EEOC case.

16. **Feb, 2014**.  Plaintiff suffered migraine headaches due to increased stress and sudden change of shift assignment to day shift by MAJ K. Broger within two-day period.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

17. **July 2014 – December 2014-** Plaintiff attempting to meet w/ DOD Union and

then **filed for EEOC case,** approximately **on or around August 2014.**

18. **7 Dec, 2014 – 01 Feb, 2017-** Michelle Cox-Henley aware of Plaintiffs work

condition- as NNU VP and president (Carter & Billiter) Plaintiff Kimberly M.

Blochowicz constantly worried and re-triggered, not sleeping, calling Jeffrey

M. Blochowicz to make sure Jeffrey M. Blochowiczs' work conditions had not

become worse.

19. Plaintiff (from 2012-2017) in Doctorate Program, while EEOC case (410-

2015-00221X Agency No. ARGORDON14MAR00903) continued- with NO

RELIEF!, and Attorneys Gilbert and Gilbert continued to collect (monthly for

EEOC case), **(Exhibit 19)** until Plaintiff, Kimberly M. Blochowicz made

contact and ceased EEOC case- as mediation with Judge, nor any attempt of

resolution.  CNVAMC remained aware of Plaintiffs EEOC case, as NNU

President and Vice-President (Billiter & Carter- highly suggested the EEOC

Firm of Gilbert & Gilbert) remained aware by Jeffrey M. Blochowicz.

20. **7 December, 2014 to February 27, 2018.** Further stressors on Marriage, due

to Fabrication/ malicious discrimination and retaliation by Michelle Cox-

Henley (Nurse Executive/ Acting Director/ Acting Quality Manager from **7**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**December, 2014 to Nurse M. Cox-Henley's removal from CNVAMC**

**(Federal employment) February 27, 2018.**

21. **8 Dec, 2014 to 28 Jan, 2016-** Assistant Nurse Manager, CNVAMC patient

services, Christina L. Clark, RN complete Fabrication of Plaintiff's spouse

(Jeff Blochowicz) to OIG Agent, Brumfield (Exhibit A).  According to Clark

BLOCHOWICZ stopped her a few months ago while passing her in the

hallway and informed her he ran into "the patient" In the retail store and "the

patient" wanted to speak with him. Clark stated BLOCHOWICZ said that he

told "the patient" that he could not speak with him and "the patient" asked

BLOCHOWICZ why he could not talk with him. According to Clark,

BLOCHOWICZ stated "because you told them I punched you in the chest".

Clark stated BLOCHOW1CZ informed her that he also put a blanket over the

camera lens in the patients' room to let the patient get some rest because he

left the camera was disturbing him. Clark stated BLOCHOWICZ never

mentioned "the patient' stated the camera disturbed him. Clark stated she

never knew the patients name or circumstances regarding BLOCHOW1CZ

change of assignment until BLOCHOWICZ brought the matter to her

attention.  On January 26, 2016. Clark completed a Report of Contact

regarding he, aforementioned contact with BLOCHOWICZ after he allegedly

made improper statements to other staff regarding his displeasure with facility

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

leadership. Clark submitted the Report of Contact to Michelle Cox-Henley, Associate Medical Center Director, VAMC Augusta.

22. **28 February, 2018**- Just prior to Michelle Cox-Henley's removal, additional letter received by Jeffrey M. Blochowicz (via USPS) extension of Indefinite suspension- after rulings of DAB & PDUSH. FORGED SIGNATURE of Clare O'Geary by Michelle Cox-Henley. **MAIL FRAUD!**

23. **25 June, 2016**- Latrice Clifton, RN COMPLETE Fabrication of events of 5 Dec, 2014 to 7 Dec, 2014- while pt. (Mr. H) in the Intensive Care Unit, CNVAMC. Latrice Clifton, Chief Nurse- wrote letter (Exhibit 2), on 25 June, 2016- stating pt. (Mr. H) was coherent on 12/5/14, at approx.. 17:45 during rounds on 5D..Furthermore, Latrice Clifton, RN LIED to DAB panel, 3-4 October, 2017- stating that pt. was not under the influence of any sedatives on 12/7/14 when M. Patel, RN & Heather Scott, RN interviewed pt. (Mr. H) @ 14:00 per VAMC Police Report (Exhibit 2, & 8).

24. **2014 to Present**- Due to the continued Charlie Norwood VAMC, Augusta, GA- stress, retaliation, discrimination, details out of ICU, our Marriage was Severely stressed! Our Financial Status was SEVERED!  The IRS and State of Georgia Revenue was weaponized against us!! **(Exhibit 19).** Loss of Two

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Nursing Staffing Businesses (JKStaffing, LLC, & Nurse#1 Staffing, LLC). Total Loss of JKStaffing, LLC $150,000.00.  Total Loss of Nurse#1 Staffing, LLC started in 2016, $25,000.00.

25. Dec, 2015-Feb, 2015- Plaintiff and Jeffrey M. Blochowicz separated, divorced, and remarried (within the same week).  Continue to repair damages caused by CNVAMC actions!

26. Loss of Attorney's fees (Kimberly M. Blochowicz- EEOC (410-2015-00221X Agency No. ARGORDON14MAR00903) against DOD/DDEAMC (MAJ Kristine M. Broger, LtCOL HP, COL Sharon Barrows **(Exhibit 19)** $$ paid to Gilbert & Gilbert & Associates, Silver Springs, MD for EEOC.  Case never mediated/never presented to EEOC Judge Layton (JudgeLayton@EEOC.gov) .

27. **17 May, 2020 to present**- Plaintiff has not been able to work at **University Hospital, Augusta, GA-, since 17 May, 2020, As a Critical Care RN.** We have 19 (each) Richmond County Grand Jury Trial Calendar Call postcards (Mail fraud)- dating all the way back to 2017…. And still, to date (21 July, 2019, my Husband- INNOCENT of ANY Crime- Is still referred to as a "criminal who is unhappy with the proceedings of his case!"  per Natalie

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Paine's recollection to Attorney General, Assistant Attorney General, et. al.-

(10 July, 2020)

28. - due to multiple death threats, panic attacks, (symptoms of Legal Abuse

syndrome-((LAS))/ Veterans Administration-Abuse Syndrome ((VA-AS)) Zone

of Interest- **ADA Advocate for Jeffrey M. Blochowicz-** whose

**False/FABRICATED Indictment/Administrative Trickery of Charlie**

**Norwood Veterans Administration retaliation, and State of Georgia-**

**Superior Court (Criminal Case #2017RCCR01037), and (Civil Case**

**#2020RCCV00272)** continues to be manipulated at the State of Georgia

Superior Court. **Malicious Prosecution, living under constant unlawful**

**siege, to include False Imprisonment!**


29. Still awaiting decision on Writ of Mandamus and Quo Warranto (Case No.

2020RCCV00272) **Operation Law, on 10 July, 2020-** to be granted by

**Judge William E. Woodrum, Jr.  Reasonable Accommodation (RA)**

requested on **11 June, 2020** at **Clerk of Superior State Court-** (Deputy

Clerk Jody Thigpen), denied **Writ of Mandamus and Quo Warranto, with**

**Exhibits,** Certificate of Service, Summons packets for all three Defendants-

**Judge Wade Padgett, District Attorney Natalie Paine, Augusta**

**Compliance Director Treza Edwards**. Thus, Plaintiff (Kimberly M.

Blochowicz) mailed, via USPS-Priority Mail, Certified, with return receipt

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

requested, original request for RA, Writ of Mandamus and Quo Warranto,

Certificate of Service, Exhibits, Summons packets (for each defendant).

**(Exhibit A)** Plaintiff (Kimberly M. Blochowicz), subsequently mailed, via

USPS-Priority Mail, Certified, with return receipt requested, Courtesy packets

to each defendant, as well as to U.S. Attorney for Southern District, Bobby L.

Christine, and to President Donald J. Trump, White House.

30. **June, 2020**- University Hospital, Augusta, GA demanding Reasonable

Accommodation paperwork to be submitted to Employee Health department/

to be filled out by Primary Care Physician- then pending approval)-, further

exacerbating PTSD, panic attacks, as Plaintiff is unable to function as full time

critical care RN.  Category of Title II, Title III applicable, and voiced/written

documentation provided to University Hospital in May, 2020- due to Legal

Abuse Syndrome (LAS)/Veterans Administration Abuse Syndrome (VA-

AS)/PTSD/Panic Attacks- unable to function as full time critical care RN.

Plaintiffs loss of income due to Legal abuse syndrome (LAS)/ Veterans

Administration-abuse syndrome (VAAS)- **unmeasurable** since the retaliation,

discrimination, hostile work environment of Jeffrey M. Blochowicz, CNVAMC

in 2014 to present.  Plaintiffs insomnia, anxiety, panic attacks, frequent

migraine headaches (unable to function as critical care RN/unable to work).

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

31. **Dec. 2014 to 1 Feb, 2017**, and **continue to present**- Death threats called to

Plaintiff due to Malicious lies/ weekly, if not more frequent threats to Jeffrey

M. Blochowicz of "You might as well tell me the truth now. You're facing a

long time in prison. Spare your family the continuation of this" by **SPC Agent**

**OIG Tracy Brumfield**- Dec. 2014 to 1 Feb, 2017 when Jeffrey M. Blochowicz

was Falsely accused/ Indicted x 2 of Exploitation of the Elderly.

32. **2015-2016** Loss of Attorney's fees (Jeffrey M. Blochowicz)-Michael Garrett,

$22,500.00. Under Zone of Interest- All retaliation, discrimination, False

imprisonment, Violation of Fourth Amendment of the United States

Constitution- have and continue to impact Plaintiff, Kimberly M. Blochowicz,

PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M.

Blochowicz.

33. Against ALL ODDS, Plaintiff and Jeffrey M. Blochowicz, MSN, RN,

REMARRIED- **Feb. 2015** (divorced less than one-week), and continued to

fight back against the VAMC, IRS, GA State of Revenue!!

34. **December, 2014 to present**- We have sustained Vandalism to our home of

Record! **Sandy Hodson, Augusta Chronicle, Gannett Media INC**

**(owners)**- multiple articles (LIES) written by Sandy Hodson- our home

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

<u>address stated by Sandy Hodson,</u> We have been shot at!  We have received and continue to receive Multiple Death Threats on a daily, if not multi-weekly basis!  **(Exhibit 20).**

35. **5 Feb, 2017 to June 15, 2020-** Fictitious articles written by Sandy Hodson, Augusta Chronicle.  Jeffrey M. Blochowicz, or his attorney NEVER contacted for the TRUTH!

36. **2 Feb 2017 to present-** continuation of LIES on social media, due to Sandy Hodson, Augusta Chronicle malicious LIES!

37. We suffer from the medical diagnosis of Anxiety Disorder, Legal Abuse Syndrome- due to the State of Georgia holding my Husband, Jeffrey M. Blochowicz, MSN, RN under siege!!  **False Imprisonment – violation of Fourth Amendment of the United States Constitution**

38. Our home of record remains on **Bond-**and I, Kimberly M. Blochowicz, remain my Husbands' Bondsperson.

39. As the result of malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Latrice Clifton, RN- Plaintiff remains Advocate to later place documentation on record of ADA Advocacy for Jeffrey M. Blochowicz.

40. Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued Veterans Affairs Abuse Syndrome/ Legal Abuse syndrome with husband Jeffrey M. Blochowicz.

41. We have endured countless Richmond County Calendar Call dates- only to be held in Judge Wade Padgett's Courtroom- until the last case! even after I had worked 12+ hour shifts in the Intensive Care Unit the night before, and scheduled to return to work at 19:00pm.

42. We have 19 (each) Richmond County Grand Jury Trial Calendar Call postcards (Mail fraud)- dating all the way back to 2017…. And still, to date (21 July, 2019, my Husband- INNOCENT of ANY Crime- Is still referred to as a "criminal who is unhappy with the proceedings of his case!"  per Natalie Paine's recollection to Attorney General, Assistant Attorney General, et. al.- (10 July, 2020)

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

43. **On 15 January 2016,** when Jeffrey M. Blochowicz reported the findings of $7.2 Million being paid to non-existent VA Employees, to Medical Director, Marie Andrews, with written Excel Spreadsheet (Jeffrey M. Blochowicz, MSN, RN kept one copy for proof). Folder, with corresponding CD-ROM kept in Jeffrey M. Blochowicz's work-bag- Removed by Mark Fox, Supervisor, Logistics on date of FALSE ARREST, **01 February, 2017!** Per retained criminal attorney, Henry "Hank" Crane, III advice on 06 February, 2017- "Do not report stolen items out of your workbag from VA!"

44. **On 26 Jan 2016**, Jeffrey M. Blochowicz, MSN, RN Interviewed, and was promoted to Lead Registered Nurse of Employee health, VAMC, Augusta, GA. His wife (estranged-due to VA/DOD EEOC continued retaliation/discrimination), Kimberly M. Blochowicz, was called and informed.

45. **On 27 Jan, 2016**, Jeffrey M. Blochowicz was called to then Nurse Executive, (Michelle Cox-Henley) office-with then VAMC Director, Marie Andrews, and told "you will report to Logistics Supervisor, Mark Fox Immediately. You are No longer in Employee Health." Stressors from VA/DOD EEOC ongoing case with Plaintiff-Kimberly M. Blochowicz was further causing financial hardship, severing of marriage.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

46. **On, or about 12 Feb, 2016**, Plaintiff Kimberly M. Blochowicz and Jeffrey M. Blochowicz divorce final (All due to DOD-ongoing EEOC case, VAMC retaliation for Jeffrey M. Blochowicz Whistleblower Actions of missing $7.2 Million dollars to then VAMC Director, Marie Andrews). Continued abuse of power and detailing Jeffrey M. Blochowicz out of ICU- for the HEINOUS LIE of patient abuse!

47. **On 17 Feb, 2016** Jeffrey M. Blochowicz calls/emails Plaintiff Kimberly M. Blochowicz to discuss events that led up to severed marriage.

48. **On 18-19 Feb, 2016** Jeffrey M. Blochowicz and Plaintiff continue to reconnect severed marriage.  Marriage License applied for by Plaintiff and Jeffrey M. Blochowicz.  Plaintiff and Jeffrey M. Blochowicz re-married, and attempting to work on severed relationship.  All due to stressors from DOD-EEOC Case and CNVAMC retaliation/harassment/discrimination/continued threats

49. **On 19-21 Feb, 2016** Jeffrey M. Blochowicz requests Plaintiff- Kimberly M. Blochowicz to "not go to work, as Plaintiff is a direct target of retaliation from VAMC Nurse Executive (Michelle Cox-Henley)-Ms. Cox-Henley reported to CNVAMC Police "Mr. Blochowiczs' wife threatened me."  Jeffrey M. Blochowicz contacted and told Plaintiff "Kimberly M. Blochowicz is NOT safe! Plaintiff Kimberly M. Blochowicz NEVER had ANY communication with Ms.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Cox-Henley!  Further evidence of Ms. Cox-Henley and Marie Andrews

retaliation towards Jeffrey M. Blochowicz

50. **On 23 Jan 2017**, Jeffrey M. Blochowicz, requested his Freedom of

Information Act (FOIA) report from Schwanna Burch-Privacy Officer

(CNVAMC).

51. **On 26 Jan 2017**, Jeffrey sends a message to National Nurses United Vice

President, Dewey Parker of his request for FOIA report… Schwanna Burch

stated "You're not gonna like what's gonna happen to you next."

52. **On 1 Feb, 2017,** Plaintiff Kimberly M. Blochowicz directly calls NNU

President, Cathy Billiter, RN and Linda Carter, RN to report "Jeff has been

arrested at work.  He is being held at the Richmond County Detention Center.

Does the NNU have an attorney for him-as both of you are aware of all the

retaliation/discrimination/ details?"  Cathy Billiter, NNU President, and Linda

Carter, NNU VP laughed at Plaintiff and stated "You had better find Jeff a

good criminal attorney. He is going to need one!"  Both Billiter and Carter then

hung up the phone..

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

53. **1 Feb, 2017-3 Feb, 2017** Jeffrey M. Blochowicz remained incarcerated at Richmond County Detention Center. Charge of Exploitation of the Elderly handed down by then District Attorney-Ashley Wright. Newly appointed District Attorney, Natalie Paine contacted by criminal attorney Henry "Hank" Crane III. Jeffrey M. Blochowicz and Plaintiff continued to attempt to call previously paid attorney, Michael Garret-to NO Avail!

54. **3 Feb, 2017** at approximately 14:30pm- Jeffrey M. Blochowicz released to bondsperson-Kimberly M. Blochowicz (after home of record placed as Bond of $50,000 in county of residence-Columbia. Bond then transferred by Sheriffs department to Richmond County-for the release of Jeffrey M. Blochowicz.

55. **3 Feb, 2017 to Present**- Plaintiff Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC, has been, and remains Jeffrey M. Blochowiczs' Bondsperson, support, Advocate to assist during HEINOUS LIE made-up, and PROVEN by False Chart given to District Attorney-Natalie Paine/ E. Timothy Edwards and criminal attorney Henry "Hank" Crane, III.

56. **21 Feb, 2017 to Present**- Plaintiff, Kimberly M. Blochowicz has continued to provide expert medical advice to attorney Henry "Hank" Crane, III. All emails,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

to include the review of 11 folders-containing over 9,000 pages (from the first SHADOW/ILLEGAL chart when received after the seventh request by Judge J. Wade Padgett- see alteration in Dockets!)...Multiple VOID ORDERS, Lack of Dates of hearings.

57. **5 Feb, 2017** Jeffrey M. Blochowicz receives telephone call from Henry "Hank" Crane, III at approximately 12:30pm. Henry "Hank" Crane III, states to Jeff "Natalie Paine texted me while we were in church. She said she will drop the charges down to a misdemeanor if you agree." Jeffrey M. Blochowicz stated to his attorney "I will never agree to any charge! I never harmed patient Mr. H!

58. **February 2017-** Jeffrey M. Blochowicz receives notice of "Indefinite Suspension from CNVAMC- signed by Marie Andrews- delivered via USPS mail.

59. **15 May, 2017-** Jeffrey M. Blochowicz (per his request) takes Polygraph, administered by Mr. John Hartley (CIA/FBI Lie Detector test). Jeffrey M. Blochowicz passes Polygraph w/ score +6! Plaintiff, Kimberly M. Blochowicz remains in attorney Crane's office while Polygraph administered in private room.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

60. **29 Jun, 2017-** Richmond County Courthouse- Judge J. Wade Padgett, Henry "Hank" Crane, III, Asst. District Attorney E. Timothy O'Brien Hearing Re: "Hearsay, and Demurer"

61. **8 Jul, 2017** at 15:00pm, Jeffrey M. Blochowicz receives telephone call from attorney Henry "Hank" Crane, regarding Judge J. Wade Padgett's ruling. "Judge Padgett is dismissing your case as Nolle Prosequi." Conversation continued for short period of time between Jeffrey M. Blochowicz and attorney Crane. Per attorney Crane, Judge J. Wade Padgett sent 10 page letter **(dated 6 July, 2017)** to attorney Crane- "All charges dismissed." Jeff to receive letter regarding Judge Padgett's "dismissal." See #29- **Hattie Holmes-Sullivan**, State of Georgia Superior Court Clerk, alteration of Docket!

62. **10 Jul, 2017-** 13:00pm second oral rebuttal to CNVAMC Director **Robin E. Jackson, Heather Vaught (Employee Relations/Labor Relations)**, Henry "Hank" Crane, Jeffrey M. Blochowicz, Plaintiff Kimberly M. Blochowicz, Advocate for Jeffrey M. Blochowicz

63. **8 Aug, 2017** – Jeffrey M. Blochowicz unaware of second Indictment-placed on Docket (Case # 2017RCCR01037) by Richmond County Grand Jury

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

71

Panel. Spc Agent OIG Tracy Brumfield AGAIN told the HEINOUS LIE of

patient abuse!- Police Record from CNVAMC, withheld from Grand Jury!

Further **Brady Rule Violations/ Giglio Act Violations!**

64. **9 Aug, 2017** – Judge J. Wade Padgett enters dismissal of (Case #

2017RCCR00147)- Nolle Prosequi- see docket. Further proof of continuation

of **Hattie Holmes-Sullivan**, State of Georgia Superior Court Clerk, alteration

of Docket!

65. **August 2017**- Jeffrey M. Blochowicz receives notice of "Termination from

CNVAMC" – delivered via USPS mail, with **forged signature of Clare**

**O'Geary (verified by Cyber-command)- Ms. Michelle Cox-Henley signed**

**letter of termination.**

66. **September, 2017-** Internal Revenue Service (IRS) and State of Georgia

Revenue auditing Jeffrey M. Blochowicz and Plaintiff, Kimberly M. Blochowicz

(December 2014-January 31, 2017 per Official letter from IRS- also verified

by IRS Auditor Mr. Mendez **(Exhibit 19)**- Weaponized IRS and State of

Georgia against the Blochowiczs'- due to Whistleblowing, Michelle Cox-

Henley's directive to "continue to attack financially, emotionally, harm the

Blochowicz household by any means necessary."

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**67.** **3-4 Oct, 2017**- Disciplinary Appeals Board (DAB), Federal Jurisdiction over

CNVAMC facility, hears complete details of supposed 5-8 December, 2014

HEINOUS LIE of patient abuse.  Latrice Clifton, RN (previous ICU Manager)

testified that pt. (Mr. H.) was NOT under the influence of ANY medications

**(Exhibit 2)** .  M. Cox-Henley, RN testified Mr. Blochowicz "Harmed pt. (Mr.

H). Mehul Patel, RN called to testify. **Mehul Patel, RN LIED under OATH**!

Stated that he had taken care of pt. (Mr. H) 8-10 times **(Exhibit 2)**.  **Mehul**

**Patel, RN** stated pt. (Mr. H) was "crying profusely, and was hitting himself.  Pt

wrote on the white board.  Also stated that pt. was NOT on any medications!"

Electronic charting showed IV Ativan 2 mg had been administered at 13:45pm

(Per DAB findings, 3-4 Oct., 2017). DAB Chairperson noted during DAB

hearing that "silent code" had taken place on 6 Dec., 2014). DAB Chairperson

also noted "addendum of earlier  note in electronic chart- proof of alteration of

charting." **Heather Scott, RN** (Charge RN on 7 December, 2014), **(Exhibit 2)**

called to testify. Heather Scott, RN LIED under OATH! Stated to DAB panel

that pt. (Mr. H.) was hitting his head, and communicated through nods and

wrote on the white board.  VA Police Officers also testified that pt. (Mr. H) was

NEVER harmed by Jeffrey M. Blochowicz.  DAB panel reviewed ALL of

Jeffrey M. Blochowicz's charting- and ALL notes confirm "no harm to pt. (Mr.

H).

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

68. **4 Oct, 2017- Sophia Haynes, General Counsel for VISN 7 VA-** States to

DAB panel, and all members in VA conference room, under Oath- Mr.

Blochowicz has stated to multiple VA employees that "he had something to do

with the beatings of the couple on the River!"  A COMPLETE LIE!

69. **4 Oct, 2017- Sophia Haynes, General Counsel for VISN 7 VA-** States to

DAB panel, and all members in VA conference room, under Oath "You need

to worry about your criminal case, Mr. Blochowicz!"

70. **4 Oct, 2017- Michelle Cox-Henley,** stated to DAB panel "No Sentinel Event

was ever filed" (when questioned).  "No report ever sent to Joint Commission"

(when questioned).  "No report to the State of Georgia" (When questioned). "I

don't do Sentinel events!"

71. **November, 2017**- DAB Findings sent to Jeffrey M. Blochowicz, and to

CNVAMC Director.

72. **12 Jan, 2018**- Richmond County Courthouse- Timothy O'Brien (Asst. DA),

Judge J. Wade Padgett, "Hank" Crane in courtroom.  See RCC Docket, Case

# 2017RCCR01037- **Hearing NOT ON DOCKET!  Further manipulation/**

**VOID ORDERS! SMJ NEVER Established!**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

73. **12 Jan, 2018-** **Mehul Patel, RN** called to testify. Mehul Patel, RN LIED under

OATH! Stated that he had taken care of pt. (Mr. H) 8-10 times. **Mehul Patel,**

**RN** stated pt. (Mr. H) was "crying profusely, and was hitting himself.  Also

stated that pt. was NOT on any medications!"  Electronic charting showed IV

Ativan 2 mg had been administered at 13:45pm (Per DAB findings, 3-4 Oct.,

2017). Alarms must have been turned off." **Heather Scott, RN** (Charge RN

on 7 December, 2014), called to testify. Heather Scott, RN LIED under OATH!

Stated to DAB panel that pt. (Mr. H.)   was hitting his head, and

communicated through nods and wrote on the white board. **Heather Scott,**

**RN**, also stated that pt. was NOT on any medications!" **(Exhibit 2)**


74. **31 Jan, 2018**- Letter from Principal Deputy Under Secretary for Health,

confirming DAB findings, Orders to place Jeffrey M. Blochowicz back to work,

with Back Pay Act.


75. **27 Feb, 2018-** Jeffrey M. Blochowicz receives letter from CNVAMC, Re;

Placed in a position at the CNVAMC- Not back in the ICU- as the DAB

findings and report stated (Signed by Brenda Byrd-Pelaez)


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

76. **27 Feb, 2018-** Ms. Michelle Cox-Henley removed from Federal property-

removed from CNVAMC due to Lies/ forgery/ alteration of patients' electronic

medical chart.

77. **28 Feb, 2018-** Jeffrey M. Blochowicz receives letter from CNVAMC, with

forged signature of Clare O'Geary (verified by Cyber-command)- Ms. Michelle

Cox-Henley signed letter of proposed Indefinite Suspension.

78. **30 Mar, 2018-** Jeffrey M. Blochowicz receives letter from CNVAMC, signed by

**Robin E. Jackson** Indefinite Suspension.

79. **7 Mar, 2018-** 13:00pm, Meeting held to give oral argument against Indefinite

Suspension.  Written argument given at that time.  Mr. **Robert Reeder**

(appointed by **CNVAMC Director-Robin E. Jackson)** to hear oral argument

by attorney "Hank" Crane, Jeffrey M. Blochowicz.  **Heather Vaught**,

**Employee Relations/Labor Relations** present during meeting.  Plaintiff,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ(Ret) USAR, NC; ADA

Advocate for Jeffrey M. Blochowicz present during ALL VA meetings, ALL

Richmond County Courthouse Grand Jury Trial Calendar Calls, ALL

Richmond County Calendar Calls.  Heather Vaught stated during the meeting

"we rubber stamp our decisions!"  **Heather Vaughts'** statement questioned

by "Hank" Crane. Letter sent to PDUSH by Hank Crane same day- Re: CNVAMC disregard for DAB findings. CNVAMC disregard for oral argument/ written argument. **(Exhibit 4-5).**

**80. Answer to Agency (MSPB) Motion to compel; Initial filing 5 June, 2018- as follows below:**

I will also point out that the continued submissions by the **Agency** representative contain statement(s) that I feel are false, because she (**Amee Patel**, Agency Representative) does have knowledge of all of my case because she (**Amee Patel**) has been the representative during all of it, verified by Attorney for Office of General Counsel, **Sophia Haynes**, during my two-day DAB hearing (October 3-4, 2017)!

**2.** Identify and describe in detail <u>all defenses raised or that will be raised by you in this case</u>.

Please review INTERRAGATORY question # 1 (in its entirety). All claims by myself (Appellant) are TRUE and ACCURATE claims. I (Appellant) can verify the defenses as ALL have been submitted to the MSPB. The Veterans Administration should try utilizing the TRUTH!

**3.** Identify all damages raised or that will be raised by you in this case.

Please see the attached form (below). As stated in INTERRAGATORY question # 1, I (Appellant) was force retired by the United States Army Reserve, Nurse Corps, as MAJOR. Included within INTERRAGATORY question # 1, I (Appellant) was to be selected as LTC. Additionally, after a period of serving in the U.S. Nurse Corps as LTC (three years), I was then slotted for COL. (to serve a period until age 65)- upon retirement age of 65 yrs., I (Appellant) would draw $ 48,402.60/year. **(Exhibit 9)**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1. **28 May, 2018-** Letter to CNVAMC Director, **Mr. Robin E. Jackson**, and also to **Congressman Rick Allen**;

May 28, 2018
Jeffrey M. Blochowicz
2508 Laurel Drive
Evans, GA, 30809
blochowicz@yahoo.com
706-210-5300 (hm)/ 706-631-7446 (cell)

The Honorable Rick Allen
US House of Representatives
513 Cannon House Office Building
Washington, DC 20515

Dear Congressman Rick Allen,

I am a 30-year employee with the Veterans Administration, currently still fighting to keep my employment at the Charlie Norwood Veterans Administration Medical Center (CNVAMC), Augusta, GA 30904. I have been employed with the Veterans Administration since September, 1988, and have served as a critical care nurse, as well as a previous Associate Nurse Executive (under the guidance of Ms. Cathy Rick, Zablocki VAMC, Milwaukee, WI). I have also served many roles in the United States Army, and the United States Army Reserves, until I was force retired, due to a lie (called to Fort Knox, KY, Human Resources Command in 2015, by COL Gilmore-Lee). I am writing this letter to ask for your assistance in this very important matter.

I have continued to fight this **Department of Veterans Affairs, Charlie Norwood VA Medical Center,** 1 Freedom Way, Augusta, GA, 30904-6285, for my position as a Nurse 3, Step 15. You will read in this letter, requesting your immediate attention to not only the many violations this VAMC has committed (National Nurses Union Collective Bargaining Agreement/ Master Agreement between the Department of Veterans Affairs).. Yet also, the blatant disregard, and Insubordination to follow the Disciplinary Appeals Board recommendations, and finally, the Principal Deputy Under Secretary for Health January 31, 2018 orders.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**The letter below, is addressed to Mr. Robin E. Jackson, PhD, CNVAMC Director**, as a result of his decision to yet again, place me under Indefinite Suspension (Double Jeopardy). Mr. Jackson, Medical Director had a 10-day suspense date from May 04, 2018 meeting between the NNU Vice-President, NNU President, Human Resources Labor Relations, and myself.

SUBJ: Step 3 Grievance Now moves to Arbitration

Mr. Jackson,

In your response letter, dated May 21, 2018 (seven days past the NNU CBA/ & Master Agreement of 10 days), you reference 38 USC 717, stating "you do not have authority to place anyone on administrative leave more than 14 days without congressional approval." Please provide the National Nurses Union (NNU), as well as myself, a copy of 38 USC 717, because I have not been able to locate it. If you are referencing the Administrate Leave Act, OPM has said they will delay enforcement for 9 months after getting regulations on Admin Leave and Investigative/Notice Leave. As an FYI, OPM has not put out anything since the draft regulations (Proposed Rules) for comment, so it would be incorrect to try and quote a law that has not been implemented yet, or that the Agency has failed to put regulations in place to follow, as outlined and required by the proposed rules.

Specifically: The Office of Personnel Management (OPM) issued proposed rules in the Federal Registry on July 13, 2017, to implement the Administrative Leave Act of 2016, enacted under section 1138 of the National Defense Authorization Act for Fiscal Year 2017 (Pub. L. 114– 328, 130 Stat. 2000, December 23, 2016).

The Administrative Leave Act of 2016, hereafter referred to as "the Act," added three new sections in title 5 of the U.S. Code that provide for specific categories of paid leave and requirements that shall apply to each:

§ 6329a Regarding administrative leave;

§ 6329b regarding investigative leave and notice leave;
and § 6329c regarding weather and safety leave.

Congress wanted agencies to (1) use administrative leave sparingly and reasonably, (2) consider alternatives to use of administrative leave when employees are under investigation, and (3) act expeditiously to conclude

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1   investigations and either return the employee to duty, or take an appropriate
2   personnel action. Congress also wanted agencies to keep accurate records
3   regarding the use of administrative leave for various purposes. The Act
4   directs OPM to prescribe (i.e., publish) regulations to carry out the new
5   statutes on administrative leave, investigative leave, notice leave, and
6   weather and safety leave. The Act further directs that agencies "revise
7   and implement the internal policies of the agency" to meet the statutory
8   requirements pertaining to administrative leave, investigative leave, and
9   notice leave no later than 270 calendar days after the date on which OPM
10  issues its regulations. (See 5 U.S.C. 6329a(c)(2) and 6329b(h)(2). Yet, as of
11  today, OPM has not issued those rules, and the Agency has not revised or
12  implemented any new internal policies or processes related to the upcoming
13  changes.
14
15   Furthermore, your statement that "none of Mr. Blochowicz's rights have been
16  violated" are incorrect (**due process, CBA violations** and **double jeopardy**).
17  The Agency's actions to date have caused this situation!
18  First, you placed him on an indefinite suspension- effective March 17, 2017,
19  and did not allow his representative (Criminal Attorney, Hank Crane, III), or
20  him, the opportunity for an oral response. Secondly, you took an illegal action
21  and removed him from the Agency, effective August 5, 2017. The PDUSH
22  overturned the removal action, and as of today, you have failed to meet any
23  of the requirements stated in the letter ordering the Agency (you Mr. Jackson)
24  to take the corrective action outlined in the decision letter to make him whole!
25  Then instead of returning Mr. Blochowicz to duty, within the ordered 30 days
    from the PDUSH's signature as you were instructed, you subjected him to
    what most would feel is **double jeopardy, by placing him on another
    indefinite suspension for the indictment by the Richmond County, GA
    District DA's office (August 8, 2017), who you or your acting agent
    submitted the same contrived, doctored evidence to get them to go
    forward with a hearing.** Knowing the entire time, the story was Fabricated/
    Malicious Prosecution. **A Shadow Chart provided to the District Attorney
    (Natalie Paine)**

    The Merit Systems Protection Board (MSPB), has explained that where an
    agency has imposed an adverse action for an employee's misconduct, it is
    barred from subsequently taking another adverse action for the same
    misconduct.

    See, for example, Anderson v. Postal Service, (MSPB 1984). Since this
    response is notification that we will be moving forward to Arbitration, I will

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

point out a few specific facts, since your HR and legal advisors do not seem very knowledgeable.

In Social Security Administration, Chicago, (Fed. Arb. 2012), an arbitrator, ordered cancellation of a grievant' s lengthy suspension, applied a principle he called "workplace double jeopardy." In Federal Fire Department, Naval Station, Pearl Harbor, (Fed. Arb. 2009), an arbitrator explained a concept he called "industrial due process," and stated that one aspect of it was "no double jeopardy".

It is safe to assume that most arbitrators will take a dim view of an agency's imposing formal discipline more than once for the same offense.
The Arbitrator will then also see that the DAB records (October 3-4, 2017), clearly show that the **evidence used against Mr. Blochowicz was false**, and that **several of the Agency key witnesses lied or conveniently forgot what truly happened, or failed to do their job as required, such as yourself. Then, on January 12, 2018- after the Richmond County, GA District Attorney's office had copies of the DAB** findings, the two registered nurses **(M. Patel, RN, & H. Scott, RN)** lied yet again, under oath, to Judge Wade Padgett. This **Hearing NOT on Richmond County Docket (Void Orders)** You committed a due process violation when you made your decision to remove Mr. Blochowicz because you stated in your testimony that when you made the decision you only considered the I.G. report, of which Mr. Blochowicz had never been provided a copy. To date, Mr. Blochowicz's representative (Criminal Attorney, Hank Crane, III), has requested a total of four times to view, and obtain a copy of the entire patient's medical file. We will be arbitrating, the first and second indefinite suspension, and the removal to include the 10-day suspension decision made in the PDUSH letter, since you have failed to follow it anyway.

As for Mr. Blochowicz being under indictment, as you are aware it only happened because the Agency, or the Nurse Executive as your agent submitted another complaint and that will come out during the Arbitration. You can do the right thing and place Mr. Blochowicz back into a paid status, even doing non-patient care duties as he was doing for the last 2 years while working there, or we can move forward with Arbitration.
Let me make one more statement, in regards to the many due process violations, & CBA violations… Mr. Blochowicz to date, has never had a PIP, or even been counseled. Mr. Blochowicz's **military jacket was opened by the OIG, SPC Agent Tracy Brumfield (without permission)- and details shared with the Richmond County, GA, District Attorney.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Mr. Blochowicz's file, regarding the false allegations was NOT kept in a GSA approved location, nor was his file kept under an approved GSA lock, with Intelligence oversight.** Also, to date, Mr. Blochowicz, and or his Criminal Attorney, Hank Crane, III, has not been given his entire file (that would show all entries/names/ & periods of > 90 days without an entry- thus making Mr. Blochowicz's false allegation of pt. abuse null and void). **Mr. Blochowicz's rights, Under the 1974 Privacy Act** have been violated! Mr. Blochowicz was force retired from the Military, when COL Gilmore-Lee, in the year 2015 (April), called Fort Knox, KY, HRC- and lied, stating "Mr. Blochowicz had assaulted a veteran." **(Exhibit 9)** While Mr. Blochowicz was in Logistics (his second detail, due to the false allegations), with no training, or a job description- he was repeatedly asked by Mark Fox (Logistics Supervisor), when working the entire month of June, 2016, in building 95 (with outside temperatures of > 100 degrees Fahrenheit) "are you ready to quit yet?" This could be classified as **attempted MURDER!** Furthermore, the OIG, SPC Agent, Brumfield, carried out the threats of "having multiple Agencies crawl up Mr. Blochowicz's butt." As the recorded psychological violent interrogation proves!

Further due process violations by the CNVAMC, Augusta, GA are;

1. The Internet views on Mr. Blochowicz, in regards to the false Felony charge of "Exploitation of the Elderly." The internet views are well over 700,000 (per Google postings, Facebook postings, Instagram postings, Jail Report postings, and local newspapers in the CSRA). Mr. Blochowicz's career as a critical care registered nurse has been all but destroyed! Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz has NOT been able to find work!!

2. Mr. Blochowicz has attempted to work as a critical care nurse, and has been escorted from many hospital settings, by the local police of the county, due to the internet postings of Mr. Blochowicz, and the false Felony charge of "Exploitation of the Elderly" ) **Defamation of Character/ Slander**

3. Mr. Blochowicz has an arrest record, at the Richmond County Jail, Richmond County, GA, after he was double handcuffed by the CNVAMC investigator (Arnold) and OIG SPC Agent Brumfield- and Mr. Blochowicz was paraded through the entire Uptown CNVAMC hospital in double handcuffs. And sustained a broken bone in his left wrist.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

4. Mr. Blochowicz, and his wife (Plaintiff) have received multiple anonymous death threats due to the false allegations of pt. abuse of Mr. H. Each and every test to include X-Rays, CT scans, MRI scans, and photographs of both pt. Mr. H. and Mr. Blochowicz, show negative for any abuse.

5. IRS, and State of Georgia audits of Mr. & Mrs. Blochowicz returns from the time period of December, 2014 through January, 2017.. The exact time frame the OIG, SPC Agent Brumfield threatened. **(Exhibit 19)**

6. The PDUSH ordered for a 10-day suspension (time already served). Mr. Blochowicz had never seen a policy on a "Verbal Policy for ICU Tele-Med." The Department of Veterans Affairs, Medical Center(s), prohibits "ANY verbal policy." The only piece of information Mr. Blochowicz had during the alleged time-frame of pt. abuse, was the Registered Nurse SF-178 RN Job Description (Charge Nurse, Viehman, dictated all patient care without a written policy).

7. Mr. Blochowicz was discriminated against by **Ms. Cox-Henley and Mr. Jackson** to include being retaliated against for **whistleblowing**. Specifically, as a male nurse, Ms. Cox-Henley treated him completely differently than she has female nurses that were accused of a potential patient abuse situation. **Mr. Jackson specifically retaliated against him after disclosing specific violations by Ms. Cox-Henley and went so far as to remove him from Federal service.**

I am formally asking for a Congressional inquiry to address the issue of now Medical Center Director, Department of Veterans Affairs, Charlie Norwood VAMC, Augusta, GA Robin E. Jackson, PhD continued disregard to follow the DAB recommendations, the PDUSH orders, as well as the Double Jeopardy imposed, as a result of the proven false allegation against me in December, 2014.

*(Addition to letter by Plaintiff)- Upon further review, Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN, contacted Mr. Robin E. Jackson's school of record- University of Maryland, Eastern Shore, Princess Anne. Plaintiff spoke with Dean of Organizational Leadership-Dr. Atoh, to inquire about the school of record having a Doctorate of Philosophy program.  Mr. Robin E. Jackson did NOT receive a PhD- as Mr. Robin E. Jackson did NOT take and pass a Comprehensive Exam, or have a Dissertation Committee.  Mr. Robin E. Jackson did NOT write, or publish a Dissertation- that is the requirement of a rigorous Doctorate of Philosophy Program.  **Mr. Robin E. Jackson has been signing Federal documentation as PhD!  Without holding a Doctorate of Philosophy degree, a person commits fraud by signing a false degree!!**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

During my tenure with the VA, I have always received excellent performance reviews, and am a "by the book" employee. I take great pride in my work, and have always strived to provide the highest level of care and service to all patients/veterans. The now 41-month old events of the false Felony allegation of "Exploitation of the Elderly" of patient Mr. H. will show I saved pt. Mr. H.'s life.

The two registered nurses have lied multiple times, and perjured themselves under oath. The truth of the events of pt. Mr. H. were exposed during the two-day DAB hearing, and findings. Registered nurse, M. Patel, lacked the integrity to tell the truth of the two near-death incidents (caused by his then four-month out of school lack of critical care) in less than a 24-hr period, of pt. Mr. H. M. Patel, RN, administered a total of 2 milligrams of IV Ativan (a benzodiazepine) 15 minutes prior to his, and H. Scott, RN's interview of pt. Mr. H., on Dec. 7, 2014, @ 1400. The original VAMC police report, with original pictures, and the DAB findings from October 3-4, 2017 prove my innocence in the matter of the false Felony indictment by Richmond County Grand Jury.

I have all documentation of the serious false allegations, which I will forward to you when requested. The Prosecuting District Attorney for Richmond County, GA (Natalie Paine) continues to fail to drop the false allegations- as proven by the DAB two-day findings, the PDUSH order, and the sworn affidavits of 30 year plus police officers (serving at the CNVAMC, Augusta, GA).

My false Felony allegation of Exploitation of the Elderly Trial by Jury case is continued through July, as my criminal attorney has not received the original VAMC Police report, or the medical file of patient Mr. H. My Criminal Attorney, Hank Crane, III, has requested the previous several times, to no avail. The VAMC Police report, and entire medical file of patient Mr. H. has now been requested from the CNVAMC, Augusta, GA, through Judge Wade Padgett. The October 3-4, 2017 DAB findings, as well as the PDUSH order to return me to duty, back pay all missed hours, award of attorney fees, and finally, to "make me whole." need to be implemented.

The blatant disregard to produce two copies of my Freedom of Information Act (per the NNU CBA/ Master Agreement) within three business days, in January, 2017 led the Office of Inspector General, SPC Agent, Tracy Brumfield, to take my then 26-month old false allegation case to the Richmond County Grand Jury, under the direction of then District Attorney,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Ashley Wright (now Superior Court Judge). *Natalie Paine, District Attorney is included in the Writ of Mandamus and Quo Warranto, delivered to the State of Georgia, Superior Court Clerk, 12 June, 2020)..*

In closing, the CNVAMC, Augusta, GA 30904, has forced retired individuals named in this letter, either the previous week to the October 3-4, 2017, DAB hearing, and or moved the named individuals in this "made-up allegation" to other Department of Veterans Affairs Facilities. To date, Ms. Michelle Cox-Henley has been removed from the CNVAMC, and not allowed to step foot on ANY Department of Veterans Affairs premises. Also, during the two-day DAB hearing, Ms. Cox-Henley was asked "was a Sentinel Event filed with Joint Commission?" in regards to the alleged abuse of pt. Mr. H. Ms. Cox-Henley stated "I don't do Sentinel Events!" Each and every case of abuse, or neglect is to be reported to Joint Commission.

Your assistance in this serious matter is greatly appreciated.

Sincerely,
Jeffrey M. Blochowicz, RN
MAJ (Ret.) USAR, NC (*force retired by the actions of the Charlie Norwood VAMC- Ms. Michelle Cox-Henley*)

Below are the questions asked by the Merit Systems Appeals Board:   (Initial filing w/ MSPB 5 June, 2018) Submitted .......
5. Identify and describe in detail any claims asserted by your client in the past five years in any forum including EEOC, MSPB, Office of Special Counsel, Equal Employment Opportunity Commission, grievance, Office of Workers' Compensation Programs and Federal Labor Relations Authority, as well as in any State or Federal court.

I (Appellant), have not filed EEOC.  My (Appellants') Grievance to Agency (VAMC) Director, has already been addressed within INTERRAGATORY question # 4.  I (Appellant) did file MSPB case Docket # AT-0752-18-0520-I-1, that was separated, by Administrative Judge Pomeranz, into an additional MSPB case Docket # AT-4324-19-0022-I-1 (USERRA).  I (Appellant) will also point out that nothing has been filed with the Department of Labor (yet), since it appears the Agency is also trying to use that as a way to get this case dismissed. I (Appellant), in my submission to Administrative Judge Pomeranz (28OCT2018-page 5), stated I (Appellant) chose not to file a complaint with the Secretary of Labor, and filed my MSPB appeal, to include the VAMC, Augusta GA (Agency), USERRA violations directly with the Board.  As I

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

clearly stated, in my (Appellant) submission to Administrative Judge Pomeranz (28OCT2018-page 3), the DOL would be receiving everything I have submitted to date to the MSPB (not had received), and that is due in addition to several other violations by the Agency - related to legal fees the Agency have failed to pay, when I won my appeal to the Principal Deputy Under Secretary for Health, when the Agency removed me. The Agency leadership overrode the Principal Deputy Under Secretary for Health decision, because as stated in the decision letter, signed by Principal Deputy Under Secretary for Health- contained within my (Appellant) 28OCT2018 submission. Additionally, I (Appellant) have not filed any claims with the Office of Workers; Compensation Programs. I (Appellant) did file my case first, with the **Federal Labor Relations Authority**. And will include the submission here; Case No. AT-CO-17-0298;

81. **November, 2017-2018;** Plaintiff Kimberly M. Blochowicz , PhD, MSN, RN-

applied for multiple positions at Augusta University, As Professor of Nursing,

Assistant Professor of Nursing, Associate Dean for the College of Nursing,

Dean for the College of Nursing. Seven applications Total- Denied by College

of Nursing, Augusta University, stating "You do not hold the qualifications for

the College of Nursing."  Michelle Cox-Henley currently holds a position as

Assistant Professor- Further evidence of Discrimination/ retaliation/

Defamation of Character- due to Jeffrey M. Blochowicz professional name

Smeared over internet, social media. Sandy Hodson, Augusta Chronicle

articles (Zone of Interest).

82. **2018-2020;** Plaintiff Kimberly M. Blochowicz, PhD, MSN, RN; MAJ(ret)

USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret)

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

USAR **has been denied employment 2018-2020) by the defendant Charlie Norwood Veterans Administration Medical Center**, by **Director Robin E. Jackson**, Nurse Executive Sandra Swearingen- due to **continued retaliation** towards Husband-Jeffrey M. Blochowicz **(Zone of Interest)**.

83. **13 Feb, 2019**- Plaintiff and Jeffrey M. Blochowicz receive notification from Hank Crane- Criminal Hearing moved from 09:30am to 13:30pm- Richmond County Courthouse, room 3G; Assistant District Attorney E. Timothy O'Brien, Judge Wade Padgett, and Hank Crane present. Prior to entering court room- attorney Crane explains to Plaintiff and Jeff "Tim O'Brien may offer a First Offender Plea.. But you don't need to worry about that now. Plaintiff (ADA Advocate for Jeffrey M. Blochowicz) and Jeff enter court room 3 G. Within a matter of the first few moments in the court room, Judge Padgett screaming at Jeff- "You do realize, Mr. Blochowicz that the District Attorney's office is offering you a Plea of First Offender. I don't know how long this offer will be on the table. This is the best deal you are going to get. Do you understand Mr. Blochowicz?" Judge Padgett still screaming at Jeff "Take the First Offender Plea!" Plaintiff and Jeff both in shock! Jeffrey M. Blochowicz stated "No. I will not take a Plea. I did nothing wrong!"

84. **Feb, 2017- Present**- Plaintiff and Jeff exhausted from the multiple court dates. Exhausted and frustrated at the amount of Exculpatory Evidence

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

provided to attorney Crane, and told "The District Attorney doesn't care about anyone else. You are the only one the DA is going to prosecute. You do realize you're facing a long time in jail!"

85. **Feb, 2017-Present-** Continued threats from District attorney (per attorney Crane).

86. **Feb, 2017-** Present; Multiple missed family graduations, weddings, family reunions- as FAKE Criminal Case remains in Criminal Court. Multiple mailed post cards to attend Grand Jury Trial Calendar Calls. Multiple texts and emails from attorney Crane to attend Richmond County Calendar Calls.

87. **01 April, 2019-** Jeffrey M. Blochowicz reinstated as Registered Nurse- due to Federal Arbitration Findings- coincided with Federal DAB Findings- NNU National Vice President Mr. Dewey Parker arrived from Kentucky to assist Jeff back into VA System. Plaintiff and Jeff stressors re-triggered when Jeff and NNU National Vice President arrive at Human Resources. Theresa Neidlinger to meet with Jeffrey M. Blochowicz. Ms. Neidlinger not in her office. No one in Human Resources were prepared for Jeff to arrive at work.

88. Plaintiff had already sent email communications to Robert Wilkie re: Reasonable Accommodation (Executive Order 13164). Jeffrey M.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Blochowicz- per Federal DAB Findings was to be made Whole!  In Every Way!

89. **01 April, 2019**- Plaintiff and Jeff stressors exacerbated as Jeff was told by Ms. Cheryl Capers, RN- "You will be charged AWOL for today!"

90. 05 April, 2019- Jeffrey M. Blochowicz still not in the VA System, nor did he have ID Card Access!  Further retaliation/ discrimination/ harassment from management!

91. **01 April, 2019 to date-** Plaintiffs and Jeffrey M. Blochowicz stressors re-triggered, as Jeff has NOT been made whole.  Continue to be told, "you have a criminal charge pending!' ex; 15 June, 2020-FAKE WebEx hearing (not on Richmond County Court Docket, Void Orders by Judge Padgett, NO SMJ, NO Sufficiency of Pleading!

92. **9 February, 2019 –** Chief of Police Howe destroys any and all remaining "evidence of Jeffrey M. Blochowicz- to include 1" medical tape (with Chris Veihman, RN fingerprints.. to include two VHS tapes of the weekend of 5 Dec, 2014 to 8 Dec., 2014…

93. **On or about 10 February, 2019-** Plaintiff and Jeff report to attorney Crane the destruction of "evidence" from the CNVAMC.  Attorney Crane states "the

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

District Attorney doesn't care.  The only person that will be prosecuted is you!"

94. **On 01 Apr, 2019**, when Jeff refused to speak to ANYONE in Human Resources, without his ADA Representative (Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz).

95. **On 01 APR, 2019**, ADA Representative sends an email to Robert Wilkie.

Executive Order 13164 required Federal Agencies to establish procedures to facilitate the provision of RA. Executive Order 13164 states:  Federal employees with disabilities can: (1) enjoy benefits and privileges of employment equal to those enjoyed by employees without disabilities, (2) Agencies will maintain/secure employee's RA records in a separate file, (3) Agencies will expeditiously (within 30 days) provide RA (4) Agencies will not request additional medical records, (5) Agency will put in writing all denials and specify the reason for denial, (6) Agencies will ensure systems of record keeping track the processing of requests for reasonable accommodation and maintain the confidentiality of the medical information received in accordance with applicable law and regulations, (7) RA is denied if there is an undue delay, (8) RA is established Orally or in Writing.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

All VA leaders [and federal Agencies that received CONGRESSIONALLY APPROPRIATED FUNDS] will be trained and certified in EEOC, Civil Rights Violations, NO FEAR, Whistle Blower Protection, OSHA Act violations **(Exhibit 1, 12 & 17)**.

96. **On 01 Apr, 2019**, ADA representative – Plaintiff (1) requested Reasonable Accommodations To Robert Wilkie, and (2) reported 1973 Rehabilitation Act violations to RA and Civil Rights violations ignored.

97. **7 May, 2019-** pre-arranged meeting set for 10:00 with Ms. Veda Pearson, CNVAMC Chief EEO Officer – to request Reasonable Accommodation for Jeffrey M. Blochowicz. Plaintiff- as Jeffrey M. Blochowiczs' ADA Advocate took the morning off from work to attend. Blochowiczs' arrived at Ms. Pearson's office, and remained standing in the hallway. At approximately 10:15am, female employee asked Plaintiff and Jeffrey M. Blochowicz "why are you standing in the hallway?" Appointment for 10:00am w/ Ms. Pearson stated. Ms. Pearson not on premises, and her cell phone rang inside her office. No further meetings scheduled by Ms. Pearson. ADA Advocate (Plaintiff) continued to call and request to no avail.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

98. **3 April, 2019-present**, ADA Representative reports undue delay of Jeff's RA to VA leaders and explained how their civil rights violations are exacerbating her PTSD, anxiety, death threats continue.

99. **May, 2019 to present**- Jeffrey M. Blochowicz has NOT been granted RA. Ms. Linda Carter, RN and Cathy Billiter, RN state to Jeffrey M. Blochowicz "you don't want Reasonable Accommodation- you will be labeled! Statements by NNU VP and President continue to trigger Jeff's PTSD/anxiety, panic attacks. ADA Advocate (Plaintiff) ignored for the request for RA.

1. **On 13 Jan 2020**, Robert and Margaret Bozgoz arrived at the Richmond County Judicial Center at 9:00 am. We entered Courtroom 2G, Circuit Court Judge J Wade Padgett's courtroom to act as Kim and Jeff Blochowicz's ADA Advocate and a deputy ordered everyone who was not a Defendant out of the courtroom to include Kim Blochowicz who was acting as Jeff's primary ADA Advocate.

100. **On 13 Jan 2020, Judge J. Wade Padgett interfered with the ADA Act by:**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

a. **Allowed a female State's Attorney to testify for the Prosecutor [against her client, Jeff]**

b. **Allowed Timothy O'Brien to be absent from trial.**

c. **Failed to establish sufficiency of pleading as there was no competent fact witness or evidence.**

d. **Told Jeff's Attorney, Hank Crane to go back to work at 11:00 am.**

101.    **On 13 Jan 2020,** Margaret Sue Bozgoz informed Jeff [as his ADA representative] to tell his Attorney, Hank Crane to move the court to dismiss his case due to: (1) No Prosecutor, (2) No evidence, (3) No witness as (a) the case became active in 2013, (b) The court held the case open until 2017 and (c) ordered Jeff to come to "court call" every other month see: https://www.youtube.com/watch?v=K-jv_e96D4s **Hank failed to move the court to dismiss Jeff's case which caused emotional disappointment for everyone involved.**

102.    **On 13 Jan 2020,** Prosecutor, Timothy O'Brien failed to appear in court as promised/required which violated the ADA interference Act.

103.    **On 13 Jan 2020** at 11:00 am, Margaret Bozgoz informed Jeff's Attorney, Hank Crane that she had concerns about Judge Padgett not establishing sufficiency of pleading and releasing him [Jeff and Hank] at 11:00.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

104.    **On 13 Jan 2020, Attorney Hank Crane lied and said they:** (1) Assistant District Attorney, Timothy Obrien, (2) Judge Padgett, (3) Competent Fact Witness and (4) Jeff would continue the hearing later that day but did not.

105.    **On 13 Jan 2020** Jeff's Attorney, Hank Crane informed my clients Jeff and Kim that I (Our ADA Advocated- LtCOL Margaret Sue Bozgoz and Robert Bozgoz) did not know what I was doing as an ADA Advocate.

106.    **21 April, 2020- ADA packet sent to ADA Coordinator) Carol Burrowbridge by Plaintiff (As Jeff's Primary ADA Advocate). Plaintiff requests assistance of COL Maryetta Beck, LtCol Margaret Sue Bozgoz.. LtCol Bozgoz** sends an email to and ask her to help him understand why she continuing to trigger and provoke his disability by the pervasive and continue uses of denial of RA.  Plaintiff and ADA Advocate LtCOL Margaret Sue Bozgoz reminds her under the ADA Act/1973 Rehabilitation Act that every willful violation is $75,000 for the first act and $150,000 thereafter. Concern: Carol Burrowbridge & Treza Edwards ignores this RA request as she has sent over 20 emails where she purposefully provokes Jeff's disability.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3      107.    **On 23 April 2020**, Margaret Bozgoz asked Carol Burrowbridge, ADA
4
5              Advocate for Augusta County, GA to protect her client's/VA employee Jeff
6
7              and Kim Blochowicz from further abuse. Reasonable Accommodations (e.g.
8
9              ADA meeting, OSHA investigation and void order dismissal) were denied.
10
11
12
13      108.    **On or about 23 April 2020**, Margaret Bozgoz asked ADA Director for
14
15              Augusta, GA Court, Treza Edward for an ADA meeting, OSHA investigation
16
17              and etc. before Jeff's court date. ADA Reasonable Accommodation Request
18
19              Denied
20
21      109.    **On or about 25 April 2020** Margaret Bozgoz asked ADA Director for
22
23              Augusta, GA Court, Treza Edward for a Reasonable Accommodation update
24
25              before Jeff's court hearing on 4 May 2020. Denied/Ignored.


        110.    **On or around March or April, 2018**- Per Plaintiffs' ADA Advocate, LtCOL

                Margaret Sue Bozgoz- ADA Advocate Bozgoz had taken the ADA test for VA

                personnel (As Plaintiff wants to learn more about the requirements of ADA

                through the VA system.  ADA Advocate for Plaintiff and Jeff Blochowicz

                remains in contact with Chris Wunsch to ensure he is aware of  the ADA/1973

                Rehabilitation Act.


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

111.   **On 17 June 2018 to Present**, LtCOL Bozgoz (ADA Advocate for Plaintiff and Jeff Blochowicz) – continues to send emails to Paul Lawrence and Ms. Devlin requesting their help to protect her husband, and now Plaintiff and Jeff Blochowicz.  Chris Wunsch also emailed, and all were ignoring a board-certified doctor's orders. Plaintiff bcc'd on emails

112.   **Plaintiff and LtCOL Bozgoz discuss the time frame of On or around 18 June 2018**,  VA Leaders: (1) Robert Wilkie, (2) Dr. Paul Lawrence, Ph.D., (10) Margarita Devlin, , (12) Christopher Wunsch, (13) Karen Agee ordered Robert Bozgoz back to work to **kill him/harm** him.

113.   **01 April, 2019-** Plaintiff is fearful of retaliation, discrimination, harassment from CNVAMC towards Jeff, as he was **Constructively Discharged- by CNVAMC Leadership (Administrative Trickery- as Plaintiff later learns)** Jeff returns to CNVAMC (Finally)- yet Plaintiff is re-triggered, as is Jeffrey M. Blochowicz from ALL that has transpired since 2014!.  The above were emailed or called by the ADA Representative to avoid harm.  Plaintiff's anxiety is re-triggered!

114.   **On or around  April, 2017-** Plaintiff had purchased third support/ protection dog- due to death threats as a direct result of the OIG Agents'

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

testimony to the Richmond County Grand Jury panel- 31 January, 2017.

Additionally, Sandy Hodson- Augusta Chronicle articles cause the Plaintiff

and Jeff Blochowicz further anxiety, insomnia- due to death threats.

115.    **April 1, 2019 to present-** Plaintiff ADA Advocate for Jeffrey M.

Blochowicz, continues to attempt to reach out to VA Leadership, DOJ, with

the support of LtCOL Margaret Sue Bozgoz and Robert Bozgoz.  To Date- 29

July, 2020- Jeffrey M. Blochowicz does NOT have RA!

116.    **On or around April 9, 2019,** ADA Representative views email- sent

directly to Jeffrey M. Blochowicz from VA's Office of Accountability and

Whistleblower Protection (OAWP),- ADA Advocate Interference regarding:

Safety Issues, Civil Rights Violation, 1973 Rehabilitation Violation and Fraud,

Waste and Abuse. Kenneth Wolf is assigned and does nothing except: (1)

Further attempt to Collect the Blochowicz' information, (2) watch the abuse

and (3) use the information against them.

117.    **On 8 May**, 2020 ADA Rep sends Paul Lawrence, Margarita Devlin, Karen

Agee, Christopher Wunsch,Robert Wilkie, General Russel Honore, and

General Joe Dunford (Chairman Joint Chiefs of Staff) an email about PTSD

and how VA is exacerbating the family's disability and safety/health concerns.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

General Honore sends a reply back stating There is nothing I can do.  You

need to seek assistance from your attorneys. Plaintiff (Jeff's Primary ADA

Advocate) discusses the lack of support from DOJ, VA Leadership.  Plaintiffs'

anxiety, panic attacks, migraine headaches, and overall frustration with the

VA and Legal system discussed with LtCol Margaret Sue Bozgoz.

118.    **On, or around May, 2019** Plaintiff suffers a panic attack and is unable to

work as Critical Care RN.  Plaintiff feels hopeless to the continued VA, and

Legal system abuse.  Jeffrey M. Blochowicz receives an emergency phone

call. From Plaintiff.   When the ADA  Advocate (LtCol Bozgoz) receives the

phone call from Jeff, she continued to ask VA leadership to get involved and

stop the illegal actions against Jeff Blochowicz- by the VA and Legal system-

which were willful and designed to cause harm.

119.    **On or around Jul 2018 , LtCol Bozgoz had contacted** Chris Wunsch,

who informed the Plaintiffs' ADA Advocate.. ADA Advocate for the

Blochowiczs' discussed with Plaintiff that she had, and continues to protest,

sending Mr. Wunsch , DOJ, VA Leadership the ADA interference rules and

asks if they are trained with tax dollars.

120.    **On 17 May, 2020**, Plaintiff suffers anxiety/panic attack. Plaintiffs' spouse

takes emergency leave from the VA to care for Plaintiff.  As Plaintiff is a

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

critical care nurse- as is Jeffrey M. Blochowicz.. Plaintiff does not leave the home- as the death threats continue- due to the VA and Legal system in Augusta, GA.

121.   **17 May to present-**  Plaintiff remains at home, as spouse and support/ protection dogs know Plaintiffs' triggers.  Plaintiff does not want to go through the process alone.  Plaintiff reports increase in stressors, and panic attacks to Primary Care Physician- Plaintiff remains on medication (as does Jeffrey M. Blochowicz to attempt to alleviate panic attacks.

122.   **28 May, 2018 to present**, ADA Representative (LtCol Bozgoz) for the Blochowiczs' continues to reach out to Congressman (1) Due Process violation in the following: (1) ADA/1973 Rehabilitation, (2) Workers Compensation denial/fraud/perjury, (3) OSHA/Safety/Denial, (4) Mediation, (5) ADA Representative, (6) Grievance Process, (7) Spin Off, (8) Third Party Contractors paid by VA, (9) VA Benefits denial, (10) EEO/ORM fraud, (11) Privacy Act Violations Once provided with hard evidence (recordings/CD) the congressman and senator withdrew from the case. All the following YouTube Videos with direct evidence of whistleblowing activity, discrimination, retaliation, etc. have been removed from YouTube or significantly amended due to Judge Zuberi Williams' Peace Order (A-G videos only). {Re; United

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

States District Court District of Columbia Civil Action No. 1:19-cv-02790-

RDM}- as the Bozgozs' are ADA Advocates for Plaintiff and Jeffrey M.

Blochowicz.

1. **13 April 2018 Interactive meeting:**
   https://www.youtube.com/watch?v=z-smuc7lccc&list=UUfjXoxzVPlkqddMlvX0s_Pw&index=21

2. **30 July 2018 Interactive meeting:**
   https://www.youtube.com/watch?v=P1eRN2TcFFs&list=UUfjXoxzVPlkqddMlvX0s_Pw&index=19

3. **31 July 2018 –** VJ directs Robert to office without ADA Rep:
   https://www.youtube.com/watch?v=BJBaGzSR4m0&list=UUfjXoxzVPlkqddMlvX0s_Pw&index=4

   **VA violates Privacy Act:**

4. **Part I**
   https://www.youtube.com/watch?v=k5U9ORwJ1uI&list=UUfjXoxzVPlkqddMlvX0s_Pw&index=8

5. **Part II**
   https://www.youtube.com/watch?v=tJDNcdm2izs&list=UUfjXoxzVPlkqddMlvX0s_Pw&index=7

6. **Part III**
   https://www.youtube.com/watch?v=XUC3wcO7eEQ&list=UUfjXoxzVPlkqddMlvX0s_Pw&index=3

7. 2 April 2018 - VA calls the cops of ADA Representative when Robert Doctors advise him to resign:
   https://www.youtube.com/watch?v=ghzrwaz-X-s&list=UUfjXoxzVPlkqddMlvX0s_Pw&index=2

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

8. Christopher Wunsch threatens Process Server:
https://www.youtube.com/watch?v=3p6mNVZxeYg

9. Fraud at VA: https://www.youtube.com/watch?v=I9x0I27U8B4

10. VA Security refusing Robert's resignation and interferes with the ADA law
https://www.youtube.com/watch?v=d-HrDDoUP9c&t=96s

11. The Bozgozes report fraud, waste abuse at the Whistleblower – Summit 2019 on Capitol Hill:
https://www.youtube.com/watch?v=iPSYV4RJAEA&t=1133s and
https://www.youtube.com/watch?v=IkSOSj7E5RY

12. Judge Amy Jackson orders clerks to contact the Bozgozes at home and informs them to take their process server, Lance Fulgium off the motion as Judge Amy Jackson is still deciding whether or not she wants him to intervene: https://www.youtube.com/watch?v=8l5oycKf3nU&t=292s

13. 6 June 2019, Voncelle James and her husband assaulting the process Service and his driver.
https://www.youtube.com/watch?v=bSUu7HgKc84&t=20s

14. Chris King's video of Judge Williams and Judge Amy Jackson refusing update: https://www.youtube.com/watch?v=4NGVEh55h3E&t=350s

15. VA Leaders and General Counsel supporting Voncelle James with District Court interference by issuing the Bozgozes a fake peace order using false information on her peace order/Sherriff issuing the order on 7 June 2019: https://www.youtube.com/watch?v=_fhXguTVagw

16. 9 July 2019 Judge Williams not establishing Subject Matter Jurisdiction: https://www.youtube.com/watch?v=2bADasbaBEU&t=144s

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

17. How Voncelle James with the support of VA Leaders, Judicial System and Associates procure fraudulent police reports, peace orders and criminal charges using a fake/premade peace order: https://www.youtube.com/watch?v=QSI5U2MD48U&t=555s

18. Recent email sent to: President Trump and staff, Congressman Ruppersberger and Senators Ben Cardin includes:

     i. What the Government does not want you to know: https://www.youtube.com/watch?v=zjqdXcGLB5Y&t=40s
     ii. VA Violates rights while Congressman Ruppersberger and Senator Ben Cardin watch: https://www.youtube.com/watch?v=4my-yuxyko0
     iii. Congressman Ruppersberger and Senator Ben Cardin knew about our case since 2018. https://www.youtube.com/watch?v=_OW0IbcpjJs&t=289s
     iv. Sue protests Defendant Judge Amy Jackson's void order on 18 Deb 2019: https://www.youtube.com/watch?v=K5pgsOwWNA8
     v. Update 18 Dec 2019: https://www.youtube.com/watch?v=HO_St8QheU4&t=47s
     vi. Everything even Justice is about business: https://www.youtube.com/watch?v=6ZwroWEfXpY&t=653s
     vii. Even the Montgomery County ADA Clerk is corrupt: https://www.youtube.com/watch?v=_ePd1QaV58A&t=209s
     viii. The DC United States Attorney's Office is Gaslighting again: https://www.youtube.com/watch?v=uHik4S09Gcc&t=615s&pbjreload=10
     ix. Process Server Lance Fulgium speak out about 6 June 2019 and Voncelle James and her husband assaulting him and Robert, his ADA driver: https://www.youtube.com/watch?v=JWH7ZeQfd_U
     x. Montgomery County and DC United States Attorney's Office join forces to set the Bozgoz up: https://www.youtube.com/watch?v=nWx-jZLsdZE&t=455s

19. Voncelle James brings to the DENOVE court protected Medical Information in violation of HIPPA. Voncelle then gives the protected information to Judge Dwyer to read out loud in court. This is in violation of

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

the 1973 Rehabilitation Medical Act, HIPAA and Security, NIST (Federal Law)

https://www.youtube.com/watch?v=x-ECpFpiNE0&t=384s

20. President Trump has a responsibility to investigate corruption:

https://www.youtube.com/watch?v=stqlah3-loE&t=9s

NOTE: Voncelle James and her associates use this incident to procure the false peace order and criminal charges against Robert and Sue on 6 June.
https://www.youtube.com/watch?v=IP3yzPlZgIA&list=UUfjXoxzVPlkqddMIvX0s_Pw&index=22

117. The above mentioned YouTube videos (the remaining videos) assist Plaintiff to further understand the Veterans Administration Abuse Syndrome. Dr. Karen Huffners' book on Legal Abuse Syndrome further assists Plaintiff to attempt to understand the Fraud, Waste and Abuse that continues throughout the VA and Legal System.

This: (1) RICO, (2) 1983 KKK with merit and (3) Privacy Act Case with Jury Demand case is significant to note because the Blochowiczs' have continued to experience the VA Leadership, Augusta Judicial Circuit, District Attorney, and ADA Compliance Director, and now the Atlanta United States Attorney General's Office try to dismiss Case No. 2020RCCV00272- Writ of Mandamus and Quo Warranto case and cheat the Blochowicz's from the Justice we Deserve!!  We have been under constant attack & siege six years!  When will Justice be served?

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

103

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2. **On or about 12 March 2019**, the Blochowicz's contacted the MSPB Board, Regional Counsel Amee Patel, Judge S. Pomeranz.. and requested an update as they want to know status of case. MSPB initially submitted **June, 2018**

3. **On or around Feb/ Mar 2019-** Conference call w/ MSPB Judge S. Pomeranz, Amee Patel, Jeffrey Blochowicz – Plaintiff present as Jeffrey M. Blochowicz's anxiety over VA retaliation, VA Leadership retaliation exacerbated.  Amee Patel states to Judge Pomeranz, Mr. Blochowicz has a Criminal Case that is ongoing. Judge Pomeranz states to Jeff Blochowicz (Plaintiff present) "I am placing this case on hold for six months. If I do not hear anything from you, this case will be closed."

4.  VA Refused to conduct an OSHA investigation because it would generate a Worker's Compensation claim/DOL investigation which would have to be reported to congress (5) they were violating the 1990 ADA/1973 Rehabilitation Act.

5. The CNVAMC has continued to deny reasonable accommodations for health and safety issues and under Title II ADA [Interference and Due Process]. Judge Wade Padgett, Natalie Paine, Treza Edwards failed to respond, or STOP the Legal Abuse Syndrome!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

6. **On or around 15 February, 2017, Jeffrey M. Blochowicz in Richmond County Courthouse- Judge Wade Padgett reads Indictment and asks Jeff "how do you plead?"  NOT GUILTY!!**

7. to date **July 29, 2020**- Judge Padgett, Natalie Paine, Timothy O'Brien, Treza Edwards, Hank Crane have continued to humiliate the Blochowicz's in court by (1) making Jeffrey M. Blochowicz show up for Grand Jury Trial Calendar Calls, Richmond County Calendar Calls- and make Plaintiff and Jeff wait until the very last case to discuss his FAKE Criminal Case! (2) and advertising their disabilities in open court (when ADA Advocate requested to be present. The damage is done!!!

8. **15 Oct, 2019 to date, LtCol** Margaret Bozgoz requested Reasonable Accommodation from the Georgia State Court under Title II, III, and 504 should they force Jeff to attend the court hearing designed to harm Jeff mentally for being a Whistleblower. The RA included: – (1) Hold everyone involved 100 percent accountable as their actions are (a) pre-planned, (b) intentional and (c) meant to cause harm, and (2) telephone ADA representation and (3) Emotional Support Animals to be allowed to accompany Plaintiff and Jeff Blochowicz.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

9. **From 01 Feb, 2017 to Present – Plaintiff and Jeff Blochowicz cannot leave the State of Georgia- for fear of last minute call to Court.** The Judge (Padgett) District Attorney (Natalie Paine) , Assistant District Attorney, (Timothy O'Brien),  Hank Crane and the CNVAMC Know Jeff is innocent!

10. **From 5 March 2019 to date, Margaret Bozgoz has requested** Emergency Reasonable Accommodation to prevent further (1) mental harm, (2) waste of taxpayers' money, (3) delay in State Court RICO, 1983 KKK Civil Rights and Privacy Act Violation Case, (4) privacy act violations, (5) further obstruction of Justice and (6) Civil Rights Violation.

11. **On or around July, 2017 to present-** Plaintiff and Jeff Blochowicz audited by IRS and State of Georgia- for the Specific dates of December, 2014 to January, 2017.  Multiple trips to Augusta IRS audit office- MR. Mendes **(Exhibit 19)** VISN 7 accounting "just above this floor."  IRS and State of Georgia Audits still not resolved- Lien on home from State of GA.  Tax Attorney hired to assist with IRS/ State of Georgia audits (weaponization by VA).

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

12. **On or about 1 November 2019, Defendant** Judge Wade Padgett issued a void order. he abused his authority and ordered Jeffrey M. Blochowicz to answer "taking a Dead Docket Plea" ADA Advocate (Plaintiff) and Jeff continue to request attorney Hank Crane to motion to dismiss FAKE CASE!

13. **On 13 Jan 2020,** the Bozgozs' drove to Augusta GA to act as ADA Advocates for Plaintiff and Jeffrey M. Blochowicz (VA employee going through similar abuse and retaliation at VA and in the judicial system **(Exhibit A, A1-A4)**

14. **On 14 Jan 2020,** while returning home on I95 [after the FAKE Criminal trial in Augusta, GA], the Bozgozs' (Plaintiff and Jeffrey M. Blochowiczs' ADA Advocates and their 3 emotional support dogs were hit by a semitrailer driven, Anthony Smalls {Re: United States District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}.

15. **On 1 May 2020, Margaret Bozgoz asked Attorney Hank Crane to motion the court to dismiss her client's Jeff void order.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

16. **On 1 May 2020,** Jeff contacted Margaret Bozgoz and informed her that the District Attorney for Augusta and Attorney Hank Crane would dismiss his void order/case if she would not email/send the motion.

17. **On 1 May 2020,** informed Margaret Bozgoz that the District Attorney and Hank Crane informed him that Margaret Bozgoz was crazy and needed a mental evaluation.

18. **On 1 May 2020,** Hank Crane informed Jeff that Margaret Bozgoz's motions to dismiss the void order/packet would cause him to go before an all- black jury which would vote against him.

19. **On or about 1 May 2020,** Margaret Bozgoz asked DOJ and the Military General Omar Jones to investigate the Defendants especially Augusta, GA for reoccurring pattern of fraud, waste, abuse with VA and Judge Padgett cases (e.g., Jeff Blochowicz, Marietta Beck, Cathedral Henderson) as there is a pattern of abuse.

20. **In November 2019 to date** District Attorney Nathalie failed to replace Timothy O'Brien after he transferred. Leaving Jeff's case open and interfering with the ADA Act.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

21. **On 4 May 2020,** (1) VA, (2) DOJ, (3)  Hank Crane, (4) Judge Padgett, (5) Nathalie Paine, (6) Timothy Obrien, (6) Carol Burrowbridge, (7) Treza Edwards in retaliation and in violation of the ADA Act, failed to either support or dismiss Jeff's void order.

22. **From May 2020 to date,** Plaintiff and ADA Advocate M. Sue Bozgoz provided hard evidence to Augusta, GA Prosecutor, Natalie Paine of Jeff's innocence, VA and legal abuse, which Natalie Paine and her staff hid from the court in violation of <u>United States v Throckmorton</u>, 98 US 61 (1878)

23. **On or about 12 June** the Augusta ADA Director, Ms. Edwards, Attorney Hank VA, DOJ, Attorney Alan Burch ignores Jeff's ADA Rep, M. Sue Bozgoz RA concerns and in retaliation as Judge Wade Padgett, Prosecutor Natalie Paine, Timothy Obrien: (1) Ignores Jeff's motion to challenge Subject Matter Jurisdiction (SMJ) and (2) objection to dead docket. Instead of establishing Jeff's SMJ, they (Judge Padgett, Augusta, GA Prosecutor, Natalie Paine, and Timothy O Brien, planned a hearing for Jeff to take "dead docket" NOT in his favor and in violation of the ADA Interference Act.

24. **On or about 12 Jun 2020**, ADA Advocate M. Sue Bozgoz, helped her ADA Client, Jeff, and Kim with: (1) a Writ of Mandamus and (2) Quo Warranto as per 42 USC

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1203et seq and pursuant to 42 USC 12201. The Augusta Court Clerk interfered by not accepting the writs stating Jeff needed to be file the documents not at the courthouse but via the internet. Jeff's ADA Rep, M. Sue Bozgoz then informed Kim (Jeff's primary ADA Rep) to mail the Writ documents to the court **(Exhibit 1)**.

25. **On 15 June 2020**, Judge Wade Padgett writes void orders, sent to attorney hank Crane as an email. Further gaslighting the Blochowiczs' by doing the following:

    a.  LIED! Judge Padgett wrote his VOID ORDERS, stating that Jeffrey M. Blochowicz did NOT have a right to place Motions on the State of Georgia Docket- Per the Uniform Rules, Superior courts of the State of Georgia, and the Richmond County Website reference- a defendant (Jeffrey M. Blochowicz- INNOCENT), may place motions on the docket prior to trial! Especially since his attorney Hank Crane was not disclosing the TRUTH!

26. **15 Jun 2020,** Augusta, GA, Judge W. Padgett signs the void orders. Judge Wade Padgett DID NOT Place his VOID ORDERS on Jeffrey M. Blochowiczs' FAKE Criminal Case Docket. He denied (1) the motion to recuse himself and (2) Jeff's ADA Representative's Sue Bozgoz's affidavit in support of Jeff's motion to challenges SMJ and objection to challenge dead

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

docket **(Exhibit A, A1-A4)**.  ADA Representative, M. Sue Bozgoz complained to the Augusta Court ADA Director, VA, DOJ, and Mr. Robert Wilkie **(Exhibit 12)**

27. **On 15 Jun 2020**, Augusta, GA Judge Padgett, Prosecutor, Natalie Paine and Timothy Obrien, order Plaintiffs spouse, and ADA Rep M. Sue Bozgoz's client, Jeff to a "last minute" dead docket hearing and threatens Jeff with a warrant if he does not attend. ADA Rep, M. Sue Bozgoz complains to the Augusta, GA Court, DOJ, and Mr. Wilkie **(Exhibits 1, & 12)**.

28. **On 15 Jun 2020**, Jeff's Attorney, Hank Crane informs Jeff and Kim that ADA Representatives (Robert, Sue, and Chris) are not allowed at Jeff's Dead Docket (WebEx) hearing- AGAIN, NOT ON FAKE CRIMINAL DOCKET!. Jeff's ADA Rep M. Sue Bozgoz complains to the Augusta GA ADA Director, and Robert, Sue, and Chris attends anyway.

29. **On or about 15 Jun 2020** ADA Rep M. Sue Bozgoz reports ADA interference against VA employee whistleblowers to the Augusta, GA Court, DOJ, Alan Burch, and Robert Wilkie. Negative response.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

30. **On 15 June 2020,** Judge Padgett violates the ADA interference Act by: (1) Coordinating fake kangaroo court for ADA Advocate M. Sue Bozgoz's client Jeff and then (2) denies ADA Advocate media rep, Chris King access into the court. His actions: (1) left Jeff without equal access and (2) willfully exacerbates Kim, Jeff, and Sue's silent scars on purpose.

31. **On or about 15 June 2020, the** Augusta Court allowed the Augusta Chronicle Newspaper reporter, Sandy Hodson, to write fake news about Jeff while furthering exacerbating Kim, Jeff's, and Sue's silent scars. When the ADA Representative told her and the editor to take it down, Negative response **(Exhibit 20).**

32. **On 15 June 2020,** ADA Advocate Sue Bozgoz reports the illegal Acts on ADA Client Jeff to: (1) VA HQ, Mr. Robert Wilkie, (2) DOJ, Alan Burch, (3) Augusta, GA Prosecutor Natalie Paine, and (4) Augusta Chronical, News reporter, Sandy Hodson. ADA Advocate demands: (1) VA, (2) Courts, (2) DOJ and GA Newspaper stop the emotional abuse to Jeff as the emotional abuse is done by design and to cause harm.

33. **On or about 15 Jun 2020,** Plaintiff's anxiety, panic attacks- due to additional death threats- after Fake WebEx (NOT ON DOCKET) takes place, despite

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Jeffrey M. Blochowiczs' Objection to Dead Docket, Motion to Recuse Judge Wade Padgett, Letter sent to State of Georgia Superior Court Clerk-Hattie Holmes-Sullivan for ALTERATION of DOCKET!

34. **On or about 15 Jun 2020**, during Jeff's dead docket hearing Assistant Prosecutor, Timothy Obrien threatens Jeff with a fake jury trial if Jeff does not agree to take a dead docket deal that might release him for a crime he did not commit on or about 15 Dec 2020. ADA Rep M. Sue Bozgoz complains to Prosecutor Natalie Paine, DOJ, Mr. Wilkie and the public: https://www.youtube.com/watch?v=y_o66bc_a9Q&t=3s and https://www.youtube.com/watch?v=G757o6W-C9g&t=36s

35. **On 15 June 2020**, Prosecutor, Timothy Obrien threatens Jeff while his boss, Natalie Paine (District Attorney) watches the abuse.

36. **15 Jun, 2020-** Plaintiff placed call to Attorney Hank Crane that Jeffrey M. Blochowicz could NOT log into WebEx at the VA. Attorney Hank Crane stated, "If Jeff doesn't attend, they might serve a bench warrant for his arrest!"

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

37. Hank Crane continues to threaten Jeff with "you'll go to jail for a long time. You had better take the Dead Docket deal. This is as good as its gonna get for you!"

38. **15 Jun 2020**- Death threats continue to Plaintiff and Jeffrey M. Blochowicz after article published by Augusta Chronicle-written by Sandy Hodson. Plaintiff, nor Jeffrey M. Blochowicz EVER contacted for any of the TRUTH! **(Exhibit 20)**

39. **On 16 June 2020**, the Augusta Superior Court Judges: (1) Daniel J Craig, (2) Superior Court Judge Carl C. Brown, (3) Superior Court Judge James G. Blanchard, Jr, (4) Superior Court Judge, Sheryl B. Jolly, (5) Superior Court Judge R. Ashley Wright, and (6) Superior Court Judge John Flythe sign the order to recuse themselves from Jeff's case and in response to a Writ of Mandamus and Quo Warranto **(Exhibit A)**

40. **On 26 June 2020 at 0845,** Plaintiffs' ADA Advocate LtCOL M. Sue Bozgoz informed (1) GA, Augusta Court, (2) DC DOJ, Allan Burch, and (3) VA Robert Wilkie that she would be filing a writ quo warranto against the respondents in their DC RICO, 1983 and Privacy Act Violation case (United States District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM) in an

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

effort to stop the reoccurring constitutional rights violation. ADA Advocate, M.

Sue Bozgoz attached Jeff's court order signed by the Judges who recused

themselves. She attached a copy of the Judges orders in hope to prevent

further DC administrative trickery and further delay in their district court case.

41. **On 30 June 2020,** Plaintiffs' ADA Advocate LtCOL M. Sue Bozgoz

informed VA Leaders, Robert Wilkie, DOJ Representatives, Craig Lawrence,

Alan Burch, Jeremy Simon and Paul Mussenden that they had an ethical

obligation to report the fraud, waste and VA/Legal abuse.

42. **On 30 June 2020**, ADA Advocate M. Sue Bozgoz informed VA Leader,

Robert Wilkie, DOJ Craig Lawrence, Alan Burch Jeremy Simon and Paul

Mussenden to stop the obstruction of justice otherwise the perpetrators

would be added to the Writ for violating constitutional rights and violating the

public trust

43. **17 May to present** Plaintiff unable to return to work due to repeated Death

threats, panic attacks, and continued Motions to Dismiss/ Answers to Writ of

Mandamus and Quo Warranto by Natalie Paine and Treza Edwards counsel.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

44. **To date (28 Jul 2020)-** <u>Operation Law proves Jeffrey M. Blochowicz, Pro Se</u>
<u>Petition for and Orders to Grant Writs of Mandamus and Quo Warranto Civil</u>
<u>Case No. 2020RCCV00272) to be granted by Judge William E. Woodrum,</u>
<u>Jr.  Due to ALL the ILLEGAL Actions by the VA, State of Georgia (directed</u>
<u>by VA)- Plaintiff and spouse have lost over six years of our lives!</u>

45. **To date (28 Jul 2020)** Plaintiff and spouse have suffered numerous Grand
Jury Trial Calendar Calls at the Augusta Judicial Center, Augusta, GA.  We
have lost family time, financial strain due to the Veterans Administration
Abuse Syndrome/ Legal Abuse Syndrome.

46. **To date (28 Jul 2020)** Plaintiff and spouse continue to suffer from repeated
death threats due to the numerous articles written by Sandy Hodson,
Augusta Chronicle.  Jeffrey M. Blochowicz is INNOCENT!

47. Civil Case No. 2020RCCV00272 threatened to be DISMISSED by District Attorney
Natalie Paine and Treza Edwards- through counsel.  Neither Natalie Paine, nor
Treza Edwards have listened to the TRUTH!

48. **To date (28 Jul 2020)** Plaintiff and Jeffrey M. Blochowicz remain under siege!  Our
home remains on bond- for a FAKE CRIMINAL Case that Assistant District Attorney

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Timothy O'Brien has promised/ Hank Crane (attorney for Jeffrey M. Blochowicz) has

promised to Dismiss FAKE CASE/ and or threatened Jeffrey M. Blochowicz "You

had better get control of your wife!"  You had better get control of your ADA

Advocates!"  Hank Crane reminded-repeatedly of Title II, and Title III Violations, by

Plaintiff and also by ADA Advocate LtCOL Margaret Sue Bozgoz


49. Throughout the ongoing FAKE Criminal Case, **since 31 January, 2017**, Plaintiffs

spouse has a Georgia Bureau of Investigations (GBI) No. GA4663636W, and a

Federal Bureau of Investigations (FBI) No. 896531PE7.  All Due to LIES told by Spc

Agent OIG Brumfield, Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN,

etc.  VA leadership has been aware since the beginning of the VAMC Police Report,

that found NO HARM to pt. (Mr. H)


50. **On 23 June 2020,** Plaintiff, Kimberly M. Blochowicz and Jeffrey Blochowicz

send SF95's, with cover letter, and further description of damages written by

Jeffrey M. Blochowicz (**Exhibit 21**), to VA **Tort Law Group, VA General**

**Counsel (Joan Weber) and VISN 7 General Counsel, Sophia Haynes,**

**Decatur, GA- Priority Express mail, certified, with return receipt.**  Still

awaiting word back from VA on Mediation- Jeffrey M. Blochowicz told by B.

Byrd Pelaez Mediation was to take place on July 17, 2020.  All ADA

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Advocates awaiting word to conference in on Mediation.  To date- no word back on Mediation with CNVAMC.

51. **9 July, 2010**- Plaintiff mails Motions to Grant Writs of Mandamus and Quo Warranto, Order to Grant Writs of Mandamus and Quo Warranto, with Certificate of Service- Priority Mail Express, with return receipt requested- received by Clerk of Courts, 10 July, 2020 @ 11:51am.  Jeffrey M. Blochowicz Motions to Grant Writs of Mandamus not placed on Docket until 14 July, 2020 @ 10:00am.

52. **16 July, 2020** Plaintiff places all pages, to include letter to Superior Clerk of Courts- Hattie Holmes-Sullivan, on Peachcourt.com @ 14:56, with email sent 16 July, 2020 2 17:01.  17 July, 2020 @ 10:20 Clerk of Richmond County Superior Court Rejects e-filing!

53. **18 July, 2020**- Certificate of Service received in mail- Response from DA Natalie Paine- Motion to Dismiss Writs of Mandamus and Quo Warranto, & Answer placed on Docket 10 July, 2020  @ 11:41am **(Exhibit 16)**.  Natalie Paine states Petitioner Jeffrey Blochowicz is a current criminal defendant out of Richmond County who is unhappy with how the charges and case against him are proceeding. Motion and Answer submitted by Atty General Carr,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

118

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty General Radley.

54. **20 July, 2020** Certificate of Service received in mail- Response from ADA Compliance Director-Treza Edwards Motion to Dismiss Writs of Mandamus and Quo Warranto, & Answer written by Atty Bitting, and Atty Price,  placed on Docket 17 July, 2020 **(Exhibit 16).**  Treza Edwards has NOT answered ANY Reasonable Accommodations **(Exhibit 12)** , and moves to dismiss Plaintiff's Pro Se complaint for failure to state a claim upon which relief may be granted, and Background further states Plaintiff's complaint is bloated with legal arguments, most of which border on the nonsensical. Jeffrey Blochowicz is a current criminal defendant out of Richmond County who is unhappy with how the charges and case against him, or words to that affect. Pages 4-5 of Edwards Motion to Dismiss are A Complete Lie.  Additionally, Certificate of Service of Motion and Answer to Atty General Carr, Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty General Radley.

### Claim 2

42 U.S.C § 1983

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Bivens

55. The plaintiff (s), Kimberly M. Blochowicz reallege all facts from claim 1

above.  Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz

as Plaintiff to this case.

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

rights, privileges, or immunities secured by the Constitution and [federal laws].  Under

*Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics,* 403 U.S. 388

(1971), you may sue federal officials for the violations of certain constitutional rights.

A.  Are you bringing suit against?

_X_ Federal officials (a *Bivens* claim)

_X_ State or local officials (a § 1983 claim)

B.  **Section 1983** allows claims alleging the "deprivation of any rights, privileges, or

immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983-

KKK with Merit.  If you are suing under section 1983, what federal constitutional

or statutory right(s) do you claim is/are being violated by state or local officials:

a.  First Amendment,

b.  Third Amendment,

c.  Fourth Amendment

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

d.  Fifth Amendment,

e.  Sixth Amendment,

f.  Eight Amendment

g.  Ninth Amendment,

h.  Tenth Amendment

i.  Thirteenth Amendment,

j.  Fourteenth Amendment,

k.  Titles II, III, V and VI of the Americans with Disabilities Act

l.  the right to serve summonses without interference or assault 18 U.S.C. § 1501.

C.  Plaintiff(s) suing under **Bivens** may only recover for the violations of certain constitutional rights.  If you are suing under **Bivens**, what constitutional rights do you claim are being violated by federal officials:

a.  First Amendment,

b.  Third Amendment,

c.  Fourth Amendment,

d.  Fifth Amendment substantive and procedural due process,

e.  Ninth Amendment,

f.  Thirteenth Amendment

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

121

D. Section 1983 allows defendants to be found liable only when the have acted "under color of any statute, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.

**106. Robert Wilkie, Department of Veterans Affairs (Individual and Official Capacity)**

A. **On 01 2019, (Exhibit 12)** Robert Wilkie Department of Veterans Affairs, Plaintiff sent email communication - begging Mr. Wilkie and VA Leadership for Reasonable Accommodations for Jeffrey M. Blochowicz.  **Executive Order 13164.**

Jeffrey M. Blochowicz removed from CNVAMC, 01 February, 2017- false imprisonment, Double handcuffed, sustaining a broken bone in his left wrist. Remain under siege! Multiple violations of 18 U.S.C Codes!  Constructive Discharge from 01 February, 2017 to 01 April, 2019.. after Jeffrey M. Blochowicz won the DAB, and Federal Arbitration!

*Portion of communication to Mr., Wilkie;* To place my husband, Jeffrey M. Blochowicz, MSN, RN, Critical Care RN, into now a **THIRD detail, is unacceptable!** He (Jeffrey M. Blochowicz, MSN, RN), has NEVER committed

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

122

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ANY abuse!!!  Not only did the VAMC Police Department find Jeffrey M.

Blochowicz, MSN, RN, innocent of any patient harm, his (My husbands') military

file, in its entirety, was opened (yet another violation of USERRA/MSPB, the

Federal Prosecutor for the Southern District (Lamont Belk), did absolutely

NOTHING with my husbands' file- as Jeffrey M. Blochowicz, MSN, RN, did

NOTHING of what the VAMC Director, and Nurse Executive, pushed the State of

Georgia to prosecute.  Now, as my husband is returned to the Charlie Norwood

VAMC, Augusta, GA, he is ordered to report to the NVCC.  Within each, and

every denied oral rebuttal/ written rebuttal, to include the NNU/Agency FMCS

Arbitration, Mr. Robin E. Jackson, PhD, has continued his LIES- stating that "he

had NO knowledge of Mr. Blochowiczs' case."  Only when cornered, did Mr.

Robin E. Jackson, PhD, send his illegal decision. I ask, as my husbands' ADA

ADVOCATE, that his rights be observed.  Please advise that you have received

this communication.  Also, please advise, that the clock starts immediately, upon

your receipt of this communication.  Should you require the MSPB, and the

separated USERRA filings (that have been delayed... yet another DOUBLE

JEOPARDY of my husbands' rights, I will provide all materials to you.

Thank you in advance for your consideration to this VERY IMPORTANT Matter!,

V/R,

Kimberly Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA ADVOCATE

for Jeffrey M. Blochowicz, MSN, RN

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**B. On 01 April, 2019 to present-** Robert Wilkie Department of Veterans Affairs, VA Leadership continues to receive email communication from Plaintiff- begging Mr. Wilkie and VA Leadership for Reasonable Accommodations for Jeffrey M. Blochowicz. **Executive Order 13164. To date, RA has not been provided to Jeffrey M. Blochowicz.** Additional emails sent to Robert Wilkie, VA Leadership, DOJ, begging for help due to safety, fraud, waste and abuse are listed in the provided Exhibits. The lack of protection and lack of Action as described above by Mr. Wilkie has caused the Plaintiff and Jeffrey M. Blochowicz: (1) decline in health, (2) Continued harassment from the IRS, State of Georgia- as a direct result of VA weaponizing ANY and ALL Agencies to harm the Blochowiczs', (3) loss of VA benefits- as Plaintiff has not been able to file for VA Benefits since her Medical (Hon) Discharge from the United States Army Nurse Corps-31 January, 2018,(4) loss of VA benefits- as Jeffrey M. Blochowicz has not been able to file for VA Benefits since his FORCED Discharge from the United States Army Nurse Corps- **(Exhibit 9),** - due to the fabricated/malicious/LIES from the CNVAMC (April 2015) (5) denial in Safety/OSHA inspection (6) Death Threats since 2014- worsened after each article by Sandy Hodson (Augusta Chronicle) (7) humiliation, (8) denial of **FAKE Criminal Case 2017RCCR00147 and 2017RCCR01037 Complete Dismissal – VA Leadership has DIRECT Involvement w/ continuation of State of Georgia Case!** (9) loss of privacy,(10). Increase in family medical bills- to include counseling, medications to calm anxiety/panic attacks, Loss of work by Plaintiff

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

124

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

due to Death threats and panic attacks (11) loss of faith in the VA and Judicial system,

(12) Denial of due process, (13) Loss of family time due to administrative trickery, (14)

tricked into going through a Federal Labor Relations Authority system that is rigged to

inspect its own entity (15) tricked into filing with the Merit Systems Protection Board, that

is rigged- and continues to date to hear Jeffrey M. Blochowiczs' Case- as Washington,

DC MSPB & Regional Counsel (Sophia Haynes/Amee Patel/Admin. Judge Pomeranz)-

continued to humiliate Plaintiff and Jeffrey M. Blochowicz "You need to worry about the

Felony charge you have pending!" , (15) Denial of effective RA for family, denial of

Constitutional Rights and interference/delay of Justice and State of Georgia Fake

Criminal case and  (16) Loss of Two Staffing Businesses and loss of Plaintiff Professor

Roles- due to Defamation of Character/ Slander/ Lack of holding the VA Headquarters

Responsible to make Jeffrey M. Blochowicz WHOLE!  As ordered by Federal Jurisdiction

of the DAB & Federal Arbitration.  His actions or lack of, put Jeffrey M. Blochowicz and

his family's life at Risk.  This lack of intervention further denied the Blochowiczs' their

rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.  His

actions/lack of actions also violated the Occupational Safety and Health Administration

Act of 1970.

**C.** On 3 April, 2019- Plaintiff received and responded to Kenneth Wolf, Office of

Accountability and Whistleblower Protection.. stating a referral from the Office of

the Secretary.  The defendant(s) Wilkie's referral to the Office of Accountability

and Whistleblower Protection, did NOT Accommodate Reasonable

Accommodation! Additionally, the requested Motion for Reasonable

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Accommodation Request. RA was requested Under Title II (Due Process) Ref: Expedite.

**D.** Furthermore, The defendant(s) Wilkie's referral to the Office of Accountability (Kenneth Wolf) stated that if Jeffrey M. Blochowicz would like to request a reasonable accommodation, this request may be made to the local reasonable accommodation coordinator at the CNVAMC!

**E.** The Office of Accountability and Whistleblower Protection, did NOT Accommodate Reasonable Accommodation!

First, RA is confidential. The Court had Jeffrey M. Blochowiczs' military records- not under GSA Oversight and Intelligence!  A direct violation of his 1974 Privacy Act!

**F.** Spc Agent Tracy Brumfield- CNVAMC and Assistant District Attorney E. Timothy O'Brien shared Jeffrey M. Blochowiczs' military background to the Court!  Secondly, the defendant does not have legal authority to deny reasonable accommodations. The Defendant (Mr. Wilkie) should have sent the request to the CNVAMC RA Coordinator (Ms. Veda Pearson, Chief EEO Officer). The Plaintiff asked Mr. Wolf how the Office of Accountability and Whistleblower Protection would assist Jeffrey M. Blochowicz in ANY way?!

**G.** Plaintiff Kimberly M. Blochowicz further has continued to beg defendant and VA Leadership for Reasonable Accommodation, and for the CNVAMC to follow the DAB, & Federal Arbitration Findings- to No Avail!!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**On 1 March 2019 to Present,** Robert Wilkie, VA Leadership, Local CNVAMC

Reasonable Accommodations Coordinator (Ms. Veda Pearson-**Chief EEO Officer of**

**Charlie Norwood Veterans Administration**

   **H.** as ADA Advocate  & Jeffrey M. Blochowicz had an appointment on 7 May, 2019

       @ 10:00am.  RA Coordinator was not in her office- nor did she EVER return any

       phone calls.  MR. Wilkie, VA Leadership must allow/ coordinate reasonable

       accommodation Under the ADA Title II Law knowing she loses immunity if this

       act was violated.

   **I.** Furthermore, As Plaintiff requested Reasonable Accommodation through Mr.

       Wilkie, VA Leadership, and continued to be denied- as VA Leadership attempted

       to contact Jeffrey M. Blochowicz directly- A Direct ADA Interference.

   **J.** Plaintiff reached out for ADA Advocate Assistance through COL. (Ret) Maryetta

       Beck in 2017.  COL Beck then coordinated further ADA Advocate assistance

       through Lt COL Margaret Sue Bozgoz, and Robert Bozgoz (on or around

       February, 2019).

   **K.** LtCol Margaret Sue Bozgoz and Robert Bozgoz (ADA Advocates for Plaintiff and

       Jeffrey M. Blochowicz)  provided Plaintiff with direct email communications to VA

       Headquarters- **On 29 Jan, 2019 to date,** the Bozgozs'  provided evidence how

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

127

VA Headquarters and Agencies are allowed to ignore justice, the law, rules and

regulations, their own agencies polices and "get away" with it **using**: (1)

Administrative Trickery, (2) Gaslighting the Public out of Billions of congressional

appropriated funds (3) Presidential Executive Order 12196 and while VA

Leadership watched and/or mentored employees. LtCOL Margaret Sue Bozgoz

stated on their {United States District Court of District of Columbia Civil Action

NO. 1:19-cv-02790-RDM}

L.   ----- Forwarded Message -----
**From:** Jeffrey Blochowicz <blochowicz@yahoo.com>
**To:** Sue Bozgoz <margaret.bozgoz@comcast.net>; Christopher King
<kingcast955@icloud.com>
**Cc:** Joseph.f.dunford.mil@mail.mil <joseph.f.dunford.mil@mail.mil>; Russel Honore
<russel.honore@gmail.com>; Wilkie Robert L. Jr. <robert.wilkie@va.gov>; Robert Bozgoz
<rbmd2015@comcast.net>; maryetta beck <maryettabeck@hotmail.com>;
"alan.burch@usdoj.gov" <alan.burch@usdoj.gov>; "tedwards@augustaga.gov"
<tedwards@augustaga.gov>; "hsullivan@augustaga.gov" <hsullivan@augustaga.gov>;
"jeremy.simon@usdoj.gov" <jeremy.simon@usdoj.gov>; "ldukes@augustaga.gov"
<ldukes@augustaga.gov>; "eobrien@augustaga.gov" <eobrien@augustaga.gov>;
"npaine@augustaga.gov" <npaine@augustaga.gov>; Mussenden Paul (USADC)
<paul.mussenden@usdoj.gov>; "cwalker@augustaga.gov"
<cwalker@augustaga.gov>; craig.lawrence@usdoj.gov <craig.lawrence@usdoj.gov>; David
ASHVAMC Przestrzelski <david.przestrzelski@va.gov>; "shodson@augustachronicle.com"
<shodson@augustachronicle.com>; Hank Crane <hank@thecranefirm.com>
**Sent:** Tuesday, July 14, 2020, 01:58:29 PM EDT
**Subject:** Re: Jeff is free as SMJ was never established... Additional information- You will find
VERY INTERESTING!!


Hello All,

As I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for
Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR- was making sure that I had Delivery
Confirmation of ALL nine (9) packets, sent out 9 July, 2020 via United States Postal
Service, Priority Mail Express, Certified, with return receipt required....
Please view what I have attached.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

128

1
2
3    I have sent all our ADA Advocates the picture of the signature on the green
4    Return Receipt postcard.  Priority Mail Express USPS Tracking #
5    EJ390975681US, delivered 11 July, 2020 @ 12:24 pm in Evans, GA 30809.  The
6    item was signed for J Wade.  And yet, Judge James G. Blanchard signature is
7    on the Return Receipt.  Was Judge James G. Blanchard, Jr. at 640 Ronald
8    Reagan Drive, Suite 1039, P.O Box 2657, Evans, GA 30809?  On Saturday- 11
9    July, 2020?
10
11   As all of you know, both Jeff and myself remain transparent..  I'm just questioning if
12   Judge James G. Blanchard, Jr. signed for J Wade, as the Agent?
13
14   Additionally, to date, the packet for Civil Case No. 2020RCCV00272, Motion to Grant
15   Writs of Mandamus and Quo Warranto, was signed for (Priority Mail Express
16   EJ390975704US) 10 July, 2020 @ 11:51am.  Yet, the packet addressed to the Clerk of
17   Superior State Court, 735 James Brown Blvd, Suite 1500, Augusta, GA 30901 is NOT
18   on the Docket..  Why does the Administrative Trickery continue?  Clearly, we have
19   already won, according to Operational Law!
20
21   There are, however, two dockets e-filed on 10 July, 2020 @ 11:41am.  We have the
22   recorded conversation with the Clerk of Superior State Court- Ms. Josephine (which I
23   dispersed to all our ADA Advocates)...  Apparently, District Attorney, Natalie Paine e-
24   filed a Motion, as well as an answer..  To date, however, we have yet to receive a
25   Certificate of Service.  Thus, I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret)
     USAR, NC: ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR,
     signed up for a Peachcourt.com account.  And yes, two e-filed documents were listed
     on the Peachcourt.com docket.  In order to view, and print each page, we paid $0.50
     per page.  Plus, and additional & $3.50 convenience fee.

     Although District Attorney, Natalie Paine is listed as a defendant in our Writ of
     Mandamus and Quo Warranto...  Ms. Paine saw fit to file a Motion to dismiss our Writ of
     Mandamus and Quo Warranto, as well as an answer and defenses of law..  Each were
     sent to Attorney General Christopher M. Carr (112505), Deputy Attorney General, Beth
     Burton (027500), Senior Assistant Attorney General, Tina M. Piper (142469) and to serve
     Assistant Attorney General Amy M. Radley (400570)...  Superior Court Judge William E.
     Woodrum, Jr. is to preside over this case.  District Attorney (Defendant) Natalie Paine
     has LIED, yet again, in her statements to the Attorney General, Deputy Attorney
     General, Senior Assistant Attorney General, and to serve Assistant Attorney
     General!  My Husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, has

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1  been proven INNOCENT of ALL CHARGES by the ONLY Agency that has
2  JURISDICTION!  My husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, has
3  provided ALL Exculpatory Evidence to his attorney, Henry "Hank" Crane,
4  III.  Furthermore, Henry "Hank" Crane, III provided ALL Exculpatory Evidence to both
5  Assistant District Attorney, Timothy O'Brien and District Attorney, Natalie
6  Paine.  Subject Matter Jurisdiction, nor Sufficiency of Pleading has EVER been
7  established by Judge J. Wade Padgett, or District Attorney Natalie Paine.
8
9  I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for
10  Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, placed a call to the Ogeechee Clerk
11  of Court, yesterday, 13 July, 2020 @ 12:20 pm.  I dispersed the recorded conversation
12  to all of our ADA Advocates- I spoke with a Ms. Janetta (unsure if this is the correct
13  spelling).  Ms. Janetta @ the Ogeechee Clerk of Courts informed me that the appointed
14  Superior court Judge (appointed by 10th Judicial Circuit Judge John M. Ott, on 30
15  June, 2020)- William E. Woodrum, Jr. is retired.  Ms. Janetta was not able to pull up the
16  Richmond County Civil No. 2020RCCV00272.  When I asked Ms. Janetta if Judge
17  William E. Woodrum, Jr. was aware of the case?  The answer was, "he is retired.  he is
18  called back for cases."  As we (Jeffrey M. Blochowicz, and myself) met the deadline of
19  10 days- to request Motion to Grant Writs of Mandamus and Quo Warranto.. TWO
20  deadlines have now passed... The Writ of Mandamus and Quo Warranto was filed on 12
21  June, 2020.
22
23  As all are aware, All Judges in the 10th Judicial Circuit RECUSED themselves on 16
24  June, 2020- thus, Judge John M. Ott of the Alcovy Judicial Circuit, being the judge
25  senior in time of service, was appointed to assign a judge to preside over the case..

Please review all material attached to this email.. to include District Attorney (Defendant)
Natalie Paine's Motion & Answer (sent to Attorney General Christopher M. Carr
(112505), Deputy Attorney General, Beth Burton (027500), Senior Assistant Attorney
General, Tina M. Piper (142469) and to serve Assistant Attorney General Amy M. Radley
(400570).  Ms. Natalie Paine, District Attorney for Richmond and Columbia Counties
has, yet again, attempted to bypass the LAW!

We, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, and myself, Kimberly M.
Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M.
Blochowicz, MSN, RN; MAJ (Ret) USAR request Superior Court Judge (1st Judicial
Circuit) William E. Woodrum, Jr-appointed to preside over Case No 2020RCCV00272,
to GRANT WRITS OF MANDAMUS AND QUO WARRANTO, by signing the ORDER
GRANTING WRITS OF MANDAMUS AND QUO WARRANTO.  Furthermore, by
Operation Law, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret), USAR, is free of the

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HEINOUS LIE of Exploitation of the Elderly.  Operation Law, as the United States Postal Service had all nine (9) packets, to be served overnight.  We, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, and myself won Case No. 2020RCCV00272!

I look forward to hearing back from Superior Court Judge (1st Judicial Circuit) William E. Woodrum, Jr., after GRANTING WRITS OF MANDAMUS AND QUO WARRANTO.  Attached, please find the (already sent) MOTION TO GRANT WRITS OF MANDAMUS AND QUO WARRANTO, & ORDER GRANTING WRITS OF MANDAMUS AND QUO WARRANTO.

There have been FAR TOO MANY LIES by the State of Georgia Judicial System.  Each and every one reading this email is responsible to Follow the Law!  Follow the Constitution!  Uphold our Civil Rights!  My Husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR and myself have provided ALL of the PROOF, via the Writ of Mandamus and Quo Warranto, with Exhibits.  My husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR is INNOCENT!!  Six years of Malicious Prosecution Must Cease Immediately!

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR

**107: Dr. Paul Lawrence, Individually and in his official capacity as Under Secretary for Benefits**

A. Dr. Lawrence is Under Secretary responsible for the Veterans Benefits Administration (VBA). The VBA is known for reoccurring discrimination.

B. On 22 May, 2018- ADA Advocate for Plaintiff and Jeffrey M. Blochowicz- shared communication to **Dr. Paul Lawrence** how the ORM system was rigged by design.  She also asked him for assistance in initiating an OSHA/Safety Violations because her husband (Robert Bozgoz)  one of his employees was

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

suicidal. She also informed him how the retaliation and no hope in the justice system was affecting the family. Dr. Paul Lawrence responded by saying, "Thank You". This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. LtCOL Margaret Sue Bozgoz stated on their {United States District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}

C. As stated on the dates above **(e.g., 31 May 2018, 14 Jun, 17 Jun, 28 Jun, 9 Jul, 31 Jul 2018, 1 Aug, 2 Aug, 15 Aug,** the ADA representative (LtCol Bozgoz, ADA Advocate for Plaintiff and Jeffrey M. Blochowicz- sought out Dr. Lawrence by email after his subordinate leaders failed to protect her husband and his lack of protection and lack of action as described above and on 20 Feb caused the Plaintiffs the following harm: (1) decline in health, (2) loss of house in GA, (3) loss of VA benefits, (4) denial of VA benefit, (5) denial in Safety/OSHA inspection (6) unwanted threats, (7) humiliation, (8) denial of transfer away from perpetrators (9) loss of privacy, (10) increase in family medical bills, (11) loss of faith in the VA system, (12) Denial of due process, (13) Loss of family time due to administrative trickery, (14) tricked into going through an ORM/EEOC system that is rigged, (15) Denial of effective RA, (16) Loss of Business Opportunities for E2 Business and advocating/coaching Veterans at the warrior/Invictus games for 2 years. **His actions put Robert Bozgoz's life in danger.** This further denied them their rights under Title II, V, and VI of the Americans with

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Disabilities Act of 1990. LtCOL Margaret Sue Bozgoz (ADA Advocate for

Plaintiff and Jeffrey M. Blochowicz ) stated on their {United States District Court

of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}

D. **10 April, 2019** - Plaintiff contacted VA Leadership- to include Dr. Paul Lawrence

Jeffrey M. Blochowicz still did not have RA. *Portion of communication included*

*here: My Husband, and I have been fighting now for over four years!* My Husband, as

his open file, to include his sealed (not anymore, thanks to SPC Agent for the OIG,

Tracy Brumfield) military jacket, was targeted.  His Privacy Act of 1974 Violated!  His

1983 Civil Rights Violated!  Executive Order 13164 Still NOT ADDRESSED!  Even

when the CNVAMC, Augusta, GA Police department, found NO EVIDENCE of ANY

KIND (no "bruising to the veteran, Mr. H's face, arms, let alone, NO VENTILATOR

alarms sounded, NO change in veteran Mr. H's vital signs, and absolutely nothing but

the utmost care provided to veteran Mr. H, by my Husband).


I ask, on bended, bleeding knees, that my Husband, Jeffrey M. Blochowicz, MSN, RN,

be provided Reasonable Accommodations, according to Executive Order 13164.  And

yes, my Husband, Jeffrey M. Blochowicz, MSN, RN, has been sent ALL over the

CNVAMC, Augusta, GA, to attempt to gain his PIV Badge.  My Husband, Jeffrey M.

Blochowicz, MSN, RN, has and continues to follow commands, yet Human Resources,

Employee Relations, Upper Management, utilize their very own "VA Playbook."  To

which, I,  Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA

ADVOCATE for Jeffrey M. Blochowicz, MSN, RN have had to learn forward and

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2 backward.  I further ask, the CNVAMC, Augusta, GA take NO further Retaliation, or
3
4 Discriminative action- to include subjecting my Husband, Jeffrey M. Blochowicz, MSN,
5
6 RN to the Psychologically Violent environment (third detail) he is currently attempting to
7
8 figure out....
9
10
11 **108: Margarita Devlin**, **Individually and in her official capacity as Principal Deputy**
12
13 **Under Secretary for Benefits**
14
15
16 **A.** The Defendant **Margarita Devlin** is an SES, is CRC and the Principal Deputy
17
18    Under Secretary for Benefits. She has been tracking the Bozgoz case (As
19
20    LtCOL Margaret Sue Bozgoz and Robert Bozgoz are the Plaintiffs' and
21
22    Jeffrey M. Blochowiczs' ADA Advocates) since 22 May 2018 and has done
23
24    absolutely nothing to assist the Bozgozs'. Additionally, LtCOL Margaret Sue
25
     Bozgoz has contacted Ms. Devlin related to Jeffrey M. Blochowiczs' FAKE

     Criminal Case in Augusta, GA. LtCOL Margaret Sue Bozgoz (ADA Advocate

     for Plaintiff and Jeffrey M. Blochowicz ) stated on their {United States District

     Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM} dates

     **(e.g., 31 May 2018, 14 Jun, 17 Jun, 28 Jun, 9 Jul, 31 Jul 2018, 1 Aug, 2**

     **Aug, 15 Aug,**  the ADA representative sought out Ms. Devlin by email after

     her subordinate leaders failed to protect the ADA representative's husband

     and her lack of protection and lack of action as described above caused the

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Bozgoz's the following harm: (1) decline in health, (2) loss of their house in GA, (3) loss of VA benefits, (4) denial of VA benefit, (5) denial in Safety/OSHA inspection (6) unwanted threats, (7) humiliation, (8) denial of transfer away from perpetrators (9) loss of privacy,(10). Increase in family medical bills, (11) loss of faith in the VA system, (12) Denial of due process under the fifth amendment to the U.S. Constitution (13) Loss of family time due to administrative trickery, (14) tricked the Bozgoz's into going through an ORM/EEOC system that is rigged, (15) Denial of effective RA – thus the denial of Jeffrey M. Blochowiczs' RA (Plaintiff is a direct Zone of Interest) as Jeffrey's loss of RA re-triggers the Plaintiff. (16) Bozgoz's loss of business opportunities and advocating/coaching Veterans at the warrior/Invictus games for 2 years. **Ms. Delvin's direct actions put Robert Bozgoz's health in danger.** This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. As a result, Ms. Delvin's direct actions placed Jeffrey M. Blochowiczs' health in further danger! Denying Plaintiff and Jeffrey M. Blochowicz their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

B. 10 April, 2019, with continued emails to **Ms. Devlin and VA Leadership-** Additionally, Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz further communicated with Ms. Devlin *portion of communication here;* As my early correspondence

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

discussed, my Husband, Jeffrey M. Blochowicz, MSN, RN, was accused of a

Heinous crime (turned into a Felony charge, even after the Federal Prosecutor for

the Southern District-Lamont Belk, found NOTHING in my husbands "open file"); Ms.

Michelle Cox-Henley gave the order to have a Felony Indictment brought against my

husband!)- all the while, the very RN who caused veteran Mr. H. To CODE BLUE

twice in less than 24 hrs., continued to work for the CNVAMC, Augusta, GA. M.

Patel, RN, by telling the Heinous Lie, was promised entrance into CRNA school-

Certified Registered Nurse Anesthetist. I would not make this, or ANY statement,

without having ALL proof! Nor would my Husband, Jeffrey M. Blochowicz, MSN, RN-

Jump forward to 10 April, 2019- the Heinous lie told back on 7 December, 2014, by

M. Patel, RN, and corroborated by Heather Scott, RN, and a few others.. have ruined

my Husbands' stellar Military career, smeared my Husbands' reputation as an

incredible Critical Care RN/ Perfusionist, as well as triggered his, as well as my

PTSD! Each and every day my Husband, Jeffrey M. Blochowicz, MSN, RN, leaves

our home, to go into the CNVAMC, Augusta, GA, to work in an area he has had 1)

No orientation to  2). No PIV badge, to gain entrance into the computer, to even

attempt to try and work an area he has NO idea which end is up. Here we are, 10

April, 2019- My Husband, Jeffrey M. Blochowicz, MSN, RN, still has NO PIV badge,

No computer access, No va.gov email account. I don't know about you.. if I, or any

of my family members had been placed in psychologically violent work area (now for

the third time- when my Husband, Jeffrey M. Blochowicz, MSN, RN should have

NEV ER been moved out of the ICU, as he did NOTHING short of saving veteran Mr.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

H's life) would be- and trust me when I say we are, continuing to live on pins and needles! I fear going to sleep, as the fear of further retaliation towards my Husband, continuously weighs heavy on my mind. I cannot even imagine, the shear horror, of being called into anyone's office- as my Husband is a target of retaliation, continued discrimination, and placed in a psychologically violent work department. Thus, until the end of time, I will continue to be my Husbands' ADA ADVOCATE, to try and protect the amazing man I am Blessed to be married to! To date, 10 April, 2019, my husband has had NO Reasonable Accommodations made for him. He has, however, been threatened multiple times in a period of one week, that "he will be charged AWOL" (by Ms. Cheryl Capers, RN) for not showing up to NVCC; 2) he is continually told, "you need to take another computer class, in order to get your PIV Card." 3) He is working (now a third detail) in NVCC, CNVAMC, Augusta, GA- and his new acting boss is a Certified Nursing Assistant! With all due respect, Mr. Wilkie, and all reading this email, the scenario compares to that of a military scenario - a PV1 in charge of, and giving orders to Field Grade Officers, to include a Company, a Unit, and having NO knowledge, let alone Authority, to give orders, or sign an advanced practice RN's proficiency. How, I ask, as my Husbands' (Jeffrey M. Blochowicz, MSN, RN) ADA ADVOCATE, is he being Reasonably Accommodated? How do we not fear, that he will not be paid, even though the FMCS final decision, was handed down, 25 March, 2019, to return Jeffrey M. Blochowicz, MSN, RN to work, and backpay awarded to Mr. Blochowicz to the extent, and as allowed by the Back Pay Act (FMCS file # 18025-05924). Also, the

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

PDUSH orders, were to immediately return my Husband, Jeffrey M. Blochowicz,

MSN, RN to the ICU, with a full orientation, as he (Jeffrey M. Blochowicz, MSN, RN)

had been out of the critical care arena for over two years - due to the Violations of

the CBA/ VA Master Agreement; and to award attorney fees (denied of course, by

Office of General Counsel).... How, I ask, as my Husbands' ADA ADVOCATE, has

my husband "been made whole?"

My Husband, and I have been fighting now for over four years!  My Husband, as his

open file, to include his sealed (not anymore, thanks to SPC Agent for the OIG,

Tracy Brumfield) military jacket, was targeted.  His Privacy Act of 1974 Violated!  His

1983 Civil Rights Violated!  Executive Order 13164 Still NOT ADDRESSED!  Even

when the CNVAMC, Augusta, GA Police department, found NO EVIDENCE of ANY

KIND (no "bruising to the veteran, Mr. H's face, arms, let alone, NO VENTILATOR

alarms sounded, NO change in veteran Mr. H's vital signs, and absolutely nothing

but the utmost care provided to veteran Mr. H, by my Husband).

**109: Kenneth A. Wolf Individually and in his official capacity as Office of**

**Accountability and Whistleblower Protection, Triage Case Manager**

A.  On 3 April, 2019- Plaintiff received and responded to Kenneth Wolf, Office of

Accountability and Whistleblower Protection.. stating a referral from the Office of

the Secretary.  The defendant(s) Wilkie's referral to the Office of Accountability

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

and Whistleblower Protection, did NOT Accommodate Reasonable

Accommodation! Additionally, the requested Motion for Reasonable

Accommodation Request. RA was requested Under Title II (Due Process) Ref:

Expedite.

B. Furthermore, The defendant(s) Wilkie's referral to the Office of Accountability

(Kenneth Wolf) stated that if Jeffrey M. Blochowicz would like to request a

reasonable accommodation, this request may be made to the local reasonable

accommodation coordinator at the CNVAMC!

C. The Office of Accountability and Whistleblower Protection, did NOT Accommodate

Reasonable Accommodation!

First, RA is confidential. The Court had Jeffrey M. Blochowiczs' military records-

not under GSA Oversight and Intelligence!  A direct violation of his 1974 Privacy

Act!

D. Spc Agent Tracy Brumfield- CNVAMC and Assistant District Attorney E. Timothy

O'Brien shared Jeffrey M. Blochowiczs' military background to the Court!

Secondly, the defendant does not have legal authority to deny reasonable

accommodations. The Defendant (Mr. Wilkie) should have sent the request to the

CNVAMC RA Coordinator. The Plaintiff asked Mr. Wolf how the Office of

Accountability and Whistleblower Protection would assist Jeffrey M. Blochowicz

in ANY way?!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

E. Plaintiff Kimberly M. Blochowicz has continued to beg defendant and VA

Leadership for Reasonable Accommodation, and for the CNVAMC to follow the

DAB, & Federal Arbitration Findings- to No Avail!!

**110: Christopher Wunsch, Individually and in his official capacity as HR,**

**Specialist/District Reasonable Accommodation Coordinator, Veterans Benefit**

**Administration**

A. **Christopher Wunsch,** District Accommodations Coordinator, interfered with

the ADA process from March 9 April to present. He, with other VA Leaders

denied Jeffrey M. Blochowicz effective RA!  Failure of VA Leadership to assist

with RA for VA employees violated Jeffrey M. Blochowicz his rights under the

First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further

denied Plaintiff **(Zone of Interest)** rights under Title II, V, and VI of the

Americans with Disabilities Act of 1990.  This further violated the ADA

interference law.  Additionally, LtCOL Margaret Sue Bozgoz (ADA Advocate

for Plaintiff and Jeffrey M. Blochowicz) stated on their {United States District

Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM} dates

**(e.g., 31 May 2018, 14 Jun, 17 Jun, 28 Jun, 9 Jul, 31 Jul 2018, 1 Aug, 2**

**Aug, 15 Aug,**

B. 10 April, 2019 to present- communication sent to Christopher Wunsch *Portion*

*of communication here;*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

140

1
2    *Robert.Wilkie@va.gov,Denise.Williams28f8cc@va.gov,Christopher.Wunsch@va.gov*
3    *,Paul.Lawrence@va.gov,Margarita.Devlin@va.gov,mike.frueh@va.gov,angela.kendri*
4    *x@va.gov,Voncelle.James@va.govHide* **Cc:***David.Przestrzelski@va.gov,Dewey*
5
6    *Parker,Jonathan Weitz,ICE Jeff Blochowicz,ICE My Husband Jeff Blochowicz*
7
8       **Bcc:***ADA ADVOCATE Sue Bozgoz,Jackie & Roxy*
9
10   *Shamblin,dwilsonhood@gmail.com,kingcast955@icloud.com*
11
12   *Wed, Apr 10, 2019 at 11:20 AM*
13
14   *Good Morning, Mr. Wilkie, and others,*
15
16   *I pray that you, and all included in this email are having a wonderful Wednesday morning*
17   *:-).*
18
19   *Mr. Wilkie, I began my correspondence with you last week (01 April, 2019), when my*
20   *Husband, Jeffrey M. Blochowicz, MSN, RN,  was "FINALLY given the OK to return to*
21   *work," and arrived at Uptown Charlie Norwood VAMC, Augusta, GA.. Only to be told; "You*
22   *aren't in the system; you will have to come back tomorrow."  It only took a DAB hearing,*
23   *PDUSH orders to return my Husband, (Jeffrey M. Blochowicz, MSN, RN), to work- in the*
24   *Intensive Care Unit, CNVAMC, Augusta, GA (31 January, 2018); a Second Indefinite*
25   *Suspension from the CNVAMC, Augusta, GA; and finally a decision by FMCS Arbitrator*

*Harris, (FMCS File # 18025-05924) to return my Husband, Jeffrey M. Blochowicz, MSN,*

*RN to work. .. all who could see, smell, and hear the LIES/ read through the "hidden CPRS,*

*& Essentris notes/ read through the Pharmacy Dispensary log, & review the IT audit" for*

*the weekend of 5 December, 2014 to 8 December, 2014.*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*Yet, when Superior Court Judge, Richmond County, GA, Wade Padgett, and the Assistant District Attorney, Timothy O'Brien received the "Certified True, Accurate, & Unredacted Complete Medical Record for veteran Mr. H.- the 11 folders/ nearly 9000 pages- were provided from MedVista!! Yes, the computer program, made up by VA Management, to hide the truth. And the truth, Mr. Wilke, and all those who are reading this, is my Husband, Jeffrey M. Blochowicz, MSN, RN, is INNOCENT!!! Yet, for over two years, my Husband, Jeffrey M. Blochowicz, MSN, RN, was detailed out of the ICU- up to 01 February, 2017, when our lives were turned inside out, yet again! Even after the VA Police department found NO Evidence, and closed their investigation. And now, as of 01 February, 2019, my Husbands' ENTIRE Evidence file? Box? Everything that proved my Husbands' INNOCENCE, was destroyed by the Chief of Police, CNVAMC, Augusta, GA. To date, 10 April, 2019, my Husband is detailed to NVCC! He still does not have his PIV Badge, nor does my Husband, Jeffrey M. Blochowicz, MSN, RN, have his jeffrey.blochowicz2@va.gov account!*

*As my early correspondence discussed, my Husband, Jeffrey M. Blochowicz, MSN, RN, was accused of a Heinous crime (turned into a Felony charge, even after the Federal Prosecutor for the Southern District-Lamont Belk, found NOTHING in my husbands "open file"); Ms. Michelle Cox-Henley gave the order to have a Felony Indictment brought against my husband!)- all the while, the very RN who caused veteran Mr. H. To CODE BLUE twice in less than 24 hrs., continued to work for the CNVAMC, Augusta, GA. M. Patel, RN, by telling the Heinous Lie, was promised entrance into CRNA school- Certified Registered Nurse Anesthetist. I would not make this, or ANY statement,*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*without having ALL proof! Nor would my Husband, Jeffrey M. Blochowicz, MSN, RN-*

*Jump forward to 10 April, 2019- the Heinous lie told back on 7 December, 2014, by M.*

*Patel, RN, and corroborated by Heather Scott, RN, and a few others.. have ruined my*

*Husbands' stellar Military career, smeared my Husbands' reputation as an incredible*

*Critical Care RN/ Perfusionist, as well as triggered his, as well as my PTSD! Each and*

*every day my Husband, Jeffrey M. Blochowicz, MSN, RN, leaves our home, to go into*

*the CNVAMC, Augusta, GA, to work in an area he has had 1) No orientation to  2). No*

*PIV badge, to gain entrance into the computer, to even attempt to try and work an area*

*he has NO idea which end is up.*


**112: Alan Burch, Individually and in his official capacity as Assistant United**

**States Attorney for the District of Columbia**

A. **Alan Burch** is graduate from a top Law school: The University of Virginia College

   of Law and instructor at American University in Washington, DC. He is also a DC

   Assistant Attorney for the United States Attorney in DC.  As the record shows,

   Alan Burch has an integrity issue https://www.youtube.com/watch?v=nWx-

   jZLsdZE  and https://www.youtube.com/watch?v=Jr2rmxPGZJg&t=453s.

B. Additionally, LtCol Margaret Sue Bozgoz and Robert Bozgoz are ADA Advocates

   for Plaintiff and Jeffrey M. Blochowicz.  The Bozgozs' have repeatedly begged for

   assistance from Alan Burch for their case {United States District Court of District

   of Columbia Civil Action NO. 1:19-cv-02790-RDM}.  As ADA Advocates for

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

143

Plaintiff and Jeffrey M. Blochowicz, LtCol Margaret Sue Bozgoz and Robert Bozgoz have shared communication to Alan Burch with Plaintiff and Jeffrey M. Blochowicz- thus the further communication to Alan Burch by Plaintiff begging for assistance on the Veterans Administration Abuse Syndrome and Legal Abuse Syndrome!

C. 10 April, 2019 to present- Plaintiff continue to send email communication - begging Mr. Wilkie and VA Leadership for Reasonable Accommodations for Jeffrey M. Blochowicz. **Executive Order 13164.**

Jeffrey M. Blochowicz removed from CNVAMC, 01 February, 2017- false imprisonment, Double handcuffed, sustaining a broken bone in his left wrist. Remain under siege! Multiple violations of 18 U.S.C Codes! Constructive Discharge from 01 February, 2017 to 01 April, 2019.. after Jeffrey M. Blochowicz won the DAB, and Federal Arbitration!

D. *Portion of communication to Mr., Wilkie;* To place my husband, Jeffrey M. Blochowicz, MSN, RN, Critical Care RN, into now a **THIRD detail, is unacceptable**! He (Jeffrey M. Blochowicz, MSN, RN), has NEVER committed ANY abuse!!! Not only did the VAMC Police Department find Jeffrey M. Blochowicz, MSN, RN, innocent of any patient harm, his (My husbands') military file, in its entirety, was opened (yet another violation of USERRA/MSPB, the Federal Prosecutor for the Southern District (Lamont Belk), did absolutely NOTHING with my husbands' file- as Jeffrey M. Blochowicz, MSN, RN, did NOTHING of what the VAMC Director, and Nurse Executive, pushed the State of Georgia to prosecute. Now, as my husband is returned to the Charlie Norwood

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

144

1
2    VAMC, Augusta, GA, he is ordered to report to the NVCC.  Within each, and every
3    denied oral rebuttal/ written rebuttal, to include the NNU/Agency FMCS Arbitration, Mr.
4    Robin E. Jackson, PhD, has continued his LIES- stating that "he had NO knowledge of
5
6    Mr. Blochowiczs' case."  Only when cornered, did Mr. Robin E. Jackson, PhD, send his
7
8    illegal decision. I ask, as my husbands' ADA ADVOCATE, that his rights be
9
10   observed.  Please advise that you have received this communication.  Also, please
11
12   advise, that the clock starts immediately, upon your receipt of this
13
14   communication.  Should you require the MSPB, and the separated USERRA filings (that
15
16   have been delayed... yet another DOUBLE JEOPARDY of my husbands' rights, I will
17
18   provide all materials to you.
19
20   Thank you in advance for your consideration to this VERY IMPORTANT Matter!,
21   V/R,
22
23   Kimberly Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA ADVOCATE  for
24
25   Jeffrey M. Blochowicz, MSN, RN


E.    To:Hank
      Crane,LDukes@augustaga.gov,npaine@augustaga.gov,eobrien@augustaga.gov,wpadgett@aug
      ustaga.govand 3 more...
      Cc:margaret.bozgoz@comcast.net,rbmd2015@comcast.net,Christopher King,Maryetta
      Beck,Burch Alan (USADC),Wilkie Robert L. Jr.,David ASHVAMC PrzestrzelskiHide
      Bcc:Jeffrey Blochowicz,Jeffrey Blochowicz
      Mon, Jun 15 at 12:27 PM
      All,

      This Is Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate
      for Jeffrey M. Blochowicz, MSN, RN.  Each and every one of you continue to **Violate
      Title II, ADA Interference., and Title III.** Thus exacerbating my silent scars willfully.  I
      am copy furnishing my ADA Advocates, and Chris King, (added as ADA on 21 April,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

2020 RA ref; media coverage). My ADA Advocates, as well as Jeffrey Blochowiczs' ADA

First of all, there is NO attachment to this email!. Even if there was, You-Lindsay Dukes, Judicial Assistant to Judge J. Wade Padgett, are in violation of the Ethics Code for Judge Padgett to coordinate ANY "fake hearings!"

Second, on 1 May, 2020, My husband, Jeffrey Blochowicz signed and submitted Motion to Dismiss and Objection to Dead Docket! Third, ALL addressed in this email are aware that Jeffrey Blochowicz does NOT agree to ANY Dead Docket "deal."

I ask this question.. Why is my husband, Jeffrey Blochowicz continually gaslighted? Why is my husband even receiving this email? As his **Motion to Dismiss and Objection to Dead Docket was signed, and received by his Attorney, Henry Hank Crane, III on 1 May, 2020, by our ADA Advocate Subject Matter Jurisdiction has NEVER been established in this case!!**

**Each of you continue to violate 18 USC Code! This is continued violation to Jeffrey Blochowicz's Constitutional rights, Violation to my Constitutional rights! By sending this communication, Each and every one of you continue the reoccurrence of fraud, waste and abuse! You continue to willfully cause harm!**

**On 11 June, 2020, Hattie Holmes Sullivan sent back (Mail fraud), Jeff's Motion to Recuse Judge J. Wade Padgett, with his Affidavit and Certificate of Service! The exact paperwork has been sent back on friday, 12 June, 2020!**

The Federal government is the ONLY Agency with Jurisdiction! My husband, Jeffrey Blochowicz was free from your "made up case," on 1 June, 2020.

The "so called hearing" today is a) not on the Docket- a Void Order! b) Dead docket is VEHEMENTLY objected! c) Motion for Recusal has already been placed on Richmond County Court Docket..

Furthermore, as ALL are aware, **Motion to Recuse The Honorable Judge J. Wade Padgett and District Attorney, Natalie Paine, has been accepted by the Court on 9 June, 2020. Thus, by law, Judge J. Wade Padgett has been recused! Additionally, on friday, 12 June, 2020, ALL were served Petition for Writ of Mandamus and Quo Warranto.. with exhibits.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Civil Action number 2020**RCCV00272** has already been assigned to the above (**Writ of Mandamus and Quo Warranto**).  Summons to follow tomorrow.

All that has transpired has been sent to VA Leadership, Department of Justice, US Attorney for Southern District, as well as President Trump.

If you do not stop sending "Void Orders," gaslighting both my husband, and myself- **I will add each and every person on this email to the Writ of Mandamus and Quo Warranto**

I will send text to Hank Crane, III now.. as this "so called hearing" is NOT taking place.

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN.

**F.**

**Jeffrey Blochowicz** <blochowicz@yahoo.com>
To:hsullivan@augustaga.gov,aradley@law.ga.gov,Sue Bozgoz,Chris King- Exposes the Truth
Cc:joseph.f.dunford.mil@mail.mil,Russel Honore,Wilkie Robert L. Jr.,Robert Bozgoz,Maryetta
Beck,Burch Alan (USADC),Treza
Edwards,jeremy.simon@usdoj.gov,ldukes@columbiacountyga.gov,Erin O'Brien,Natalie S.
Paine,Mussenden Paul (USADC),Cole Walker,craig.lawrence@usdoj.gov,David ASHVAMC
Przestrzelski,Judge Padgett,shodson@augustachronicle.com,Hank Crane,Jodi L. ThigpenHide
Bcc:Jeffrey Blochowicz,Jeffrey Blochowicz
Tue, Jul 14 at 5:01 PM

On July 14, 2020 at 5:01 PM, Jeffrey Blochowicz <blochowicz@yahoo.com> wrote:

Good Afternoon, All,

I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, have yet to receive a Certificate of Service, as stated in Natalie Paine's communication to the Attorney General Christopher M. Carr (112505), Deputy Attorney General, Beth Burton (027500), Senior Assistant Attorney General, Tina M. Piper (142469) and to

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

serve Assistant Attorney General Amy M. Radley (400570).   **Ms. Holmes-Sullivan**, Please correct the entry date of today, 14 July, 2020 @ 10:00AM; the packet for Civil Case No. 2020RCCV00272, , was signed for (Priority Mail Express EJ390975704US) 10 July, 2020 @ 11:51am. The entire packet (a total of nine pages-original) MOTION TO GRANT WRITS OF MANDAMUS AND QUO WARRANTO (original 3 pages, dated in blue, 9 July, 2020 & signed by Jeffrey Blochowicz),  ORDER GRANTING WRITS OF MANDAMUS AND QUO WARRANTO (original 4 pages, to be signed by Superior Court Judge William E. Woodrum, Jr), as well as CERTIFICATION OF SERVICE, (original 2 pages, dated in blue, 9 July, 2020 & signed by Jeffrey Blochowicz). to the Clerk of Superior State Court, 735 James Brown Blvd, Suite 1500, Augusta, GA 30901 is NOT on the Docket..  Why does the Administrative Trickery continue?  Clearly, we have already won, according to Operational Law!  Yes, the entire packet is attached in this email.  **As Mail Fraud is punishable by Federal Law, We request that each prepared page is on the Docket- for the TRUTH TO BE SEEN!  Unless more individuals wish to be included in the Writ of Mandamus and Quo Warranto- STOP THE DECEIPT, FRAUD, WASTE & ABUSE!**

There are, however, two dockets e-filed on 10 July, 2020 @ 11:41am.  We have the recorded conversation with the Clerk of Superior State Court- Ms. Josephine (which I dispersed to all our ADA Advocates)... Apparently, District Attorney, Natalie Paine e-filed a Motion, as well as an answer..Although District Attorney, Natalie Paine is listed as a defendant in our Writ of Mandamus and Quo Warranto... Ms. Paine saw fit to file a Motion to dismiss our Writ of Mandamus and Quo Warranto, as well as an answer and defenses of law.. Each were sent to Attorney General Christopher M. Carr (112505), Deputy Attorney General, Beth Burton (027500), Senior Assistant Attorney General, Tina M. Piper (142469) and to serve *Assistant Attorney General Amy M. Radley (400570)- as I have your email address, I thought you should be made aware, of the deceitful lies you have been told!...* **Superior Court Judge William E. Woodrum, Jr. is to preside over this case.**  District Attorney (Defendant) Natalie Paine has LIED, yet again, in her statements to the Attorney General, Deputy Attorney General, Senior Assistant Attorney General, and to serve Assistant Attorney General!  My Husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, has been  proven INNOCENT of ALL CHARGES by the ONLY Agency that has JURISDICTION!  My husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, has provided ALL Exculpatory Evidence to his attorney, Henry "Hank"

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

148

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Crane, III. Furthermore, Henry "Hank" Crane, III provided ALL Exculpatory Evidence to both Assistant District Attorney, Timothy O'Brien and District Attorney, Natalie Paine. Subject Matter Jurisdiction, nor Sufficiency of Pleading has EVER been established by Judge J. Wade Padgett, or District Attorney Natalie Paine.

I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, placed a call to the Ogeechee Clerk of Court, **Today, 14 July, 2020 @ 14:19 pm. I dispersed the recorded conversation to all of our ADA Advocates**- I spoke with Ms. Elizabeth T. Landing- Clerk of Ogeechee of Court. Ms. Landing informed me, that she received our packet- **Civil Case No. 2020RCCV00272** MOTION TO GRANT WRITS OF MANDAMUS AND QUO WARRANTO (original 3 pages, dated in blue, 9 July, 2020 & signed by Jeffrey Blochowicz), ORDER GRANTING WRITS OF MANDAMUS AND QUO WARRANTO (original 4 pages, to be signed by Superior Court Judge William E. Woodrum, Jr,) as well as CERTIFICATION OF SERVICE, (original 2 pages, dated in blue, 9 July, 2020 & signed by Jeffrey Blochowicz). Ms. Landing received- verified by USPS Priority Mail Express Tracking # EJ390975647US, and signed green return receipt postcard 10 July, 2020 @ 13:21pm. Ms. Landing stated that she "received something friday, from UPS @ 5:00pm on Friday (10 July, 2020). Furthermore, Ms. Landing, Clerk of Court for Ogeechee Judicial Circuit stated "I called Judge Woodburn, and he's coming by to pick it up. I don't know exactly when, but he's coming by sometime this week to pick it up."

I look forward to hearing back from Superior Court Judge (1st Judicial Circuit) William E. Woodrum, Jr, after GRANTING WRITS OF MANDAMUS AND QUO WARRANTO. Attached, please find the (already sent) MOTION TO GRANT WRITS OF MANDAMUS AND QUO WARRANTO, & ORDER GRANTING WRITS OF MANDAMUS AND QUO WARRANTO (total of nine pages).

There have been FAR TOO MANY LIES by the VA, & the State of Georgia Judicial System. **Your sociopathic, malignant, narcissistic personality disorder, is the direct cause of our now billable Diagnosis of Legal Abuse Syndrome!** Each and everyone reading this email is responsible to Follow the Law! Follow the Constitution! Uphold our Civil Rights! My Husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR and myself have provided ALL of the

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

PROOF, via the Writ of Mandamus and Quo Warranto, with Exhibits.  My husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR is INNOCENT!!  **Six years of Malicious Prosecution Must Cease Immediately!**

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR

## 113: Jeremy Simon, Individually and his official capacity as Assistant United States Attorney for the District of Columbia

**A.** Plaintiff continues to reach out to Department of Justice, for assistance to the

continued Veterans Affairs, and Judicial system in Augusta (State) for the FAKE

Criminal Charges brought on by OIG Agent Tracy Brumfield.  Plaintiff and Jeffrey M.

Blochowicz are connected to LtCol Margaret Sue Bozgoz and Robert Bozgoz (ADA

Advocates for Plaintiff and Jeffrey M. Blochowicz) {United States District Court of

District of Columbia Civil Action NO. 1:19-cv-02790-RDM}.

**B.** As early as February, 2019- Plaintiff has been following email communications

and YouTube videos by LtCol Margaret Sue Bozgoz- who continues to advocate for

her clients (Plaintiff and Jeffrey M. Blochowicz)

**C.** continuation of emails sent:
Robert Bozgoz,Sue Bozgoz,Christopher King,Maryetta Beck,Burch Alan (USADC),jeremy.simon@usdoj.govHide
Tue, Jun 16 at 10:31 AM
All,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I sent the below email to Jeff's attorney, as Hank Crane III told me that "you are not to be sending anything to the courthouse, to the judge, or anyone.  I had received the email from Cole Walker (see below)...

Hank Crane III then told me, "you continue to cc judge padgett.  you can't be doing that!"

I told Hank Crane, when I input the email addresses, judge Padgett's name is in there.. yet, wpadgett@augustaga.gov does not receive any ex parte communication.  All need to know the District Attorney, Natalie Paine, and Assistant District Attorney, E. Timothy O'Brien have LIED to Judge Padgett.. Hank Crane III continues to LIE!!

Jeff signed Motion to Dismiss and Objection to Dead Docket on 1 May, 2020.  We have sent in numerous documentations, to include Motion to Recuse Judge Padgett...

A Writ of Mandamus and Quo Warranto was sent, with Reasonable Accommodation on 10 June, 2020... as the Deputy Clerk of Courts would not accept the packet that I had when I first went to the Clerk of Courts that morning.  Thus, I had to send the entire packet, with courtesy copies to all defendants.. All was accepted by the Clerk of Courts (Sarah) on Friday, 11 June, 2020...

We have a Civil Action Number- 2020RCCV272, with Judge Craig assigned.  The Richmond County docket, Augusta, GA is NOT showing the Civil Action case....

Now, Sandy Hodges @ the Augusta Chronicle posted another article about Jeff!  That he did not accept the Plea Deal..

This is beyond Violation of Title II, and Title III.  This is abuse of Reasonable Accommodation!  This is further obstruction of justice, malicious prosecution, Violation of Jeff's and my Constitutional rights, Violation of our Civil rights...

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN

----- Forwarded Message -----
From: Jeffrey Blochowicz <blochowicz@yahoo.com>
To: Hank Crane <hank@thecranefirm.com>
Sent: Tuesday, June 16, 2020, 10:07:43 AM EDT
Subject: Fw: Criminal case: 2017RCCR01037

Hank,

You stated to me yesterday, just prior to the WebEx Court hearing- which, by the way, you already knew that my husband, Jeffrey Blochowicz did NOT agree to Dead Docket... that I

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

was NOT to send any communication to the judge, or anyone at the Court House regarding Jeff's case.  I let you know that I had received an email from Cole Walker..

Please see below.

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN


**114: Paul Mussenden, Individually and in his official capacity as Assistant United States Attorney for the District of Columbia**

**A.** From January, 2019 to present, Plaintiff has been referred to Paul

Mussenden, by   ADA Advocate LtCol Margaret Sue Bozgoz.  {United States

District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}

**B.** communication continues to be sent to Assistant United States Attorney for

any and all assistance that can be gained- due to the continued fraud, waste and

abuse in the VA, and the State of Georgia Judicial system..

**To:**shodson@augustachronicle.com,npaine@augustaga.gov,eobrien@augustaga.gov,w

padgett@augustaga.gov,cwalker@augustaga.gov,tedwards@augustaga.gov,jthigpen@

augusta.gov,hsullivan@augustaga.gov,alan.burch@usdoj.gov,robert.wilkie@va.gov,Dav

id ASHVAMC Przestrzelski,jeremy.simon@usdoj.gov,Hank

Crane,ldukes@augustaga.gov,ldukes@columbiacountyga.gov,Mussenden Paul

(USADC)

**Cc:**Christopher King,margaret.bozgoz@comcast.net,Rob Bozgoz,maryetta beck

**Bcc:**Jeffrey Blochowicz


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Thu, Jul 9 at 8:52 PM

Good Evening all,

My name is Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA

Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR.

I am hereby placing you- **Honorable Judge J. Wade Padgett**, **District Attorney for**

**Richmond and Columbia Counties- Natalie Paine**, **Treza Edwards, ADA**

**Compliance Director, Augusta, GA, Honorable John M. Ott (10th Judicial Circuit),**

**Superior Court Judge William E. Woodburn, Jr (1st Judicial Circuit), and ALL**

**reading this email on alert!  For Case No. 2020RCCV00272.** I, Kimberly M.

Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M.

Blochowicz, MSN, RN; MAJ (Ret) USAR, have proof- via recorded conversation- of

taking *original Request for Reasonable Accommodation for Jeffrey M. Blochowicz, and*

*myself (Jeffrey M. Blochowiczs' spouse, Bondsperson, ADA Advocate), with Petition for*

*Writ of Mandamus and Quo Warranto, with ALL Exhibits, to Clerk of Superior State*

*Court, Augusta Judicial Building, @ approximately 0900AM, EST, on 11 June, 2020. I,*

*Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for*

*Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, was denied the right to hand said*

*packet to the Clerk of Superior State Court, Augusta, GA.  Jodi Thigpen, Deputy Clerk*

*for Superior State Court, Augusta, GA stated "we cannot accept this packet. You will*

*have to research the proper format- (**the Request for RA, Petition for Writ of***

***Mandamus and Quo Warranto, with ALL exhibits, and three summons packets- all***

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

153

*one sided, original WAS in the Georgia State Approved Format)* . *I was told, "You*

*can go upstairs to the Law Library, or research the correct format on the*

*internet." Additionally, I was told that the "packet (Request for RA, Petition for Writ of*

*Mandamus, and Quo Warranto, with ALL Exhibits, and summons - three complete for*

*each party to be served prepared) would need to be placed on Peachcourt.com, after*

*you have received permission to place the petition on the website." When I, Kimberly M.*

*Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M.*

*Blochowicz, MSN, RN; MAJ (Ret) USAR, asked Ms. Thigpen, "who do I get permission*

*from?" I was told, "I am not an attorney, and cannot give you advice. You will need to*

*look that information up."*

That same day, 11 June, 2020, I Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret)

USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR. took

all documentation to the United States Post Office, Augusta, GA. I proceeded to

purchase money order in the amount of the required "209.00 filing fee." I also

purchased second money order in the amount of $150.00 to serve Judge J. Wade

Padgett, Natalie Paine, and Treza Edwards by the Richmond County Sheriff's

Department (the required $50.00 for each party served). All packets were mailed to the

Clerk of Superior State Court, Augusta, GA- with courtesy copies for each

defendant. The packet containing the request for Reasonable Accommodation- as both

my husband, Jeffrey M, Blochowicz, and myself suffer from silent scars, and now, thanks

to the Veterans Administration, and the State of Georgia, Augusta Judicial System,

suffer from Legal Abuse Syndrome! Yes, ALL reading this, the Veterans Administration

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

154

and the State of Georgia Judicial System have caused a Diagnostic and Statistical Manual of Mental Disorders, 5th Edition (DSM-V) medical diagnosis! All due to made up lies and deceit by the Veterans Administration, and the State of Georgia. To this very day, and the rest of our lives, the Veterans Administration, as well as the State of Georgia Judicial System is the direct cause of Jeffrey M. Blochowiczs', and myself, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, Legal Abuse Syndrome symptoms! Please, feel free, ALL reading this email communication, to research Legal Abuse Syndrome. Thus, the Administrative Trickery by the Veterans Administration, and the State of Georgia Judicial System stopped TODAY! We know our Constitutional Rights! We know our Civil Rights! We are Protected under Title II and Title III. ALL reading the communication know that NO ONE HAS IMMUNITY for your Administrative Trickery!

Each and every person reading this email know that the above named persons will be receiving the attached packet tomorrow- sent United States Postal Service, Priority Express (overnight), Certified, with Return Receipt requested (and yes, pictures of each packet, with receipt is attached!)

Today, 9 July, 2020, as you will all see in the attachments to this email, a total of nine packets were sent. The packets were sent to Clerk of Superior State Court, Augusta, GA, Honorable J. Wade Padgett, DA, Natalie Paine, Treza Edwards, ADA Compliance Director, Augusta, GA, Honorable John M. Ott (10th Judicial Circuit), Superior Court

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Judge William E. Woodburn, Jr (1st Judicial Circuit), US. Attorney for the Southern District, Bobby L. Christine, and lastly to President Donald J. Trump.

The packet for each person named, contain original (to Clerk of Court(s)), Motion to Grant Writs of Mandamus and Quo Warranto, Order Granting Writs of Mandamus and Quo Warranto- to be signed by Superior Court Judge William E. Woodburn, Jr., as well as signed Certificate of Service to parties served: The Honorable Judge J. Wade Padgett, Natalie Paine, District Attorney for Richmond and Columbia Counties, and Treza Edwards, ADA Compliance Director, Augusta, GA.

As I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, write this communication to each and every one of you, Jeffrey M. Blochowicz has, and will always be INNOCENT of the Made-Up, Heinous Lie of Exploitation of the Elderly! My Husband, Jeffrey M. Blochowicz, was found INNOCENT by the Disciplinary Appeals Board (Federal Jurisdiction). Secondly, My Husband, Jeffrey M. Blochowicz was found INNOCENT by the Federal Arbitrator, Joe M. Harris. Thirdly, my Husband, Jeffrey M. Blochowicz- paid for and passed with a score of +6, the Lie Detector Test for the FBI/CIA administered by Joe Hartley. My Husbands' Criminal Defense Attorney, Mr. Henry Hank Crane III has ALL the Exculpatory Evidence that proves beyond ANY Shadow of ANY doubt - His complete INNOCENCE. Also, the Veterans Administration, and the State of Georgia Judicial System remain aware of the Brady Rule Violations, the Giglio Act Violations- committed by SPC Agent OIG Tracy Brumfield during the first and second Grand Jury Panel Indictments! Yes, ALL reading this email, A COMPLETE and HEINOUS LIE!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I beg each and every one of you reading this communication to follow the

TRUTH! Follow the LAW! Follow the Constitution of the United States of

America! Follow and Abide by Civil Rights! And Grant Jeffrey M. Blochowicz, Plaintiff,

Case No. 2020RCCV00272 WRITS OF MANDAMUS AND QUO WARRANTO.

Additionally, I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA

Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, hereby **alert all**

**addressed in this communication, that YOU are hereby held personally**

**responsible should ANYTHING happen to my Husband, Jeffrey M. Blochowicz, or**

**myself, for stating the TRUTH.**

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for

Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, NC

**117: Joan Weber**
**Tort Law Group, VA General Counsel**
**Individually and in her official capacity as General Counsel for Veterans Affairs**

**A.** From January, 2019 to present, Plaintiff has been referred Joan Weber, VA

General Counsel, Tort Law Group, by   ADA Advocate LtCol Margaret Sue

Bozgoz.

**B.** On or around 3 March, 2020, ADA Advocate for Plaintiff, and Jeffrey M.

Blochowicz ignored LtCol Margaret Sue Bozgoz, in reference to ADA/ADA Act,

further violating the rights of Title II, and Title III.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**C**. On 23 June, 2020- Plaintiff and Jeffrey M. Blochowicz send VA General

Counsel, Tort Law Group- Joan Weber, individual SF95's, with cover page

(Exhibit 21).  As Plaintiff and Jeffrey M. Blochowicz have suffered damages due

to CNVAMC Constructive Discharge of Jeffrey M. Blochowicz from 01 February,

2017 to 01 April, 2019- when he was finally reinstated to the CNVAMC.

**D**. To date (29 July, 2020)- Plaintiff, nor Jeffrey M. Blochowicz have had any

communication from VA General Counsel, Tort Law Group- Joan Weber, re;

mediation for damages.

**118: Sophia Haynes, Individually and in her official capacity as Deputy Chief Counsel**
**Office of VA General Counsel, VISN 7**
**U.S. Department of Veterans Affairs**

**A**. Plaintiff (Zone of Interest) has direct knowledge of Jeffrey M. Blochwicz's

continued submissions of MSPB case, to Office of VA General Counsel, VISN 7.


**B**. During the 3-4 October, 2017 DAB hearing, **Agency** representative **Sophia**

**Haynes**, during Jeffrey M. Blochowicz's two-day DAB hearing (October 3-4,

2017), Sophia Haynes made false statements to the DAB panel, as witnessed by

Plaintiff.  Ms. Sophia Haynes made the statement "Mr. Blochowicz was bragging

to other VA employees that he was a part of the beatings of that couple on the

Riverwatch path a few years ago."  A Complete LIE!!!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**C.** Furthermore, Ms. Sophia Haynes stated "Mr. Blochowicz needs to worry about

his criminal charges!"

**119: Amee Patel, Individually and in her official capacity as Regional Counsel
Office of VA General Counsel, VISN 7
U.S. Department of Veterans Affairs**

**A.** On or around June 5, 2018, Jeffrey M. Blochowicz submits his MSPB packet.

Amee Patel, designated as Counsel for VA.  The continued submissions by the

**Agency** representative contained statement(s) that I (Plaintiff) and Jeffrey M.

Blochowicz have direct knowledge are false, because she (**Amee Patel**, Agency

Representative) does have knowledge of all of my (Jeffrey M. Blochowiczs') case

because she (**Amee Patel**) has been the representative during all of it, verified

by Attorney for Office of General Counsel, **Sophia Haynes**, during my two-day

DAB hearing (October 3-4, 2017)!

**B.** Continuation of contact, via email communication, and telephone

conversations with Jeffrey M. Blochowicz from the approximate dates of June,

2018 to February, 2019, or later.

**C.** Amee Patel stated to Judge Pomeranz "Mr. Blochowicz needs to worry more

about his criminal case, than he does about this MSPB case."  See above letter

to Congressman Rick Allen re: MSPB/USERRA case- dismissed by Judge

Pomeranz, as State of Georgia had Indicted Jeffrey M. Blochowicz on False

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

159

Charges, False Imprisonment, slander, and defamatory remarks by General

Counsel (Amee Patel).

**120: Administrative Judge Pomeranz, Individually and in her official capacity as Administrative Judge for**
**UNITED STATES OF AMERICA**
**MERIT SYSTEMS PROTECTION BOARD**
**ATLANTA REGIONAL OFFICE**

**A.** On or around June 5, 2018- Jeffrey M. Blochowicz submitted initial MSPB

case- regarding his Constructive discharge from the VA.. All due to the lies told

by Michelle Cox-Henley, OIG Agent Tracy Brumfield, Mehul Patel, RN, Heather

Scott, RN, Latrice Clifton, RN, COL-Gilmore Lee to Fort Knox KY.

**B.** Administrative Judge Pomeranz had direct communication with Jeffrey M.

Blochowicz- and as ADA Advocate for Jeffrey M. Blochowicz- Plaintiff was

present during all email communication, telephone conversations, to include the

review and submission of MSPB Documentation.

**C.** Administrative Judge Pomeranz stated to Jeffrey M. Blochowicz, after Amee

Patel (Regional Counsel) stated Mr. Blochowicz has criminal proceedings he

needs to worry about." Admin. Judge Pomeranz separated Jeffrey M.

Blochowicz's MSPB, into MSPB & USERRA Claims.

**D.** Judge Pomeranz, on or around 20 March, 2019 placed MSPB & USERRA

cases on hold.. and told Jeffrey M. Blochowicz to contact her to possibly resume

case (if in the next six month time frame-from March, 2019).

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

160

**121: Tracy Brumfield, Individually and in his official capacity as Office of Inspector General (OIG) Spc Agent Department of Veterans Affairs Location 51L**

**A.** Jeffrey Blochowicz was accused of a HEINOUS CRIME- Completely

FABRICATED by previous Acting Director, Michelle-Cox-Henley, Spc Agent OIG

Tracy Brumfield (Exhibit 8-9)- 18U.S.C. 1001.  VA Police found NO EVIDENCE

of ANY patient harm!!  Previous Acting Director, Spc Agent OIG Tracy Brumfield

continued to attempt to bring Charges against Jeffrey Blochowicz- to opening his

SEALED Military Jacket (1974 Privacy Act Violation/Military jacket & private

information NEVER kept under GSA Intelligence Oversight.  Military information

(NEVER to be opened) & private information shared with multiple agencies-as

multiple agencies contacted Jeffrey Blochowicz.

**B.** 8 December, 2014 to August, 2017- Spc Agent OIG Tracy Brumfield

continued to harass, intimidate, falsely accuse, threaten Jeffrey M. Blochowicz.

**31 January, 2017**-after Jeffrey Blochowicz had been detailed to second position

(in Logistics- Supervisor Mark Fox) Spc Agent OIG Tracy Brumfield took

FALSE/Malicious, and entirely fabricated charges to Richmond County Grand

Jury Panel.  Jeffrey Blochowicz, Indicted on FALSE/malicious, and entirely

fabricated CHARGES!

**C.** OIG, Tracy Brumfield- told by OIG agent Brumfield "you had better tell me the

truth!  You're going to prison for a long time.  Spare your family from all the VA

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

will do, and tell the truth." Plaintiffs' anxiety, migraine headaches, insomnia and fear of federal discharge for spouse exacerbated.

**D.** , 31 January, 2017 by the BLATANT LIES/Fabrication/ malicious prosecution of Spc. Agent OIG Tracy Brumfield, **1974 Privacy Act Violation-** to Richmond County Grand Jury Panel x two terms (**Brady Rule Violations/ Giglio Act Violations**).

**E. 8 Aug, 2017** — Jeffrey M. Blochowicz unaware of second Indictment-placed on Docket (Case # 2017RCCR01037) by Richmond County Grand Jury Panel. Spc Agent OIG Tracy Brumfield AGAIN told the HEINOUS LIE of patient abuse!- Police Record from CNVAMC, withheld from Grand Jury! Further **Brady Rule Violations/ Giglio Act Violations!**

**F.** 01 February, 2017 at approximately 10:45-11:00am, Spc. Agent OIG Tracy Brumfield and VAMC Police officer Myles Arnold push Jeffrey M. Blochowiczs' head down on his desk, double handcuff him, and parade him throughout the Uptown VAMC. Plaintiff receives call at approximately 11:45am from co-worker of Jeffrey Blochowicz- stating "Jeff is at the Police station. You need to come to the VA. (Exhibit A1, Exhibit 1-2, 8).

**G. 01 February, 2017**- Jeffrey Blochowicz paraded throughout entire Uptown Division VAMC, Augusta, GA- by Brumfield & Arnold. Spouse-Kimberly Blochowicz called by co-worker to state "Jeff is at the Police station. You need to come to the Police station." Jeffrey Blochowicz pushed into Richmond County

Sheriff Deputy patrol car, and taken to Richmond County Detention Center.

Jeffrey Blochowicz never told why he was placed into handcuffs, or where he

was being taken.  Jeffrey Blochowicz was not told of the charges until he was

being finger-printed at the Richmond County Detention Center.  Jeffrey

Blochowicz continued to attempt to call his attorney- Mr. Michael Garrett (to no

avail).  Jeffrey M. Blochowicz then called Plaintiff, to request contact w/ his

attorney.  Thus began the further ordeal of Malicious Prosecution (**Violation of**

**Fourth Amendment of the United States Constitution)**


**122: Myles Arnold, Individually and in his official capacity as Veterans Affairs**
**Police Officer**
**Department of Veterans Affairs**

**A. 01 February, 2017, At approximately 10:45am**- Jeffrey Blochowiczs' head

pushed down onto his desk, and Jeffrey Blochowicz DOUBLE-HANDCUFFED by

VA Police officer, **Myles Arnold & Spc Agent OIG Tracy Brumfield**!  Jeffrey

Blochowicz suffered broken bone in his left wrist due to the force of being

DOUBLE-HANDCUFFED!  Violation of Fourth Amendment to the United States

Constitution- 42 U.S.C. § 1983- excessive force!

**B. 01 February, 2017**- Jeffrey Blochowicz paraded throughout entire Uptown

Division VAMC, Augusta, GA.  Spouse-Kimberly Blochowicz called by co-worker

to state "Jeff is at the Police station. You need to come to the Police station."

Jeffrey Blochowicz pushed into Richmond County Sheriff Deputy patrol car, and

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

taken to Richmond County Detention Center.  Jeffrey Blochowicz never told why he was placed into handcuffs, or where he was being taken.  Jeffrey Blochowicz was not told of the charges until he was being finger-printed at the Richmond County Detention Center.  Jeffrey Blochowicz continued to attempt to call his attorney- Mr. Michael Garrett (to no avail).  Jeffrey M. Blochowicz then called Plaintiff, to request contact w/ his attorney.  Thus began the further ordeal of Malicious Prosecution (**Violation of Fourth Amendment of the United States Constitution**) .

**C. 01 February, 2017**- Jeffrey Blochowicz paraded throughout entire Uptown Division VAMC, Augusta, GA- by Brumfield & Arnold.  Spouse-Kimberly Blochowicz called by co-worker to state "Jeff is at the Police station. You need to come to the Police station."  Jeffrey Blochowicz pushed into Richmond County Sheriff Deputy patrol car, and taken to Richmond County Detention Center. Jeffrey Blochowicz never told why he was placed into handcuffs, or where he was being taken.  Jeffrey Blochowicz was not told of the charges until he was being finger-printed at the Richmond County Detention Center.  Jeffrey Blochowicz continued to attempt to call his attorney- Mr. Michael Garrett (to no avail).  Jeffrey M. Blochowicz then called Plaintiff, to request contact w/ his attorney.  Thus began the further ordeal of Malicious Prosecution (**Violation of Fourth Amendment of the United States Constitution**)

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**C.** 01 February, 2017, at approximately 12:15pm, Plaintiff arrives at Uptown

CNVAMC.  Plaintiff asks employee at front desk where the Police station is?

Police station is directly to the right of the front entrance door of CNVAMC.

Plaintiff proceeds to knock on Police station door.  This process takes four

separate times- for Myles Arnold to a) open the door, and ask "what do you

need?" Plaintiff states she is Jeffrey Blochowiczs' wife. Myles Arnold slams door

shut.  Plaintiff continues to knock on Police station door b) Myles Arnold opens

door again.  Plaintiff asks "where is my husband?"  Myles Arnold slams door shut

for the second time.  c) Plaintiff knocks on Police station door again, and Myles

Arnold opens door.  Arnold asks Plaintiff "what do you want to know?" Plaintiff

again asks "where is my husband?" Myles Arnold slams door shut for the third

time.  d) Plaintiff knocks on Police Station door.  Myles Arnold opens door, and

hands Plaintiff Post-it note with writing on it.  Officer Arnold states "can you find

where he is with this?" Arnold slams door shut again.

**D.** Myles Arnold- CNVAMC Police officer would not state when asked, "why is my

husband not here?"

**E.** Post-it note given to Plaintiff has an address written on it.  Plaintiff leaves

CNVAMC, as Police door remains shut.  Plaintiff then goes to personal vehicle to

input address.  Jeffrey M. Blochowicz is at Richmond County Detention Center.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**123: Robin E. Jackson, Individually and in his official capacity as**

**Director of Charlie Norwood Veterans Administration Medical Center**

     **A. Harassment**- continues to this day. Twice weekly, if not more, Jeffrey M.

Blochowiczs' computer tower changed out-by IT (No log-in/out times)- )Directed

by Robin E. Jackson- per IT).  No other employee computer tower changed out

by IT.  Continual monitoring of Jeffrey M. Blochowicz's productivity- Jeffrey M.

Blochowicz, MSN, RN; MAJ (Force Ret.) USAR, NEVER Made Whole!

Retraction of Charges by **CNVAMC-Director Robin E. Jackson, Brenda Byrd-**

**Pelaez** NOT in Jeffrey M. Blochowicz's SF-50 (personnel file).  Jeffrey M.

Blochowicz, MSN, RN remains in THIRD Detail (NVCC)

**B**. Continual <u>Violations of VHA Handbook 1907.01</u>.  **Robin E. Jackson**

(African-American Male), Medical Director, Charlie Norwood Veterans

Administration Medical Center-aware of Shadow Chart/ Multiple electronic patient

chart alterations!  As an ADA Advocate, Plaintiffs responsibilities are to know the

ADA law, **(Exhibits 1-9)** and to serve a critical function in implementing the

Americans with Disabilities Act - to secure equal access for Jeffrey M.

Blochowicz in all aspects of life most importantly his employment, and in the

Courtroom.

     **C**. **10 Jul, 2017-** 13:00pm second oral rebuttal to CNVAMC Director **Robin E.**

**Jackson, Heather Vaught (Employee Relations/Labor Relations)**, Henry

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

"Hank" Crane, Jeffrey M. Blochowicz, Plaintiff Kimberly M. Blochowicz, Advocate

for Jeffrey M. Blochowicz

**D. 30 Mar, 2018-** Jeffrey M. Blochowicz receives letter from CNVAMC, signed by

**Robin E. Jackson** Indefinite Suspension.


**E. 7 Mar, 2018-** 13:00pm, Meeting held to give oral argument against Indefinite

Suspension.  Written argument given at that time.  Mr. **Robert Reeder**

(appointed by **CNVAMC Director-Robin E. Jackson)** to hear oral argument by

attorney "Hank" Crane, Jeffrey M. Blochowicz.  **Heather Vaught**, **Employee**

**Relations/Labor Relations** present during meeting.  Plaintiff, Kimberly M.

Blochowicz, PhD, MSN, RN; MAJ(Ret) USAR, NC; ADA Advocate for Jeffrey M.

Blochowicz present during ALL VA meetings, ALL Richmond County Courthouse

Grand Jury Trial Calendar Calls, ALL Richmond County Calendar Calls.  Heather

Vaught stated during the meeting "we rubber stamp our decisions!"  **Heather**

**Vaughts'** statement questioned by "Hank" Crane.  Letter sent to PDUSH by

Hank Crane same day- Re: CNVAMC disregard for DAB findings. CNVAMC

disregard for oral argument/ written argument.

**F. 28 May, 2018-** Letter to CNVAMC Director, **Mr. Robin E. Jackson**, and also

to **Congressman Rick Allen**; 28 May, 2018- Letter to CNVAMC Director, **Mr.**

**Robin E. Jackson**, and also to **Congressman Rick Allen**;

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**F- (cont). The letter below, is addressed to Mr. Robin E. Jackson, PhD,**

**CNVAMC Director**, as a result of his decision to yet again, place me under

Indefinite Suspension (Double Jeopardy). Mr. Jackson, Medical Director had a

10-day suspense date from May 04, 2018 meeting between the NNU Vice-

President, NNU President, Human Resources Labor Relations, and myself.

SUBJ: Step 3 Grievance Now moves to Arbitration; Mr. Jackson,

In your response letter, dated May 21, 2018 (seven days past the NNU CBA/ & Master Agreement of 10 days), you reference 38 USC 717, stating "you do not have authority to place anyone on administrative leave more than 14 days without congressional approval." Please provide the National Nurses Union (NNU), as well as myself, a copy of 38 USC 717, because I have not been able to locate it. If you are referencing the Administrate Leave Act, OPM has said they will delay enforcement for 9 months after getting regulations on Admin Leave and Investigative/Notice Leave. As an FYI, OPM has not put out anything since the draft regulations (Proposed Rules) for comment, so it would be incorrect to try and quote a law that has not been implemented yet, or that the Agency has failed to put regulations in place to follow, as outlined and required by the proposed rules.

Specifically: The Office of Personnel Management (OPM) issued proposed rules in the Federal Registry on July 13, 2017, to implement the Administrative Leave Act of 2016, enacted under section 1138 of the National Defense Authorization Act for Fiscal Year 2017 (Pub. L. 114– 328, 130 Stat. 2000, December 23, 2016).

The Administrative Leave Act of 2016, hereafter referred to as "the Act," added three new sections in title 5 of the U.S. Code that provide for specific categories of paid leave and requirements that shall apply to each:

§ 6329a Regarding administrative leave;

§ 6329b regarding investigative leave and notice leave; and § 6329c regarding weather and safety leave.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

168

Congress wanted agencies to (1) use administrative leave sparingly and reasonably, (2) consider alternatives to use of administrative leave when employees are under investigation, and (3) act expeditiously to conclude investigations and either return the employee to duty, or take an appropriate personnel action. Congress also wanted agencies to keep accurate records regarding the use of administrative leave for various purposes. The Act directs OPM to prescribe (i.e., publish) regulations to carry out the new statutes on administrative leave, investigative leave, notice leave, and weather and safety leave. The Act further directs that agencies "revise and implement the internal policies of the agency" to meet the statutory requirements pertaining to administrative leave, investigative leave, and notice leave no later than 270 calendar days after the date on which OPM issues its regulations. (See 5 U.S.C. 6329a(c)(2) and 6329b(h)(2). Yet, as of today, OPM has not issued those rules, and the Agency has not revised or implemented any new internal policies or processes related to the upcoming changes.

Furthermore, your statement that "none of Mr. Blochowicz's rights have been violated" are incorrect (**due process, CBA violations** and **double jeopardy**). The Agency's actions to date have caused this situation!

First, you placed him on an indefinite suspension- effective March 17, 2017, and did not allow his representative (Criminal Attorney, Hank Crane, III), or him, the opportunity for an oral response.
Secondly, you took an illegal action and removed him from the Agency, effective August 5, 2017. The PDUSH overturned the removal action, and as of today, you have failed to meet any of the requirements stated in the letter ordering the **Agency (you Mr. Jackson**) to take the corrective action outlined in the decision letter to make him whole!
Then instead of returning Mr. Blochowicz to duty, within the ordered 30 days from the PDUSH's signature as you were instructed, you subjected him to what most would feel is **double jeopardy, by placing him on another indefinite suspension for the indictment by the Richmond County, GA District DA's office (August 8, 2017), who you or your acting agent submitted the same contrived, doctored evidence to get them to go forward with a hearing.** Knowing the entire time, the story was Fabricated/ Malicious Prosecution. **A Shadow Chart provided to the District Attorney (Natalie Paine)**

The Merit Systems Protection Board (MSPB), has explained that where an agency has imposed an adverse action for an employee's misconduct, it is

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

barred from subsequently taking another adverse action for the same misconduct.

See, for example, Anderson v. Postal Service, (MSPB 1984). Since this response is notification that we will be moving forward to Arbitration, I will point out a few specific facts, since your HR and legal advisors do not seem very knowledgeable.

In Social Security Administration, Chicago, (Fed. Arb. 2012), an arbitrator, ordered cancellation of a grievant' s lengthy suspension, applied a principle he called "workplace double jeopardy." In Federal Fire Department, Naval Station, Pearl Harbor, (Fed. Arb. 2009), an arbitrator explained a concept he called "industrial due process," and stated that one aspect of it was "no double jeopardy".

It is safe to assume that most arbitrators will take a dim view of an agency's imposing formal discipline more than once for the same offense.

The Arbitrator will then also see that the DAB records (October 3-4, 2017), clearly show that the **evidence used against Mr. Blochowicz was false**, and that **several of the Agency key witnesses lied or conveniently forgot what truly happened, or failed to do their job as required, such as yourself. Then, on January 12, 2018- after the Richmond County, GA District Attorney's office had copies of the DAB** findings, the two registered nurses **(M. Patel, RN, & H. Scott, RN)** lied yet again, under oath, to Judge Wade Padgett.
This **Hearing NOT on Richmond County Docket (Void Orders)** You committed a due process violation when **you made your decision to remove Mr. Blochowicz because you stated in your testimony that when you made the decision you only considered the I.G. report, of which Mr. Blochowicz had never been provided a copy. To date, Mr. Blochowicz's representative (Criminal Attorney, Hank Crane, III), has requested a total of four times to view, and obtain a copy of the entire patient's medical file. We will be arbitrating, the first and second indefinite suspension, and the removal to include the 10-day suspension decision made in the PDUSH letter, since you have failed to follow it anyway.**

As for Mr. Blochowicz being under indictment, as you (Mr. Jackson) are aware it only    happened because the Agency, or the Nurse Executive as your agent submitted another complaint and that will come out during the Arbitration. You can do the right thing and place Mr. Blochowicz back into a

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1 paid status, even doing non-patient care duties as he was doing for the last 2
2 years while working there, or we can move forward with Arbitration.
3 Let me make one more statement, in regards to the many
4 due process violations, & CBA violations…
5 Mr. Blochowicz to date, has never had a PIP, or even been counseled. Mr.
6 Blochowicz's **military jacket was opened by the OIG, SPC Agent Tracy**
7 **Brumfield (without permission)- and details shared with the Richmond**
8 **County, GA, District Attorney.  Mr. Blochowicz's file, regarding the false**
9 **allegations was NOT kept in a GSA approved location, nor was his file**
10 **kept under an approved GSA lock, with Intelligence oversight.** Also, to
11 date, Mr. Blochowicz, and or his Criminal Attorney, Hank Crane, III, has not
12 been given his entire file (that would show all entries/names/ & periods of >
13 90 days without an entry- thus making Mr. Blochowicz's false allegation of pt.
14 abuse null and void).
15 **Mr. Blochowicz's rights, Under the 1974 Privacy Act** have been
16 violated! Mr. Blochowicz was force retired from the Military, when COL
17 Gilmore-Lee, in the year 2015 (April), called Fort Knox, KY, HRC- and lied,
18 stating "Mr. Blochowicz had assaulted a veteran." **(Exhibit 9)** While Mr.
19 Blochowicz was in Logistics (his second detail, due to the false allegations),
20 with no training, or a job description- he was repeatedly asked by Mark Fox
21 (Logistics Supervisor), when working the entire month of June, 2016, in
22 building 95 (with outside temperatures of > 100 degrees Fahrenheit) "are you
23 ready to quit yet?" This could be classified as **attempted MURDER!**
24 Furthermore, the OIG, SPC Agent, Brumfield, carried out the threats of
25 "having multiple Agencies crawl up Mr. Blochowicz's butt." As the recorded
psychological violent interrogation proves!

Further due process violations by the CNVAMC, Augusta, GA are;

1. The Internet views on Mr. Blochowicz, in regards to the false Felony charge
of "Exploitation of the Elderly." The internet views are well over 700,000
(per Google postings, Facebook postings, Instagram postings, Jail Report
postings, and local newspapers in the CSRA). Mr. Blochowicz's career as a
critical care registered nurse has been all but destroyed!  Plaintiff, Kimberly
M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for
Jeffrey M. Blochowicz has NOT been able to find work!!

2. Mr. Blochowicz has attempted to work as a critical care nurse, and has
been escorted from many hospital settings, by the local police of the county,
due to the internet postings of Mr. Blochowicz, and the false Felony charge of
"Exploitation of the Elderly" ) **Defamation of Character/ Slander**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

171

3. Mr. Blochowicz has an arrest record, at the Richmond County Jail, Richmond County, GA, after he was double handcuffed by the CNVAMC investigator (Arnold) and OIG SPC Agent Brumfield- and Mr. Blochowicz was paraded through the entire Uptown CNVAMC hospital in double handcuffs. And sustained a broken bone in his left wrist.

4. Mr. Blochowicz, and his wife (Plaintiff ) have received multiple anonymous death threats due to the false allegations of pt. abuse of Mr. H. Each and every test to include X-Rays, CT scans, MRI scans, and photographs of both pt. Mr. H. and Mr. Blochowicz, show negative for any abuse.
5. IRS, and State of Georgia audits of Mr. & Mrs. Blochowicz returns from the time period of December, 2014 through January, 2017.. The exact time frame the OIG, SPC Agent Brumfield threatened. **(Exhibit 19)**
6. The PDUSH ordered for a 10-day suspension (time already served). Mr. Blochowicz had never seen a policy on a "Verbal Policy for ICU Tele-Med." The Department of Veterans Affairs, Medical Center(s), prohibits "ANY verbal policy." The only piece of information Mr. Blochowicz had during the alleged time-frame of pt. abuse, was the Registered Nurse SF-178 RN Job Description (Charge Nurse, Viehman, dictated all patient care without a written policy).

7. Mr. Blochowicz was discriminated against by **Ms. Cox-Henley and Mr. Jackson** to include being retaliated against for **whistleblowing**. Specifically, as a male nurse, Ms. Cox-Henley treated him completely differently than she has female nurses that were accused of a potential patient abuse situation. **Mr. Jackson specifically retaliated against him after disclosing specific violations by Ms. Cox-Henley and went so far as to remove him from Federal service.**
I am formally asking for a Congressional inquiry to address the issue of now Medical Center Director, Department of Veterans Affairs, Charlie Norwood VAMC, Augusta, GA Robin E. Jackson, PhD continued disregard to follow the DAB recommendations, the PDUSH orders, as well as the Double Jeopardy imposed, as a result of the proven false allegation against me in December, 2014.

*(Addition to letter by Plaintiff)- Upon further review, Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN, contacted Mr. Robin E. Jackson's school of record- University of Maryland, Eastern Shore, Princess Anne. Plaintiff spoke with Dean of Organizational Leadership-Dr. Atoh, to inquire about the school of record having a Doctorate of Philosophy program.  Mr. Robin E. Jackson*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

172

*did NOT receive a PhD- as Mr. Robin E. Jackson did NOT take and pass a Comprehensive Exam, or have a Dissertation Committee. Mr. Robin E. Jackson did NOT write, or publish a Dissertation- that is the requirement of a rigorous Doctorate of Philosophy Program.* **Mr. Robin E. Jackson has been signing Federal documentation as PhD! Without holding a Doctorate of Philosophy degree, a person commits fraud by signing a false degree!!**

During my tenure with the VA, I have always received excellent performance reviews, and am a "by the book" employee. I take great pride in my work, and have always strived to provide the highest level of care and service to all patients/veterans. The now 41-month old events of the false Felony allegation of "Exploitation of the Elderly" of patient Mr. H. will show I saved pt. Mr. H.'s life.

The two registered nurses have lied multiple times, and perjured themselves under oath. The truth of the events of pt. Mr. H. were exposed during the two-day DAB hearing, and findings. Registered nurse, M. Patel, lacked the integrity to tell the truth of the two near-death incidents (caused by his then four-month out of school lack of critical care) in less than a 24-hr period, of pt. Mr. H. M. Patel, RN, administered a total of 2 milligrams of IV Ativan (a benzodiazepine) 15 minutes prior to his, and H. Scott, RN's interview of pt. Mr. H., on Dec. 7, 2014, @ 1400. The original VAMC police report, with original pictures, and the DAB findings from October 3-4, 2017 prove my innocence in the matter of the false Felony indictment by Richmond County Grand Jury.

I have all documentation of the serious false allegations, which I will forward to you when requested. The Prosecuting District Attorney for Richmond County, GA (Natalie Paine) continues to fail to drop the false allegations- as proven by the DAB two-day findings, the PDUSH order, and the sworn affidavits of 30 year plus police officers (serving at the CNVAMC, Augusta, GA).

My false Felony allegation of Exploitation of the Elderly Trial by Jury case is continued through July, as my criminal attorney has not received the original VAMC Police report, or the medical file of patient Mr. H. My Criminal Attorney, Hank Crane, III, has requested the previous several times, to no avail. The VAMC Police report, and entire medical file of patient Mr. H. has now been requested from the CNVAMC, Augusta, GA, through Judge Wade Padgett.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

The October 3-4, 2017 DAB findings, as well as the PDUSH order to return me to duty, back pay all missed hours, award of attorney fees, and finally, to "make me whole." need to be implemented. **(Exhibit 1-11)**

The blatant disregard to produce two copies of my Freedom of Information Act (per the NNU CBA/ Master Agreement) within three business days, in January, 2017 led the Office of Inspector General, SPC Agent, Tracy Brumfield, to take my then 26-month old false allegation case to the Richmond County Grand Jury, under the direction of then District Attorney, Ashley Wright (now Superior Court Judge). *Natalie Paine, District Attorney is included in the Writ of Mandamus and Quo Warranto, delivered to the State of Georgia, Superior Court Clerk, 12 June, 2020)..*

In closing, the CNVAMC, Augusta, GA 30904, has forced retired individuals named in this letter, either the previous week to the October 3-4, 2017, DAB hearing, and or moved the named individuals in this "made-up allegation" to other Department of Veterans Affairs Facilities. To date, Ms. Michelle Cox-Henley has been removed from the CNVAMC, and not allowed to step foot on ANY Department of Veterans Affairs premises. Also, during the two-day DAB hearing, Ms. Cox-Henley was asked "was a Sentinel Event filed with Joint Commission?" in regards to the alleged abuse of pt. Mr. H. Ms. Cox-Henley stated "I don't do Sentinel Events!" Each and every case of abuse, or neglect is to be reported to Joint Commission.

Your assistance in this serious matter is greatly appreciated.

Sincerely,
Jeffrey M. Blochowicz, RN
MAJ (Ret.) USAR, NC *(force retired by the actions of the Charlie Norwood VAMC- Ms. Michelle Cox-Henley)*

**G. On 01 2019, (Exhibit 12)** Robert Wilkie Department of Veterans Affairs, Plaintiff

sent email communication - begging Mr. Wilkie and VA Leadership for

Reasonable Accommodations for Jeffrey M. Blochowicz. **Executive Order**

**13164.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Jeffrey M. Blochowicz removed from CNVAMC, 01 February, 2017- false**

**imprisonment, Double handcuffed, sustaining a broken bone in his left**

**wrist. Remain under siege! Multiple violations of 18 U.S.C Codes!**

**Constructive Discharge from 01 February, 2017 to 01 April, 2019.. after**

**Jeffrey M. Blochowicz won the DAB, and Federal Arbitration!**

*Portion of communication to Mr., Wilkie;* To place my husband, Jeffrey M.

Blochowicz, MSN, RN, Critical Care RN, into now a **THIRD detail, is**

**unacceptable**!  He (Jeffrey M. Blochowicz, MSN, RN), has NEVER committed

ANY abuse!!!  Not only did the VAMC Police Department find Jeffrey M.

Blochowicz, MSN, RN, innocent of any patient harm, his (My husbands') military

file, in its entirety, was opened (yet another violation of USERRA/MSPB, the

Federal Prosecutor for the Southern District (Lamont Belk), did absolutely

NOTHING with my husbands' file- as Jeffrey M. Blochowicz, MSN, RN, did

NOTHING of what the VAMC Director, and Nurse Executive, pushed the State of

Georgia to prosecute.  Now, as my husband is returned to the Charlie Norwood

VAMC, Augusta, GA, he is ordered to report to the NVCC.  **Within each, and**

**every denied oral rebuttal/ written rebuttal, to include the NNU/Agency**

**FMCS Arbitration, Mr. Robin E. Jackson, PhD, has continued his LIES-**

**stating that "he had NO knowledge of Mr. Blochowiczs' case."  Only when**

**cornered, did Mr. Robin E. Jackson, PhD, send his illegal decision. I ask, as**

**my husbands' ADA ADVOCATE, that his rights be observed.  Please advise**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

that you have received this communication.  Also, please advise, that the

clock starts immediately, upon your receipt of this communication.  Should

you require the MSPB, and the separated USERRA filings (that have been

delayed... yet another DOUBLE JEOPARDY of my husbands' rights, I will

provide all materials to you.

Thank you in advance for your consideration to this VERY IMPORTANT

Matter!,

V/R,

Kimberly Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA

ADVOCATE  for Jeffrey M. Blochowicz, MSN, RN

**124: Brenda Byrd-Pelaez, Individually and in her official capacity as Operations Analyst Officer, Assistant to Robin E. Jackson-Director, Charlie Norwood Veterans Administration Medical Center**

A. 01 February, 2017- Jeffrey Blochowicz called to **Brenda Byrd-Pelaez's**

office. Jeffrey Blochowicz called for National Nurses United Support (Cathy

Billiter, RN, NNU President and Linda Carter, RN, NNU VP -both out of town at

Conference).

B. 01 February, 2017- as Jeffrey Blochowicz did not have NNU support, or ADA

Advocate knowledge of being called to Brenda Byrd-Pelaez's office, he remained

in his office area in Logistics department.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**C**. **Harassment**- continues to this day. Twice weekly, if not more, Jeffrey M. Blochowiczs' computer tower changed out-by IT (No log-in/out times).  No other employee computer tower changed out by IT (ordered by Robin E. Jackson-Director).  Continual monitoring of Jeffrey M. Blochowicz's productivity- Jeffrey M. Blochowicz, MSN, RN; MAJ (Force Ret.) USAR, NEVER Made Whole!

Retraction of Charges by **CNVAMC-Director Robin E. Jackson, Brenda Byrd-Pelaez** NOT in Jeffrey M. Blochowicz's SF-50 (personnel file).  Jeffrey M. Blochowicz, MSN, RN remains in THIRD Detail (NVCC)

**D**. **27 Feb, 2018-** Jeffrey M. Blochowicz receives letter from CNVAMC, Re; Placed in a position at the CNVAMC- Not back in the ICU- as the DAB findings and report stated (Signed by Brenda Byrd-Pelaez) **(Exhibits 1-11)**

**E. 42 U.S. Code § 1981a.** Damages in cases of intentional discrimination in employment-  **On 01 2019, (Exhibit 12)** Robert Wilkie Department of Veterans Affairs, Plaintiff sent email communication - begging Mr. Wilkie and VA Leadership for Reasonable Accommodations for Jeffrey M. Blochowicz.

**Executive Order 13164.**

Jeffrey M. Blochowicz removed from CNVAMC, 01 February, 2017- false imprisonment, Double handcuffed, sustaining a broken bone in his left wrist. Remain under siege! Multiple violations of 18 U.S.C Codes!  Constructive Discharge from 01 February, 2017 to 01 April, 2019.. after Jeffrey M. Blochowicz won the DAB, and Federal Arbitration!- Brenda Byrd-Pelaez, and Heather Vaught

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

conducted Federal Arbitration **8 Nov, 2018** as Agency Representative (FMCS

File No. 18025-05924). Decision handed down by Federal Arbitrator Joe Harris,

**25 Mar, 2019 (Exhibit 3 (a)).**

**125: Cathy Billiter, RN, Individually and in her official capacity as President National Nurses United**

**A. 01 February, 2017**- Jeffrey Blochowicz called to **Brenda Byrd-Pelaez's**

office. Jeffrey Blochowicz called for National Nurses United Support (Cathy

Billiter, RN, NNU President and Linda Carter, RN, NNU VP -both out of town at

Conference).

**B. 01 February, 2017**- as Jeffrey Blochowicz did not have NNU support, or ADA

Advocate knowledge of being called to Brenda Byrd-Pelaez's office, he remained

in his office area in Logistics department.

**C. On 1 Feb, 2017,** Plaintiff Kimberly M. Blochowicz directly calls NNU President,

Cathy Billiter, RN and Linda Carter, RN to report "Jeff has been arrested at work.

He is being held at the Richmond County Detention Center. Does the NNU have

an attorney for him-as both of you are aware of all the retaliation/discrimination/

details?" Cathy Billiter, NNU President, and Linda Carter, NNU VP laughed at

Plaintiff and stated "You had better find Jeff a good criminal attorney. He is going

to need one!" Both Billiter and Carter then hung up the phone..

**D. May, 2019 to present**- Jeffrey M. Blochowicz has NOT been granted RA. Ms.

Linda Carter, RN and Cathy Billiter, RN state to Jeffrey M. Blochowicz "you don't

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

178

want Reasonable Accommodation- you will be labeled! Statements by NNU VP

and President continue to trigger Jeff's PTSD/anxiety, panic attacks.  ADA

Advocate (Plaintiff) ignored for the request for RA.

E. **Dec, 2013 to around November, 2014**- Jeffrey M. Blochowicz discussed

Plaintiffs' DOD working conditions with then NNU President  Cathy Billiter, RN

and Vice-President (Linda Carter, RN).  Michelle Cox-Henley made aware of

Plaintiffs work condition- as Jeffrey M. Blochowicz constantly worried, not

sleeping, calling Plaintiff and Union Steward to make sure Plaintiff work

conditions had not become worse. Cathy Billiter, RN and Linda Carter, RN gave

phone number and highly recommended Gilbert and Gilbert & Associates to

assist with EEOC case.

**126: Linda Carter, RN, Individually and in her official capacity as Vice-President National Nurses United**

A. **Dec, 2013 to around November, 2014**- Jeffrey M. Blochowicz discussed

Plaintiffs' DOD working conditions with then NNU President  Cathy Billiter, RN

and Vice-President (Linda Carter, RN).  Michelle Cox-Henley made aware of

Plaintiffs work condition- as Jeffrey M. Blochowicz constantly worried, not

sleeping, calling Plaintiff and Union Steward to make sure Plaintiff work

conditions had not become worse. Cathy Billiter, RN and Linda Carter, RN gave

phone number and highly recommended Gilbert and Gilbert & Associates to

assist with EEOC case.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

179

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**B. 01 February, 2017**- Jeffrey Blochowicz called to **Brenda Byrd-Pelaez's**

office. Jeffrey Blochowicz called for National Nurses United Support (Cathy

Billiter, RN, NNU President and Linda Carter, RN, NNU VP -both out of town at

Conference).

**01 February, 2017**- as Jeffrey Blochowicz did not have NNU support, or ADA

Advocate knowledge of being called to Brenda Byrd-Pelaez's office, he remained

in his office area in Logistics department.

**C**. **On 1 Feb, 2017,** Plaintiff Kimberly M. Blochowicz directly calls NNU President,

Cathy Billiter, RN and Linda Carter, RN to report "Jeff has been arrested at work.

He is being held at the Richmond County Detention Center. Does the NNU have

an attorney for him-as both of you are aware of all the retaliation/discrimination/

details?" Cathy Billiter, NNU President, and Linda Carter, NNU VP laughed at

Plaintiff and stated "You had better find Jeff a good criminal attorney. He is going

to need one!" Both Billiter and Carter then hung up the phone..

**D. May, 2019 to present**- Jeffrey M. Blochowicz has NOT been granted RA. Ms.

Linda Carter, RN and Cathy Billiter, RN state to Jeffrey M. Blochowicz "you don't

want Reasonable Accommodation- you will be labeled! Statements by NNU VP

and President continue to trigger Jeff's PTSD/anxiety, panic attacks. ADA

Advocate (Plaintiff) ignored for the request for RA.

**127: Robert Reeder, Individually and in his official capacity as Associate Director
of Charlie Norwood Veterans Administration Medical Center**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

180

1
2    **A.** Answers directly to Mr. Robin E. Jackson- acts in role of Director when
3
4    Robin E. Jackson not at CNVAMC- thus making decisions over employees.
5
6
7    **B. 30 Mar, 2018-** Jeffrey M. Blochowicz receives letter from CNVAMC, signed
8
9    by **Robin E. Jackson** Indefinite Suspension.
10
11
12
13    **C. 7 Mar, 2018-** 13:00pm, Meeting held to give oral argument against
14
15    Indefinite Suspension.  Written argument given at that time.  Mr. **Robert**
16
17    **Reeder** (appointed by **CNVAMC Director-Robin E. Jackson)** to hear oral
18
19    argument by attorney "Hank" Crane, Jeffrey M. Blochowicz.  **Heather Vaught**,
20
21    **Employee Relations/Labor Relations** present during meeting.  Plaintiff,
22
23    Kimberly M. Blochowicz, PhD, MSN, RN; MAJ(Ret) USAR, NC; ADA
24
25    Advocate for Jeffrey M. Blochowicz present during ALL VA meetings, ALL

Richmond County Courthouse Grand Jury Trial Calendar Calls, ALL

Richmond County Calendar Calls.  Heather Vaught stated during the meeting

"we rubber stamp our decisions!"  **Heather Vaughts'** statement questioned

by "Hank" Crane.  Letter sent to PDUSH by Hank Crane same day- Re:

CNVAMC disregard for DAB findings. CNVAMC disregard for oral argument/

written argument.

**128: Michelle Cox-Henley, RN, Individually & in her Official Capacity as Nurse Executive (previous) of Charlie Norwood Veterans Administration Medical Center**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**A.** It is my best recollection that the alleged discriminatory acts occurred on dates:

**7 December 2014**, and other diverse dates between **7 December, 2014 to present day (from the CNVAMC)**.  Additionally, COL Barrows was transferred from DOD/DDEAMC by Ms. Michelle Cox-Henley.  Further discrimination/ retaliation/ harassment/ defamation of character due to Plaintiffs EEOC case ongoing.

**B. Michelle Cox-Henley, as Acting Director, Nurse Executive, Acting Quality Management – on or around 4 December, 2014** Jeffrey M. Blochowicz is a service-disabled Veteran and CURRENT employee of the VA.  He was FALSELY ACCUSED of a crime on 7 December, 2014.  Jeffrey M. Blochowicz, MSN, RN was detailed out of the Intensive Care Unit on 8 December, 2014- by then **Acting VAMC Director, Michelle Cox-Henley/ Nurse Executive/ Acting Quality Manager..** Due to Jeffery M. Blochowicz, MSN, RN, NOT Accepting Ms. Michelle Cox-Henley's Advances (Sexual), and Ms. Michelle Cox-Henley's promise (verbal) to relinquish ALL FALSE STATEMENTS of Patient Abuse, Jeffrey M. Blochowicz, MSN, RN was further detailed to a second position.. His disabilities have been re-triggered due to the Veterans Affairs discrimination, harassment (started 7 Dec, 2014-**Exhibit 2))**, retaliation, False Imprisonment, and denial of Reasonable Accommodation from 01 April, 2019 to date.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**C. April 2015** Retired COL Gilmore-Lee, (working at CNVAMC) Under the

direction of Ms. Michelle Cox-Henley (Acting Medical Director/ Nurse

Executive/Acting Quality Manager) called Fort Knox, KY, **April 2015** to state MAJ

(P) Blochowicz, USAR Assaulted a patient.  A COMPLETE LIE!  Jeffrey M.

Blochowicz was IMMEDIATELY FORCE RETIRED FROM THE UNITED

STATES ARMY RESERVE **(Exhibit 9)**


**D. January, 2016** Second detail to Jeffrey M. Blochowicz, from Michelle Cox-

Henley to Logistics (Under the supervision of Mark Fox. During the entire month

of **June, 2016**- Jeffrey M. Blochowicz was forced to inventory dilapidated

warehouse-Building 95, no air circulation, and the outside ambient air

temperature > 110 degrees. (Complete video recording of warehouse, date, and

temperature in warehouse).  Immediate outside OSHA Investigation requested

by Jeffrey M. Blochowicz, and Plaintiff.  Denied!  Causing further preventable

health and safety issues!  Jeffrey M. Blochowicz suffered Upper Respiratory tract

infection- due to  harassment/retaliation/discrimination/whistleblowing.

Continually asked (daily) by then Supervisor, Mark Fox "Are you ready to quit

yet?" Plaintiff suffered anxiety, insomnia, fear of husband being fired from

Federal position- as Plaintiff suffered flashbacks/PTSD of events of DOD (with

ongoing EEOC case of Plaintiff- with no resolution.


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**E. 2010-2014** Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret),

USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Force

Ret), USAR, was employed by DOD-DDEAMC, 2010-2014- prior to

**Constructive discharge** (July 10- by ICU MAJ Broger, Lt.COL HP, COL

Barrows (hired during EEOC by Michelle Cox-Henley,**CNVAMC**)-during EEOC

Case (410-2015-00221X Agency No. ARGORDON14MAR00903).

**F. 7 Dec, 2014 – 01 Feb, 2017-** Michelle Cox-Henley aware of Plaintiffs work

condition- as NNU VP and president (Carter & Billiter) Plaintiff Kimberly M.

Blochowicz constantly worried and re-triggered, not sleeping, calling Jeffrey M.

Blochowicz to make sure Jeffrey M. Blochowiczs' work conditions had not

become worse.

**G. 7 December, 2014 to February 27, 2018.** Further stressors on Marriage, due

to Fabrication/ malicious discrimination and retaliation by Michelle Cox-Henley

(Nurse Executive/ Acting Director/ Acting Quality Manager from **7 December,**

**2014 to Nurse M. Cox-Henley's  removal from CNVAMC (Federal**

**employment) February 27, 2018.**

**H.** As the result of malicious/ fictitious/ alteration of patient (Mr. H) electronic

medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN,

Latrice Clifton, RN- Plaintiff remains Advocate to later place documentation on

record of ADA Advocacy for Jeffrey M. Blochowicz. **(Exhibits 1-9)**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**G**. Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued Veterans Affairs Abuse Syndrome/ Legal Abuse syndrome with husband Jeffrey M. Blochowicz. **(Exhibits 1-9)**

**H. On 27 Jan, 2016**, Jeffrey M. Blochowicz was called to then Nurse Executive, (Michelle Cox-Henley) office-with then VAMC Director, Marie Andrews, and told "you will report to Logistics Supervisor, Mark Fox Immediately. You are No longer in Employee Health." Stressors from VA/DOD EEOC ongoing case with Plaintiff-Kimberly M. Blochowicz was further causing financial hardship, severing of marriage.

**I. On 27 Jan, 2016**, Jeffrey M. Blochowicz was called to then Nurse Executive, (Michelle Cox-Henley) office-with then VAMC Director, Marie Andrews, and told "you will report to Logistics Supervisor, Mark Fox Immediately. You are No longer in Employee Health." Stressors from VA/DOD EEOC ongoing case with Plaintiff-Kimberly M. Blochowicz was further causing financial hardship, severing of marriage.

**J. August 2017**- Jeffrey M. Blochowicz receives notice of "Termination from CNVAMC" – delivered via USPS mail, with **forged signature of Clare O'Geary (verified by Cyber-command)- Ms. Michelle Cox-Henley signed letter of termination.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

185

**K. September, 2017-** Internal Revenue Service (IRS) and State of Georgia

Revenue auditing Jeffrey M. Blochowicz and Plaintiff, Kimberly M. Blochowicz

(December 2014-January 31, 2017 per Official letter from IRS- also verified by

IRS Auditor Mr. Mendez **(Exhibit 19)**- Weaponized IRS and State of Georgia

against the Blochowiczs'- due to Whistleblowing, Michelle Cox-Henley's directive

to "continue to attack financially, emotionally, harm the Blochowicz household by

any means necessary."

**L. 4 Oct, 2017- Michelle Cox-Henley,** stated to DAB panel "No Sentinel Event

was ever filed" (when questioned).  "No report ever sent to Joint Commission"

(when questioned).  "No report to the State of Georgia" (When questioned). "I

don't do Sentinel events!" (Exhibits 1-9).

**M. 27 Feb, 2018-** Ms. Michelle Cox-Henley removed from Federal property-

removed from CNVAMC due to Lies/ forgery/ alteration of patients' electronic

medical chart.

**N. 28 Feb, 2018-** Jeffrey M. Blochowicz receives letter from CNVAMC, with

forged signature of Clare O'Geary (verified by Cyber-command)- Ms. Michelle

Cox-Henley signed letter of proposed Indefinite Suspension.

**O. November, 2017-2018;** Plaintiff Kimberly M. Blochowicz , PhD, MSN, RN-

applied for multiple positions at Augusta University, As Professor of Nursing,

Assistant Professor of Nursing, Associate Dean for the College of Nursing, Dean

for the College of Nursing. Seven applications Total- Denied by College of

Nursing, Augusta University, stating "You do not hold the qualifications for the

College of Nursing." Michelle Cox-Henley currently holds a position as Assistant

Professor- Further evidence of Discrimination/ retaliation/ Defamation of

Character- due to Jeffrey M. Blochowicz professional name Smeared over

internet, social media. Sandy Hodson, Augusta Chronicle articles (Zone of

Interest).

**129: Heather Vaught, Individually and in her official capacity as Employee Relations/Labor Relations of Charlie Norwood Veterans Administration Medical Center, Location 051**

    **A. 10 Jul, 2017-** 13:00pm second oral rebuttal to CNVAMC Director **Robin E.**

    **Jackson, Heather Vaught (Employee Relations/Labor Relations)**, Henry

    "Hank" Crane, Jeffrey M. Blochowicz, Plaintiff Kimberly M. Blochowicz,

    Advocate for Jeffrey M. Blochowicz

    **B. 7 Mar, 2018-** 13:00pm, Meeting held to give oral argument against

    Indefinite Suspension. Written argument given at that time. Mr. **Robert**

    **Reeder** (appointed by **CNVAMC Director-Robin E. Jackson)** to hear oral

    argument by attorney "Hank" Crane, Jeffrey M. Blochowicz. **Heather Vaught**,

    **Employee Relations/Labor Relations** present during meeting. Plaintiff,

    Kimberly M. Blochowicz, PhD, MSN, RN; MAJ(Ret) USAR, NC; ADA

    Advocate for Jeffrey M. Blochowicz present during ALL VA meetings, ALL

    Richmond County Courthouse Grand Jury Trial Calendar Calls, ALL

Richmond County Calendar Calls.  Heather Vaught stated during the meeting

"we rubber stamp our decisions!"  **Heather Vaughts'** statement questioned

by "Hank" Crane.  Letter sent to PDUSH by Hank Crane same day- Re:

CNVAMC disregard for DAB findings. CNVAMC disregard for oral argument/

written argument. **(Exhibit 4-5).**

C. **10 Jul, 2017-** 13:00pm second oral rebuttal to CNVAMC Director **Robin E.**

**Jackson, Heather Vaught (Employee Relations/Labor Relations)**, Henry

"Hank" Crane, Jeffrey M. Blochowicz, Plaintiff Kimberly M. Blochowicz,

Advocate for Jeffrey M. Blochowicz

D. **42 U.S. Code § 1981a.** Damages in cases of intentional discrimination in

employment- **On 01 2019, (Exhibit 12)** Robert Wilkie Department of

Veterans Affairs, Plaintiff sent email communication - begging Mr. Wilkie and

VA Leadership for Reasonable Accommodations for Jeffrey M. Blochowicz.

**Executive Order 13164.**

Jeffrey M. Blochowicz removed from CNVAMC, 01 February, 2017- false

imprisonment, Double handcuffed, sustaining a broken bone in his left wrist.

Remain under siege! Multiple violations of 18 U.S.C Codes!  Constructive

Discharge from 01 February, 2017 to 01 April, 2019.. after Jeffrey M.

Blochowicz won the DAB, and Federal Arbitration!- Brenda Byrd-Pelaez, and

Heather Vaught conducted Federal Arbitration **8 Nov, 2018** as Agency

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Representative (FMCS File No. 18025-05924).  Decision handed down by

Federal Arbitrator Joe Harris, **25 Mar, 2019 (Exhibit 3 (a)).**

**130: Veda Pearson, Individually and in her official capacity as Chief EEO Officer of**

**Charlie Norwood Veterans Administration**

A. **7 May, 2019-** pre-arranged meeting set for 10:00 with Ms. Veda Pearson,

CNVAMC Chief EEO Officer – to request Reasonable Accommodation for Jeffrey

M. Blochowicz.  Plaintiff- as Jeffrey M. Blochowiczs' ADA Advocate took the

morning off from work to attend.  Blochowiczs' arrived at Ms. Pearson's office,

and remained standing in the hallway.  At approximately 10:15am, female

employee asked Plaintiff and Jeffrey M. Blochowicz "why are you standing in the

hallway?"  Appointment for 10:00am w/ Ms. Pearson stated.  Ms. Pearson not on

premises, and her cell phone rang inside her office.  No further meetings

scheduled by Ms. Pearson.  ADA Advocate (Plaintiff) continued to call and

request to no avail.

B. **3 April, 2019-present**, ADA Representative reports undue delay of Jeff's RA

to VA leaders and explained how their civil rights violations are exacerbating her

PTSD, anxiety, death threats continue.

C. Spc Agent Tracy Brumfield- CNVAMC and Assistant District Attorney E. Timothy

O'Brien shared Jeffrey M. Blochowiczs' military background to the Court!  Secondly, the

defendant does not have legal authority to deny reasonable accommodations. The

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

189

Defendant (Mr. Wilkie) )**1 April, 2019 to around June, 2019)** should have sent the request to the CNVAMC RA Coordinator (Ms. Veda Pearson, Chief EEO Officer). The Plaintiff asked Mr. Wolf how the Office of Accountability and Whistleblower Protection would assist Jeffrey M. Blochowicz in ANY way?!

**D. On 1 March 2019 to Present,** Robert Wilkie, VA Leadership, Local CNVAMC Reasonable Accommodations Coordinator (Ms. Veda Pearson-**Chief EEO Officer of Charlie Norwood Veterans Administration** as ADA Advocate  & Jeffrey M. Blochowicz had an appointment on 7 May, 2019 @ 10:00am.  RA Coordinator was not in her office- nor did she EVER return any phone calls.  MR. Wilkie, VA Leadership must allow/ coordinate reasonable accommodation Under the ADA Title II Law knowing she loses immunity if this act was violated.

**E.** Furthermore, As Plaintiff requested Reasonable Accommodation through Mr. Wilkie, VA Leadership, and continued to be denied- as VA Leadership attempted to contact Jeffrey M. Blochowicz directly- A Direct ADA Interference.

**F.** Plaintiff reached out for ADA Advocate Assistance through COL. (Ret) Maryetta Beck in 2017.  COL Beck then coordinated further ADA Advocate assistance through Lt COL Margaret Sue Bozgoz, and Robert Bozgoz (on or around February, 2019).

**G.** LtCol Margaret Sue Bozgoz and Robert Bozgoz (ADA Advocates for Plaintiff and Jeffrey M. Blochowicz)  provided Plaintiff with direct email communications to VA Headquarters- **On 29 Jan, 2019 to date**, the Bozgozs'  provided evidence

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

how VA Headquarters and Agencies are allowed to ignore justice, the law, rules and regulations, their own agencies polices and "get away" with it **using**: (1) Administrative Trickery, (2) Gaslighting the Public out of Billions of congressional appropriated funds (3) Presidential Executive Order 12196 and while VA Leadership watched and/or mentored employees.

**131: Mehul Patel, RN, Individually and in his official capacity as Intensive Care Unit RN of Charlie Norwood Veterans Administration Medical Center**

**A. December 5-8, 2014 to present;** As the result of malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff remains Advocate to later place documentation on record of ADA Advocacy for Jeffrey M. Blochowicz.

**B**. December 5-8, 2014 to present Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued Veterans Affairs Abuse Syndrome/ Legal Abuse syndrome with husband Jeffrey M. Blochowicz.

**C. 21 Jan, 2015**- Interview with Spc. Agent OIG Brumfield. Mehul Patel gave FALSE Testimony related to incidents. **(Exhibit 3)**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

191

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**D. 3-4 Oct, 2017**- Disciplinary Appeals Board (DAB), Federal Jurisdiction over CNVAMC facility, hears complete details of supposed 5-8 December, 2014 HEINOUS LIE of patient abuse. Latrice Clifton, RN (previous ICU Manager) testified that pt. (Mr. H.) was NOT under the influence of ANY medications **(Exhibit 2)** . M. Cox-Henley, RN testified Mr. Blochowicz "Harmed pt. (Mr. H). Mehul Patel, RN called to testify. **Mehul Patel, RN LIED under OATH!** Stated that he had taken care of pt. (Mr. H) 8-10 times **(Exhibit 2)**. **Mehul Patel, RN** stated pt. (Mr. H) was "crying profusely, and was hitting himself. Pt wrote on the white board. Also stated that pt. was NOT on any medications!" Electronic charting showed IV Ativan 2 mg had been administered at 13:45pm (Per DAB findings, 3-4 Oct., 2017). DAB Chairperson noted during DAB hearing that "silent code" had taken place on 6 Dec., 2014). DAB Chairperson also noted "addendum of earlier note in electronic chart- proof of alteration of charting."

**Heather Scott, RN** (Charge RN on 7 December, 2014), **(Exhibit 2)** called to testify. Heather Scott, RN LIED under OATH! Stated to DAB panel that pt. (Mr. H.) was hitting his head, and communicated through nods and wrote on the white board. VA Police Officers also testified that pt. (Mr. H) was NEVER harmed by Jeffrey M. Blochowicz. DAB panel reviewed ALL of Jeffrey M. Blochowicz's charting- and ALL notes confirm "no harm to pt. (Mr. H).

**E. 12 Jan, 2018- Mehul Patel, RN** called to testify. Mehul Patel, RN LIED under OATH! Stated that he had taken care of pt. (Mr. H) 8-10 times. **Mehul Patel, RN**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

stated pt. (Mr. H) was "crying profusely, and was hitting himself. Also stated that pt. was NOT on any medications!" Electronic charting showed IV Ativan 2 mg had been administered at 13:45pm (Per DAB findings, 3-4 Oct., 2017). Alarms must have been turned off." **Heather Scott, RN** (Charge RN on 7 December, 2014), called to testify. Heather Scott, RN LIED under OATH! Stated to DAB panel that pt. (Mr. H.) was hitting his head, and communicated through nods and wrote on the white board. **Heather Scott, RN**, also stated that pt. was NOT on any medications!" **(Exhibit 2)- to include administration of IV Ativan!**

**F.** Throughout the ongoing FAKE Criminal Case, **since 31 January, 2017,** Plaintiffs spouse has a Georgia Bureau of Investigations (GBI) No. GA4663636W, and a Federal Bureau of Investigations (FBI) No. 896531PE7. All Due to LIES told by Spc Agent OIG Brumfield, Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, etc. VA leadership has been aware since the beginning of the VAMC Police Report, that found NO HARM to pt. (Mr. H)

**G.** On or around June 5, 2018- Jeffrey M. Blochowicz submitted initial MSPB case- regarding his Constructive discharge from the VA.. All due to the lies told by Michelle Cox-Henley, OIG Agent Tracy Brumfield, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN, COL-Gilmore Lee to Fort Knox KY.

**H.** As the result of malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2    Latrice Clifton, RN- Plaintiff remains Advocate to later place documentation on
3    record of ADA Advocacy for Jeffrey M. Blochowicz. **(Exhibits 1-9)**
4
5    **I.** Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic medical
6    chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice
7
8    Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued Veterans
9
10   Affairs Abuse Syndrome/ Legal Abuse syndrome with husband Jeffrey M.
11
12   Blochowicz. **(Exhibits 1-9)**
13
14   **G. 3-4 Oct, 2017**- Disciplinary Appeals Board (DAB), Federal Jurisdiction over
15
16   CNVAMC facility, hears complete details of supposed 5-8 December, 2014
17
18   HEINOUS LIE of patient abuse.  Latrice Clifton, RN (previous ICU Manager)
19
20   testified that pt. (Mr. H.) was NOT under the influence of ANY medications
21
22   **(Exhibit 2)** .  M. Cox-Henley, RN testified Mr. Blochowicz "Harmed pt. (Mr. H).
23
24   Mehul Patel, RN called to testify. **Mehul Patel, RN LIED under OATH!** Stated
25
     that he had taken care of pt. (Mr. H) 8-10 times **(Exhibit 2)**.  **Mehul Patel, RN**

     stated pt. (Mr. H) was "crying profusely, and was hitting himself.  Pt wrote on the

     white board.  Also stated that pt. was NOT on any medications!"  Electronic

     charting showed IV Ativan 2 mg had been administered at 13:45pm (Per DAB

     findings, 3-4 Oct., 2017). DAB Chairperson noted during DAB hearing that "silent

     code" had taken place on 6 Dec., 2014). DAB Chairperson also noted

     "addendum of earlier  note in electronic chart- proof of alteration of charting."

     **Heather Scott, RN** (Charge RN on 7 December, 2014), **(Exhibit 2)** called to

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

testify. Heather Scott, RN LIED under OATH! Stated to DAB panel that pt. (Mr. H.) was hitting his head, and communicated through nods and wrote on the white board.  VA Police Officers also testified that pt. (Mr. H) was NEVER harmed by Jeffrey M. Blochowicz.  DAB panel reviewed ALL of Jeffrey M. Blochowicz's charting- and ALL notes confirm "no harm to pt. (Mr. H).  (Exhibit 2)

**H.** 10 April, 2019, with continued emails to **Ms. Devlin and VA Leadership-** Additionally, Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz further communicated with Ms. Devlin *portion of communication here;* As my early correspondence discussed, my Husband, Jeffrey M. Blochowicz, MSN, RN, was accused of a Heinous crime (turned into a Felony charge, even after the Federal Prosecutor for the Southern District- Lamont Belk, found NOTHING in my husbands "open file"); Ms. Michelle Cox-Henley gave the order to have a Felony Indictment brought against my husband!)- all the while, the very RN who caused veteran Mr. H. To CODE BLUE twice in less than 24 hrs., continued to work for the CNVAMC, Augusta, GA.  M. Patel, RN, by telling the Heinous Lie, was promised entrance into CRNA school- Certified Registered Nurse Anesthetist.  I would not make this, or ANY statement, without having ALL proof!  Nor would my Husband, Jeffrey M. Blochowicz, MSN, RN- Jump forward to 10 April, 2019- the Heinous lie told back on 7 December, 2014, by M. Patel, RN, and corroborated by Heather Scott, RN, and a few others.. have ruined my Husbands' stellar Military career, smeared my Husbands' reputation as an incredible Critical Care RN/ Perfusionist, as well as triggered his, as well as my PTSD!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**132: Heather Scott, RN, Individually and in her official capacity as Intensive Care Unit RN of Charlie Norwood Veterans Administration Medical Center**

    **A. 20 Mar, 2015**- Interview with Spc. Agent OIG Brumfield.  Heather Scott, RN gave FALSE Testimony related to incidents. **(Exhibit 3)**

    **B. 25 June, 2016**- Latrice Clifton, RN COMPLETE Fabrication of events of 5 Dec, 2014 to 7 Dec, 2014- while pt. (Mr. H) in the Intensive Care Unit, CNVAMC. Latrice Clifton, Chief Nurse- wrote letter (Exhibit 2), on 25 June, 2016- stating pt. (Mr. H) was coherent on 12/5/14, at approx.. 17:45 during rounds on 5D..Furthermore, Latrice Clifton, RN LIED to DAB panel, 3-4 October, 2017- stating that pt. was not under the influence of any sedatives on 12/7/14 when M. Patel, RN & Heather Scott, RN interviewed pt. (Mr. H) @ 14:00 per VAMC Police Report (Exhibit 8).

**C**. As the result of malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff remains Advocate to later place documentation on record of ADA Advocacy for Jeffrey M. Blochowicz. **(Exhibits 1-9)**

**D**. Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued Veterans Affairs Abuse Syndrome/ Legal Abuse syndrome with husband Jeffrey M. Blochowicz. **(Exhibits 1-9)**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**E. 12 Jan, 2018-** Mehul Patel, **RN** called to testify. Mehul Patel, RN LIED under OATH! Stated that he had taken care of pt. (Mr. H) 8-10 times. **Mehul Patel, RN** stated pt. (Mr. H) was "crying profusely, and was hitting himself. Also stated that pt. was NOT on any medications!" Electronic charting showed IV Ativan 2 mg had been administered at 13:45pm (Per DAB findings, 3-4 Oct., 2017). Alarms must have been turned off." **Heather Scott, RN** (Charge RN on 7 December, 2014), called to testify. Heather Scott, RN LIED under OATH! Stated to DAB panel that pt. (Mr. H.) was hitting his head, and communicated through nods and wrote on the white board. **Heather Scott, RN**, also stated that pt. was NOT on any medications!" **(Exhibit 2)**

**F.** Throughout the ongoing FAKE Criminal Case, **since 31 January, 2017,** Plaintiffs spouse has a Georgia Bureau of Investigations (GBI) No. GA4663636W, and a Federal Bureau of Investigations (FBI) No. 896531PE7. All Due to LIES told by Spc Agent OIG Brumfield, Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, etc. VA leadership has been aware since the beginning of the VAMC Police Report, that found NO HARM to pt. (Mr. H)

**G.** 10 April, 2019, with continued emails to **Ms. Devlin and VA Leadership-** Additionally, Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz further communicated with Ms. Devlin *portion of communication here;* As my early correspondence discussed, my Husband, Jeffrey M. Blochowicz, MSN, RN, was accused of a Heinous crime

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

197

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

(turned into a Felony charge, even after the Federal Prosecutor for the Southern District-Lamont Belk, found NOTHING in my husbands "open file"); Ms. Michelle Cox-Henley gave the order to have a Felony Indictment brought against my husband!)- all the while, the very RN who caused veteran Mr. H. To CODE BLUE twice in less than 24 hrs., continued to work for the CNVAMC, Augusta, GA.  M. Patel, RN, by telling the Heinous Lie, was promised entrance into CRNA school- Certified Registered Nurse Anesthetist.  I would not make this, or ANY statement, without having ALL proof!  Nor would my Husband, Jeffrey M. Blochowicz, MSN, RN- Jump forward to 10 April, 2019- the Heinous lie told back on 7 December, 2014, by M. Patel, RN, and corroborated by **Heather Scott, RN**, and a few others.. have ruined my Husbands' stellar Military career, smeared my Husbands' reputation as an incredible Critical Care RN/ Perfusionist, as well as triggered his, as well as my PTSD!


**133: Latrice Clifton, RN, Individually and in her official capacity as Intensive Care Unit Manager of Charlie Norwood Veterans Administration Medical Center**

**A.** 8 December, 2014, Jeffrey M. Blochowicz directed to report to Latrice Clifton's office. Linda Carter, RN (NNU VP) present.  Latrice Clifton grabbed Jeffrey Blochowiczs' hands, pulling him across her desk.  Ms. Clifton proceeded to take Jeffrey Blochowiczs' wedding ring off, and then turn his hands over.  Jeffrey Blochowicz asked Ms. Clifton "what are you doing?"  To

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

which Ms. Clifton replied "I'm looking at your hands (or words to that affect)"
Jeffrey Blochowicz looked at Linda Carter, (NNU VP) to ask her "did you see what just happened?' words similar to statement.  Ms. Clifton then told Jeffrey Blochowicz that he was to go and have his hands x-rayed.  Jeffrey Blochowicz asked Ms. Clifton "why do I need my hands x-rayed?"  Ms. Clifton told him "you've been accused of hitting a patient."  A Complete LIE!!  To this day, Plaintiff and Jeffrey Blochowicz remain under siege, due to malicious lies/ False imprisonment/ death threats- all due to the Veterans Affairs/ Legal system Abuse!  *Plaintiff (Zone of Interest) called by spouse-Jeffrey Blochowicz . He reported to the ICU manager on the morning of 8 December, 2014. She pulled his wedding band off and ordered him to have his hands x-rayed but of course there was no bruising and broken or damaged bones because he never hit this black man, ever.*

**B**. **December 5-8, 2014 to present** Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued Veterans Affairs Abuse Syndrome/ Legal Abuse syndrome with husband Jeffrey M. Blochowicz.

**21 Jan, 2015**- Interview with Spc. Agent OIG Brumfield.  Mehul Patel gave FALSE Testimony related to incidents. **(Exhibit 3)**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

199

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**3-4 Oct, 2017**- Disciplinary Appeals Board (DAB), Federal Jurisdiction over CNVAMC facility, hears complete details of supposed 5-8 December, 2014 HEINOUS LIE of patient abuse.  Latrice Clifton, RN (previous ICU Manager) testified that pt. (Mr. H.) was NOT under the influence of ANY medications **(Exhibit 2)** .  M. Cox-Henley, RN testified Mr. Blochowicz "Harmed pt. (Mr. H). Mehul Patel, RN called to testify. **Mehul Patel, RN LIED under OATH**! Stated that he had taken care of pt. (Mr. H) 8-10 times **(Exhibit 2)**.  **Mehul Patel, RN** stated pt. (Mr. H) was "crying profusely, and was hitting himself.  Pt wrote on the white board.  Also stated that pt. was NOT on any medications!" Electronic charting showed IV Ativan 2 mg had been administered at 13:45pm (Per DAB findings, 3-4 Oct., 2017). DAB Chairperson noted during DAB hearing that "silent code" had taken place on 6 Dec., 2014). DAB Chairperson also noted "addendum of earlier note in electronic chart- proof of alteration of charting." **Heather Scott, RN** (Charge RN on 7 December, 2014), **(Exhibit 2)** called to testify. Heather Scott, RN LIED under OATH! Stated to DAB panel that pt. (Mr. H.) was hitting his head, and communicated through nods and wrote on the white board.  VA Police Officers also testified that pt. (Mr. H) was NEVER harmed by Jeffrey M. Blochowicz.  DAB panel reviewed ALL of Jeffrey M. Blochowicz's charting- and ALL notes confirm "no harm to pt. (Mr. H).

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**C. 25 June, 2016**- Latrice Clifton, RN COMPLETE Fabrication of events of 5 Dec, 2014 to 7 Dec, 2014- while pt. (Mr. H) in the Intensive Care Unit, CNVAMC. Latrice Clifton, Chief Nurse- wrote letter (Exhibit 2), on 25 June, 2016- stating pt. (Mr. H) was coherent on 12/5/14, at approx.. 17:45 during rounds on 5D..Furthermore, Latrice Clifton, RN LIED to DAB panel, 3-4 October, 2017- stating that pt. was not under the influence of any sedatives on 12/7/14 when M. Patel, RN & Heather Scott, RN interviewed pt. (Mr. H) @ 14:00 per VAMC Police Report (Exhibit 2, & 8).

**D**. As the result of malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff remains Advocate to later place documentation on record of ADA Advocacy for Jeffrey M. Blochowicz.

**E**. Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN, Latrice Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued Veterans Affairs Abuse Syndrome/ Legal Abuse syndrome with husband Jeffrey M. Blochowicz.

**F. 3-4 Oct, 2017**- Disciplinary Appeals Board (DAB), Federal Jurisdiction over CNVAMC facility, hears complete details of supposed 5-8 December, 2014 HEINOUS LIE of patient abuse.  Latrice Clifton, RN (previous ICU Manager) testified that pt. (Mr. H.) was NOT under the influence of ANY medications

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**(Exhibit 2)** . M. Cox-Henley, RN testified Mr. Blochowicz "Harmed pt. (Mr.
H). Mehul Patel, RN called to testify. **Mehul Patel, RN LIED under OATH!**
Stated that he had taken care of pt. (Mr. H) 8-10 times **(Exhibit 2)**. **Mehul
Patel, RN** stated pt. (Mr. H) was "crying profusely, and was hitting himself. Pt
wrote on the white board. Also stated that pt. was NOT on any medications!"
Electronic charting showed IV Ativan 2 mg had been administered at 13:45pm
(Per DAB findings, 3-4 Oct., 2017). DAB Chairperson noted during DAB
hearing that "silent code" had taken place on 6 Dec., 2014). DAB Chairperson
also noted "addendum of earlier  note in electronic chart- proof of alteration of
charting." **Heather Scott, RN** (Charge RN on 7 December, 2014), **(Exhibit 2)**
called to testify. Heather Scott, RN LIED under OATH! Stated to DAB panel
that pt. (Mr. H.) was hitting his head, and communicated through nods and
wrote on the white board.  VA Police Officers also testified that pt. (Mr. H) was
NEVER harmed by Jeffrey M. Blochowicz.  DAB panel reviewed ALL of
Jeffrey M. Blochowicz's charting- and ALL notes confirm "no harm to pt. (Mr.
H).

**G.** On or around June 5, 2018- Jeffrey M. Blochowicz submitted initial MSPB
case- regarding his Constructive discharge from the VA.. All due to the lies
told by Michelle Cox-Henley, OIG Agent Tracy Brumfield, Mehul Patel, RN,
Heather Scott, RN, Latrice Clifton, RN, COL-Gilmore Lee to Fort Knox KY.
**(Exhibit 9).**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2      **H.** As the result of malicious/ fictitious/ alteration of patient (Mr. H) electronic
3
4      medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN,
5
6      Latrice Clifton, RN- Plaintiff remains Advocate to later place documentation
7
8      on record of ADA Advocacy for Jeffrey M. Blochowicz. **(Exhibits 1-9)**
9
10     . Due to the malicious/ fictitious/ alteration of patient (Mr. H) electronic
11
12     medical chart by Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN,
13
14     Latrice Clifton, RN- Plaintiff continues to suffer (Zone of Interest) continued
15
16     Veterans Affairs Abuse Syndrome/ Legal Abuse syndrome with husband
17
18     Jeffrey M. Blochowicz. **(Exhibits 1-9)**
19
20
21     **134: Christina Clark, RN, Individually and in her official capacity as RN, Assistant**
22
23     **Nurse Manager of Charlie Norwood Veterans Administration Medical Center**
24
25     **A. 8 Dec, 2014 to 28 Jan, 2016-** Assistant Nurse Manager, CNVAMC patient

       services, Christina L. Clark, RN complete Fabrication of Plaintiff's spouse

       (Jeff Blochowicz) to OIG Agent, Brumfield (Exhibit A).  According to Clark

       BLOCHOWICZ stopped her a few months ago while passing her in the

       hallway and informed her he ran into "the patient" In the retail store and "the

       patient" wanted to speak with him. Clark stated BLOCHOWICZ said that he

       told "the patient" that he could not speak with him and "the patient" asked

       BLOCHOWICZ why he could not talk with him. According to Clark,

       BLOCHOWICZ stated "because you told them I punched you in the chest".

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

204 of 331

Clark stated BLOCHOW1CZ informed her that he also put a blanket over the

camera lens in the patients' room to let the patient get some rest because he

left the camera was disturbing him. Clark stated BLOCHOWICZ never

mentioned "the patient' stated the camera disturbed him. Clark stated she

never knew the patients name or circumstances regarding BLOCHOW1CZ

change of assignment until BLOCHOWICZ brought the matter to her

attention.  On January 26, 2016. Clark completed a Report of Contact

regarding he, aforementioned contact with BLOCHOWICZ after he allegedly

made improper statements to other staff regarding his displeasure with facility

leadership. Clark submitted the Report of Contact to Michelle Cox-Henley,

Associate Medical Center Director, VAMC Augusta.

**135: Judge J. Wade Padgett Individually and in his official capacity as Superior Judge, Augusta Judicial Circuit, 10th District**

**A. 01 Feb, 2017 to present-** continued threats to Jeffrey M. Blochowicz of

"you're going to prison" by District Attorney, Natalie Paine, Assistant District

Attorney, E. Timothy O'Brien, Judge Wade Padgett, and criminal attorney for

Jeffrey Blochowicz- Hank Crane, III- at each and every Richmond County

Calendar Call (if Jeffrey Blochowicz did not agree to plead guilty)..

**B. 01 Feb, 2017 to Present;** Subject Matter Jurisdiction (SMJ) NEVER

Established by Superior State Court Judge J. Wade Padgett. Sufficiency of

Pleading (SOP) NEVER Established by Superior State Court Judge J. Wade

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

204

Padgett, Natalie Paine (DA)/ E. Timothy O'Brien (ADA)- **Brady Rule**

**Violations/ Giglio Act Violations**- Shadow Chart given to District Attorney/

Assistant District Attorney- <u>Violation of VHA Handbook 1907.01</u>.  **Robin E.**

**Jackson** (African-American Male), Medical Director, Charlie Norwood

Veterans Administration Medical Center-aware of Shadow Chart/ Multiple

electronic patient chart alterations!  As an ADA Advocate, Plaintiffs

responsibilities are to know the ADA law, and to serve a critical function in

implementing the Americans with Disabilities Act - to secure equal access for

Jeffrey M. Blochowicz in all aspects of life most importantly his employment,

and in the Courtroom.

**C. Since Feb, 2017 to present-** We have endured countless Richmond

County Calendar Call dates- only to be held in Judge Wade Padgett's

Courtroom- until the last case! even after I had worked 12+ hour shifts in the

Intensive Care Unit the night before, and scheduled to return to work at

19:00pm.

**D. 28 May, 2018-** Letter to CNVAMC Director, **Mr. Robin E. Jackson**, and
also to **Congressman Rick Allen;**

Furthermore, your statement that "none of Mr. Blochowicz's rights have been
violated" are incorrect (**due process, CBA violations** and **double jeopardy**).
The Agency's actions to date have caused this situation!
First, you placed him on an indefinite suspension- effective March 17, 2017,
and did not allow his representative (Criminal Attorney, Hank Crane, III), or
him, the opportunity for an oral response. Secondly, you took an illegal action
and removed him from the Agency, effective August 5, 2017. The PDUSH
overturned the removal action, and as of today, you have failed to meet any

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

of the requirements stated in the letter ordering the Agency (you Mr. Jackson) to take the corrective action outlined in the decision letter to make him whole! Then instead of returning Mr. Blochowicz to duty, within the ordered 30 days from the PDUSH's signature as you were instructed, you subjected him to what most would feel is **double jeopardy, by placing him on another indefinite suspension for the indictment by the Richmond County, GA District DA's office (August 8, 2017), who you or your acting agent submitted the same contrived, doctored evidence to get them to go forward with a hearing.** Knowing the entire time, the story was Fabricated/ Malicious Prosecution. **A Shadow Chart provided to the District Attorney (Natalie Paine)**

It is safe to assume that most arbitrators will take a dim view of an agency's imposing formal discipline more than once for the same offense.

The Arbitrator will then also see that the DAB records (October 3-4, 2017), clearly show that the **evidence used against Mr. Blochowicz was false**, and that **several of the Agency key witnesses lied or conveniently forgot what truly happened, or failed to do their job as required, such as yourself. Then, on January 12, 2018- after the Richmond County, GA District Attorney's office had copies of the DAB** findings, the two registered nurses **(M. Patel, RN, & H. Scott, RN)** lied yet again, under oath, to Judge Wade Padgett. This **Hearing NOT on Richmond County Docket (Void Orders)** You committed a due process violation when you made your decision to remove Mr. Blochowicz because you stated in your testimony that when you made the decision you only considered the I.G. report, of which Mr. Blochowicz had never been provided a copy. To date, Mr. Blochowicz's representative (Criminal Attorney, Hank Crane, III), has requested a total of four times to view, and obtain a copy of the entire patient's medical file. We will be arbitrating, the first and second indefinite suspension, and the removal to include the 10-day suspension decision made in the PDUSH letter, since you have failed to follow it anyway.

As for Mr. Blochowicz being under indictment, as you are aware it only happened because the Agency, or the Nurse Executive as your agent submitted another complaint and that will come out during the Arbitration. You can do the right thing and place Mr. Blochowicz back into a paid status, even doing non-patient care duties as he was doing for the last 2 years while working there, or we can move forward with Arbitration.

Let me make one more statement, in regards to the many due process violations, & CBA violations... Mr. Blochowicz to date, has never had a PIP, or even been counseled. Mr. Blochowicz's **military jacket was opened by the OIG, SPC Agent Tracy Brumfield (without permission)-**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

and details shared with the Richmond County, GA, District Attorney. **Mr. Blochowicz's file, regarding the false allegations was NOT kept in a GSA approved location, nor was his file kept under an approved GSA lock, with Intelligence oversight.** Also, to date, Mr. Blochowicz, and or his Criminal Attorney, Hank Crane, III, has not been given his entire file (that would show all entries/names/ & periods of > 90 days without an entry- thus making Mr. Blochowicz's false allegation of pt. abuse null and void). **Mr. Blochowicz's rights, <u>Under the 1974 Privacy Act</u> have been** violated! Mr. Blochowicz was force retired from the Military, when COL Gilmore-Lee, in the year 2015 (April), called Fort Knox, KY, HRC- and lied, stating "Mr. Blochowicz had assaulted a veteran." **(Exhibit 9)** While Mr. Blochowicz was in Logistics (his second detail, due to the false allegations), with no training, or a job description- he was repeatedly asked by Mark Fox (Logistics Supervisor), when working the entire month of June, 2016, in building 95 (with outside temperatures of > 100 degrees Fahrenheit) "are you ready to quit yet?" This could be classified as **attempted MURDER!** Furthermore, the OIG, SPC Agent, Brumfield, carried out the threats of "having multiple Agencies crawl up Mr. Blochowicz's butt." As the recorded psychological violent interrogation proves!

Further due process violations by the CNVAMC, Augusta, GA are;

1. The Internet views on Mr. Blochowicz, in regards to the false Felony charge of "Exploitation of the Elderly." The internet views are well over 700,000 (per Google postings, Facebook postings, Instagram postings, Jail Report postings, and local newspapers in the CSRA). Mr. Blochowicz's career as a critical care registered nurse has been all but destroyed!  Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz has NOT been able to find work!!

2. Mr. Blochowicz has attempted to work as a critical care nurse, and has been escorted from many hospital settings, by the local police of the county, due to the internet postings of Mr. Blochowicz, and the false Felony charge of "Exploitation of the Elderly" ) **Defamation of Character/ Slander**

3. Mr. Blochowicz has an arrest record, at the Richmond County Jail, Richmond County, GA, after he was double handcuffed by the CNVAMC investigator (Arnold) and OIG SPC Agent Brumfield- and Mr. Blochowicz was paraded through the entire Uptown CNVAMC hospital in double handcuffs. And sustained a broken bone in his left wrist.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

4. Mr. Blochowicz, and his wife (Plaintiff ) have received multiple anonymous death threats due to the false allegations of pt. abuse of Mr. H. Each and every test to include X-Rays, CT scans, MRI scans, and photographs of both pt. Mr. H. and Mr. Blochowicz, show negative for any abuse.

5. IRS, and State of Georgia audits of Mr. & Mrs. Blochowicz returns from the time period of December, 2014 through January, 2017.. The exact time frame the OIG, SPC Agent Brumfield threatened. **(Exhibit 19)**

6. The PDUSH ordered for a 10-day suspension (time already served). Mr. Blochowicz had never seen a policy on a "Verbal Policy for ICU Tele-Med." The Department of Veterans Affairs, Medical Center(s), prohibits "ANY verbal policy." The only piece of information Mr. Blochowicz had during the alleged time-frame of pt. abuse, was the Registered Nurse SF-178 RN Job Description (Charge Nurse, Viehman, dictated all patient care without a written policy).

7. Mr. Blochowicz was discriminated against by **Ms. Cox-Henley and Mr. Jackson** to include being retaliated against for **whistleblowing**. Specifically, as a male nurse, Ms. Cox-Henley treated him completely differently than she has female nurses that were accused of a potential patient abuse situation. **Mr. Jackson specifically retaliated against him after disclosing specific violations by Ms. Cox-Henley and went so far as to remove him from Federal service.**

I am formally asking for a Congressional inquiry to address the issue of now Medical Center Director, Department of Veterans Affairs, Charlie Norwood VAMC, Augusta, GA Robin E. Jackson, PhD continued disregard to follow the DAB recommendations, the PDUSH orders, as well as the Double Jeopardy imposed, as a result of the proven false allegation against me in December, 2014.

*(Addition to letter by Plaintiff)- Upon further review, Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN, contacted Mr. Robin E. Jackson's school of record- University of Maryland, Eastern Shore, Princess Anne. Plaintiff spoke with Dean of Organizational Leadership-Dr. Atoh, to inquire about the school of record having a Doctorate of Philosophy program. Mr. Robin E. Jackson did NOT receive a PhD- as Mr. Robin E. Jackson did NOT take and pass a Comprehensive Exam, or have a Dissertation Committee. Mr. Robin E. Jackson did NOT write, or publish a Dissertation- that is the requirement of a rigorous Doctorate of Philosophy Program. **Mr. Robin E. Jackson has been signing Federal documentation as PhD! Without holding a Doctorate of Philosophy degree, a person commits fraud by signing a false degree!!**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

208

During my tenure with the VA, I have always received excellent performance reviews, and am a "by the book" employee. I take great pride in my work, and have always strived to provide the highest level of care and service to all patients/veterans. The now 41-month old events of the false Felony allegation of "Exploitation of the Elderly" of patient Mr. H. will show I saved pt. Mr. H.'s life.

The two registered nurses have lied multiple times, and perjured themselves under oath. The truth of the events of pt. Mr. H. were exposed during the two-day DAB hearing, and findings. Registered nurse, M. Patel, lacked the integrity to tell the truth of the two near-death incidents (caused by his then four-month out of school lack of critical care) in less than a 24-hr period, of pt. Mr. H. M. Patel, RN, administered a total of 2 milligrams of IV Ativan (a benzodiazepine) 15 minutes prior to his, and H. Scott, RN's interview of pt. Mr. H., on Dec. 7, 2014, @ 1400. The original VAMC police report, with original pictures, and the DAB findings from October 3-4, 2017 prove my innocence in the matter of the false Felony indictment by Richmond County Grand Jury.

I have all documentation of the serious false allegations, which I will forward to you when requested. The Prosecuting District Attorney for Richmond County, GA (Natalie Paine) continues to fail to drop the false allegations- as proven by the DAB two-day findings, the PDUSH order, and the sworn affidavits of 30 year plus police officers (serving at the CNVAMC, Augusta, GA).

My false Felony allegation of Exploitation of the Elderly Trial by Jury case is continued through July, as my criminal attorney has not received the original VAMC Police report, or the medical file of patient Mr. H. My Criminal Attorney, Hank Crane, III, has requested the previous several times, to no avail. The VAMC Police report, and entire medical file of patient Mr. H. has now been requested from the CNVAMC, Augusta, GA, through Judge Wade Padgett. The October 3-4, 2017 DAB findings, as well as the PDUSH order to return me to duty, back pay all missed hours, award of attorney fees, and finally, to "make me whole." need to be implemented.

The blatant disregard to produce two copies of my Freedom of Information Act (per the NNU CBA/ Master Agreement) within three business days, in January, 2017 led the Office of Inspector General, SPC Agent, Tracy Brumfield, to take my then 26-month old false allegation case to the Richmond County Grand Jury, under the direction of then District Attorney,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Ashley Wright (now Superior Court Judge). *Natalie Paine, District Attorney is included in the Writ of Mandamus and Quo Warranto, delivered to the State of Georgia, Superior Court Clerk, 12 June, 2020)..*

In closing, the CNVAMC, Augusta, GA 30904, has forced retired individuals named in this letter, either the previous week to the October 3-4, 2017, DAB hearing, and or moved the named individuals in this "made-up allegation" to other Department of Veterans Affairs Facilities. To date, Ms. Michelle Cox-Henley has been removed from the CNVAMC, and not allowed to step foot on ANY Department of Veterans Affairs premises. Also, during the two-day DAB hearing, Ms. Cox-Henley was asked "was a Sentinel Event filed with Joint Commission?" in regards to the alleged abuse of pt. Mr. H. Ms. Cox-Henley stated "I don't do Sentinel Events!" Each and every case of abuse, or neglect is to be reported to Joint Commission.

Your assistance in this serious matter is greatly appreciated.

Sincerely,
Jeffrey M. Blochowicz, RN
MAJ (Ret.) USAR, NC (*force retired by the actions of the Charlie Norwood VAMC- Ms. Michelle Cox-Henley*)

**E. 13 Feb, 2019**- Plaintiff and Jeffrey M. Blochowicz receive notification from Hank Crane- Criminal Hearing moved from 09:30am to 13:30pm- Richmond County Courthouse, room 3G;  Assistant District Attorney E. Timothy O'Brien, Judge Wade Padgett, and Hank Crane present.  Prior to entering court room- attorney Crane explains to Plaintiff and Jeff "Tim O'Brien may offer a First Offender Plea.. But you don't need to worry about that now.  Plaintiff (ADA Advocate for Jeffrey M. Blochowicz) and Jeff enter court room 3 G.  Within a matter of the first few moments in the court room, Judge Padgett screaming at Jeff- "You do realize, Mr. Blochowicz that the District Attorney's office is offering you a Plea of First Offender.  I don't know how long this offer will be

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

on the table.  This is the best deal you are going to get.  Do you understand Mr. Blochowicz?"  Judge Padgett still screaming at Jeff "Take the First Offender Plea!"  Plaintiff and Jeff both in shock!  Jeffrey M. Blochowicz stated "No.  I will not take a Plea.  I did nothing wrong!"

**F. Feb, 2017- Present**- Plaintiff and Jeff exhausted from the multiple court dates.  Exhausted and frustrated at the amount of Exculpatory Evidence provided to attorney Crane, and told "The District Attorney doesn't care about anyone else.  You are the only one the DA is going to prosecute.  You do realize you're facing a long time in jail!"

**G. Feb, 2017-Present**- Continued threats from District attorney (per attorney Crane).

**H. Feb, 2017-** Present; Multiple missed family graduations, weddings, family reunions- as FAKE Criminal Case remains in Criminal Court.  Multiple mailed post cards to attend Grand Jury Trial Calendar Calls.  Multiple texts and emails from attorney Crane to attend Richmond County Calendar Calls.

**I. On or around 15 February, 2017, Jeffrey M. Blochowicz in Richmond County Courthouse- Judge Wade Padgett reads Indictment and asks Jeff "how do you plead?"  NOT GUILTY!!**

to date **July 29, 2020**- Judge Padgett, Natalie Paine, Timothy O'Brien, Treza Edwards, Hank Crane have continued to humiliate the Blochowicz's in court

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

by (1) making Jeffrey M. Blochowicz show up for Grand Jury Trial Calendar Calls, Richmond County Calendar Calls- and make Plaintiff and Jeff wait until the very last case to discuss his FAKE Criminal Case! (2) and advertising their disabilities in open court (when ADA Advocate requested to be present. The damage is done!!!

**J. On or about 1 November 2019, Defendant** Judge Wade Padgett issued a void order. he abused his authority and ordered Jeffrey M. Blochowicz to answer "taking a Dead Docket Plea" ADA Advocate (Plaintiff) and Jeff continue to request attorney Hank Crane to motion to dismiss FAKE CASE

**K. On or about 12 June t**he Augusta ADA Director, Ms. Edwards, Attorney Hank VA, DOJ, Attorney Alan Burch ignores Jeff's ADA Rep, M. Sue Bozgoz RA concerns and in retaliation as Judge Wade Padgett, Prosecutor Natalie Paine, Timothy Obrien: (1) Ignores Jeff's motion to challenge Subject Matter Jurisdiction (SMJ) and (2) objection to dead docket. Instead of establishing Jeff's SMJ, they (Judge Padgett, Augusta, GA Prosecutor, Natalie Paine, and Timothy O Brien, planned a hearing for Jeff to take "dead docket" NOT in his favor and in violation of the ADA Interference Act.

**L. On 15 June 2020**, Judge Wade Padgett writes void orders, sent to attorney hank Crane as an email. Further gaslighting the Blochowiczs' by doing the following:

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**b.** LIED! Judge Padgett wrote his VOID ORDERS, stating that Jeffrey M. Blochowicz did NOT have a right to place Motions on the State of Georgia Docket- Per the Uniform Rules, Superior courts of the State of Georgia, and the Richmond County Website reference- a defendant (Jeffrey M. Blochowicz- INNOCENT), may place motions on the docket prior to trial! Especially since his attorney Hank Crane was not disclosing the TRUTH!

**M. 15 Jun 2020,** Augusta, GA, Judge W. Padgett signs the void orders. Judge Wade Padgett DID NOT Place his VOID ORDERS on Jeffrey M. Blochowiczs' FAKE Criminal Case Docket. He denied (1) the motion to recuse himself and (2) Jeff's ADA Representative's Sue Bozgoz's affidavit in support of Jeff's motion to challenges SMJ and objection to challenge dead docket **(Exhibit A, A1-A4).** ADA Representative, M. Sue Bozgoz complained to the Augusta Court ADA Director, VA, DOJ, and Mr. Robert Wilkie **(Exhibit 12)**

**N. On 15 Jun 2020**, Augusta, GA Judge Padgett, Prosecutor, Natalie Paine and Timothy Obrien, order Plaintiffs spouse, and ADA Rep M. Sue Bozgoz's client, Jeff to a "last minute" dead docket hearing and threatens Jeff with a warrant if he does not attend. ADA Rep, M. Sue Bozgoz complains to the Augusta, GA Court, DOJ, and Mr. Wilkie **(Exhibits 1, & 12).**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

213

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**O. On 15 Jun 2020**, Jeff's Attorney, Hank Crane informs Jeff and Kim that ADA Representatives (Robert, Sue, and Chris) are not allowed at Jeff's Dead Docket (WebEx) hearing- AGAIN, NOT ON FAKE CRIMINAL DOCKET!. Jeff's ADA Rep M. Sue Bozgoz complains to the Augusta GA ADA Director, and Robert, Sue, and Chris attends anyway.

**P. On or about 15 Jun 2020** ADA Rep M. Sue Bozgoz reports ADA interference against VA employee whistleblowers to the Augusta, GA Court, DOJ, Alan Burch, and Robert Wilkie. Negative response.

**Q. On 15 June 2020,** Judge Padgett violates the ADA interference Act by: (1) Coordinating fake kangaroo court for ADA Advocate M. Sue Bozgoz's client Jeff and then (2) denies ADA Advocate media rep, Chris King access into the court. His actions: (1) left Jeff without equal access and (2) willfully exacerbates Kim, Jeff, and Sue's silent scars on purpose.

**R. On or about 15 June 2020, the** Augusta Court allowed the Augusta Chronicle Newspaper reporter, Sandy Hodson, to write fake news about Jeff while furthering exacerbating Kim, Jeff's, and Sue's silent scars. When the ADA Representative told her and the editor to take it down, Negative response **(Exhibit 20).**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

214

**S. On 15 June 2020,** ADA Advocate Sue Bozgoz reports the illegal Acts on ADA Client Jeff to: (1) VA HQ, Mr. Robert Wilkie, (2) DOJ, Alan Burch, (3) Augusta, GA Prosecutor Natalie Paine, and (4) Augusta Chronical, News reporter, Sandy Hodson. ADA Advocate demands: (1) VA, (2) Courts, (2) DOJ and GA Newspaper stop the emotional abuse to Jeff as the emotional abuse is done by design and to cause harm.

**T. On or about 15 Jun 2020,** Plaintiff's anxiety, panic attacks- due to additional death threats- after Fake WebEx (NOT ON DOCKET) takes place, despite Jeffrey M. Blochowiczs' Objection to Dead Docket, Motion to Recuse Judge Wade Padgett, Letter sent to State of Georgia Superior Court Clerk-Hattie Holmes-Sullivan for ALTERATION of DOCKET!

**U. On or about 15 Jun 2020,** during Jeff's dead docket hearing Assistant Prosecutor, Timothy Obrien threatens Jeff with a fake jury trial if Jeff does not agree to take a dead docket deal that might release him for a crime he did not commit on or about 15 Dec 2020. ADA Rep M. Sue Bozgoz complains to Prosecutor Natalie Paine, DOJ, Mr. Wilkie and the public:

https://www.youtube.com/watch?v=y_o66bc_a9Q&t=3s and

https://www.youtube.com/watch?v=G757o6W-C9g&t=36s

**V. On 15 June 2020,** Prosecutor, Timothy Obrien threatens Jeff while his boss, Natalie Paine (District Attorney) watches the abuse.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

215

**W. 15 Jun, 2020-** Plaintiff placed call to Attorney Hank Crane that Jeffrey M. Blochowicz could NOT log into WebEx at the VA.  Attorney Hank Crane stated, "If Jeff doesn't attend, they might serve a bench warrant for his arrest!"

**X**. Hank Crane continues to threaten Jeff with "you'll go to jail for a long time. You had better take the Dead Docket deal.  This is as good as its gonna get for you!"

**Y. 15 Jun 2020**- Death threats continue to Plaintiff and Jeffrey M. Blochowicz after article published by Augusta Chronicle-written by Sandy Hodson. Plaintiff, nor Jeffrey M. Blochowicz EVER contacted for any of the TRUTH! **(Exhibit 20)**

**Z. Administration retaliation, and State of Georgia-Superior Court (Criminal Case #2017RCCR01037), and (Civil Case #2020RCCV00272)** continues to be manipulated at the State of Georgia Superior Court. **Malicious Prosecution, living under constant unlawful siege, to include False Imprisonment!**

**AA**. Still awaiting decision on Writ of Mandamus and Quo Warranto (Case No. 2020RCCV00272) **Operation Law, on 10 July, 2020-** to be granted by **Judge William E. Woodrum, Jr.  Reasonable Accommodation (RA)** requested on **11 June, 2020** at **Clerk of Superior State Court-** (Deputy

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

216

1
2    Clerk Jody Thigpen), denied **Writ of Mandamus and Quo Warranto, with**
3
4    **Exhibits,** Certificate of Service, Summons packets for all three Defendants-
5
6    **Judge Wade Padgett, District Attorney Natalie Paine, Augusta**
7
8    **Compliance Director Treza Edwards**. Thus, Plaintiff (Kimberly M.
9
10    Blochowicz) mailed, via USPS-Priority Mail, Certified, with return receipt
11
12    requested, original request for RA, Writ of Mandamus and Quo Warranto,
13
14    Certificate of Service, Exhibits, Summons packets (for each defendant).
15
16    **(Exhibit A)** Plaintiff (Kimberly M. Blochowicz), subsequently mailed, via
17
18    USPS-Priority Mail, Certified, with return receipt requested, Courtesy packets
19
20    to each defendant, as well as to U.S. Attorney for Southern District, Bobby L.
21
22    Christine, and to President Donald J. Trump, White House.
23
24    **The United States Constitution guarantees an unbiased Judge who will always**
25    **provide litigants with full protection of all rights.  This further denied the**
**Blochowiczs' their rights under Title II, V, and VI of the Americans with**
**Disabilities Act of 1990**


From: Jeffrey Blochowicz <blochowicz@yahoo.com>
To: Hank Crane <hank@thecranefirm.com>; npaine@augustaga.gov
<npaine@augustaga.gov>; eobrien@augustaga.gov <eobrien@augustaga.gov>;
jwpadgett@augustaga.gov <jwpadgett@augustaga.gov>
Sent: Thursday, June 4, 2020, 05:04:00 PM EDT
Subject: Fw: EVERYTHING is on HOLD!!! Jeff Moved the Court to Dismiss and Dead
Docket Objection


Good Afternoon, Hank,


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

217

1    This is Kimberly Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for
2    Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR.. I am writing to inform you- and will
3    be sending a Priority/ Certified, with return receipt requested copy of this email to the
4    Clerk of Superior State Court. There will be NO Court Hearing, via WebEx on 15 June,
5    2020 @ 1345! You, Hank, took Leave of Absence on 02 June, 2020. You stated you
6    will be "Out of Town." Not to mention- a VOID ORDER was sent from you?! The Court
7    hearing- via WebEx is FAKE!! No Court recording! The Motion to Dismiss and Dead
8    Docket Objection, signed on 01 May, 2020, and received by the Clerk of State Superior
9    Court (11 May, 2020 @ 1042) is to be completed in 30 days! Case Dismissed!!!
10
11   Jeff Does NOT AGREE to Dead Docket, as your games do not work anymore!! Jeff will
12   Not Withdraw his Motion to Dismiss and Dead Docket Objection!
13
14   I am notifying you, as well as the District Attorney, Assistant District Attorney, and Judge
15   Wade Padgett, that Jeffrey M. Blochowicz, signed the Motion to Dismiss and Dead
16   Docket Objection on 01 May, 2020. I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ
17   (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR,
18   am informing you- NO FURTHER GASLIGHTING! NO FURTHER ADMINISTRATIVE
19   TRICKERY!!. Said packet was sent, via Priority mail, Certified w/ return receipt
20   requested on 09 May, 2020. The Motion to Dismiss and Dead Docket Objection, with
21   exhibits, and signed Affidavits from Jeff's and my ADA Advocates, was received by the
22   Clerk of Superior State Court on 11 May, 2020 @ 1042.
23
24   Furthermore, Jeff has verified with you, on the phone, that "Yes, I signed the Motion to
25   Dismiss and Dead Docket Objection." Once his motion, with exhibits, and Affidavit
     was received, by the Clerk of Superior State Court... the Prosecution, as well as Judge
     Wade Padgett had to prove Subject Matter Jurisdiction. The moment the Priority Mail,
     certified, with return receipt was received by the United States Post Office- Jeffrey M.
     Blochowicz was free of your threats, your intimidation, your gaslighting, and your empty
     promises!!- wait, there is one more.. my husband, Jeffrey M. Blochowicz did not fall off a
     f-ing turnip truck either! The only Jurisdiction over Jeff's "alleged" patient abuse is the
     Federal government. Jeffrey M. Blochowicz was tried, by the Federal Disciplinary
     Appeals Board (DAB) on 3 October, 2017, and 4 October, 2017.. You, Hank, have a
     copy of the DAB findings! You, Hank, have a copy of the Federal Arbitration
     findings. Only Federal government has jurisdiction over the "alleged" patient abuse.

     In fact, the complaint of the "alleged" patient abuse, was written by Michelle Cox-
     Henley. Ms. Cox-Henley was the Nurse Executive at the Charlie Norwood Veterans
     Administration Medical Center. Ms. Cox-Henley did NOT have permission from the
     then Director of the Hospital (Ms. Marie Andrews) to send ANY complaint!! To

     Jeffrey and Kimberly Blochowicz
     2508 Laurel Drive
     Evans, GA 30809
     706-631-7444

218

Anyone!  As the VAMC Police had investigated the "alleged" patient abuse.  The VAMC Police did NOT find ANY patient abuse.

Is Judge Padgett aware that both witnesses- Mehul Patel, RN, and Heather Scott, RN, Lied to him, under Oath on 12 January, 2018?  Is the District Attorney, or Assistant District Attorney aware that Jeffrey M. Blochowicz won the Disciplinary Appeals Board?  And are all aware that Jeffrey M. Blochowicz won Federal Arbitration?  I have been sending you ALL Exculpatory Evidence this entire 41 plus months now.  And when requested, I will forward ALL emails and texts that prove both Jeffrey M. Blochowicz NEVER harmed ANY patient/ veteran in his care!  I will forward the hours of Expert Medical witness provided by me- as to the findings in the Shadow (not legal/ not original) Medical Chart provided to the District Attorney for patient W. Haymon!  Another Brady Violation!


NO FURTHER GASLIGHTING!  NO FURTHER ADMINISTRATIVE TRICKERY!!.  There will be NO HEARING for the Dead Docket!!  I am advising you, and all addressed in this email, that I am researching/ and conferring with our ADA Advocates, as well as Department of Justice attorneys.  As Jeffrey M, Blochowiczs' Attorney, You, Hank Crane, took an Oath to protect your client!  You, Hank Crane, took an Oath to provide proper representation to your client!  I seriously doubt, that Anywhere in your education of the Law-that Any Professor stated "Gaslight your Client to get them to do what YOU want!  Tell your client to 'get control of your wife/spouse!', 'Ignore Any/All requests to have this case dismissed, as there is NO Evidence!' The State of ... has No Witnesses, Nor does the Federal government have any witnesses (because all was a Lie!)..

Last, but not least.. I will be forwarding my last email to you, and all addressed in this email.  The email that gave ALL the reasons why my husband's case 2017RCCR01037 is to be Dismissed!  Georgia Law states that once the Motion to Dismiss and Dead Docket  Objection has been received by the Clerk of Superior State Court, his case is Dismissed!!

For the record, Jeffrey M. Blochowicz is NOT firing you as his attorney.  The only communication now, is receipt of Complete Dismissal of Case # 2017RCCR01037.  As Subject matter jurisdiction has NEVER been proven.


V/R,



Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for
Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR


Hank Crane <hank@thecranefirm.com>
To:Jeffrey Blochowicz
Thu, Jun 4 at 11:57 AM
Jeff,

Hope all is well.  Court has set a hearing for the dead docket on the following.  I will not
be in town so you will need to upload the Webex app and be prepared to join the
meeting that way.  Prosecutor and judge will do the same.  Any questions, please feel
free to ask.

Thanks




Webex on Monday, June 15, 2020 at 1:45




Hank Crane
Attorney at Law
Crane Law Firm, P.C.
211 Hudson Trace, Suite C
Augusta, Georgia 30907
hank@thecranefirm.com
www.thecranefirm.com
706-432-9840 (phone)
844-272-7733 (fax)


**136: Natalie Paine, Individually and in her official capacity as District Attorney for
Richmond and Columbia Counties**

    A. **A.** The discriminatory conduct of which Plaintiff complains in this action includes:

        **Violation of the Title VII Civil Rights Act of 1964- "Zone of Interests-**
        *Where there is actionable third-party retaliation, both the employee who*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

*engaged in the protected activity and the third party who is subjected to the materially adverse action may state a claim.*
*These claims are contractual (e.g., Jeffrey's employment with VA, Kimberly's repetitious requests to Act as Jeffrey's ADA Representative with VA- ALL IGNORED!) by nature and are contingent on the specific language of the insurance policy (i.e., contract and/or Kimberly's repeated requests for Jeffrey's RA). An example of a first party insurance claim would be a homeowner who suffers fire damage to his or her home (e.g., Jeffrey who continues to suffer from Legal Abuse Syndrome (as a direct result of the VA/Jeffrey, who continues to suffer from Veterans Affairs Abuse syndrome, Anxiety, Insomnia, **Fear of/continued threats to malicious prosecution/ false imprison him OVER & OVER- by the VA, and the Augusta Judicial System (Haynes, Jackson, Padgett, Paine)** orders or ADA law).*

**B. 01 Feb, 2017 to present-** continued threats to Jeffrey M. Blochowicz of "you're going to prison" by District Attorney, Natalie Paine, Assistant District Attorney, E. Timothy O'Brien, Judge Wade Padgett, and criminal attorney for Jeffrey Blochowicz- Hank Crane, III- at each and every Richmond County Calendar Call (if Jeffrey Blochowicz did not agree to plead guilty)..

**C. 01 Feb, 2017 to Present;** Subject Matter Jurisdication (SMJ) NEVER Established by Superior State Court Judge J. Wade Padgett. Sufficiency of Pleading (SOP) NEVER Established by Superior State Court Judge J. Wade Padgett, Natalie Paine (DA)/ E. Timothy O'Brien (ADA)- **Brady Rule Violations/ Giglio Act Violations-** Shadow Chart given to District Attorney/ Assistant District Attorney- **Violation of VHA Handbook 1907.01**. **Robin E. Jackson** (African-American Male), Medical Director, Charlie Norwood Veterans Administration Medical Center-aware of Shadow Chart/ Multiple

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

electronic patient chart alterations!  As an ADA Advocate, Plaintiffs

responsibilities are to know the ADA law, and to serve a critical function in

implementing the Americans with Disabilities Act - to secure equal access for

Jeffrey M. Blochowicz in all aspects of life most importantly his employment,

and in the Courtroom.

**D.** Plaintiff has not been able to work at **University Hospital, Augusta, GA-**

**since 17 May, 2020, as a Critical Care RN**- due to multiple death threats,

panic attacks, (symptoms of Legal Abuse syndrome-((LAS))/ Veterans

Administration-Abuse Syndrome ((VA-AS)) Zone of Interest- **ADA Advocate**

**for Jeffrey M. Blochowicz-** whose **False/FABRICATED**

**Indictment/Administrative Trickery of Charlie Norwood Veterans**

**Administration retaliation, and State of Georgia-Superior Court (Criminal**

**Case #2017RCCR01037), and (Civil Case #2020RCCV00272)** continues to

be manipulated at the State of Georgia Superior Court.  **Malicious**

**Prosecution, living under constant unlawful siege, to include False**

**Imprisonment!**


**E.** Still awaiting decision on Writ of Mandamus and Quo Warranto (Case No.

2020RCCV00272) **Operation Law, on 10 July, 2020-** to be granted by

**Judge William E. Woodrum, Jr.  Reasonable Accommodation (RA)**

requested on **11 June, 2020** at **Clerk of Superior State Court-** (Deputy

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

222

Clerk Jody Thigpen), denied **Writ of Mandamus and Quo Warranto, with**

**Exhibits,** Certificate of Service, Summons packets for all three Defendants-

**Judge Wade Padgett, District Attorney Natalie Paine, Augusta**

**Compliance Director Treza Edwards**. Thus, Plaintiff (Kimberly M.

Blochowicz) mailed, via USPS-Priority Mail, Certified, with return receipt

requested, original request for RA, Writ of Mandamus and Quo Warranto,

Certificate of Service, Exhibits, Summons packets (for each defendant).

**(Exhibit A)** Plaintiff (Kimberly M. Blochowicz), subsequently mailed, via

USPS-Priority Mail, Certified, with return receipt requested, Courtesy packets

to each defendant, as well as to U.S. Attorney for Southern District, Bobby L.

Christine, and to President Donald J. Trump, White House.

**F**. We have 19 (each) Richmond County Grand Jury Trial Calendar Call

postcards (Mail fraud)- dating all the way back to 2017…. And still, to date (21

July, 2019, my Husband- INNOCENT of ANY Crime- Is still referred to as a

"criminal who is unhappy with the proceedings of his case!"  per Natalie

Paine's recollection to Attorney General, Assistant Attorney General, et. al.-

(10 July, 2020)

**G. 1 Feb, 2017-3 Feb, 2017** Jeffrey M. Blochowicz remained incarcerated at

Richmond County Detention Center.  Charge of Exploitation of the Elderly

handed down by then District Attorney-Ashley Wright.  Newly appointed

District Attorney, Natalie Paine contacted by criminal attorney Henry "Hank"

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Crane III.  Jeffrey M. Blochowicz and Plaintiff continued to attempt to call

previously paid attorney, Michael Garret-to NO Avail!

**H. 3 Feb, 2017 to Present**- Plaintiff Kimberly M. Blochowicz, PhD, MSN, RN;

MAJ (Ret) USAR, NC, has been, and remains Jeffrey M. Blochowiczs'

Bondsperson, support, Advocate to assist during HEINOUS LIE made-up,

and PROVEN by False Chart given to District Attorney-Natalie Paine/ E.

Timothy Edwards and criminal attorney Henry "Hank" Crane, III.

**I. 28 May, 2018-** Letter to CNVAMC Director, **Mr. Robin E. Jackson**, and
also to **Congressman Rick Allen**;


May 28, 2018
Jeffrey M. Blochowicz
2508 Laurel Drive
Evans, GA, 30809
blochowicz@yahoo.com
706-210-5300 (hm)/ 706-631-7446 (cell)

The Honorable Rick Allen
US House of Representatives
513 Cannon House Office Building
Washington, DC 20515

Dear Congressman Rick Allen,

I am a 30-year employee with the Veterans Administration, currently still
fighting to keep my employment at the Charlie Norwood Veterans
Administration Medical Center (CNVAMC), Augusta, GA 30904. I have been
employed with the Veterans Administration since September, 1988, and have
served as a critical care nurse, as well as a previous Associate Nurse
Executive (under the guidance of Ms. Cathy Rick, Zablocki VAMC,
Milwaukee, WI). I have also served many roles in the United States Army,
and the United States Army Reserves, until I was force
retired, due to a lie (called to Fort Knox, KY, Human Resources Command in

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

2015, by COL Gilmore-Lee). I am writing this letter to ask for your assistance in this very important matter.

I have continued to fight this **Department of Veterans Affairs, Charlie Norwood VA Medical Center,** 1 Freedom Way, Augusta, GA, 30904-6285, for my position as a Nurse 3, Step 15. You will read in this letter, requesting your immediate attention to not only the many violations this VAMC has committed (National Nurses Union Collective Bargaining Agreement/ Master Agreement between the Department of Veterans Affairs).. Yet also, the blatant disregard, and Insubordination to follow the Disciplinary Appeals Board recommendations, and finally, the Principal Deputy Under Secretary for Health January 31, 2018 orders.

**The letter below, is addressed to Mr. Robin E. Jackson, PhD, CNVAMC Director,** as a result of his decision to yet again, place me under Indefinite Suspension (Double Jeopardy). Mr. Jackson, Medical Director had a 10-day suspense date from May 04, 2018 meeting between the NNU Vice-President, NNU President, Human Resources Labor Relations, and myself.

SUBJ: Step 3 Grievance Now moves to Arbitration

Mr. Jackson,

In your response letter, dated May 21, 2018 (seven days past the NNU CBA/ & Master Agreement of 10 days), you reference 38 USC 717, stating "you do not have authority to place anyone on administrative leave more than 14 days without congressional approval." Please provide the National Nurses Union (NNU), as well as myself, a copy of 38 USC 717, because I have not been able to locate it. If you are referencing the Administrate Leave Act, OPM has said they will delay enforcement for 9 months after getting regulations on Admin Leave and Investigative/Notice Leave. As an FYI, OPM has not put out anything since the draft regulations (Proposed Rules) for comment, so it would be incorrect to try and quote a law that has not been implemented yet, or that the Agency has failed to put regulations in place to follow, as outlined and required by the proposed rules.

Specifically: The Office of Personnel Management (OPM) issued proposed rules in the Federal Registry on July 13, 2017, to implement the Administrative Leave Act of 2016, enacted under section 1138 of the National Defense Authorization Act for Fiscal Year 2017 (Pub. L. 114– 328, 130 Stat. 2000, December 23, 2016).

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

The Administrative Leave Act of 2016, hereafter referred to as "the Act," added three new sections in title 5 of the U.S. Code that provide for specific categories of paid leave and requirements that shall apply to each:

§ 6329a Regarding administrative leave;

§ 6329b regarding investigative leave and notice leave;
and § 6329c regarding weather and safety leave.

Congress wanted agencies to (1) use administrative leave sparingly and reasonably, (2) consider alternatives to use of administrative leave when employees are under investigation, and (3) act expeditiously to conclude investigations and either return the employee to duty, or take an appropriate personnel action. Congress also wanted agencies to keep accurate records regarding the use of administrative leave for various purposes. The Act directs OPM to prescribe (i.e., publish) regulations to carry out the new statutes on administrative leave, investigative leave, notice leave, and weather and safety leave. The Act further directs that agencies "revise and implement the internal policies of the agency" to meet the statutory requirements pertaining to administrative leave, investigative leave, and notice leave no later than 270 calendar days after the date on which OPM issues its regulations. (See 5 U.S.C. 6329a(c)(2) and 6329b(h)(2). Yet, as of today, OPM has not issued those rules, and the Agency has not revised or implemented any new internal policies or processes related to the upcoming changes.

Furthermore, your statement that "none of Mr. Blochowicz's rights have been violated" are incorrect (**due process, CBA violations** and **double jeopardy**). The Agency's actions to date have caused this situation!
First, you placed him on an indefinite suspension- effective March 17, 2017, and did not allow his representative (Criminal Attorney, Hank Crane, III), or him, the opportunity for an oral response. Secondly, you took an illegal action and removed him from the Agency, effective August 5, 2017. The PDUSH overturned the removal action, and as of today, you have failed to meet any of the requirements stated in the letter ordering the Agency (you Mr. Jackson) to take the corrective action outlined in the decision letter to make him whole! Then instead of returning Mr. Blochowicz to duty. within the ordered 30 days from the PDUSH's signature as you were instructed, you subjected him to what most would feel is **double jeopardy, by placing him on another indefinite suspension for the indictment by the Richmond County, GA**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**District DA's office (August 8, 2017), who you or your acting agent submitted the same contrived, doctored evidence to get them to go forward with a hearing.** Knowing the entire time, the story was Fabricated/ Malicious Prosecution. **A Shadow Chart provided to the District Attorney (Natalie Paine)**

The Merit Systems Protection Board (MSPB), has explained that where an agency has imposed an adverse action for an employee's misconduct, it is barred from subsequently taking another adverse action for the same misconduct.

See, for example, Anderson v. Postal Service, (MSPB 1984). Since this response is notification that we will be moving forward to Arbitration, I will point out a few specific facts, since your HR and legal advisors do not seem very knowledgeable.

In Social Security Administration, Chicago, (Fed. Arb. 2012), an arbitrator, ordered cancellation of a grievant's lengthy suspension, applied a principle he called "workplace double jeopardy." In Federal Fire Department, Naval Station, Pearl Harbor, (Fed. Arb. 2009), an arbitrator explained a concept he called "industrial due process," and stated that one aspect of it was "no double jeopardy".

It is safe to assume that most arbitrators will take a dim view of an agency's imposing formal discipline more than once for the same offense.
The Arbitrator will then also see that the DAB records (October 3-4, 2017), clearly show that the **evidence used against Mr. Blochowicz was false**, and that **several of the Agency key witnesses lied or conveniently forgot what truly happened, or failed to do their job as required, such as yourself. Then, on January 12, 2018- after the Richmond County, GA District Attorney's office had copies of the DAB** findings, the two registered nurses **(M. Patel, RN, & H. Scott, RN)** lied yet again, under oath, to Judge Wade Padgett. This **Hearing NOT on Richmond County Docket (Void Orders)** You committed a due process violation when you made your decision to remove Mr. Blochowicz because you stated in your testimony that when you made the decision you only considered the I.G. report, of which Mr. Blochowicz had never been provided a copy. To date, Mr. Blochowicz's representative (Criminal Attorney, Hank Crane, III), has requested a total of four times to view, and obtain a copy of the entire patient's medical file. We will be arbitrating, the first and second indefinite suspension, and the removal

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

to include the 10-day suspension decision made in the PDUSH letter, since you have failed to follow it anyway.

As for Mr. Blochowicz being under indictment, as you are aware it only happened because the Agency, or the Nurse Executive as your agent submitted another complaint and that will come out during the Arbitration. You can do the right thing and place Mr. Blochowicz back into a paid status, even doing non-patient care duties as he was doing for the last 2 years while working there, or we can move forward with Arbitration.
Let me make one more statement, in regards to the many
due process violations, & CBA violations… Mr. Blochowicz to date, has never had a PIP, or even been counseled. Mr. Blochowicz's **military jacket was opened by the OIG, SPC Agent Tracy Brumfield (without permission)- and details shared with the Richmond County, GA, District Attorney. Mr. Blochowicz's file, regarding the false allegations was NOT kept in a GSA approved location, nor was his file kept under an approved GSA lock, with Intelligence oversight.** Also, to date, Mr. Blochowicz, and or his Criminal Attorney, Hank Crane, III, has not been given his entire file (that would show all entries/names/ & periods of > 90 days without an entry- thus making Mr. Blochowicz's false allegation of pt. abuse null and void). **Mr. Blochowicz's rights, Under the 1974 Privacy Act** have been
violated! Mr. Blochowicz was force retired from the Military, when COL Gilmore-Lee, in the year 2015 (April), called Fort Knox, KY, HRC- and lied, stating "Mr. Blochowicz had assaulted a veteran." **(Exhibit 9)** While Mr. Blochowicz was in Logistics (his second detail, due to the false allegations), with no training, or a job description- he was repeatedly asked by Mark Fox (Logistics Supervisor), when working the entire month of June, 2016, in building 95 (with outside temperatures of > 100 degrees Fahrenheit) "are you ready to quit yet?" This could be classified as **attempted MURDER!** Furthermore, the OIG, SPC Agent, Brumfield, carried out the threats of "having multiple Agencies crawl up Mr. Blochowicz's butt." As the recorded psychological violent interrogation proves!

Further due process violations by the CNVAMC, Augusta, GA are;

1. The Internet views on Mr. Blochowicz, in regards to the false Felony charge of "Exploitation of the Elderly." The internet views are well over 700,000 (per Google postings, Facebook postings, Instagram postings, Jail Report postings, and local newspapers in the CSRA). Mr. Blochowicz's career as a

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

critical care registered nurse has been all but destroyed!  Plaintiff, Kimberly
M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for
Jeffrey M. Blochowicz has NOT been able to find work!!.

2. Mr. Blochowicz has attempted to work as a critical care nurse, and has
been escorted from many hospital settings, by the local police of the county,
due to the internet postings of Mr. Blochowicz, and the false Felony charge of
"Exploitation of the Elderly" ) **Defamation of Character/ Slander**

3. Mr. Blochowicz has an arrest record, at the Richmond County Jail,
Richmond County, GA, after he was double handcuffed by the CNVAMC
investigator (Arnold) and OIG SPC Agent Brumfield- and Mr. Blochowicz
was paraded through the entire Uptown CNVAMC hospital in double
handcuffs. And sustained a broken bone in his left wrist.

4. Mr. Blochowicz, and his wife (Plaintiff ) have received multiple anonymous
death threats due to the false allegations of pt. abuse of Mr. H. Each and
every test to include X-Rays, CT scans, MRI scans, and photographs of both
pt. Mr. H. and Mr. Blochowicz, show negative for any abuse.
5. IRS, and State of Georgia audits of Mr. & Mrs. Blochowicz returns from the
time period of December, 2014 through January, 2017.. The exact time
frame the OIG, SPC Agent Brumfield threatened. **(Exhibit 19)**
6. The PDUSH ordered for a 10-day suspension (time already served). Mr.
Blochowicz had never seen a policy on a "Verbal Policy for ICU Tele-Med."
The Department of Veterans Affairs, Medical Center(s), prohibits "ANY
verbal policy." The only piece of information Mr. Blochowicz had during
the alleged time-frame of pt. abuse, was the Registered Nurse SF-178 RN
Job Description (Charge Nurse, Viehman, dictated all patient care without a
written policy).

7. Mr. Blochowicz was discriminated against by **Ms. Cox-Henley and Mr.
Jackson** to include being retaliated against for **whistleblowing**. Specifically,
as a male nurse, Ms. Cox-Henley treated him completely differently than she
has female nurses that were accused of a potential patient abuse situation.
**Mr. Jackson specifically retaliated against him after disclosing specific
violations by Ms. Cox-Henley and went so far as to remove him from
Federal service.**
I am formally asking for a Congressional inquiry to address the issue of now
Medical Center Director, Department of Veterans Affairs, Charlie Norwood
VAMC, Augusta, GA Robin E. Jackson, PhD continued disregard to follow the
DAB recommendations, the PDUSH orders, as well as the Double Jeopardy

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

imposed, as a result of the proven false allegation against me in December, 2014.

*(Addition to letter by Plaintiff)- Upon further review, Plaintiff, Kimberly M. Blochowicz, PhD, MSN, RN, contacted Mr. Robin E. Jackson's school of record- University of Maryland, Eastern Shore, Princess Anne. Plaintiff spoke with Dean of Organizational Leadership-Dr. Atoh, to inquire about the school of record having a Doctorate of Philosophy program. Mr. Robin E. Jackson did NOT receive a PhD- as Mr. Robin E. Jackson did NOT take and pass a Comprehensive Exam, or have a Dissertation Committee. Mr. Robin E. Jackson did NOT write, or publish a Dissertation- that is the requirement of a rigorous Doctorate of Philosophy Program. **Mr. Robin E. Jackson has been signing Federal documentation as PhD! Without holding a Doctorate of Philosophy degree, a person commits fraud by signing a false degree!!***

During my tenure with the VA, I have always received excellent performance reviews, and am a "by the book" employee. I take great pride in my work, and have always strived to provide the highest level of care and service to all patients/veterans. The now 41-month old events of the false Felony allegation of "Exploitation of the Elderly" of patient Mr. H. will show I saved pt. Mr. H.'s life.

The two registered nurses have lied multiple times, and perjured themselves under oath. The truth of the events of pt. Mr. H. were exposed during the two-day DAB hearing, and findings. Registered nurse, M. Patel, lacked the integrity to tell the truth of the two near-death incidents (caused by his then four-month out of school lack of critical care) in less than a 24-hr period, of pt. Mr. H. M. Patel, RN, administered a total of 2 milligrams of IV Ativan (a benzodiazepine) 15 minutes prior to his, and H. Scott, RN's interview of pt. Mr. H., on Dec. 7, 2014, @ 1400. The original VAMC police report, with original pictures, and the DAB findings from October 3-4, 2017 prove my innocence in the matter of the false Felony indictment by Richmond County Grand Jury.

I have all documentation of the serious false allegations, which I will forward to you when requested. The Prosecuting District Attorney for Richmond County, GA (Natalie Paine) continues to fail to drop the false allegations- as proven by the DAB two-day findings, the PDUSH order, and the sworn affidavits of 30 year plus police officers (serving at the CNVAMC, Augusta, GA).

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

My false Felony allegation of Exploitation of the Elderly Trial by Jury case is continued through July, as my criminal attorney has not received the original VAMC Police report, or the medical file of patient Mr. H. My Criminal Attorney, Hank Crane, III, has requested the previous several times, to no avail. The VAMC Police report, and entire medical file of patient Mr. H. has now been requested from the CNVAMC, Augusta, GA, through Judge Wade Padgett. The October 3-4, 2017 DAB findings, as well as the PDUSH order to return me to duty, back pay all missed hours, award of attorney fees, and finally, to "make me whole." need to be implemented.

The blatant disregard to produce two copies of my Freedom of Information Act (per the NNU CBA/ Master Agreement) within three business days, in January, 2017 led the Office of Inspector General, SPC Agent, Tracy Brumfield, to take my then 26-month old false allegation case to the Richmond County Grand Jury, under the direction of then District Attorney, Ashley Wright (now Superior Court Judge). *Natalie Paine, District Attorney is included in the Writ of Mandamus and Quo Warranto, delivered to the State of Georgia, Superior Court Clerk, 12 June, 2020)..*

In closing, the CNVAMC, Augusta, GA 30904, has forced retired individuals named in this letter, either the previous week to the October 3-4, 2017, DAB hearing, and or moved the named individuals in this "made-up allegation" to other Department of Veterans Affairs Facilities. To date, Ms. Michelle Cox-Henley has been removed from the CNVAMC, and not allowed to step foot on ANY Department of Veterans Affairs premises. Also, during the two-day DAB hearing, Ms. Cox-Henley was asked "was a Sentinel Event filed with Joint Commission?" in regards to the alleged abuse of pt. Mr. H. Ms. Cox-Henley stated "I don't do Sentinel Events!" Each and every case of abuse, or neglect is to be reported to Joint Commission.

Your assistance in this serious matter is greatly appreciated.

Sincerely,
Jeffrey M. Blochowicz, RN
MAJ (Ret.) USAR, NC (*force retired by the actions of the Charlie Norwood VAMC- Ms. Michelle Cox-Henley)*

**J.** The CNVAMC has continued to deny reasonable accommodations for health

and safety issues and under Title II ADA [Interference and Due Process]. Judge

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Wade Padgett, Natalie Paine, Treza Edwards failed to respond, or STOP the Legal Abuse Syndrome!

**K. On or around 15 February, 2017, Jeffrey M. Blochowicz in Richmond County Courthouse- Judge Wade Padgett reads Indictment and asks Jeff "how do you plead?"  NOT GUILTY!!**

L. to date **July 29, 2020**- Judge Padgett, Natalie Paine, Timothy O'Brien, Treza Edwards, Hank Crane have continued to humiliate the Blochowicz's in court by (1) making Jeffrey M. Blochowicz show up for Grand Jury Trial Calendar Calls, Richmond County Calendar Calls- and make Plaintiff and Jeff wait until the very last case to discuss his FAKE Criminal Case! (2) and advertising their disabilities in open court (when ADA Advocate requested to be present. The damage is done!!!

**M. From May 2020 to date**, Plaintiff and ADA Advocate M. Sue Bozgoz provided hard evidence to Augusta, GA Prosecutor, Natalie Paine of Jeff's innocence, VA and legal abuse, which Natalie Paine and her staff hid from the court in violation of <u>United States v Throckmorton</u>, 98 US 61 (1878)

**N. On or about 12 June t**he Augusta ADA Director, Ms. Edwards, Attorney Hank VA, DOJ, Attorney Alan Burch ignores Jeff's ADA Rep, M. Sue Bozgoz

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

RA concerns and in retaliation as Judge Wade Padgett, Prosecutor Natalie

Paine, Timothy Obrien: (1) Ignores Jeff's motion to challenge Subject Matter

Jurisdiction (SMJ) and (2) objection to dead docket. Instead of establishing

Jeff's SMJ, they (Judge Padgett, Augusta, GA Prosecutor, Natalie Paine,

and Timothy O Brien, planned a hearing for Jeff to take "dead docket" NOT

in his favor and in violation of the ADA Interference Act.

**O. On 15 Jun 2020**, Augusta, GA Judge Padgett, Prosecutor, Natalie Paine

and Timothy Obrien, order Plaintiffs spouse, and ADA Rep M. Sue Bozgoz's

client, Jeff to a "last minute" dead docket hearing and threatens Jeff with a

warrant if he does not attend. ADA Rep, M. Sue Bozgoz complains to the

Augusta, GA Court, DOJ, and Mr. Wilkie **(Exhibits 1, & 12).**


**P. On 15 Jun 2020**, Jeff's Attorney, Hank Crane informs Jeff and Kim that

ADA Representatives (Robert, Sue, and Chris) are not allowed at Jeff's Dead

Docket (WebEx) hearing- AGAIN, NOT ON FAKE CRIMINAL DOCKET!.

Jeff's ADA Rep M. Sue Bozgoz complains to the Augusta GA ADA Director,

and Robert, Sue, and Chris attends anyway.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Q. On or about 15 Jun 2020** ADA Rep M. Sue Bozgoz reports ADA interference against VA employee whistleblowers to the Augusta, GA Court, DOJ, Alan Burch, and Robert Wilkie. Negative response.

**R. On 15 June 2020,** Judge Padgett violates the ADA interference Act by: (1) Coordinating fake kangaroo court for ADA Advocate M. Sue Bozgoz's client Jeff and then (2) denies ADA Advocate media rep, Chris King access into the court. His actions: (1) left Jeff without equal access and (2) willfully exacerbates Kim, Jeff, and Sue's silent scars on purpose.

**S. On or about 15 June 2020, the** Augusta Court allowed the Augusta Chronicle Newspaper reporter, Sandy Hodson, to write fake news about Jeff while furthering exacerbating Kim, Jeff's, and Sue's silent scars. When the ADA Representative told her and the editor to take it down, Negative response **(Exhibit 20).**

**T. On 15 June 2020,** ADA Advocate Sue Bozgoz reports the illegal Acts on ADA Client Jeff to: (1) VA HQ, Mr. Robert Wilkie, (2) DOJ, Alan Burch, (3) Augusta, GA Prosecutor Natalie Paine, and (4) Augusta Chronical, News reporter, Sandy Hodson. ADA Advocate demands: (1) VA, (2) Courts, (2)

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

DOJ and GA Newspaper stop the emotional abuse to Jeff as the emotional

abuse is done by design and to cause harm.


**U. On or about 15 Jun 2020,** Plaintiff's anxiety, panic attacks- due to

additional death threats- after Fake WebEx (NOT ON DOCKET) takes place,

despite Jeffrey M. Blochowiczs' Objection to Dead Docket, Motion to Recuse

Judge Wade Padgett, Letter sent to State of Georgia Superior Court Clerk-

Hattie  Holmes-Sullivan for ALTERATION of DOCKET!


**V. On or about 15 Jun 2020**, during Jeff's dead docket hearing Assistant

Prosecutor, Timothy Obrien threatens Jeff with a fake jury trial if Jeff does

not agree to take a dead docket deal that might release him for a crime he

did not commit on or about 15 Dec 2020. ADA Rep M. Sue Bozgoz

complains to Prosecutor Natalie Paine, DOJ, Mr. Wilkie and the public:

https://www.youtube.com/watch?v=y_o66bc_a9Q&t=3s and

https://www.youtube.com/watch?v=G757o6W-C9g&t=36s


**W. On 15 June 2020**, Prosecutor, Timothy Obrien threatens Jeff while his

boss, Natalie Paine (District Attorney) watches the abuse.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**X. 15 Jun, 2020-** Plaintiff placed call to Attorney Hank Crane that Jeffrey M.

Blochowicz could NOT log into WebEx at the VA.  Attorney Hank Crane

stated, "If Jeff doesn't attend, they might serve a bench warrant for his

arrest!"

**Y. 17 May to present** Plaintiff unable to return to work due to repeated

Death threats, panic attacks, and continued Motions to Dismiss/ Answers to

Writ of Mandamus and Quo Warranto by Natalie Paine and Treza Edwards

counsel.


**Z. To date (28 Jul 2020)-** Operation Law proves Jeffrey M. Blochowicz, Pro

Se Petition for and Orders to Grant Writs of Mandamus and Quo Warranto

Civil Case No. 2020RCCV00272) to be granted by Judge William E.

Woodrum, Jr.  Due to ALL the ILLEGAL Actions by the VA, State of Georgia

(directed by VA)- Plaintiff and spouse have lost over six years of our lives!


**AA. To date (28 Jul 2020)** Plaintiff and spouse have suffered numerous

Grand Jury Trial Calendar Calls at the Augusta Judicial Center, Augusta, GA.

We have lost family time, financial strain due to the Veterans Administration

Abuse Syndrome/ Legal Abuse Syndrome.


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**BB. To date (28 Jul 2020)** Plaintiff and spouse continue to suffer from

repeated death threats due to the numerous articles written by Sandy

Hodson, Augusta Chronicle.  Jeffrey M. Blochowicz is INNOCENT!


**CC**. Civil Case No. 2020RCCV00272 threatened to be DISMISSED by

District Attorney Natalie Paine and Treza Edwards- through counsel.  Neither

Natalie Paine, nor Treza Edwards have listened to the TRUTH!


**DD. To date (28 Jul 2020)** Plaintiff and Jeffrey M. Blochowicz remain under siege!

Our home remains on bond- for a FAKE CRIMINAL Case that Assistant District

Attorney Timothy O'Brien has promised/ Hank Crane (attorney for Jeffrey M.

Blochowicz) has promised to Dismiss FAKE CASE/ and or threatened Jeffrey M.

Blochowicz "You had better get control of your wife!"  You had better get control of

your ADA Advocates!"  Hank Crane reminded-repeatedly of Title II, and Title III

Violations, by Plaintiff and also by ADA Advocate LtCOL Margaret Sue Bozgoz


**EE**. Throughout the ongoing FAKE Criminal Case, **since 31 January, 2017**,

Plaintiffs spouse has a Georgia Bureau of Investigations (GBI) No. GA4663636W,

and a Federal Bureau of Investigations (FBI) No. 896531PE7.  All Due to LIES told

by Spc Agent OIG Brumfield, Michelle Cox-Henley, Mehul Patel, RN, Heather Scott,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

RN, etc. VA leadership has been aware since the beginning of the VAMC Police

Report, that found NO HARM to pt. (Mr. H)

**FF**. **18 July, 2020-** Certificate of Service received in mail- Response from DA

Natalie Paine- Motion to Dismiss Writs of Mandamus and Quo Warranto, &

Answer placed on Docket 10 July, 2020 @ 11:41am (**Exhibit 16).**  Natalie

Paine states Petitioner Jeffrey Blochowicz is a current criminal defendant out

of Richmond County who is unhappy with how the charges and case against

him are proceeding. Motion and Answer submitted by Atty General Carr,

Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty

General Radley.

**From:** Jeffrey Blochowicz <blochowicz@yahoo.com>
**To:** Hank Crane <hank@thecranefirm.com>; npaine@augustaga.gov
<npaine@augustaga.gov>; eobrien@augustaga.gov <eobrien@augustaga.gov>;
jwpadgett@augustaga.gov <jwpadgett@augustaga.gov>
**Sent:** Thursday, June 4, 2020, 05:04:00 PM EDT
**Subject:** Fw: EVERYTHING is on HOLD!!! Jeff Moved the Court to Dismiss and Dead
Docket Objection

Good Afternoon, Hank,

This is Kimberly Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for
Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR.. I am writing to inform you- and will
be sending a Priority/ Certified, with return receipt requested copy of this email to the
Clerk of Superior State Court. **There will be NO Court Hearing, via WebEx on 15
June, 2020 @ 1345!** You, Hank, took Leave of Absence on 02 June, 2020. You stated
you will be "Out of Town." Not to mention- a VOID ORDER was sent from you?! The
Court hearing- via WebEx is FAKE!! No Court recording! **The Motion to Dismiss and**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Dead Docket Objection, signed on 01 May, 2020, and received by the Clerk of State Superior Court (11 May, 2020 @ 1042) is to be completed in 30 days!  Case Dismissed!!!**

Jeff Does NOT AGREE to Dead Docket, as your games do not work anymore!!  Jeff will Not Withdraw his Motion to Dismiss and Dead Docket Objection!

I am notifying you, as well as the District Attorney, Assistant District Attorney, and Judge Wade Padgett, that **Jeffrey M. Blochowicz, signed the Motion to Dismiss and Dead Docket Objection on 01 May, 2020.**  I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, am informing you- **NO FURTHER GASLIGHTING!  NO FURTHER ADMINISTRATIVE TRICKERY!!**.  Said packet was sent, via Priority mail, Certified w/ return receipt requested on 09 May, 2020.  The Motion to Dismiss and Dead Docket Objection, with exhibits, and signed Affidavits from Jeff's and my ADA Advocates, was received by the Clerk of Superior State Court on 11 May, 2020 @ 1042.

Furthermore, Jeff has verified with you, on the phone, that "Yes, I signed the Motion to Dismiss and Dead Docket Objection."  Once his motion, with exhibits, and Affidavits was received, by the Clerk of Superior State Court... the Prosecution, as well as Judge Wade Padgett had to prove Subject Matter Jurisdiction.  The moment the Priority Mail, certified, with return receipt was received by the United States Post Office- Jeffrey M. Blochowicz was free of your **threats, your intimidation, your gaslighting, and your empty promises!!- wait, there is one more.. my husband, Jeffrey M. Blochowicz did not fall off a f-ing turnip truck either!** The only Jurisdiction over Jeff's "alleged" patient abuse is the Federal government.  Jeffrey M. Blochowicz was tried, by the Federal Disciplinary Appeals Board (DAB) on 3 October, 2017, and 4 October, 2017.. You, Hank, have a copy of the DAB findings!  You, Hank, have a copy of the Federal Arbitration findings.  Only Federal government has jurisdiction over the "alleged" patient abuse.

In fact, the complaint of the "alleged" patient abuse, was written by Michelle Cox-Henley.  Ms. Cox-Henley was the Nurse Executive at the Charlie Norwood Veterans Administration Medical Center.  Ms. Cox-Henley did NOT have permission from the then Director of the Hospital (Ms. Marie Andrews) to send ANY complaint!! To Anyone!  As the VAMC Police had investigated the "alleged" patient abuse.  The VAMC Police did NOT find ANY patient abuse.

Is Judge Padgett aware that both witnesses- Mehul Patel, RN, and Heather Scott, RN, Lied to him, under Oath on 12 January, 2018?  Is the District Attorney, or Assistant District Attorney aware that Jeffrey M. Blochowicz won the Disciplinary Appeals

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

239

Board?  And are all aware that Jeffrey M. Blochowicz won Federal Arbitration?  I have been sending you ALL Exculpatory Evidence this entire 41 plus months now.  And when requested, I will forward ALL emails and texts that prove both Jeffrey M. Blochowicz NEVER harmed ANY patient/ veteran in his care!  I will forward the hours of Expert Medical witness provided by me- as to the findings in the Shadow (not legal/ not original) Medical Chart provided to the District Attorney for patient W. Haymon!  Another Brady Violation!

**NO FURTHER GASLIGHTING!  NO FURTHER ADMINISTRATIVE TRICKERY!!**.  There will be NO HEARING for the Dead Docket!!  I am advising you, and all addressed in this email, that I am researching/ and conferring with our ADA Advocates, as well as Department of Justice attorneys.  As Jeffrey M, Blochowiczs' Attorney, You, Hank Crane, took an Oath to protect your client!  You, Hank Crane, took an Oath to provide proper representation to your client!  I seriously doubt, that Anywhere in your education of the Law-that Any Professor stated "Gaslight your Client to get them to do what YOU want!  Tell your client to 'get control of your wife/spouse!', 'Ignore Any/All requests to have this case dismissed, as there is NO Evidence!' The State of ... has No Witnesses, Nor does the Federal government have any witnesses (because all was a Lie!)..

Last, but not least.. I will be forwarding my last email to you, and all addressed in this email.  The email that gave ALL the reasons why my husband's case 2017RCCR01037 is to be Dismissed!  Georgia Law states that once the Motion to Dismiss and Dead Docket  Objection has been received by the Clerk of Superior State Court, his case is Dismissed!!

For the record, Jeffrey M. Blochowicz is NOT firing you as his attorney.  The only communication now, is receipt of Complete Dismissal of Case # 2017RCCR01037.  As Subject matter jurisdiction has NEVER been proven.


V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR



Hank Crane <hank@thecranefirm.com>

To:Jeffrey Blochowicz

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Thu, Jun 4 at 11:57 AM

Jeff,

Hope all is well.  Court has set a hearing for the dead docket on the following.  I will not be in town so you will need to upload the Webex app and be prepared to join the meeting that way.  Prosecutor and judge will do the same.  Any questions, please feel free to ask.

Thanks

Webex on Monday, June 15, 2020 at 1:45

Hank Crane

Attorney at Law

Crane Law Firm, P.C.

211 Hudson Trace, Suite C

Augusta, Georgia 30907

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1   hank@thecranefirm.com
2
3   www.thecranefirm.com
4
5   706-432-9840 (phone)
6
7   844-272-7733 (fax)
8
9
10
11  Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss
12
13  Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve
14
15  the Attorney Generals at the **Department of Law, The US Department of Justice Civil**
16
17  **Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine failed to mention
18
19  the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus and Quo
20
21  Warranto, A Civil Case (2020RCCV00272) due to continuation of his FAKE/ILLEGAL/
22
23  MALICIOUS PROSECUTION, and the continued treason of Judge Wade Padgett,
24
25  Natalie Paine (District Attorney, Timothy O'Brien, Assistant District Attorney, Treza

Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M. Blochowicz did not

submit his Pro Se Writs of Mandamus and Quo Warranto on 11 June, 2020 for ANY of

the mentioned reasons in the Motion to Dismiss, or Answers to the Writs of Mandamus

and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As his spouse, and Plaintiff

(Zone of Interest)- we have lost six years of our lives to the abuse of the Veterans

Administration, and the State of Georgia FALSE Charges, False Imprisonment, and the

Deprivation of our Constitutional and Civil Rights named in this case! (Exhibit 13)


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

242

137: Timothy O'Brien, Individually & in his official capacity as Deputy District Attorney for Richmond and Columbia Counties

**A. 01 Feb, 2017 to present-** continued threats to Jeffrey M. Blochowicz of "you're going to prison" by District Attorney, Natalie Paine, Assistant District Attorney, E. Timothy O'Brien, Judge Wade Padgett, and criminal attorney for Jeffrey Blochowicz- Hank Crane, III- at each and every Richmond County Calendar Call (if Jeffrey Blochowicz did not agree to plead guilty)..

**B. 01 Feb, 2017 to Present;** Subject Matter Jurisdication (SMJ) NEVER Established by Superior State Court Judge J. Wade Padgett. Sufficiency of Pleading (SOP) NEVER Established by Superior State Court Judge J. Wade Padgett, Natalie Paine (DA)/ E. Timothy O'Brien (ADA)- **Brady Rule Violations/ Giglio Act Violations**- Shadow Chart given to District Attorney/ Assistant District Attorney- **Violation of VHA Handbook 1907.01**. **Robin E. Jackson** (African-American Male), Medical Director, Charlie Norwood Veterans Administration Medical Center-aware of Shadow Chart/ Multiple electronic patient chart alterations! As an ADA Advocate, Plaintiffs responsibilities are to know the ADA law, and to serve a critical function in implementing the Americans with Disabilities Act - to secure equal access for Jeffrey M. Blochowicz in all aspects of life most importantly his employment, and in the Courtroom.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

243

**C. 3 Feb, 2017 to Present**- Plaintiff Kimberly M. Blochowicz, PhD, MSN, RN;

MAJ (Ret) USAR, NC, has been, and remains Jeffrey M. Blochowiczs'

Bondsperson, support, Advocate to assist during HEINOUS LIE made-up,

and PROVEN by False Chart given to District Attorney-Natalie Paine/ E.

Timothy Edwards and criminal attorney Henry "Hank" Crane, III.

**D. 21 Feb, 2017 to Present**- Plaintiff, Kimberly M. Blochowicz has continued

to provide expert medical advice to attorney Henry "Hank" Crane, III. All

emails, to include the review of 11 folders-containing over 9,000 pages (from

the first SHADOW/ILLEGAL chart when received after the seventh request by

Judge J. Wade Padgett- see alteration in Dockets!)...Multiple VOID

ORDERS, Lack of Dates of hearings.

**E. 5 Feb, 2017** Jeffrey M. Blochowicz receives telephone call from Henry

"Hank" Crane, III at approximately 12:30pm. Henry "Hank" Crane III, states to

Jeff "Natalie Paine texted me while we were in church. She said she will drop

the charges down to a misdemeanor if you agree." Jeffrey M. Blochowicz

stated to his attorney "I will never agree to any charge! I never harmed

patient Mr. H!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

244

**F. 29 Jun, 2017-** Richmond County Courthouse- Judge J. Wade Padgett,

Henry "Hank" Crane, III, Asst. District Attorney E. Timothy O'Brien Hearing

Re: "Hearsay, and Demurer"

**G. 12 Jan, 2018-** Richmond County Courthouse- Timothy O'Brien (Asst. DA),

Judge J. Wade Padgett, "Hank" Crane in courtroom.  See RCC Docket, Case

# 2017RCCR01037**- Hearing NOT ON DOCKET!  Further manipulation/**

**VOID ORDERS! SMJ NEVER Established!**


**12 Jan, 2018- Mehul Patel, RN** called to testify. Mehul Patel, RN LIED under

OATH! Stated that he had taken care of pt. (Mr. H) 8-10 times. **Mehul Patel,**

**RN** stated pt. (Mr. H) was "crying profusely, and was hitting himself.  Also

stated that pt. was NOT on any medications!"  Electronic charting showed IV

Ativan 2 mg had been administered at 13:45pm (Per DAB findings, 3-4 Oct.,

2017). Alarms must have been turned off." **Heather Scott, RN** (Charge RN

on 7 December, 2014), called to testify. Heather Scott, RN LIED under OATH!

Stated to DAB panel that pt. (Mr. H.)   was hitting his head, and

communicated through nods and wrote on the white board. **Heather Scott,**

**RN**, also stated that pt. was NOT on any medications!" **(Exhibit 2)**

**H. 13 Feb, 2019-** Plaintiff and Jeffrey M. Blochowicz receive notification from

Hank Crane- Criminal Hearing moved from 09:30am to 13:30pm- Richmond

County Courthouse, room 3G;  Assistant District Attorney E. Timothy O'Brien,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Judge Wade Padgett, and Hank Crane present.  Prior to entering court room-
attorney Crane explains to Plaintiff and Jeff "Tim O'Brien may offer a First
Offender Plea.. But you don't need to worry about that now.  Plaintiff (ADA
Advocate for Jeffrey M. Blochowicz) and Jeff enter court room 3 G.  Within a
matter of the first few moments in the court room, Judge Padgett screaming
at Jeff- "You do realize, Mr. Blochowicz that the District Attorney's office is
offering you a Plea of First Offender.  I don't know how long this offer will be
on the table.  This is the best deal you are going to get.  Do you understand
Mr. Blochowicz?"  Judge Padgett still screaming at Jeff "Take the First
Offender Plea!"  Plaintiff and Jeff both in shock!  Jeffrey M. Blochowicz stated
"No.  I will not take a Plea.  I did nothing wrong!"

I. On 13 Jan 2020, Judge J. Wade Padgett interfered with the ADA Act
by:

e.  **Allowed a female State's Attorney to testify for the Prosecutor
[against her client, Jeff]**

f.  **Allowed Timothy O'Brien to be absent from trial.**

g.  **Failed to establish sufficiency of pleading as there was no competent
fact witness or evidence.**

h.  **Told Jeff's Attorney, Hank Crane to go back to work at 11:00 am.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

246

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**J. On 13 Jan 2020,** Margaret Sue Bozgoz informed Jeff [as his ADA representative] to tell his Attorney, Hank Crane to move the court to dismiss his case due to: (1) No Prosecutor, (2) No evidence, (3) No witness as (a) the case became active in 2013, (b) The court held the case open until 2017 and (c) ordered Jeff to come to "court call" every other month see: https://www.youtube.com/watch?v=K-jv_e96D4s **Hank failed to move the court to dismiss Jeff's case which caused emotional disappointment for everyone involved.**

**K. On 13 Jan 2020**, Prosecutor, Timothy O'Brien failed to appear in court as promised/required which violated the ADA interference Act.

**L. On 13 Jan 2020** at 11:00 am, Margaret Bozgoz informed Jeff's Attorney, Hank Crane that she had concerns about Judge Padgett not establishing sufficiency of pleading and releasing him [Jeff and Hank] at 11:00.

**M. On 13 Jan 2020, Attorney Hank Crane lied and said they:** (1) Assistant District Attorney, Timothy Obrien, (2) Judge Padgett, (3) Competent Fact Witness and (4) Jeff would continue the hearing later that day but did not.

**N.** to date **July 29, 2020**- Judge Padgett, Natalie Paine, Timothy O'Brien, Treza Edwards, Hank Crane have continued to humiliate the Blochowicz's in court by (1) making Jeffrey M. Blochowicz show up for Grand Jury Trial

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Calendar Calls, Richmond County Calendar Calls- and make Plaintiff and Jeff wait until the very last case to discuss his FAKE Criminal Case! (2) and advertising their disabilities in open court (when ADA Advocate requested to be present. The damage is done!!!

**O. In November 2019 to date** District Attorney Nathalie failed to replace Timothy O'Brien after he transferred. Leaving Jeff's case open and interfering with the ADA Act.

**P. On 4 May 2020,** (1) VA, (2) DOJ, (3)  Hank Crane, (4) Judge Padgett, (5) Nathalie Paine, (6) Timothy Obrien, (6) Carol Burrowbridge, (7) Treza Edwards in retaliation and in violation of the ADA Act, failed to either support or dismiss Jeff's void order.

**Q**. On 15 June 2020, Judge Wade Padgett writes void orders, sent to attorney hank Crane as an email. Further gaslighting the Blochowiczs' by doing the following:

c. LIED! Judge Padgett wrote his VOID ORDERS, stating that Jeffrey M. Blochowicz did NOT have a right to place Motions on the State of Georgia Docket- Per the Uniform Rules, Superior courts of the State of Georgia, and the Richmond County Website reference- a defendant (Jeffrey M. Blochowicz- INNOCENT), may place motions on the docket prior to trial! Especially since his attorney Hank Crane was not disclosing the TRUTH!

**R**. 15 Jun 2020, Augusta, GA, Judge W. Padgett signs the void orders. Judge Wade Padgett DID NOT Place his VOID ORDERS on Jeffrey M. Blochowiczs'

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

248

FAKE Criminal Case Docket. He denied (1) the motion to recuse himself and (2) Jeff's ADA Representative's Sue Bozgoz's affidavit in support of Jeff's motion to challenges SMJ and objection to challenge dead docket (Exhibit A, A1-A4).  ADA Representative, M. Sue Bozgoz complained to the Augusta Court ADA Director, VA, DOJ, and Mr. Robert Wilkie (Exhibit 12)

**S**. On 15 Jun 2020, Augusta, GA Judge Padgett, Prosecutor, Natalie Paine and Timothy Obrien, order Plaintiffs spouse, and ADA Rep M. Sue Bozgoz's client, Jeff to a "last minute" dead docket hearing and threatens Jeff with a warrant if he does not attend. ADA Rep, M. Sue Bozgoz complains to the Augusta, GA Court, DOJ, and Mr. Wilkie (Exhibits 1, & 12).

**T**. On 15 Jun 2020, Jeff's Attorney, Hank Crane informs Jeff and Kim that ADA Representatives (Robert, Sue, and Chris) are not allowed at Jeff's Dead Docket (WebEx) hearing- AGAIN, NOT ON FAKE CRIMINAL DOCKET!. Jeff's ADA Rep M. Sue Bozgoz complains to the Augusta GA ADA Director, and Robert, Sue, and Chris attends anyway.

**U**. On or about 15 Jun 2020 ADA Rep M. Sue Bozgoz reports ADA interference against VA employee whistleblowers to the Augusta, GA Court, DOJ, Alan Burch, and Robert Wilkie. Negative response.

**V**. On 15 June 2020, Judge Padgett violates the ADA interference Act by: (1) Coordinating fake kangaroo court for ADA Advocate M. Sue Bozgoz's client Jeff and then (2) denies ADA Advocate media rep, Chris King access into the court. His actions: (1) left Jeff without equal access and (2) willfully exacerbates Kim, Jeff, and Sue's silent scars on purpose.

**W**. On or about 15 June 2020, the Augusta Court allowed the Augusta Chronicle Newspaper reporter, Sandy Hodson, to write fake news about Jeff while furthering exacerbating Kim, Jeff's, and Sue's silent scars. When the ADA Representative told her and the editor to take it down, Negative response (Exhibit 20).

**X** On 15 June 2020, ADA Advocate Sue Bozgoz reports the illegal Acts on ADA Client Jeff to: (1) VA HQ, Mr. Robert Wilkie, (2) DOJ, Alan Burch, (3) Augusta, GA Prosecutor Natalie Paine, and (4) Augusta Chronical, News reporter, Sandy Hodson. ADA Advocate demands: (1) VA, (2) Courts, (2)

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

DOJ and GA Newspaper stop the emotional abuse to Jeff as the emotional abuse is done by design and to cause harm.

**Y.** On or about 15 Jun 2020, Plaintiff's anxiety, panic attacks- due to additional death threats- after Fake WebEx (NOT ON DOCKET) takes place, despite Jeffrey M. Blochowiczs' Objection to Dead Docket, Motion to Recuse Judge Wade Padgett, Letter sent to State of Georgia Superior Court Clerk-Hattie Holmes-Sullivan for ALTERATION of DOCKET!

**Z.** On or about 15 Jun 2020, during Jeff's dead docket hearing Assistant Prosecutor, Timothy Obrien threatens Jeff with a fake jury trial if Jeff does not agree to take a dead docket deal that might release him for a crime he did not commit on or about 15 Dec 2020. ADA Rep M. Sue Bozgoz complains to Prosecutor Natalie Paine, DOJ, Mr. Wilkie and the public: https://www.youtube.com/watch?v=y_o66bc_a9Q&t=3s and https://www.youtube.com/watch?v=G757o6W-C9g&t=36s

**AA**. On 15 June 2020, Prosecutor, Timothy Obrien threatens Jeff while his boss, Natalie Paine (District Attorney) watches the abuse.

**BB.** 15 Jun, 2020- Plaintiff placed call to Attorney Hank Crane that Jeffrey M. Blochowicz could NOT log into WebEx at the VA. Attorney Hank Crane stated, "If Jeff doesn't attend, they might serve a bench warrant for his arrest!"

**CC.** Hank Crane continues to threaten Jeff with "you'll go to jail for a long time. You had better take the Dead Docket deal. This is as good as its gonna get for you!"

**DD.** 15 Jun 2020- Death threats continue to Plaintiff and Jeffrey M. Blochowicz after article published by Augusta Chronicle-written by Sandy Hodson. Plaintiff, nor Jeffrey M. Blochowicz EVER contacted for any of the TRUTH! (Exhibit 20

**138: Treza Edwards, Individually and in her official capacity as ADA Compliance Director, Augusta, GA**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A. 21 April, 2020- ADA packet sent to ADA Coordinator) Carol Burrowbridge by Plaintiff (As Jeff's Primary ADA Advocate). Plaintiff requests assistance of COL Maryetta Beck, LtCol Margaret Sue Bozgoz.. LtCol Bozgoz** sends an email to and ask her to help him understand why she continuing to trigger and provoke his disability by the pervasive and continue uses of denial of RA. Plaintiff and ADA Advocate LtCOL Margaret Sue Bozgoz reminds her under the ADA Act/1973 Rehabilitation Act that every willful violation is $75,000 for the first act and $150,000 thereafter. Concern: Carol Burrowbridge & Treza Edwards ignores this RA request as she has sent over 20 emails where she purposefully provokes Jeff's disability.

**B. On 23 April 2020**, Margaret Bozgoz asked Carol Burrowbridge, ADA Advocate for Augusta County, GA to protect her client's/VA employee Jeff and Kim Blochowicz from further abuse. Reasonable Accommodations (e.g. ADA meeting, OSHA investigation and void order dismissal) were denied.

**C. On or about 23 April 2020**, Margaret Bozgoz asked ADA Director for Augusta, GA Court, Treza Edward for an ADA meeting, OSHA investigation and etc. before Jeff's court date. ADA Reasonable Accommodation Request Denied

**D. On or about 25 April 2020** Margaret Bozgoz asked ADA Director for Augusta, GA Court, Treza Edward for a Reasonable Accommodation update before Jeff's court hearing on 4 May 2020. Denied/Ignored.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**E. On or around March or April, 2018**- Per Plaintiffs' ADA Advocate, LtCOL

Margaret Sue Bozgoz- ADA Advocate Bozgoz had taken the ADA test for VA

personnel (As Plaintiff wants to learn more about the requirements of ADA

through the VA system.  ADA Advocate for Plaintiff and Jeff Blochowicz

remains in contact with Chris Wunsch to ensure he is aware of  the ADA/1973

Rehabilitation Act.

**F. On 17 June 2018 to Present**, LtCOL Bozgoz (ADA Advocate for Plaintiff

and Jeff Blochowicz) -- continues to send emails to Paul Lawrence and Ms.

Devlin requesting their help to protect her husband, and now Plaintiff and Jeff

Blochowicz.  Chris Wunsch also emailed, and all were ignoring a board-

certified doctor's orders. Plaintiff bcc'd on emails

**G.** due to multiple death threats, panic attacks, (symptoms of Legal Abuse

syndrome-((LAS))/ Veterans Administration-Abuse Syndrome ((VA-AS)) Zone

of Interest- **ADA Advocate for Jeffrey M. Blochowicz-** whose

**False/FABRICATED Indictment/Administrative Trickery of Charlie**

**Norwood Veterans Administration retaliation, and State of Georgia-**

**Superior Court (Criminal Case #2017RCCR01037), and (Civil Case**

**#2020RCCV00272)** continues to be manipulated at the State of Georgia

Superior Court.  **Malicious Prosecution, living under constant unlawful**

**siege, to include False Imprisonment!**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**H**. Still awaiting decision on Writ of Mandamus and Quo Warranto (Case No. 2020RCCV00272) **Operation Law, on 10 July, 2020-** to be granted by **Judge William E. Woodrum, Jr.  Reasonable Accommodation (RA)** requested on **11 June, 2020** at **Clerk of Superior State Court-** (Deputy Clerk Jody Thigpen), denied **Writ of Mandamus and Quo Warranto, with Exhibits,** Certificate of Service, Summons packets for all three Defendants- **Judge Wade Padgett, District Attorney Natalie Paine, Augusta Compliance Director Treza Edwards**. Thus, Plaintiff (Kimberly M. Blochowicz) mailed, via USPS-Priority Mail, Certified, with return receipt requested, original request for RA, Writ of Mandamus and Quo Warranto, Certificate of Service, Exhibits, Summons packets (for each defendant). **(Exhibit A)** Plaintiff (Kimberly M. Blochowicz), subsequently mailed, via USPS-Priority Mail, Certified, with return receipt requested, Courtesy packets to each defendant, as well as to U.S. Attorney for Southern District, Bobby L. Christine, and to President Donald J. Trump, White House.

**I**. to date **July 29, 2020**- Judge Padgett, Natalie Paine, Timothy O'Brien, Treza Edwards, Hank Crane have continued to humiliate the Blochowicz's in court by (1) making Jeffrey M. Blochowicz show up for Grand Jury Trial Calendar Calls, Richmond County Calendar Calls- and make Plaintiff and Jeff wait until the very last case to discuss his FAKE Criminal Case! (2) and advertising

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

their disabilities in open court (when ADA Advocate requested to be present.

The damage is done!!!

**M. 17 May to present** Plaintiff unable to return to work due to repeated Death

threats, panic attacks, and continued Motions to Dismiss/ Answers to Writ of

Mandamus and Quo Warranto by Natalie Paine and Treza Edwards counsel.


**N. To date (28 Jul 2020)-** Operation Law proves Jeffrey M. Blochowicz, Pro

Se Petition for and Orders to Grant Writs of Mandamus and Quo Warranto

Civil Case No. 2020RCCV00272) to be granted by Judge William E.

Woodrum, Jr.  Due to ALL the ILLEGAL Actions by the VA, State of Georgia

(directed by VA)- Plaintiff and spouse have lost over six years of our lives!


**O. To date (28 Jul 2020)** Plaintiff and spouse have suffered numerous

Grand Jury Trial Calendar Calls at the Augusta Judicial Center, Augusta,

GA.  We have lost family time, financial strain due to the Veterans

Administration Abuse Syndrome/ Legal Abuse Syndrome.


**P. To date (28 Jul 2020)** Plaintiff and spouse continue to suffer from

repeated death threats due to the numerous articles written by Sandy

Hodson, Augusta Chronicle.  Jeffrey M. Blochowicz is INNOCENT!


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Q.** Civil Case No. 2020RCCV00272 threatened to be DISMISSED by District

Attorney Natalie Paine and Treza Edwards- through counsel.  Neither Natalie Paine,

nor Treza Edwards have listened to the TRUTH!


**R. To date (28 Jul 2020)** Plaintiff and Jeffrey M. Blochowicz remain under siege!

Our home remains on bond- for a FAKE CRIMINAL Case that Assistant District

Attorney Timothy O'Brien has promised/ Hank Crane (attorney for Jeffrey M.

Blochowicz) has promised to Dismiss FAKE CASE/ and or threatened Jeffrey M.

Blochowicz "You had better get control of your wife!"  You had better get control of

your ADA Advocates!"  Hank Crane reminded-repeatedly of Title II, and Title III

Violations, by Plaintiff and also by ADA Advocate LtCOL Margaret Sue Bozgoz


**S.** Throughout the ongoing FAKE Criminal Case, **since 31 January, 2017**, Plaintiffs

spouse has a Georgia Bureau of Investigations (GBI) No. GA4663636W, and a

Federal Bureau of Investigations (FBI) No. 896531PE7.  All Due to LIES told by Spc

Agent OIG Brumfield, Michelle Cox-Henley, Mehul Patel, RN, Heather Scott, RN,

etc. VA leadership has been aware since the beginning of the VAMC Police Report,

that found NO HARM to pt. (Mr. H)

**T. 20 July, 2020** Certificate of Service received in mail- Response from ADA

Compliance Director-Treza Edwards Motion to Dismiss Writs of Mandamus

and Quo Warranto, & Answer written by Atty Bitting, and Atty Price,  placed

on Docket 17 July, 2020 **(Exhibit 16).**  Treza Edwards has NOT answered

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

255

1
2      ANY Reasonable Accommodations (**Exhibit 12**) , and moves to dismiss
3
4      Plaintiff's Pro Se complaint for failure to state a claim upon which relief may
5
6      be granted, and Background further states Plaintiff's complaint is bloated
7
8      with legal arguments, most of which border on the nonsensical. Jeffrey
9
10     Blochowicz is a current criminal defendant out of Richmond County who is
11
12     unhappy with how the charges and case against him, or words to that affect.
13
14     Pages 4-5 of Edwards Motion to Dismiss are A Complete Lie.  Additionally,
15
16     Certificate of Service of Motion and Answer to Atty General Carr, Deputy Atty
17
18     Burton, Senior Assistant Atty General Piper and Assistant Atty General
19
20     Radley.
21
22
23     **From:** Jeffrey Blochowicz <blochowicz@yahoo.com>
24     **To:** Hank Crane <hank@thecranefirm.com>; npaine@augustaga.gov
25     <npaine@augustaga.gov>; eobrien@augustaga.gov <eobrien@augustaga.gov>;
       jwpadgett@augustaga.gov <jwpadgett@augustaga.gov>
       **Sent:** Thursday, June 4, 2020, 05:04:00 PM EDT
       **Subject:** Fw: EVERYTHING is on HOLD!!! Jeff Moved the Court to Dismiss and Dead
       Docket Objection


       Good Afternoon, Hank,

       This is Kimberly Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for
       Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR..  I am writing to inform you- and
       will be sending a Priority/ Certified, with return receipt requested copy of this email to
       the Clerk of Superior State Court.  **There will be NO Court Hearing, via WebEx on 15
       June, 2020 @ 1345!**  You, Hank, took Leave of Absence on 02 June, 2020.  You stated
       you will be "Out of Town."  Not to mention- a VOID ORDER was sent from you?!  The
       Court hearing- via WebEx is FAKE!! No Court recording!  **The Motion to Dismiss and**

       Jeffrey and Kimberly Blochowicz
       2508 Laurel Drive
       Evans, GA 30809
       706-631-7444

**Dead Docket Objection, signed on 01 May, 2020, and received by the Clerk of State Superior Court (11 May, 2020 @ 1042) is to be completed in 30 days! Case Dismissed!!!**

Jeff Does NOT AGREE to Dead Docket, as your games do not work anymore!! Jeff will Not Withdraw his Motion to Dismiss and Dead Docket Objection!

I am notifying you, as well as the District Attorney, Assistant District Attorney, and Judge Wade Padgett, that **Jeffrey M. Blochowicz, signed the Motion to Dismiss and Dead Docket Objection on 01 May, 2020.** I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, am informing you- **NO FURTHER GASLIGHTING! NO FURTHER ADMINISTRATIVE TRICKERY!!**. Said packet was sent, via Priority mail, Certified w/ return receipt requested on 09 May, 2020. The Motion to Dismiss and Dead Docket Objection, with exhibits, and signed Affidavits from Jeff's and my ADA Advocates, was received by the Clerk of Superior State Court on 11 May, 2020 @ 1042.

Furthermore, Jeff has verified with you, on the phone, that "Yes, I signed the Motion to Dismiss and Dead Docket Objection." Once his motion, with exhibits, and Affidavits was received, by the Clerk of Superior State Court... the Prosecution, as well as Judge Wade Padgett had to prove Subject Matter Jurisdiction. The moment the Priority Mail, certified, with return receipt was received by the United States Post Office- Jeffrey M. Blochowicz was free of your **threats, your intimidation, your gaslighting, and your empty promises!!- wait, there is one more.. my husband, Jeffrey M. Blochowicz did not fall off a f-ing turnip truck either!** The only Jurisdiction over Jeff's "alleged" patient abuse is the Federal government. Jeffrey M. Blochowicz was tried, by the Federal Disciplinary Appeals Board (DAB) on 3 October, 2017, and 4 October, 2017.. You, Hank, have a copy of the DAB findings! You, Hank, have a copy of the Federal Arbitration findings. Only Federal government has jurisdiction over the "alleged" patient abuse.

In fact, the complaint of the "alleged" patient abuse, was written by Michelle Cox-Henley. Ms. Cox-Henley was the Nurse Executive at the Charlie Norwood Veterans Administration Medical Center. Ms. Cox-Henley did NOT have permission from the then Director of the Hospital (Ms. Marie Andrews) to send ANY complaint!! To Anyone! As the VAMC Police had investigated the "alleged" patient abuse. The VAMC Police did NOT find ANY patient abuse.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Is Judge Padgett aware that both witnesses- Mehul Patel, RN, and Heather Scott, RN, Lied to him, under Oath on 12 January, 2018?  Is the District Attorney, or Assistant District Attorney aware that Jeffrey M. Blochowicz won the Disciplinary Appeals Board?  And are all aware that Jeffrey M. Blochowicz won Federal Arbitration?  I have been sending you ALL Exculpatory Evidence this entire 41 plus months now.  And when requested, I will forward ALL emails and texts that prove both Jeffrey M. Blochowicz NEVER harmed ANY patient/ veteran in his care!  I will forward the hours of Expert Medical witness provided by me- as to the findings in the Shadow (not legal/ not original) Medical Chart provided to the District Attorney for patient W. Haymon!  Another Brady Violation!

**NO FURTHER GASLIGHTING!  NO FURTHER ADMINISTRATIVE TRICKERY!!.**  There will be NO HEARING for the Dead Docket!!  I am advising you, and all addressed in this email, that I am researching/ and conferring with our ADA Advocates, as well as Department of Justice attorneys.  As Jeffrey M, Blochowiczs' Attorney, You, Hank Crane, took an Oath to protect your client!  You, Hank Crane, took an Oath to provide proper representation to your client!  I seriously doubt, that Anywhere in your education of the Law-that Any Professor stated "Gaslight your Client to get them to do what YOU want!  Tell your client to 'get control of your wife/spouse!', 'Ignore Any/All requests to have this case dismissed, as there is NO Evidence!' The State of ... has No Witnesses, Nor does the Federal government have any witnesses (because all was a Lie!)..

Last, but not least.. I will be forwarding my last email to you, and all addressed in this email.  The email that gave ALL the reasons why my husband's case 2017RCCR01037 is to be Dismissed!  Georgia Law states that once the Motion to Dismiss and Dead Docket  Objection has been received by the Clerk of Superior State Court, his case is Dismissed!!

For the record, Jeffrey M. Blochowicz is NOT firing you as his attorney.  The only communication now, is receipt of Complete Dismissal of Case # 2017RCCR01037.  As Subject matter jurisdiction has NEVER been proven.

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

258

Hank Crane <hank@thecranefirm.com>
To:Jeffrey Blochowicz
Thu, Jun 4 at 11:57 AM
Jeff,

Hope all is well.  Court has set a hearing for the dead docket on the following.  I will not be in town so you will need to upload the Webex app and be prepared to join the meeting that way.  Prosecutor and judge will do the same.  Any questions, please feel free to ask.

Thanks

Webex on Monday, June 15, 2020 at 1:45

Hank Crane
Attorney at Law
Crane Law Firm, P.C.
211 Hudson Trace, Suite C
Augusta, Georgia 30907
hank@thecranefirm.com
www.thecranefirm.com
706-432-9840 (phone)
844-272-7733 (fax)

Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss

Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve

the Attorney Generals at the **Department of Law, The US Department of Justice Civil**

**Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine  failed to

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

259

1
2      mention the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus
3      and Quo Warranto, A Civil Case (2020RCCV00272) due to continuation of his
4
5      FAKE/ILLEGAL/ MALICIOUS PROSECUTION, and the continued treason of Judge
6
7      Wade Padgett, Natalie Paine (District Attorney, Timothy O'Brien, Assistant District
8
9      Attorney, Treza Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M.
10
11     Blochowicz did not submit his Pro Se Writs of Mandamus and Quo Warranto on 11
12
13     June, 2020 for ANY of the mentioned reasons in the Motion to Dismiss, or Answers to
14
15     the Writs of Mandamus and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As
16
17     his spouse, and Plaintiff (Zone of Interest)- we have lost six years of our lives to the
18
19     abuse of the Veterans Administration, and the State of Georgia FALSE Charges, False
20
21     Imprisonment, and the Deprivation of our Constitutional and Civil Rights named in this
22
23     case! (Exhibit 12)
24
25

**139: Carol Burrowbridge Individually and in her Official capacity as ADA
Coordinator Compliance Department, Augusta, GA**

> **A. 21 April, 2020- ADA packet sent to ADA Coordinator) Carol**
>
> **Burrowbridge by Plaintiff (As Jeff's Primary ADA Advocate). Plaintiff**
>
> **requests assistance of COL Maryetta Beck, LtCol Margaret Sue Bozgoz..**
>
> **LtCol Bozgoz** sends an email to and ask her to help him understand why she
>
> continuing to trigger and provoke his disability by the pervasive and continue
>
> uses of denial of RA.  Plaintiff and ADA Advocate LtCOL Margaret Sue

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Bozgoz reminds her under the ADA Act/1973 Rehabilitation Act that every
willful violation is $75,000 for the first act and $150,000 thereafter. Concern:
Carol Burrowbridge & Treza Edwards ignores this RA request as she has
sent over 20 emails where she purposefully provokes Jeff's disability.

**B. On 23 April 2020**, Margaret Bozgoz asked Carol Burrowbridge, ADA
Advocate for Augusta County, GA to protect her client's/VA employee Jeff
and Kim Blochowicz from further abuse. Reasonable Accommodations (e.g.
ADA meeting, OSHA investigation and void order dismissal) were denied.


**C. On or about 23 April 2020**, Margaret Bozgoz asked ADA Director for
Augusta, GA Court, Treza Edward for an ADA meeting, OSHA investigation
and etc. before Jeff's court date. ADA Reasonable Accommodation Request
Denied

**D. On or about 25 April 2020** Margaret Bozgoz asked ADA Director for
Augusta, GA Court, Treza Edward for a Reasonable Accommodation update
before Jeff's court hearing on 4 May 2020. Denied/Ignored.

**E. On 4 May 2020,** (1) VA, (2) DOJ, (3) Hank Crane, (4) Judge Padgett, (5)
Nathalie Paine, (6) Timothy Obrien, (6) Carol Burrowbridge, (7) Treza
Edwards in retaliation and in violation of the ADA Act, failed to either support
or dismiss Jeff's void order.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3  Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss
4
5  Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve
6
7  the Attorney Generals at the **Department of Law, The US Department of Justice Civil**
8
9  **Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine failed to mention
10
11  the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus and Quo
12
13  Warranto, A Civil Case (2020RCCV00272) due to continuation of his FAKE/ILLEGAL/
14
15  MALICIOUS PROSECUTION, and the continued treason of Judge Wade Padgett,
16
17  Natalie Paine (District Attorney, Timothy O'Brien, Assistant District Attorney, Treza
18
19  Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M. Blochowicz did not
20
21  submit his Pro Se Writs of Mandamus and Quo Warranto on 11 June, 2020 for ANY of
22
23  the mentioned reasons in the Motion to Dismiss, or Answers to the Writs of Mandamus
24
25  and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As his spouse, and Plaintiff

(Zone of Interest)- we have lost six years of our lives to the abuse of the Veterans

Administration, and the State of Georgia FALSE Charges, False Imprisonment, and the

Deprivation of our Constitutional and Civil Rights named in this case!


**140: The United States**, pursuant to 28 U.S.C. Section 1346; **Department of Law, The US Department of Justice Civil Rights Division, Georgia-** *Counsel for Defendant/Respondent Natalie Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**A. 18 July, 2020-** Certificate of Service received in mail- Response from DA

Natalie Paine- Motion to Dismiss Writs of Mandamus and Quo Warranto, &

Answer placed on Docket 10 July, 2020 @ 11:41am (**Exhibit 16**).  Natalie

Paine states Petitioner Jeffrey Blochowicz is a current criminal defendant out

of Richmond County who is unhappy with how the charges and case against

him are proceeding. Motion and Answer submitted by Atty General Carr,

Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty

General Radley.

Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss

Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve

the Attorney Generals at the **Department of Law, The US Department of Justice Civil**

**Rights Division, Georgia,** Atlanta, GA.  District Attorney Natalie Paine failed to

mention the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus

and Quo Warranto, A Civil Case (2020RCCV00272) due to continuation of his

FAKE/ILLEGAL/ MALICIOUS PROSECUTION, and the continued treason of Judge

Wade Padgett, Natalie Paine (District Attorney, Timothy O'Brien, Assistant District

Attorney, Treza Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M.

Blochowicz did not submit his Pro Se Writs of Mandamus and Quo Warranto on 11

June, 2020 for ANY of the mentioned reasons in the Motion to Dismiss, or Answers to

the Writs of Mandamus and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

his spouse, and Plaintiff (Zone of Interest)- we have lost six years of our lives to the

abuse of the Veterans Administration, and the State of Georgia FALSE Charges, False

Imprisonment, and the Deprivation of our Constitutional and Civil Rights named in this

case!


**141: Department of Law, Attorney General GA, Christopher M. Carr, Individually and in his official capacity as Attorney General for the State of Georgia, Bar No., 112505-** *Counsel for Defendant/Respondent Natalie Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*

> **A. 18 July, 2020-** Certificate of Service received in mail- Response from DA
>
> Natalie Paine- Motion to Dismiss Writs of Mandamus and Quo Warranto, &
>
> Answer placed on Docket 10 July, 2020 @ 11:41am (**Exhibit 16**).  Natalie
>
> Paine states Petitioner Jeffrey Blochowicz is a current criminal defendant out
>
> of Richmond County who is unhappy with how the charges and case against
>
> him are proceeding. Motion and Answer submitted by Atty General Carr,
>
> Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty
>
> General Radley.


Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss

Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve

the Attorney Generals at the **Department of Law, The US Department of Justice Civil**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine failed to mention the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus and Quo Warranto, A Civil Case (2020RCCV00272) due to continuation of his FAKE/ILLEGAL/ MALICIOUS PROSECUTION, and the continued treason of Judge Wade Padgett, Natalie Paine (District Attorney, Timothy O'Brien, Assistant District Attorney, Treza Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M. Blochowicz did not submit his Pro Se Writs of Mandamus and Quo Warranto on 11 June, 2020 for ANY of the mentioned reasons in the Motion to Dismiss, or Answers to the Writs of Mandamus and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As his spouse, and Plaintiff (Zone of Interest)- we have lost six years of our lives to the abuse of the Veterans Administration, and the State of Georgia FALSE Charges, False Imprisonment, and the Deprivation of our Constitutional and Civil Rights named in this case!

**142: Department of Law, Deputy Attorney General GA, Beth Burton, Individually and in her official capacity as Deputy Attorney General for the State of Georgia, Bar No. 027500-** *Counsel for Defendant/Respondent Natalie Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*

        **A. 18 July, 2020-** Certificate of Service received in mail- Response from DA Natalie Paine- Motion to Dismiss Writs of Mandamus and Quo Warranto, & Answer placed on Docket 10 July, 2020 @ 11:41am **(Exhibit 16).**  Natalie Paine states Petitioner Jeffrey Blochowicz is a current criminal defendant out

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

of Richmond County who is unhappy with how the charges and case against

him are proceeding. Motion and Answer submitted by Atty General Carr,

Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty

General Radley.

Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss

Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve

the Attorney Generals at the **Department of Law, The US Department of Justice Civil**

**Rights Division, Georgia,** Atlanta, GA.  District Attorney Natalie Paine failed to

mention the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus

and Quo Warranto, A Civil Case (2020RCCV00272) due to continuation of his

FAKE/ILLEGAL/ MALICIOUS PROSECUTION, and the continued treason of Judge

Wade Padgett, Natalie Paine (District Attorney, Timothy O'Brien, Assistant District

Attorney, Treza Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M.

Blochowicz did not submit his Pro Se Writs of Mandamus and Quo Warranto on 11

June, 2020 for ANY of the mentioned reasons in the Motion to Dismiss, or Answers to

the Writs of Mandamus and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As

his spouse, and Plaintiff (Zone of Interest)- we have lost six years of our lives to the

abuse of the Veterans Administration, and the State of Georgia FALSE Charges, False

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Imprisonment, and the Deprivation of our Constitutional and Civil Rights named in this

case!


**143: Department of Law, Senior Assistant Attorney General GA, Tina M. Piper,**
**Individually and in her official capacity as Senior Assistant Attorney General for**
**the State of Georgia, Bar No. 142469-** *Counsel for Defendant/Respondent Natalie*
*Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*

    **A. 18 July, 2020-** Certificate of Service received in mail- Response from DA

Natalie Paine- Motion to Dismiss Writs of Mandamus and Quo Warranto, &

Answer placed on Docket 10 July, 2020 @ 11:41am **(Exhibit 16).** Natalie

Paine states Petitioner Jeffrey Blochowicz is a current criminal defendant out

of Richmond County who is unhappy with how the charges and case against

him are proceeding. Motion and Answer submitted by Atty General Carr,

Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty

General Radley.


Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss

Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve

the Attorney Generals at the **Department of Law, The US Department of Justice Civil**

**Rights Division, Georgia,** Atlanta, GA.  District Attorney Natalie Paine failed to

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

mention the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus

and Quo Warranto, A Civil Case (2020RCCV00272) due to continuation of his

FAKE/ILLEGAL/ MALICIOUS PROSECUTION, and the continued treason of Judge

Wade Padgett, Natalie Paine (District Attorney, Timothy O'Brien, Assistant District

Attorney, Treza Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M.

Blochowicz did not submit his Pro Se Writs of Mandamus and Quo Warranto on 11

June, 2020 for ANY of the mentioned reasons in the Motion to Dismiss, or Answers to

the Writs of Mandamus and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As

his spouse, and Plaintiff (Zone of Interest)- we have lost six years of our lives to the

abuse of the Veterans Administration, and the State of Georgia FALSE Charges, False

Imprisonment, and the Deprivation of our Constitutional and Civil Rights named in this

case!


**144: Department of Law, Assistant Attorney General GA, Amy M. Radley, Individually and in her official capacity as Assistant Attorney General for the State of Georgia, Bar No. 400570-** *Counsel for Defendant/Respondent Natalie Paine, District Attorney & Treza Edwards (ADA Compliance Director, Augusta, GA*


      **A. 18 July, 2020-** Certificate of Service received in mail- Response from DA

Natalie Paine- Motion to Dismiss Writs of Mandamus and Quo Warranto, &

Answer placed on Docket 10 July, 2020 @ 11:41am **(Exhibit 16).**  Natalie

Paine states Petitioner Jeffrey Blochowicz is a current criminal defendant out

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2       of Richmond County who is unhappy with how the charges and case against
3
4       him are proceeding. Motion and Answer submitted by Atty General Carr,
5
6       Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty
7
8       General Radley.
9
10
11      Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss
12
13      Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve
14
15      the Attorney Generals at the **Department of Law, The US Department of Justice Civil**
16
17      **Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine failed to mention
18
19      the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus and Quo
20
21      Warranto, A Civil Case (2020RCCV00272) due to continuation of his FAKE/ILLEGAL/
22
23      MALICIOUS PROSECUTION, and the continued treason of Judge Wade Padgett,
24
25      Natalie Paine (District Attorney, Timothy O'Brien, Assistant District Attorney, Treza

        Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M. Blochowicz did not

        submit his Pro Se Writs of Mandamus and Quo Warranto on 11 June, 2020 for ANY of

        the mentioned reasons in the Motion to Dismiss, or Answers to the Writs of Mandamus

        and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As his spouse, and Plaintiff

        (Zone of Interest)- we have lost six years of our lives to the abuse of the Veterans

        Administration, and the State of Georgia FALSE Charges, False Imprisonment, and the

        Deprivation of our Constitutional and Civil Rights named in this case!


        Jeffrey and Kimberly Blochowicz
        2508 Laurel Drive
        Evans, GA 30809
        706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**145: Judge John M. Ott Individually and in his Official capacity as Senior Superior Judge, Alcovy Judicial Circuit, 10th District**

1. due to multiple death threats, panic attacks, (symptoms of Legal Abuse syndrome-((LAS))/ Veterans Administration-Abuse Syndrome ((VA-AS)) Zone of Interest- **ADA Advocate for Jeffrey M. Blochowicz-** whose **False/FABRICATED Indictment/Administrative Trickery of Charlie Norwood Veterans Administration retaliation, and State of Georgia-Superior Court (Criminal Case #2017RCCR01037), and (Civil Case #2020RCCV00272)** continues to be manipulated at the State of Georgia Superior Court.  **Malicious Prosecution, living under constant unlawful siege, to include False Imprisonment!**

2. Still awaiting decision on Writ of Mandamus and Quo Warranto (Case No. 2020RCCV00272) **Operation Law, on 10 July, 2020-** to be granted by **Judge William E. Woodrum, Jr.  Reasonable Accommodation (RA)** requested on **11 June, 2020** at **Clerk of Superior State Court-** (Deputy Clerk Jody Thigpen), denied **Writ of Mandamus and Quo Warranto, with Exhibits,** Certificate of Service, Summons packets for all three Defendants- **Judge Wade Padgett, District Attorney Natalie Paine, Augusta Compliance Director Treza Edwards**. Thus, Plaintiff (Kimberly M. Blochowicz) mailed, via USPS-Priority Mail, Certified, with return receipt

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

requested, original request for RA, Writ of Mandamus and Quo Warranto,

Certificate of Service, Exhibits, Summons packets (for each defendant).

**(Exhibit A)** Plaintiff (Kimberly M. Blochowicz), subsequently mailed, via

USPS-Priority Mail, Certified, with return receipt requested, Courtesy packets

to each defendant, as well as to U.S. Attorney for Southern District, Bobby L.

Christine, and to President Donald J. Trump, White House.


A. Writ of Mandamus and Quo Warranto submitted to Clerk of Superior

Court, State of Georgia on 11 June, 2020.  Writ of Mandamus and Quo

Warranto for Jeffrey M. Blochowicz v Judge Wade Padgett, District Attorney

Natalie Paine, Treza Edwards placed on Docket- 12 June, 2020 (Civil No.

2020RCCV00272).  All Judges recused themselves on 16 June, 2020.  Senior

Judge Ott to preside over case, and designate judge to hear case.**(Exhibit A)**

To date, mediation from defendants have not been attempted, There has been

NO contact from Judge Ott, nor has there been ANY communication from the

assigned Senior Judge William E, Woodrum, Jr.   Review of Docket shows

assignment of Case No. 2020RCCV00272 to William E, Woodrum, Jr.,30 June,

2020.. Peachcourt.com docket shows the assignment by Superior Judge Ott,

to Superior Judge William E. Woodrum, Jr- signed by Judge John Ott on 25

June, 2020.


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Motions to Grant Writs of Mandamus and Quo Warranto, Order to Grant Writs of Mandamus and Quo Warranto sent to Ogeechee Judicial Circuit 1st Judicial Circuit 9 July, 2020, and received by Clerk of Court 10 July, 2020.  Courtesy copy of Service sent to Judge Ott, as a courtesy.

There has been NO Communication from ordering Judge Ott, nor from William E. Woodrum, Jr.


Plaintiff, as Zone of Interest, requests by Operation Law- Writs of Mandamus and Quo Warranto be Granted- as Jeffrey M. Blochowicz has been under the State of Georgia- as a criminal defendant since 01 February, 2017.

Relief requested is the Writ of Mandamus and Quo Warranto to be granted- as Jeffrey M. Blochowicz has been INNOCENT of all charges.  The State of Georgia, Augusta Judicial Circuit has caused Legal Abuse Syndrome in both Plaintiff and Jeffrey M. Blochowicz.


**146: Judge William E. Woodrum, Jr. Individually and in his official capacity as Senior Superior Judge, Ogeechee Judicial Circuit 1st Judicial Circuit**

1. **A.** due to multiple death threats, panic attacks, (symptoms of Legal Abuse syndrome-((LAS))/ Veterans Administration-Abuse Syndrome ((VA-AS)) Zone of Interest- **ADA Advocate for Jeffrey M. Blochowicz-** whose **False/FABRICATED Indictment/Administrative Trickery of Charlie**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**Norwood Veterans Administration retaliation, and State of Georgia-Superior Court (Criminal Case #2017RCCR01037), and (Civil Case #2020RCCV00272)** continues to be manipulated at the State of Georgia Superior Court. **Malicious Prosecution, living under constant unlawful siege, to include False Imprisonment!**

2. Still awaiting decision on Writ of Mandamus and Quo Warranto (Case No. 2020RCCV00272) **Operation Law, on 10 July, 2020-** to be granted by **Judge William E. Woodrum, Jr. Reasonable Accommodation (RA)** requested on **11 June, 2020** at **Clerk of Superior State Court-** (Deputy Clerk Jody Thigpen), denied **Writ of Mandamus and Quo Warranto, with Exhibits,** Certificate of Service, Summons packets for all three Defendants- **Judge Wade Padgett, District Attorney Natalie Paine, Augusta Compliance Director Treza Edwards**. Thus, Plaintiff (Kimberly M. Blochowicz) mailed, via USPS-Priority Mail, Certified, with return receipt requested, original request for RA, Writ of Mandamus and Quo Warranto, Certificate of Service, Exhibits, Summons packets (for each defendant). **(Exhibit A)** Plaintiff (Kimberly M. Blochowicz), subsequently mailed, via USPS-Priority Mail, Certified, with return receipt requested, Courtesy packets to each defendant, as well as to U.S. Attorney for Southern District, Bobby L. Christine, and to President Donald J. Trump, White House.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

A. Writ of Mandamus and Quo Warranto submitted to Clerk of Superior Court, State of Georgia on 11 June, 2020. Writ of Mandamus and Quo Warranto for Jeffrey M. Blochowicz v Judge Wade Padgett, District Attorney Natalie Paine, Treza Edwards placed on Docket- 12 June, 2020 (Civil No. 2020RCCV00272). All Judges recused themselves on 16 June, 2020. Senior Judge Ott to preside over case, and designate judge to hear case.**(Exhibit A)** To date, mediation from defendants have not been attempted, There has been NO contact from Judge Ott, nor has there been ANY communication from the assigned Senior Judge William E, Woodrum, Jr. Review of Docket shows assignment of Case No. 2020RCCV00272 to William E, Woodrum, Jr., 30 June, 2020. Peachcourt.com docket shows the assignment by Superior Judge Ott, to Superior Judge William E. Woodrum, Jr- signed by Judge John Ott on 25 June, 2020.

Motions to Grant Writs of Mandamus and Quo Warranto, Order to Grant Writs of Mandamus and Quo Warranto sent to Ogeechee Judicial Circuit 1st Judicial Circuit 9 July, 2020, and received by Clerk of Court 10 July, 2020. Courtesy copy of Service sent to Judge Ott, as a courtesy.

There has been NO Communication from ordering Judge Ott, nor from William E. Woodrum, Jr.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Plaintiff, as Zone of Interest, requests by Operation Law- Writs of Mandamus and

Quo Warranto be Granted- as Jeffrey M. Blochowicz has been under the State of

Georgia- as a criminal defendant since 01 February, 2017.

Relief requested is the Writ of Mandamus and Quo Warranto to be granted- as

Jeffrey M. Blochowicz has been INNOCENT of all charges.  The State of Georgia,

Augusta Judicial Circuit has caused Legal Abuse Syndrome in both Plaintiff and

Jeffrey M. Blochowicz.

**147: Fulcher Hagler LLP**, **Individually and in  their official capacity as Attorneys at Law**,- *Counsel for Defendant/Respondent Treza Edwards (ADA Compliance Director, Augusta, GA.  Certificate of Service sent to* Attorney Generals at the **Department of Law, The US Department of Justice Civil Rights Division, Georgia,** Atlanta, GA *– Counsel for Natalie Paine, District Attorney*

       A. 20 July, 2020 Certificate of Service received in mail- Response from ADA

Compliance Director-Treza Edwards Motion to Dismiss Writs of Mandamus

and Quo Warranto, & Answer written by Atty Bitting, and Atty Price, placed

on Docket 17 July, 2020 **(Exhibit 16)**.  Treza Edwards has NOT answered

ANY Reasonable Accommodations (**Exhibit 12**) , and moves to dismiss

Plaintiff's Pro Se complaint for failure to state a claim upon which relief may

be granted, and Background further states Plaintiff's complaint is bloated

with legal arguments, most of which border on the nonsensical. Jeffrey

Blochowicz is a current criminal defendant out of Richmond County who is

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2      unhappy with how the charges and case against him, or words to that affect.
3
4      Pages 4-5 of Edwards Motion to Dismiss are A Complete Lie.  Additionally,
5
6      Certificate of Service of Motion and Answer to Atty General Carr, Deputy Atty
7
8      Burton, Senior Assistant Atty General Piper and Assistant Atty General
9
10     Radley.
11
12
13     Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss
14
15     Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve
16
17     the Attorney Generals at the **Department of Law, The US Department of Justice Civil**
18
19     **Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine failed to mention
20
21     the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus and Quo
22
23     Warranto, A Civil Case (2020RCCV00272) due to continuation of his FAKE/ILLEGAL/
24
25     MALICIOUS PROSECUTION, and the continued treason of Judge Wade Padgett,

       Natalie Paine (District Attorney, Timothy O'Brien, Assistant District Attorney, Treza

       Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M. Blochowicz did not

       submit his Pro Se Writs of Mandamus and Quo Warranto on 11 June, 2020 for ANY of

       the mentioned reasons in the Motion to Dismiss, or Answers to the Writs of Mandamus

       and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As his spouse, and Plaintiff

       (Zone of Interest)- we have lost six years of our lives to the abuse of the Veterans

       Administration, and the State of Georgia FALSE Charges, False Imprisonment, and the

       Deprivation of our Constitutional and Civil Rights named in this case!

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3 **148: N. Staten Bitting, Jr., Individually and in his official capacity as Attorney at**
4 **Law, Georgia Bar No.: 058940-** *Counsel for Defendant/Respondent Treza Edwards*
5 *(ADA Compliance Director, Augusta, GA.  Certificate of Service sent to* Attorney
6 Generals at the **Department of Law, The US Department of Justice Civil Rights**
7 **Division, Georgia,** Atlanta, GA *– Counsel for Natalie Paine, District Attorney*
8
9
10
11        **A. 20 July, 2020** Certificate of Service received in mail- Response from ADA
12
13        Compliance Director-Treza Edwards Motion to Dismiss Writs of Mandamus
14
15        and Quo Warranto, & Answer written by Atty Bitting, and Atty Price,  placed
16
17        on Docket 17 July, 2020 **(Exhibit 16).**  Treza Edwards has NOT answered
18
19        ANY Reasonable Accommodations (**Exhibit 12**) , and moves to dismiss
20
21        Plaintiff's Pro Se complaint for failure to state a claim upon which relief may
22
23        be granted, and Background further states Plaintiff's complaint is bloated
24
25        with legal arguments, most of which border on the nonsensical. Jeffrey

       Blochowicz is a current criminal defendant out of Richmond County who is

       unhappy with how the charges and case against him, or words to that affect.

       Pages 4-5 of Edwards Motion to Dismiss are A Complete Lie.  Additionally,

       Certificate of Service of Motion and Answer to Atty General Carr, Deputy Atty

       Burton, Senior Assistant Atty General Piper and Assistant Atty General

       Radley.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve the Attorney Generals at the **Department of Law, The US Department of Justice Civil Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine failed to mention the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus and Quo Warranto, A Civil Case (2020RCCV00272) due to continuation of his FAKE/ILLEGAL/ MALICIOUS PROSECUTION, and the continued treason of Judge Wade Padgett, Natalie Paine (District Attorney, Timothy O'Brien, Assistant District Attorney, Treza Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M. Blochowicz did not submit his Pro Se Writs of Mandamus and Quo Warranto on 11 June, 2020 for ANY of the mentioned reasons in the Motion to Dismiss, or Answers to the Writs of Mandamus and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As his spouse, and Plaintiff (Zone of Interest)- we have lost six years of our lives to the abuse of the Veterans Administration, and the State of Georgia FALSE Charges, False Imprisonment, and the Deprivation of our Constitutional and Civil Rights named in this case!


**149: John E. Price**, **Individually and in his official capacity as Attorney at Law, Georgia Bar No.: 142012 -** *Counsel for Defendant/Respondent Treza Edwards (ADA Compliance Director, Augusta, GA.  Certificate of Service sent to* Attorney Generals at the **Department of Law, The US Department of Justice Civil Rights Division, Georgia,** Atlanta, GA *-- Counsel for Natalie Paine, District Attorney*


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

278

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A. 20 July, 2020** Certificate of Service received in mail- Response from ADA Compliance Director-Treza Edwards Motion to Dismiss Writs of Mandamus and Quo Warranto, & Answer written by Atty Bitting, and Atty Price, placed on Docket 17 July, 2020 **(Exhibit 16)**. Treza Edwards has NOT answered ANY Reasonable Accommodations **(Exhibit 12)**, and moves to dismiss Plaintiff's Pro Se complaint for failure to state a claim upon which relief may be granted, and Background further states Plaintiff's complaint is bloated with legal arguments, most of which border on the nonsensical. Jeffrey Blochowicz is a current criminal defendant out of Richmond County who is unhappy with how the charges and case against him, or words to that affect. Pages 4-5 of Edwards Motion to Dismiss are A Complete Lie. Additionally, Certificate of Service of Motion and Answer to Atty General Carr, Deputy Atty Burton, Senior Assistant Atty General Piper and Assistant Atty General Radley.

Jeffrey M. Blochowicz dissatisfaction with "His criminal proceedings- Motion to dismiss Writs of Mandamus and Quo Warranto Court's rulings is not a valid reason to involve the Attorney Generals at the **Department of Law, The US Department of Justice Civil Rights Division, Georgia,** Atlanta, GA. District Attorney Natalie Paine failed to mention the real reason why Jeffrey M. Blochowicz requested the Writs of Mandamus and Quo Warranto, A Civil Case (2020RCCV00272) due to continuation of his FAKE/ILLEGAL/

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

MALICIOUS PROSECUTION, and the continued treason of Judge Wade Padgett,

Natalie Paine (District Attorney, Timothy O'Brien, Assistant District Attorney, Treza

Edwards- Compliance Officer for the Augusta, GA area.  Jeffrey M. Blochowicz did not

submit his Pro Se Writs of Mandamus and Quo Warranto on 11 June, 2020 for ANY of

the mentioned reasons in the Motion to Dismiss, or Answers to the Writs of Mandamus

and Quo Warranto!  Jeffrey M. Blochowicz is INNOCENT!  As his spouse, and Plaintiff

(Zone of Interest)- we have lost six years of our lives to the abuse of the Veterans

Administration, and the State of Georgia FALSE Charges, False Imprisonment, and the

Deprivation of our Constitutional and Civil Rights named in this case!


**150: Hattie Holmes-Sullivan,**
**Clerk of Superior State Court**, **Individually and in her official capacity as Superior Court Clerk**

      **A.** 8 Jul, 2017 at 15:00pm, Jeffrey M. Blochowicz receives telephone call from

attorney Henry "Hank" Crane, regarding Judge J. Wade Padgett's ruling. "Judge

Padgett is dismissing your case as Nolle Prosequi."  Conversation continued for

short period of time between Jeffrey M. Blochowicz and attorney Crane.  Per

attorney Crane, Judge J. Wade Padgett sent 10 page letter (dated 6 July, 2017)

to attorney Crane- "All charges dismissed."  Jeff to receive letter regarding Judge

Padgett's "dismissal." See #29- Hattie Holmes-Sullivan, State of Georgia

Superior Court Clerk, alteration of Docket


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**B**. 9 Aug, 2017 – Judge J. Wade Padgett enters dismissal of (Case # 2017RCCR00147)- Nolle Prosequi- see docket. Further proof of continuation of Hattie Holmes-Sullivan, State of Georgia Superior Court Clerk, alteration of Docket!

**C. On or about 15 Jun 2020,** Plaintiff's anxiety, panic attacks- due to additional death threats- after Fake WebEx (NOT ON DOCKET) takes place, despite Jeffrey M. Blochowiczs' Objection to Dead Docket, Motion to Recuse Judge Wade Padgett, Letter sent to State of Georgia Superior Court Clerk-Hattie Holmes-Sullivan for ALTERATION of DOCKET!

**D. 16 July, 2020** Plaintiff places all pages, to include letter to Superior Clerk of Courts- Hattie Holmes-Sullivan, on Peachcourt.com @ 14:56, with email sent 16 July, 2020 2 17:01.  17 July, 2020 @ 10:20 Clerk of Richmond County Superior Court Rejects e-filing!

**E. To:**Hank Crane,LDukes@augustaga.gov,npaine@augustaga.gov,eobrien@augustaga.gov,wpadgett@augustaga.govand 3 more...
Cc:margaret.bozgoz@comcast.net,rbmd2015@comcast.net,Christopher King,Maryetta Beck,Burch Alan (USADC),Wilkie Robert L. Jr.,David ASHVAMC PrzestrzelskiHide
Bcc:Jeffrey Blochowicz,Jeffrey Blochowicz
Mon, Jun 15 at 12:27 PM
All,

This Is Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN.  Each and every one of you continue to **Violate Title II, ADA Interference., and Title III.** Thus exacerbating my silent scars willfully.  I am copy furnishing my ADA Advocates, and Chris King, (added as ADA on 21 April, 2020 RA ref; media coverage). My ADA Advocates, as well as Jeffrey Blochowiczs' ADA

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

First of all, there is NO attachment to this email!. Even if there was, You-Lindsay Dukes, Judicial Assistant to Judge J. Wade Padgett, are in violation of the Ethics Code for Judge Padgett to coordinate ANY "fake hearings!"

Second, on 1 May, 2020, My husband, Jeffrey Blochowicz signed and submitted Motion to Dismiss and Objection to Dead Docket! Third, ALL addressed in this email are aware that Jeffrey Blochowicz does NOT agree to ANY Dead Docket "deal."

I ask this question.. Why is my husband, Jeffrey Blochowicz continually gaslighted? Why is my husband even receiving this email? As his **Motion to Dismiss and Objection to Dead Docket was signed, and received by his Attorney, Henry Hank Crane, III on 1 May, 2020, by our ADA Advocate  Subject Matter Jurisdiction has NEVER been established in this case!!**

**Each of you continue to violate 18 USC Code!  This is continued violation to Jeffrey Blochowicz's Constitutional rights,  Violation to my Constitutional rights!  By sending this communication, Each and every one of you continue the reoccurrence of fraud, waste and abuse!  You continue to willfully cause harm!**

**On 11 June, 2020, Hattie Holmes Sullivan sent back (Mail fraud), Jeff's Motion to Recuse Judge J. Wade Padgett, with his Affidavit and Certificate of Service!  The exact paperwork has been sent back on friday, 12 June, 2020!**

The Federal government is the ONLY Agency with Jurisdiction!  My husband, Jeffrey Blochowicz was free from your "made up case," on 1 June, 2020.

The "so called hearing" today is a) not on the Docket- a Void Order! b) Dead docket is VEHEMENTLY objected! c) Motion for Recusal has already been placed on Richmond County Court Docket..

Furthermore, as ALL are aware, **Motion to Recuse The Honorable Judge J. Wade Padgett and District Attorney, Natalie Paine, has been accepted by the Court on 9 June, 2020.   Thus, by law, Judge J. Wade Padgett has been recused!  Additionally, on friday, 12 June, 2020, ALL were served Petition for Writ of Mandamus and Quo Warranto.. with exhibits.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Civil Action number 2020**RCCV00272** has already been assigned to the above (**Writ of Mandamus and Quo Warranto**).  Summons to follow tomorrow.

All that has transpired has been sent to VA Leadership, Department of Justice, US Attorney for Southern District, as well as President Trump.

If you do not stop sending "Void Orders," gaslighting both my husband, and myself- **I will add each and every person on this email to the Writ of Mandamus and Quo Warranto**

I will send text to Hank Crane, III now.. as this "so called hearing" is NOT taking place.

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, MSN, RN.

**F. On or about 15 Jun 2020,** Plaintiff's anxiety, panic attacks- due to additional death threats- after Fake WebEx (NOT ON DOCKET) takes place, despite Jeffrey M. Blochowiczs' Objection to Dead Docket, Motion to Recuse Judge Wade Padgett, Letter sent to State of Georgia Superior Court Clerk-Hattie Holmes-Sullivan for ALTERATION of DOCKET!

**G.** Multiple documents sent back to Clerk of Superior State Court:

Attn; Clerk of Superior Court.  Additionally, emails have been sent to Ms. Holmes- regarding the alteration/ manipulation of the Dockets. (Exhibit 18)

**H.**

**Jeffrey Blochowicz** <blochowicz@yahoo.com>
To:hsullivan@augustaga.gov,aradley@law.ga.gov,Sue Bozgoz,Chris King- Exposes the Truth

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

283

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Cc:joseph.f.dunford.mil@mail.mil,Russel Honore,Wilkie Robert L. Jr.,Robert Bozgoz,Maryetta Beck,Burch Alan (USADC),Treza Edwards,jeremy.simon@usdoj.gov,ldukes@columbiacountyga.gov,Erin O'Brien,Natalie S. Paine,Mussenden Paul (USADC),Cole Walker,craig.lawrence@usdoj.gov,David ASHVAMC Przestrzelski,Judge Padgett,shodson@augustachronicle.com,Hank Crane,Jodi L. ThigpenHide Bcc:Jeffrey Blochowicz,Jeffrey Blochowicz
Tue, Jul 14 at 5:01 PM

On July 14, 2020 at 5:01 PM, Jeffrey Blochowicz <blochowicz@yahoo.com> wrote:

Good Afternoon, All,

I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, have yet to receive a Certificate of Service, as stated in Natalie Paine's communication to the Attorney General Christopher M. Carr (112505), Deputy Attorney General, Beth Burton (027500), Senior Assistant Attorney General, Tina M. Piper (142469) and to serve Assistant Attorney General Amy M. Radley (400570). **Ms. Holmes-Sullivan**, Please correct the entry date of today, 14 July, 2020 @ 10:00AM; the packet for Civil Case No. 2020RCCV00272, , was signed for (Priority Mail Express EJ390975704US) 10 July, 2020 @ 11:51am. The entire packet (a total of nine pages-original) MOTION TO GRANT WRITS OF MANDAMUS AND QUO WARRANTO (original 3 pages, dated in blue, 9 July, 2020 & signed by Jeffrey Blochowicz), ORDER GRANTING WRITS OF MANDAMUS AND QUO WARRANTO (original 4 pages, to be signed by Superior Court Judge William E. Woodrum, Jr), as well as CERTIFICATION OF SERVICE, (original 2 pages, dated in blue, 9 July, 2020 & signed by Jeffrey Blochowicz). to the Clerk of Superior State Court, 735 James Brown Blvd, Suite 1500, Augusta, GA 30901 is NOT on the Docket.. Why does the Administrative Trickery continue? Clearly, we have already won, according to Operational Law! Yes, the entire packet is attached in this email. **As Mail Fraud is punishable by Federal Law, We request that each prepared page is on the Docket- for the TRUTH TO BE SEEN! Unless more individuals wish to be included in the Writ of Mandamus and Quo Warranto- STOP THE DECEIPT, FRAUD, WASTE & ABUSE!**

There are, however, two dockets e-filed on 10 July, 2020 @ 11:41am. We have the recorded conversation with the Clerk of Superior State Court- Ms. Josephine

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

284

(which I dispersed to all our ADA Advocates)... Apparently, District Attorney,
Natalie Paine e-filed a Motion, as well as an answer..Although District Attorney,
Natalie Paine is listed as a defendant in our Writ of Mandamus and Quo
Warranto... Ms. Paine saw fit to file a Motion to dismiss our Writ of Mandamus
and Quo Warranto, as well as an answer and defenses of law.. Each were sent
to Attorney General Christopher M. Carr (112505), Deputy Attorney General,
Beth Burton (027500), Senior Assistant Attorney General, Tina M. Piper (142469)
and to serve *Assistant Attorney General Amy M. Radley (400570)- as I have your
email address, I thought you should be made aware, of the deceitful lies you
have been told!...* **Superior Court Judge William E. Woodrum, Jr. is to
preside over this case.** District Attorney (Defendant) Natalie Paine has LIED,
yet again, in her statements to the Attorney General, Deputy Attorney General,
Senior Assistant Attorney General, and to serve Assistant Attorney General! My
Husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, has been  proven
INNOCENT of ALL CHARGES by the ONLY Agency that has
JURISDICTION! My husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret)
USAR, has provided ALL Exculpatory Evidence to his attorney, Henry "Hank"
Crane, III.  Furthermore, Henry "Hank" Crane, III provided ALL Exculpatory
Evidence to both Assistant District Attorney, Timothy O'Brien and District
Attorney, Natalie Paine.  Subject Matter Jurisdiction, nor Sufficiency of Pleading
has EVER been established by Judge J. Wade Padgett, or District Attorney
Natalie Paine.

I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate
for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR, placed a call to the
Ogeechee Clerk of Court, **Today, 14 July, 2020 @ 14:19 pm.  I dispersed the
recorded conversation to all of our ADA Advocates**- I spoke with Ms.
Elizabeth T. Landing- Clerk of Ogeechee of Court.  Ms. Landing informed me,
that she received our packet- **Civil Case No. 2020RCCV00272** MOTION TO
GRANT WRITS OF MANDAMUS AND QUO WARRANTO (original 3 pages,
dated in blue, 9 July, 2020 & signed by Jeffrey Blochowicz), ORDER
GRANTING WRITS OF MANDAMUS AND QUO WARRANTO (original 4 pages,
to be signed by Superior Court Judge William E. Woodrum, Jr), as well as
CERTIFICATION OF SERVICE, (original 2 pages, dated in blue, 9 July, 2020 &
signed by Jeffrey Blochowicz).  Ms. Landing received- verified by USPS Priority
Mail Express Tracking # EJ390975647US, and signed green return receipt
postcard 10 July, 2020 @ 13:21pm.  Ms. Landing stated that she "received
something friday, from UPS @ 5:00pm on Friday (10 July, 2020).  Furthermore,

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Ms. Landing, Clerk of Court for Ogeechee Judicial Circuit stated "I called Judge Woodburn, and he's coming by to pick it up. I don't know exactly when, but he's coming by sometime this week to pick it up."

I look forward to hearing back from Superior Court Judge (1st Judicial Circuit) William E. Woodrum, Jr., after GRANTING WRITS OF MANDAMUS AND QUO WARRANTO. Attached, please find the (already sent) MOTION TO GRANT WRITS OF MANDAMUS AND QUO WARRANTO, & ORDER GRANTING WRITS OF MANDAMUS AND QUO WARRANTO (total of nine pages).

There have been FAR TOO MANY LIES by the VA, & the State of Georgia Judicial System. **Your sociopathic, malignant, narcissistic personality disorder, is the direct cause of our now billable Diagnosis of Legal Abuse Syndrome!** Each and every one reading this email is responsible to Follow the Law! Follow the Constitution! Uphold our Civil Rights! My Husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR and myself have provided ALL of the PROOF, via the Writ of Mandamus and Quo Warranto, with Exhibits. My husband, Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR is INNOCENT!! **Six years of Malicious Prosecution Must Cease Immediately!**

V/R,

Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC: ADA Advocate for Jeffrey M. Blochowicz, MSN, RN; MAJ (Ret) USAR

(Exhibit 18)

**151: Sandy Hodson, Journalist, Individually and Officially as Augusta Chronicle Journalist**

      **A. December, 2014 to present**- We (Blochowiczs') have sustained

      Vandalism to our home of Record! **Sandy Hodson, Augusta Chronicle,**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Gannett Media INC (owners)-** <u>multiple articles (LIES) written by Sandy</u>

<u>Hodson- our home address stated by Sandy Hodson,</u> We have been shot at!

We have received and continue to receive Multiple Death Threats on a daily,

if not multi-weekly basis!  **(Exhibit 20).**

**B. 5 Feb, 2017 to June 15, 2020-** Fictitious articles written by Sandy Hodson,

Augusta Chronicle.  Jeffrey M. Blochowicz, or his attorney NEVER contacted

for the TRUTH!

**C. 2 Feb 2017 to present-** continuation of LIES on social media, due to

Sandy Hodson, Augusta Chronicle malicious LIES!  Jeffrey M. Blochowicz, or

his attorney NEVER contacted for the TRUTH!


**D. November, 2017-2018;** Plaintiff Kimberly M. Blochowicz , PhD, MSN, RN-

applied for multiple positions at Augusta University, As Professor of Nursing,

Assistant Professor of Nursing, Associate Dean for the College of Nursing,

Dean for the College of Nursing. Seven applications Total- Denied by College

of Nursing, Augusta University, stating "You do not hold the qualifications for

the College of Nursing."  Michelle Cox-Henley currently holds a position as

Assistant Professor- Further evidence of Discrimination/ retaliation/

Defamation of Character- due to Jeffrey M. Blochowicz professional name

Smeared over internet, social media. Sandy Hodson, Augusta Chronicle

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

articles (Zone of Interest). As Sandy Hodson directly places articles on

Facebook

**E. On or about 15 June 2020, the** Augusta Court allowed the Augusta

Chronicle Newspaper reporter, Sandy Hodson, to write fake news about Jeff

while furthering exacerbating Kim, Jeff's, and Sue's silent scars. When the

ADA Representative told her and the editor to take it down, Negative

response **(Exhibit 20).**


**F. On 15 June 2020,** ADA Advocate Sue Bozgoz reports the illegal Acts on ADA

Client Jeff to: (1) VA HQ, Mr. Robert Wilkie, (2) DOJ, Alan Burch, (3) Augusta, GA

Prosecutor Natalie Paine, and (4) **Augusta Chronical, News reporter, Sandy**

**Hodson.** ADA Advocate demands: (1) VA, (2) Courts, (2) DOJ and GA Newspaper

stop the emotional abuse to Jeff as the emotional abuse is done by design and to

cause harm.

**G.** Additionally, **Sandy Hodson-Journalist, is well known in the Augusta**

**vicinity to receive her information directly from the District Attorney's**

**office/ and or being present during conferences or hearings.**


**H. Augusta Chronicle is a huge regional news entity with multiple social**

**media pages and global span, reaching millions or subscribers and**

**viewers daily.**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**I. Sandy Hodson** was and is at all times a reporter for Defendant Augusta Chronicle purportedly covering matters relating to a criminal case involving the Veteran's Administration and Jeffrey Blochowicz. Plaintiff, as Zone of Interest for Jeffrey M. Blochowicz, or his attorney NEVER contacted for the TRUTH!

**J.** Several years ago (December 6-7, 2014) Plaintiff Jeffrey Blochowicz was falsely accused of Patient Abuse of a black man by Defendants. Focus on this date:

**K.** Plaintiff Jeffrey Blochowicz reported to the ICU manager (Latrice Clifton, RN) on the morning of 8 December, 2014. She pulled his wedding band off and ordered him to have his hands x-rayed but of course there was no bruising and broken or damaged bones because he never hit this black man, ever.

**L.** Plaintiffs' (Zone of Interest) spouse Jeffrey Blochowicz was then called to Michelle Cox-Henley's' office (Acting Director of VA medical Center, Augusta, GA/Nurse Executive/ Acting Quality Management), alone. At which point Cox-Henley told Plaintiff: "I can make all of this go away. And you can get ahead in the VA." as she made several advances toward him, to which he told her "Hell No!"

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**M.** The police report on that date <u>7-8 Dec, 2014</u> **(Exhibit 8)** was the *last*

*activity* on the case for years until after Plaintiff began discovering multiple

examples of accounting fraud at the Veterans' Administration that is costing

taxpayers millions of dollars. His findings were distributed widely to the local

VA Director, Marie Andrews (15 January, 2016) and regional control group at

the beginning of 2016 and beyond.


**N.** The VA is known for criminalizing whistleblowers such as Jamie Fox, (ADA

Advocates for Plaintiff and Jeffrey M. Blochowicz) Robert Bozgoz (former

JAG Attorney and VA management review) and his wife and ADA Advocate

Lieutenant Colonel Margaret Sue Bozgoz   (ADA Advocates for Plaintiff and

Jeffrey M. Blochowicz) {United States District Court of District of Columbia

Civil Action NO. 1:19-cv-02790-RDM}.  All of these people have either settled

or are involved in whistleblower litigation at present**.**


**O.** Pursuant to plan after Plaintiff's 2016 exposure on fraud, the VA then

continued on such a trajectory with Plaintiff, but he was CLEARED by an

internal investigation at the Disciplinary Appeals Board as early as

January 30, 2018, (Letter from Principal Deputy Under Secretary for

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

Health-PDUSH ) i.e. "The Board concluded that the charge of Patient

Abuse was not proven by a preponderance of the evidence." **(Exhibits 1-**

**9).**

**P.** Furthermore, on March 29, 2019 Plaintiff was reinstated to full duty by

the Department of Veterans Affairs to his (third detail) position as Nurse 3,

Step 14 to NVCC, RN, that had been wrongfully stripped from him

because of these bogus allegations.

**Q.** Furthermore, he passed a polygraph. Attorney Henry "Hank" Crane III

has polygraph results- Polygraph performed by John Hartley- score of + 6.

**R.** The VA acquired the building at such a time, i.e. before 1976, that the

VA/Federal government maintain exclusive jurisdiction over this matter.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**S**. Somehow the local Court fabricated a criminal case against him

(Richmond County Case No. Case Nos. 2017_RCC-CR-00147 and

2017_RCC-CR-0137 Code 16-5-102(A) Exploitation of the Elderly filed well

back on 31 January, 2017) without any subject matter jurisdiction

whatsoever which instantly recuses Judge Padgett and makes all orders void

**(Exhibits 1-11, Exhibit 20)** as a matter of law and Title II, ADA Protection.


*Jurisdiction, once challenged, is to be proven, not by the court, but by the*

*party attempting to assert jurisdiction. The burden of proof of jurisdiction lies*

*with the asserter." See McNutt v. GMAC, 298 US 178. The origins of this*

*doctrine of law may be found in Maxfield's Lessee v. Levy, 4 US 308. "Where*

*a court failed to observe safeguards, it amounts to denial of due process of*

*law, court is deprived of juris." See Merritt v. Hunter, C.A. Kansas 170 F2d*

*739. Thus, where a judicial tribunal has no jurisdiction of the subject matter*

*on which it assumes to act, its proceedings are absolutely void in the fullest*

*sense of the term." See Dillon v. Dillon, 187 P 27. Until the plaintiff submits*

*uncontroversial evidence of subject-matter jurisdiction to the court that the*

*court has subject-matter jurisdiction, the court is proceeding without subject-*

*matter jurisdiction. Loos v American Energy Savers, Inc., 168 Ill.App.3d 558,*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

522 N.E.2d 841(1988)("Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff.").

**T.** Over the years Jeffrey M. Blochowicz, and his three primary ADA Advocates (Plaintiff − Zone of Interest- Kimberly M Blochowicz, PhD, MSN, RN) and COL Maryetta Beck, and Lieutenant Colonel Margaret Sue Bozgoz would continually publicly hammer on the lack of material evidence on the merits as well as the lack of subject matter jurisdiction, *ab initio* (Exhibits 1-11, & 20).

**U.** Unfortunately meanwhile as the years took on, his so-called attorney Hank Crane, Esq. never filed any sort of Motion to Dismiss the case on the merits, on lack of subject matter jurisdiction or on Speedy Trial grounds until the last week of June, 2020 (30 June, 2020)- still NOT Dismissed. after substantial pressure and the involvement of outside media.

https://youtu.be/IezJ0JwBFiE

**Jeffrey Blochowicz is Yet Another Falsely Criminalized VA Whistleblower.**

**167 views**

**•May 22, 2020**

**specifically at 3:05-4:30:** https://youtu.be/IezJ0JwBFiE?t=185

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

293

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



V. In spite of all of these facts Defendant(s), **Sandy Hodson, Augusta**

**Chronicle-** as joint tortfeasors continued writing, editing and publishing news

stories that omitted all of this information and continued to paint Plaintiff in an

incredibly negative light, implying that he was in point of fact still likely to be

found guilty of a criminal act against a black man.[1]

---

[1] The Record will reveal that the purported victim died on Nov, 8, 2016 @ CNVAMC (alone, with NO Family members without ever giving any reliable affirmation that Jeffrey M. Blochowicz filed by Plaintiff (Zone of Interest) abused him in any way.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**W.** Jeff, his wife Plaintiff – Zone of Interest- and ADA Advocate, Dr. Kimberly

Blochowicz and all their (Kim and Jeff's) ADA Advocates: (1) Colonel

Maryetta Beck, (2) Lieutenant Colonel M. Sue Bozgoz, (3) Robert Bozgoz,

and (3) Chris King are all protected under section 504 of the Rehabilitation

Act and Title II of the ADAAA. Specifically, Congress saw fit to pass federal

law 42 USC 12203 protecting ADA advocates against any and all retaliation,

coercion, threats and intimidation, specifically stating, "it shall be unlawful to

coerce, intimidate, threaten or interfere with any individual in the exercise or

enjoyment of, or on account of his or having exercised or enjoyed, or on

account of his or her having aided or encouraged any other individual in the

exercise or enjoyment or, any right granted or protected. Further, the law

states that NO protected person is to be forced to accept an accommodation

preventing the ADA Advocate from acting fully and completely in the best

interest of their ADA Clients pursuant to 42 USC 12201. The ADA Role is to

protect Jeff and Kim from further Legal Syndrome Abuse which is a form of

post-traumatic stress disorder (PTSD).  It is a psychic injury. It is a personal

injury It is a personal injury (found in the *The Diagnostic and Statistical*

*Manual of Mental Disorders* (found in the DMSV) that develops in individual

assaulted by willful ethical violation, legal abuses, betrayals, and fraud.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*All VA and the Court accept ADA/1973 Rehabilitation funds to support*

*protected individuals to ensure equal access into the court/work. (1)*

*VA, (2) August Court, (3) Judge Padgett, (4) Hank Crane, (5) District*

*Attorney Natalie Paine and (4) the Augusta Chronical have willfully*

*denied these civil rights.*


**X.** As time took on over the years Plaintiff Jeffrey Blochowicz suffered and

continues to suffer from debilitating mental and emotional hardships with

physical manifestations (AKA VA and Legal Abuse Syndrome) that have

continuously affected every single area of life function, including relations with

his wife and ADA Advocate, Dr. Kimberly Blochowicz


**Y.** Dr. Kimberly Blochowicz Plaintiff (Zone of Interest) was foreseeably injured

derivatively by Jeffrey Blochowicz' condition, and continues to be so to this

day.


**Z.** Both Plaintiff (Zone of Interest) and Jeffrey M. Blochowicz have had

sleepless nights, panic attacks, emergency leaves from work, negative

impacts on intimacy, financial hardship and more because of this farcical

situation. Exacerbated by **Sandy Hodson's (Augusta Chronicle articles)**


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**AA.** Moreover, and worse yet, owing to the intentionally poor and yellow journalism so many material facts were intentionally omitted from these stories that Plaintiff (Zone of Interest) and Jeff Blochowicz began to receive multiple death threats in the wake of the white on black police killing/murder of Gregory Floyd in Minneapolis, MN that set off weeks of massive rioting and protests all over the World.

**BB.** Plaintiff (Zone of Interest) has continued to inform VA Leadership, DOJ, and Sandy Hodson (Augusta Chronicle) of Death threats due to articles written. As a result of **Sandy Hodson's articles**, police detail on more than one occasion have escorted both Plaintiff and Jeffrey M. Blochowicz to go to work because of this farcical situation.

**CC.** Even a cursory review of the attached stories by Defendants will reveal what is best described as a calculated attempt to bring harm to Plaintiffs. There are five stories set as Exhibit 20) will show to make just a quick example of the deceitful and malicious intent:

**DD.** 5 Feb 2017 - A virtual Perp Walk (Double Handcuffed by VA Police & SPC Agent OIG on 1 February, 2017) appearing on Augusta Crime- **due to Article written by Sandy Hodson, Augusta Chronicle** after Plaintiff- Zone

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

of Interest- received word from Jeffrey Blochowicz (FALESLY Imprisoned, 01

February, 2017 to 03 February, 2017) began whistleblowing on accounting

fraud at the VA. No attempt made to contact Plaintiff (Zone of Interest) for

Jeffrey M. Blochowicz.


**EE**. 31 January, 2017 Indictment by Richmond County Grand Jury Panel-

false evidence presented by SPC Agent OIG -15 Feb 2017 Notice of an

Indictment for Exploitation of an Adult. No attempt made to contact Plaintiffs..


**FF.** 17 Feb 2017 Notice of a Not Guilty Plea with a quote from the VA source.

Again, no attempt made to contact Plaintiff (Zone of Interest) for Jeffrey M.

Blochowicz.


**GG.** 18 Feb 2017 Essentially a repeat of 17 Feb 2017, no attempt made to

contact Plaintiff (Zone of Interest) for Jeffrey M. Blochowicz.


**HH.** 7 Feb 2018 Reference to Judge Padgett finding that the alleged victim

made an Excited Utterance pursuant **to Rule §24-8-803(2), & §24-4-402**. The

problem with this is that the patient was under the influence of IV sedatives

(the two testifying nurses perjured themselves under oath). Additionally, false

evidence presented by SPC Agent OIG -31 January, 2017, and presented a

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

second time, Eight (8) August, 2017.And again, no attempt made to contact Plaintiff (Zone of Interest) for Jeffrey M. Blochowicz.

**II.** 15 June 2020 Ignores the 25 March, 2019 Decision of the Arbitrator (**Exhibit 3(a)** as well as the January 30, 2018 Disciplinary Appeals Board clearing Plaintiff. Again, no attempt made to contact Plaintiff (Zone of Interest) for Jeffrey M. Blochowicz.

**JJ.** The Court system is complicit in that they allow Defendants access to the Court when other reporters and ADA Advocates are kicked out of court  which by the way is clear violation of Title II, the ADAAA CIVIL Rights LAW and Federal Law 42 USC 12203. The law was violated even further, after Jeff's and Kim's ADA Advocates requested Reasonable Accommodation: Media Support with the August Court ADA Clerk and ADA Director **(Exhibit A2-A4, 12, & 20)**. In addition, ADA Advocate Chris King personally has have discussed running video with the Clerk and there is audio proof of that discussion as linked above, **specifically at 3:05-4:30:**

https://youtu.be/IezJ0JwBFiE?t=185

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**KK.** Significant to note is the 2019 video of Natalie Paine (District Attorney,

Richmond & Columbia Counties, GA), conducted by Sandy Hodson- Thus

further proof Ms. Hodson works directly with the Augusta Prosecutor (Natalie

Paine, DA).  See

Resubmitted: More death threats after filing quo warranto movie .

https://youtu.be/Hn9PvQ4ertE


**LL.** Yet and still we can see in this short 30 second clip Judge Wade Padgett

threw Reporter and ADA Advocate King out of the Courtroom for no lawful

reason. King, not wanting to cause a disruption, simply asked "why" and

received no response:

**Judge Padgett Violates First Amendment, Georgia & ADA Law in Bogus VA**

**Whistleblower Criminal Case**


**KINGCAST video**: **https://christopher-king.blogspot.com... A reporter is**

**being sued for basically being a shill for the corrupt VA because she is**

**helping them to**

**KINGCAST video.  specifically at 3:05-4:30:**

https://youtu.be/lezJ0JwBFiE?t=185

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**MM.** Lastly, and most recently it bears noting that ADA rep Bozgoz received notice from a local attorney that her life, and the lives of the people she advocates for are going to be in perpetual danger and death threats. "They will try to kill you the rest of your life." See FBI Complaint and related materials at https://youtu.be/U6CZ980MKoc. (ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) {United States District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}. All of these people have either settled or are involved in whistleblower litigation at present.

**NN.** This is quite interesting because several months ago a trucker majestically sideswiped the Bozgoz family on a highway in VA after attempted to keep going. They sued and eventually settled. (ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) {United States District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}. All of these people have either settled or are involved in whistleblower litigation at present.

**OO.** And not only that, their son Lance (LtCol Margaret Sue Bozgoz, and Robert Bozgoz, ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) – a process server on another VA lawsuit – (ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) found his steering wheel hose cut with a razor blade

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

and was also run off the road while he was being harassed by the VA, DC

Department of Justice and TX Justice system in violation of 18 USC 1501

(ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) {United States

District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}.

All of these people have either settled or are involved in whistleblower

litigation at present.


**PP. As of 28 May, 2018- Letter to Congressman Rick Allen;**

Internet views on Mr. Blochowicz, in regards to the false Felony charge

of "Exploitation of the Elderly." The internet views are well over 700,000

(per Google postings, Facebook postings, Instagram postings, Jail Report

postings, and local newspapers in the CSRA **(Exhibit 2, 3(a), 4, 5, 9, 17, &**

**20)**

The FCC prohibits broadcasting false information about a crime or a catastrophe if the

broadcaster knows the information is false and will cause substantial "public harm" if

aired (fcc.gov)


**152: Augusta Chronicle, Individually and Officially as Augusta Chronicle
Newspaper**

**Newspaper Editor and Chief has a responsibility to ensure articles**

**written are true and accurate!  Additionally, Newspaper Editor and Chief**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2    **has a greater responsibility to ensure articles written and published do**
3    **not cause harm to the person(s) the article references!   Civil rights**
4    **violation of 1974 Privacy Act!**
5
6
7
8    **A. December, 2014 to present**- We (Blochowiczs') have sustained
9
10   Vandalism to our home of Record!  **Sandy Hodson, Augusta Chronicle,**
11
12   **Gannett Media INC (owners)-** <u>multiple articles (LIES) written by Sandy</u>
13
14   <u>Hodson- our home address stated by Sandy Hodson,</u> We have been shot at!
15
16   We have received and continue to receive Multiple Death Threats on a daily,
17
18   if not multi-weekly basis!  **(Exhibit 20).**
19
20   **B. 5 Feb, 2017 to June 15, 2020-** Fictitious articles written by Sandy Hodson,
21
22   Augusta Chronicle.  Jeffrey M. Blochowicz, or his attorney NEVER contacted
23
24   for the TRUTH!
25
     **C. 2 Feb 2017 to present-** continuation of LIES on social media, due to

     Sandy Hodson, Augusta Chronicle malicious LIES!  Jeffrey M. Blochowicz, or

     his attorney NEVER contacted for the TRUTH!


     **D. November, 2017-2018;** Plaintiff Kimberly M. Blochowicz , PhD, MSN, RN-

     applied for multiple positions at Augusta University, As Professor of Nursing,

     Assistant Professor of Nursing, Associate Dean for the College of Nursing,

     Dean for the College of Nursing. Seven applications Total- Denied by College

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

of Nursing, Augusta University, stating "You do not hold the qualifications for

the College of Nursing."  Michelle Cox-Henley currently holds a position as

Assistant Professor- Further evidence of Discrimination/ retaliation/

Defamation of Character- due to Jeffrey M. Blochowicz professional name

Smeared over internet, social media. Sandy Hodson, Augusta Chronicle

articles (Zone of Interest). As Sandy Hodson directly places articles on

Facebook

**E. On or about 15 June 2020, the** Augusta Court allowed the Augusta

Chronicle Newspaper reporter, Sandy Hodson, to write fake news about Jeff

while furthering exacerbating Kim, Jeff's, and Sue's silent scars. When the

ADA Representative told her and the editor to take it down, Negative

response **(Exhibit 20).**

**F. On 15 June 2020,** ADA Advocate Sue Bozgoz reports the illegal Acts on ADA

Client Jeff to: (1) VA HQ, Mr. Robert Wilkie, (2) DOJ, Alan Burch, (3) Augusta, GA

Prosecutor Natalie Paine, and (4) Augusta Chronical, News reporter, Sandy

Hodson. ADA Advocate demands: (1) VA, (2) Courts, (2) DOJ and GA Newspaper

stop the emotional abuse to Jeff as the emotional abuse is done by design and to

cause harm.

G. Additional information under 152- Sandy Hodson, Journalist- Augusta

Chronicle

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**(Exhibit 20)**

The FCC prohibits broadcasting false information about a crime or a catastrophe if the

broadcaster knows the information is false and will cause substantial "public harm" if

aired (fcc.gov)


**153: Gannett Co., Inc., Individually and Officially as Augusta Chronicle Newspaper Owners**

Newspaper owners have an even greater responsibility to ensure

articles written in their newspapers are true and accurate!  Additionally,

Newspaper owners have an even greater responsibility to ensure

articles written and published do not cause harm to the person(s) the

article references!   Civil rights violation of 1974 Privacy Act!


**A. December, 2014 to present**- We (Blochowiczs') have sustained

Vandalism to our home of Record!  **Sandy Hodson, Augusta Chronicle,**

**Gannett Media INC (owners)**- <u>multiple articles (LIES) written by Sandy

Hodson- our home address stated by Sandy Hodson,</u> We have been shot at!

We have received and continue to receive Multiple Death Threats on a daily,

if not multi-weekly basis!  **(Exhibit 20).**


Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**B. 5 Feb, 2017 to June 15, 2020-** Fictitious articles written by Sandy Hodson, Augusta Chronicle.  Jeffrey M. Blochowicz, or his attorney NEVER contacted for the TRUTH!

**C. 2 Feb 2017 to present-** continuation of LIES on social media, due to Sandy Hodson, Augusta Chronicle malicious LIES!  Jeffrey M. Blochowicz, or his attorney NEVER contacted for the TRUTH!

**D. November, 2017-2018;** Plaintiff Kimberly M. Blochowicz , PhD, MSN, RN- applied for multiple positions at Augusta University, As Professor of Nursing, Assistant Professor of Nursing, Associate Dean for the College of Nursing, Dean for the College of Nursing. Seven applications Total- Denied by College of Nursing, Augusta University, stating "You do not hold the qualifications for the College of Nursing."  Michelle Cox-Henley currently holds a position as Assistant Professor- Further evidence of Discrimination/ retaliation/ Defamation of Character- due to Jeffrey M. Blochowicz professional name Smeared over internet, social media. Sandy Hodson, Augusta Chronicle articles (Zone of Interest). As Sandy Hodson directly places articles on Facebook

**E. On or about 15 June 2020, the** Augusta Court allowed the Augusta Chronicle Newspaper reporter, Sandy Hodson, to write fake news about Jeff

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

306

while furthering exacerbating Kim, Jeff's, and Sue's silent scars. When the ADA Representative told her and the editor to take it down, Negative response **(Exhibit 20).**

**F. Additional information under 152- Sandy Hodson, Journalist- Augusta Chronicle**

The FCC prohibits broadcasting false information about a crime or a catastrophe if the broadcaster knows the information is false and will cause substantial "public harm" if aired (fcc.gov)

**A. The actions of the above named Agency's and Individuals have further denied the Blochowiczs' their rights under Title II, III, V, and VI of the Americans with Disabilities Act of 1990. Additionally, the False Imprisonment of Jeffrey M. Blochowicz falls under Violation of the Fourth Amendment of the United States Constitution!**

**B. The undue threats, death threats, humiliation, discrimination, defamation of character, slander have continually violated their due**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

**process and equal protection rights under the Fourteenth Amendment**

**and their rights the Eighth and Ninth Amendments.**

All the defendants on the face of the claim are well aware of the Blochowiczs' disabilities. More

specifically they are aware of Plaintiff and Jeffrey M. Blochowicz' Veterans Administration

Abuse/ Legal Abuse syndrome (anxiety, insomnia, migraine headaches, panic attacks) and their

ADA Reps COL Maryetta Beck, LtCol Margaret Sue Bozgoz, Robert Bozgoz, and Chris King's

fight for equal access rights. The Defendants actions to ignore, deny and intimidate the

Blochowicz's as evidenced by the continuation of death threats, harassment, District Attorney

Natalie Paine's Motion and Answer by the Attorney General's office, Atlanta, GA.  As well as

Treza Edwards Motion and Answer by her attorneys, with Certificate of Service to the Attorney

General's office, Atlanta, GA.  The intent to harm, and continue to deprive Plaintiff and Jeffrey

M. Blochowicz freedom from the malicious LIES is, by design as evident by the above timeline

and willful actions.

### Claim 3

### Common Law Causes of Action

**123.**   The plaintiff (s), Kimberly M. Blochowicz reallege all facts from Claims 1

and 2 above.  (Plaintiff (Under Zone of Interest) will later add Jeffrey M.

Blochowicz as Plaintiff to this case.)

A.  The conduct of which we complain in this action includes:

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

    a.  Common law conspiracy

    b.  Common law assault

    c.  Perjury and/or in the alternative false statements

    d.  Subornation of perjury- 18 U.S.C § 1622

    e.  False imprisonment and/or in the alternative unlawful detention-
        Violation of the Fourth Amendment of the United States Constitution

    f.  Slander

B.  It is best of our recollection that the alleged acts and/or omissions occurred
on dates:  December, 2013 to July 2014, and the diverse dates from 7
December, 2014 to present. We believe the defendants are still committing
these acts against all plaintiffs.

C.  Defendants committed these offenses against the Plaintiffs by:

    a.  Common law conspiracy by the defendants agreeing to deny the
        Plaintiff(s) basic rights under various laws.

    b.  Common law assault, Plaintiff and Jeffrey Blochowicz live in constant fear,
        due to death threats fear of false imprisonment- due to attorney Hank
        Crane's threats since 2017.. "You had better get your wife under control"
        told to Jeffrey M. Blochowicz- too many times to count.

    c.  Perjury

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

309

d.  False imprisonment by defendants.

c.  Subornation of perjury by the defendants of CNVAMC, District Attorney Paine, Asst District Attorney O'Brien, Judge Wade Padgett. (See Exhibits A1-A4, Exhibits 1-21, DAB Findings). 18 U.S.C § 1622

d.  Slander on 7 December, 2014 to present by malicious LIES by CNVAMC. Over 3.5 million hits on Jeffrey M. Blochowiczs' name- due to articles written by **Sandy Hodson, Augusta Chronicle**. Plaintiff unable to gain employment as Professor, Dean, Associate Professor- due to slander.

e.  Harassing phone calls, death threats to Plaintiff and Jeffrey M. Blochowicz, due to LIES from CNVAMC, continual changing out of Jeffrey M. Blochowiczs' computer tower @ CNVAMC by IT (no log-in or out times by IT, nor any VA Policy provided to Jeffrey M. Blochowicz by IT/ Director of CNVAMC)

f.  Conspiring against Jeffrey M. Blochowicz (Attorney General Office Atlanta, GA). Due to Natalie Paine and Treza Edwards false statements- re: Facts of Writs of Mandamus and Quo Warrant0- Jeffrey M. Blochowicz has ALWAYS been INNOCENT!  Civil Case No. 2020RCCV00272, by Operation Law is Granted. **Plaintiff will be filing 5 U.S.C. 7311 and 18 U.S.C 3771**

The defendants committed the acts and/or omissions alleged in Claims 1 and 2 above. Furthermore, the facts of our case are as alleged in Claims 1 and 2 above.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

310

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Claim 4**

**Privacy Act Violations**

**123.**    The plaintiff (s), Kimberly M. Blochowicz reallege all facts from Claims 1

and 2 above.  (Plaintiff (Under Zone of Interest) will later add Jeffrey M.

Blochowicz as Plaintiff to this case.)  reallege all facts from Claims 1, 2 and 3

above:

A.  The discriminatory conduct of which we complain in this action includes:

Violation of the Privacy Act of 1974, as codified 5 U.S.C. § 552a et seq.

B.  It is best of our recollection that the alleged discriminatory acts occurred on

dates:  December 2013 to July 2014 for Plaintiff, and diverse dates from

December, 2014 to present for Jeffrey M. Blochowicz.  Specifically, Spc

Agent OIG Brumfield opened Jeffrey Blochowiczs' sealed military jacket.

Private information was not kept under GSA Oversight and Intelligence!

Additionally, Judge Padgett, Natalie Paine, Timothy O'Brien, and Hank Crane

accepted altered medical records for pt. (Mr. H)  Plaintiff and Jeffrey M.

Blochowicz continued to prove the electronic records- released by CNVAMC

were altered (shadow charting- illegal in the VA system!  Medical Director

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

311

Robin E. Jackson aware.  DAB findings proved alteration in charting (Exhibit 2).

C.  I believe the defendants are STILL committing these acts against Jeffrey M. Blochowicz, and Plaintiff (Zone of Interest, & ADA Representative) as files are still on public records.

D.  Defendants violated the Privacy Act against my Husband and I by:

g.  Improperly accepting medical records when they were not privileged to do so. (State of Georgia, Superior Court- Judge Wade Padgett, District Attorney Natalie Paine, Assistant District Atty Timothy O'Brien, Hank Crane). Additionally, the sealed military jacket of Jeffrey M. Blochowicz was opened by Spc Agent OIG Brumfield!

h.  Changing dates on historical documents. Assignment of FBI and GBI to an innocent man (Jeffrey M. Blochowicz)- Zone of Interest for Plaintiff

i.  Accessed our records when they were not authorized to do so.

The defendants committed the acts and/or omissions alleged in Claims 1 through 3 above. Furthermore, the facts of our case are as alleged in Claims 1 through 3 above.

**Claim 5**

**Violation of the Occupational Safety and Health Act**

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

312

**124.**    The plaintiff (s), Kimberly M. Blochowicz reallege all facts from Claims 1 and 2 above.  (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as Plaintiff to this case.) reallege all facts from Claims 1, 2, 3 and 4 above:

A.  The conduct of which we complain in this action includes:

Violation of the Occupational Safety and Health Act, as codified, 29 U.S.C. § 651, et seq.

B.  It is my best recollection the alleged discriminatory acts occurred on dates: December, 2013 to 10 July, 2014 for Plaintiff, and then from 7 December, 2014 to 31 January, 2017. 01 February, 2017 to date. As the Veterans Administration has yet to implement RA for Jeffrey M. Blochowicz (Zone of Interest is applicable, as his health is my concern! I believe the defendants are not still committing acts against me.

C.  Defendants discriminated against me by

   a.  Failing to provide effective reasonable accommodations.

   b.  Failing to perform safety assessments after being requested by my ADA representative.

D.  The defendants committed the acts and/or omissions alleged in Claims 1 through 4 above. Furthermore, the facts of our case are as alleged in Claims 1 through 4 above.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

313

1
2
3
4
5              **Claim 6**
6
7          **Statutory Discrimination**
8
9
10
11  **125.**    The plaintiff (s), Kimberly M. Blochowicz reallege all facts from Claims 1
12
13          and 2 above.  (Plaintiff (Under Zone of Interest) will later add Jeffrey M.
14
15          Blochowicz as Plaintiff to this case.), reallege all facts from claims 1 through
16
17          5 above:
18
19
20
21  A.  The conduct of which we complain of in this action includes:
22
23      a.  **18 U.S Code § 1503**  Influencing or injuring officer or juror generally
24
25      b.  **18 U.S Code § 1505**  Obstruction of proceedings before departments,

          agencies and committees

      c.  **18 U.S Code § 1506** Theft or alteration of record or process

      d.  **18 U.S Code § 1509**  Obstruction of Court orders

      e.  **18 U.S Code § 1510**  Obstruction of criminal investigations

      f.  **18 U.S Code § 1514**  Civil action to restrain harassment of a victim or

          witness

      g.  **18 U.S Code § 1514A.**  Civil action to protect against retaliation in fraud

          cases

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

314

h. **18 U.S Code § 1519** Destruction, alteration, or falsification of records in

Federal investigations and bankruptcy

i. **42 U.S. Code § 1981**. Equal rights under the law

j. **42. U.S Code § 1985**. Conspiracy to interfere with civil rights

k. **42. US Code § 1986**. Action for neglect to prevent

l. **18 U.S. Code § 241**. Conspiracy against rights

m. **18 U.S. Code § 242**. Deprivation of rights under color of law

n. Violation of American with Disability Act (ADA) interference.

o. Title II of the ADA. Due Process


B. It is the best of our recollection that the alleged discrimination occurred on

dates: December 7, 2014 to January 31, 2017, then from February 01, 2017

to date..

C. We believe that defendants are still committing these acts against us.

D. Defendants discriminated against me based on me

a. Race

b. Color

c. Gender/sex

d. Age

e. Disability

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

E. The defendants committed the acts and/or omissions alleged in Claims 1 through 5 above. Furthermore, the facts of our case are as alleged in Claims 1 through 5 above.

## Claim 7

### Constructive Discharge

126.    The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant), ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR, NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz realleges all facts from Claims 1-6 above.

The plaintiff complains that she was constructively discharged from her employment with the DOD, because the actions of the Department of Defense- due to MAJ K. Brogers' sexual advances, and the actions of the leadership were so intolerable from December, 2013 to 10 July, 2014- that she had no other choice than to resign on 10 July, 2014 for reasons including but not limited to, continued fear for her health, the sexual advances, and the health and financial hardship that leadership placed on Plaintiff.   The defendants in EEOC case were deliberately caused The trust between employee and employer no longer exists and reinstatement is not a realistic option.  Additionally, as Zone of Interest is

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

316

applicable, the EEOC case that started in 2014, as explained above, were

discussed by the VA National Nurses United President and Vice President, with

Ms. Cox-Henley.  Ms Cox-Henley set the fictitious LIE/ harassment,

discrimination, towards Jeffrey M. Blochowicz, December 5-7, 2014.  As

evidenced by the communication to VA Leadership-DAB Findings of NO Harm to

pt. (Mr. H), Arbitration findings that OIG Agent Brumfield LIED to the Richmond

County Grand Jury Panel, 31 January, 2017.  Jeffrey M. Blochowicz was false

imprisoned, and Constructively Discharged from 01 February. 2017 to 01 April,

2019 (via means of "Indefinite Suspension- no pay; to Reinstatement ruled by

DAB & PDUSH, further "Indefinite Suspension to discharge – no pay...

reinstatement on 01 April, 2019.  Back Pay Act, to include Making Mr. Jeffrey M

Blochowicz whole HAS NOT BEEN IMPLEMENTED To Date;  All due to the

LIES, false imprisonment, defamation of character, that the CNVAMC continued

to admit their wrongdoing!


### Claim 8

### Racketeering Influenced Corruptive Organizations

**448.** The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant),

ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR,

NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

317

Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts from claims 1 through 7 above:

A. The plaintiffs complain that the defendants violated the Racketeer Influenced and Corrupt Organizations Act as codified at 18 U.S.C. §§ 1961-1968.

B. The historical acts of Racketeering Activity are outlined in the attached affidavits (Exhibits A1-A4, Exhibits 1-3(a), 5, 17, 19, & 20).

C. The defendants committed the acts and/or omissions alleged in Claims 1 through 7 above. Furthermore, the facts of our case are as alleged in Claims 1 through 7 above.

### Claim 9

### Fair Labor Standards Act

449. The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant), ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR, NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts from claims 1 through 8 above.

A. The plaintiffs complain the VA violated the Fair Labor Standards Act by not allowing Plaintiff (s) sufficient administrative leave/official time to prepare all

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

affidavits and other documents needed to prosecute the claims at the

administrative level.  The defendants committed the acts and/or omissions

alleged in Claims 1 through 8 above. Furthermore, the facts of our case are as

alleged in Claims 1 through 8 above.


**Claim 10**

**Whistleblowing Activity**


**450.** The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant),

ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR,

NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as

Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts

from claims 1 through 9 above.


The plaintiffs complain the defendants violated the Civil Service Reform Act

(CSRA) by discriminating and retaliating against Plaintiff for being married to

Jeffrey M. Blochowicz.  Plaintiff is the spouse of Jeffrey M. Blochowicz (Zone of

Interest), and ADA Advocate who blew the whistle on the VA.  Although the

Office of Special Counsel and the Merit Systems Protection Board enforce the

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

CSRA, we request under Titles II and III of the ADA that rules and regulations be

changed to allow this claim. The defendants committed the acts and/or

omissions alleged in Claims 1 through 9 above. Furthermore, the facts of our

case are as alleged in Claims 1 through 9 above.


### Claim 11

### Negligence


**451.** The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant),

ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR,

NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as

Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts

from claims 1-10 above.

The plaintiffs complain the defendants are negligent under the common law,

28 USC § 1332 and under Title II of the ADA. See **Claim**s 1 and 2 for the

specific facts showing acts and omissions what each defendant did that

caused the plaintiffs harm or violated the plaintiff's rights including the specific

dates. The VA's Office of General Counsel received the Plaintiff's

Administrative Tort Claims on 23 July, 2020. The Plaintiff(s) have added the

United States as a Defendant as required by law, 28 U.S.C. sections 1346(b)

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

and 2671-2680.  MSPB case AT-0752-18-0520-I-1- Separated by Judge

Pomeranz into additional MSPB case AT-4324-19-0022-I-1 (USERRA) that

included  the **initial RICO, CIVIL RIGHTS AND PRIVACY ACT VIOLATION**

**CASE** was filed by Jeffrey M. Blochowicz, and Kimberly M. Blochowicz, on 28

May, 2018, **Under the Zone of Interest** because Plaintiff was an injured third

party by the actions of Jeffrey M. Blochowicz's employer t(he Department of

Veterans Affairs) and relief was due.  To date, 31 July, 2020, Jeffrey M.

Blochowicz has NOT been granted an intervenor!.  28 May, 2018 Letter

ALSO Sent to Congressman Rick Allen..We have met the 6-month filing

requirement because the letter denying Jeffrey M. Blochowicz

MSPB/USERRA administrative claims was dated on or about March, 2019

and this amended complaint ensued.  Thus, the requirements of the Federal

Torts Claims Act have been met.


### Claim 12

Emotional Distress

**452.** The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant),

ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR,

NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as

Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts

from claims 1-11 above.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

A.  The Defendants on the face of this claims conducted the act for several reason: (1) to cause emotional distress, (2) exacerbate the Blochowiczs' PTSD, Veterans Administration-Abuse Syndrome (VAAS), and Legal Abuse Syndrome (LAS) (3) cause financial ruin, (4) deny constitutional rights, and (5) continue to threaten placing them in jail (Jeffrey M. Blochowicz has already been False Imprisoned!)

## Claim 13

### ADA Retaliation

**453**.  The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant), ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR, NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts from claims 1-12 above.

The Defendants on the face of this claims violated 42 U.S.C. § 12203, the ADA protection against retaliation.

a. VA had on file the names of the ADA Advocate for Jeffrey M. Blochowicz in 2019 to present.

b. VA (01 April 2019 to present) , Judge Wade Padgett, Natalie Paine, Timothy O'Brien, Treza Edwards, Carol Burrowbridge had on file Reasonable

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Accommodation request, Relief requested, Medical receipts, since 1 April 2019 to present (VA) and since 21 April, 2020 to present (ADA Compliance Director and Coordinator-Treza Edwards & Carol Burrowbridge.

c. The United States Attorney's Office opposed the Blochowiczs' Reasonable Accommodation after VA Falsely imprisoned Jeffrey M. Blochowicz on 1 February 2017.

d. The Defendants on the Face of this claim denied Plaintiff and Jeffrey Blochowicz the right and/or turned a blind eye to act as Jeffrey M. Blochowicz's ADA Advocate on February 1, 2017.

e. From February 2017 to date the Attorney General's Office (DC) and Civil Rights Division ignored the ADA Law and retaliate and harassed Jeffrey M. Blochowicz and work and in the Judicial System in GA by trying to require him to stop work and come to court hearing designed to set him up (February 2017 to present)

f. From 1 February 2017 to date, the Defendants on the Face of the claims refused to allow Plaintiff Kimberly M. Blochowicz to act as Jeffrey M. Blochowiczs' ADA Advocate effectively.

g. On 21 April, 2019 to present, Carol Burrowbridge and Treza Edwards, to include Judge Wade Padgett, Natalie Paine, Timothy O'Brien used protected RA emails against Plaintiff Kimberly M. Blochowicz and Jeffrey M. Blochowicz in court to humiliate Jeffrey M. Blochowicz in open court in front of witnesses.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

h. From 01 February, 2017 to date, Richmond County, ignored ADAAA Rights and discriminated against Plaintiff, Kimberly M. Blochowicz and Jeffrey M. Blochowicz as noted above regardless of rights.

p. From 01 February to date, VA, VA leadership, Judge Wade Padgett, Natalie Paine, Timothy O'Brien, ADA Compliance Coordinator and ADA Compliance Director ignored the ADAAA Rights and discriminated against Kimberly and Jeffrey M. Blochowicz.

q. On or about 21 April, 2020 Carol Burrowbridge and Treza Edwards ignored the ADA/ADAAA Act and violated rights as per discussed above.

r. The ADA/Civil Rights violated follows:

1. Retaliation – No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding or hearing under this chapter.

2. Interference, coercion, or intimidation – It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

324

3. Remedies and procedures – The remedies and procedures available under sections 12117, 12133, and 12188 of this title shall be available to aggrieved persons for violations.

**Claim 14**

Title VI of the Civil Rights Act of 1964

**454.** The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant), ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR, NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts from claims 1-13 above.

1. The Defendants on the face of this claims violated Title VI of the Civil Rights Act of 1964 [42 USC 2000 et seq] as it pertains to:

(a) Kimberly Blochowicz, ADA Advocate for Jeffrey M. Blochowicz (Zone of Interest)

(b) LtCOL Margaret Sue Bozgoz and Chris King acting as Whistleblowers and Civil Rights activist for the public from 2018 to date. (ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) {United States District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

1
2    (d) Margaret Bozgoz, Robert Bozgoz, COL Maryetta Beck and Chris King acting
3
4    as advocate's .(ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) {United
5
6    States District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}.
7
8    (e) Plaintiff, Kimberly Blochowicz (Zone of Interest), ADA Advocate for Jeffrey M.
9
10   Blochowicz participating in Richmond County court hearings. Specifically, persons
11
12   with disabilities cannot ever be required to participate in separate services, or
13
14   punished for their disabilities or made fun of, belittled and/or humiliated in open court
15
16   or in ex parte meetings February 2017 to date!  Under the law, our adversary is not
17
18   to have knowledge or any private medical information (or our children's private
19
20   information) and certainly cannot ever challenge the existence of an impairment or
21
22   litigate the existence of that impairment in open court (See: 6 June, 13 June, 9 July,
23
24   19 Sep, 25 Oct and 25 November Court hearings) .( Margaret Bozgoz, Robert
25
Bozgoz , ADA Advocates for Plaintiff and Jeffrey M. Blochowicz) {United States

District Court of District of Columbia Civil Action NO. 1:19-cv-02790-RDM}.. Further,

exploitation cannot be used as a means to gain advantage in the case. No court

personnel are to ask about the disability and no VA government . The only thing we

should have been discussing with the court are needed accommodations in the light

of the need for them. Specifically, we were simply denied effective reasonable

accommodations from 2017 to date.

The remedies, procedures, and rights are set forth in Title VI of the 1964 Civil

Rights Act. are also available to any person aggrieved by any act or failure to

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

act by any recipient of federal assistance or federal provider of such assistance under section 794.

### Claim 15 Bad Faith

**455.** The plaintiff, (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se Litigant), ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret), USAR, NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz as Plaintiff to this case.) The plaintiff (s), Kimberly M. Blochowicz reallege all facts from claims 1-14 above.

A. Denied a reasonable basis for its delay/denial

B. Failure to offer or attempt to effectuate prompt, fair and reasonable evaluation of damages and equitable settlement of claims where liability is reasonably clear.

C. Attempted to settle claim for less than the amount to which a reasonable person would have believed was entitled.

D. Used harassing, intrusive and demeaning methods and procedures (e.g. wait until 6 months after your treatment).

E. Unjustified contention and lowballing regarding the value of the loss.

F. Intentionally withhold, misinterpret claims information/failure to not inform until the last minute.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

G. Failure to comply to the ADA Act

H. Not being forthcoming of facts regarding coverage to deny, delay and or reduce the amount of the claim.

*Soldiers are overseas fighting for civil rights only to come home to discover we don't have civil rights. What we have are people [some] hiding behind the American flag and issuing void orders and abusing their power.*

### Exhaustion of Federal Administrative Remedies

A. It is the best of my recollection that I, Kimberly M. Blochowicz, PhD, MSN, RN; MAJ (Ret) USAR, NC; ADA Advocate for Jeffrey M. Blochowicz, filed charges (Zone of Interest) w/ Jeffrey M. Blochowicz- With Standing;  a) Federal Labor Relations Authority (FLRA)- Against A Labor Organization, Against A Federal Agency (27 Feb, 2017), b) Disciplinary Appeals Board (DAB) Hearing x 2- (Zone of Interest), c) Merit Systems Protection Board (MSPB)- (Zone of Interest) charges regarding the defendants' alleged discrimination on 5 June, 2018 MSPB/USERRA "on hold, due to (FALSE) Criminal charges against Jeffrey M. Blochowicz.  Due to the Non-Resolved EEOC Case (410-2015-00221X Agency No. ARGORDON14MAR00903) filed

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

328

1
2    by Plaintiff- Jeffrey M. Blochowicz chose the above mentioned Agencies to
3    assist with his Federal Case.
4
5
6    B.  Only litigants alleging age discrimination must answer this question.
7
8        Since filing my charge of age discrimination with Federal Labor Relations
9
10       Authority (FLRA), Merit Systems Protection Board (MSPB)- (Zone of Interest)
11
12       60 days or more have elapsed. All Addressed within this Complaint.
13
14
15
16
17                                    **PRAYER**
18
19   WHEREFORE, Plaintiff (Under Zone of Interest) Kimberly M. Blochowicz (Pro Se
20
21   Litigant), ADA Advocate for Jeffrey M. Blochowicz, PhD, MSN, RN: MAJ (Ret),
22
23   USAR, NC; (Plaintiff (Under Zone of Interest) will later add Jeffrey M. Blochowicz
24
25   as Plaintiff to this case.)  Plaintiff(s) demands as to all defendants: declaratory

judgment, as to all causes; temporary and permanent injunctive relief as to all

continuing all unlawful conduct; back pay with interest, front pay with interest,

compensatory damages in the amount of $10,000,000.00.  Punitive damages in

the amounts to be determined by a duly impaneled jury.  Each defendant (in their

**official and individual capacity** in the amount of damages of $10,000,000.00.


And/or at the time of **TRIAL BY a duly impaneled JURY,** judgment against the

defendants in their **official** and **individual capacity** in an amount of damages

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

determined to be fair and reasonable as shall be proven at the time of **TRIAL BY JURY** and allowed **plus pre-judgment interest at the highest rate allowed by law** (e.g., RICO, 1974 Privacy Act Violation, Brady Rule Violation, Giglio Act Violation, Constructive Discharge of Plaintiff and Jeffrey M. Blochowicz (under Zone of Interest), 1981, 1983, HIPPA, OSHA 1970, and **etc.),** plus taxable costs and disbursements, plus interest on the judgment at the highest rate allowed by law from the date the judgment is rendered until paid, and for such other and further relief that the Court deems as just, equitable, and proper in these circumstances.

Certificate and Closing

Under the Federal Rule of Civil Procedure 11, by signing below, we certify to the best of our knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

A.  For parties Without an Attorney

We agree to provide the Clerk's Office with any changes to our address where case-related papers may be served.  We understand that our failure to keep a current address on file with the Clerk's Office may result in dismissal of our case.

Date of Signing:

*31 July, 2020*

Signature of Plaintiff Kimberly M. Blochowicz, Pro Se Litigant

*Kimberly M. Blochowicz PhD, MSN, RN: ADA Advocate for Jeffrey M. Blochowicz*

Date of Signing: *31 July 2020*

Jeffrey and Kimberly Blochowicz
2508 Laurel Drive
Evans, GA 30809
706-631-7444

331