AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KIMBERLY M. BLOCHOWICZ, Ph.D., MSN, RN, ADA Advocate for Jeffrey M. Blochowicz, and JEFFREY M. BLOCHOWICZ,

    Plaintiffs,

v.

ROBERT WILKIE, Individually and in His Official Capacity as Secretary of Veterans Affairs, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV120-111

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 25, 2020, this case is dismissed without prejudice and stands closed.



August 25, 2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03